UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER:

05CV10075 PBS

| OCEAN TERRACE |
| CONDOMINIUM TRUST, |
| Plaintiff |
| v. |
| GENERAL ELECTRIC COMPANY, |
| Defendant |

RECEIPT # 61383
AMOUNT $ 150.00
SUMMONS ISSUED N/A
LOCAL RULE 4.1 —
WAIVER FORM —
MCF ISSUED
BY DPTY. CLK. M.P
DATE 1/12/05

### NOTICE OF REMOVAL

Defendant General Electric Company (hereinafter "GE"), by its undersigned counsel, files this Notice of Removal and states the following facts: MAGISTRATE JUDGE MBB

1. The Plaintiff Ocean Terrace Condominium Trust filed a lawsuit against the Defendant GE on or about December 7, 2004, in the Superior Court of Essex County, Massachusetts. The civil action number in said court is 2004-02198.

2. The Plaintiff Ocean Terrace Condominium Trust is, on information and belief, a trust organized under the laws of the Commonwealth of Massachusetts and a citizen of Massachusetts for the purposes of the diversity jurisdiction of this court pursuant to 28 U.S.C. §1332.

3. The Defendant GE is a corporation duly organized and existing under the laws of the State of New York with a principal place of business at 1 River Road,

-2-

Schenectedy, New York. It is a citizen of the State of New York for the purpose of diversity jurisdiction pursuant to 28 U.S.C. §1332.

4. The Plaintiff served a Summons and Complaint on the Defendant on December 30, 2004.

5. This action is removable pursuant to 28 U.S.C. §1441. The suit is of a civil nature and the nature and extent of the damages alleged therein demonstrate that the amount in controversy between the Plaintiff and the Defendant exceeds the sum of $75,000 exclusive of interest and costs. This action is one over which this Court has original subject matter jurisdiction pursuant to 28 U.S.C. §1332.

6. The Defendant has attached as Exhibit A copies of all process, pleadings, papers and/or orders served upon GE in the suit pending in Essex Superior Court.

7. The Defendant has served written notice of the filing of this Notice of Removal on the Plaintiff and has served a copy of this Notice of Removal on the Clerk of the Superior Court of Essex County.

8. Defendant therefore prays that this action be removed to the United States District Court for the District of Massachusetts and that no further proceedings be had in

-3-

the Superior Court of Essex County, Massachusetts.

GENERAL ELECTRIC COMPANY,
By its Attorneys,

CURLEY & CURLEY P.C.

_____
Robert A. Curley, Jr., Esq.
27 School Street
Boston   MA   02108
(617)  523-2990
BBO # 109180

CERTIFICATE OF SERVICE

I, Robert A. Curley, Jr., hereby certify that I served a true copy of the foregoing pleading by mailing a copy postage prepaid to the following counsel of record:

Steven B. Stein, Esq.
Law Offices of Brian M. Cullen
100 Summer Street, Suite 201
Boston     MA    02110

Clerk for Civil Business
Essex Superior Court
34 Federal Street
Salem   MA   01970

Dated: 1\11\05       _____
Robert A. Curley, Jr., Esq.
CURLEY & CURLEY P.C.
27 School Street
Boston    MA    02108
(617) 523-2990
BBO # 109180

01/10/2005 02:11:06 PM   ElectricInsuranceCo   ElectricInsuranceCo   Page 2

**CT System**

**Service of Process Transmittal Form**
Boston, Massachusetts

12/30/2004

Via Federal Express (2nd Day)

TO: Karen Selavka
PO # 111-003702
Corporate Legal Department
3135 Easton Turnpike
Fairfield, CT 06431

JAN 0 3 2005

RE: **PROCESS SERVED IN MASSACHUSETTS**

FOR    General Electric Company   Domestic State: NY

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| 1. TITLE OF ACTION: | Ocean Terrace Codominium Trust, Pltf vs General Electric Company, Dft |
| 2. DOCUMENT(S) SERVED: | Summons, Complaint |
| 3. COURT: | Commonwealth of Massachusetts, Essex Superior Court<br>Case Number 4 2 198 |
| 4. NATURE OF ACTION: | Negligence resulting in personal injury |
| 5. ON WHOM PROCESS WAS SERVED: | CT Corporation System, Boston, Massachusetts |
| 6. DATE AND HOUR OF SERVICE: | By Process server on 12/30/2004 at 14:30 |
| 7. APPEARANCE OR ANSWER DUE: | Within 20 Days |
| 8. ATTORNEY(S): | No address given |
| 9. REMARKS: | i-Note sent 12/30/2004 to KAREN.SELAVKA@CORPORATE.GE.COM |

SIGNED   CT Corporation System

PER
ADDRESS   Yvette Concepcion /AL
101 Federal Street
Boston, MA 02110
SOP WS 0006883474

Information contained on this transmittal form is recorded for C T Corporation System's record keeping purposes only and to permit quick reference for the recipient. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information that can be obtained from the documents themselves. The recipient is responsible for interpreting the documents and for taking the appropriate action.

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

**A**

SUPERIOR COURT
CIVIL ACTION
No. A 2198

Ocean Terrace Condominium Trust ..................., Plaintiff(s)

v.

General Electric Company ..................., Defendant(s)

## SUMMONS

To the above named Defendant: General Electric Company

You are hereby summoned and required to serve upon Steven B. Stein, plaintiff's attorney, whose address is 100 Summer St., Boston, MA 02110, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Salem either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, Barbara J. Rouse, Esquire, at Salem, the 20th day of December, in the year of our Lord two thousand four.

*Thomas H. Driscoll Jr.*
Clerk

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein *and* also file the original in the Clerk's Office.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on _____, 20___, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (see Mass. R. Civ. P. 4 (d) (1-5):

_____

_____

_____

Dated:          , 20   .

N.B. TO PROCESS SERVER:-
PLEASE PLACE <u>DATE</u> YOU MAKE SERVICE ON DEFENDANT IN THIS BOX <u>ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.</u>

, 20

cu 03/164

COMMONWEALTH OF MASSACHUSETTS
ESSEX, ss.
SUPERIOR COURT
CIVIL ACTION
No. 04-2198

Ocean Terrace Condominium Trust
Plaintiff(s)
v.
General Electric Company
Defendant(s)

SUMMONS
(Mass. R. Civ. P. 4)

COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS.                                   SUPERIOR COURT
                                             CIVIL ACTION NO.

OCEAN TERRACE CONDOMINIUM TRUST    )
        Plaintiff                  )
                                   )
                                   )   **COMPLAINT**
v.                                 )   Jury Claim
                                   )
GENERAL ELECTRIC COMPANY,          )
        Defendant                  )
                                   )

## PARTIES

1. Plaintiff Ocean Terrace Condominium Trust ("Ocean Terrace") is a trust organized under Chapter 183A of the General Laws of Massachusetts, and is the owner of the premises at 2 Ocean Avenue, Magnolia, Essex County, Massachusetts.

2. The defendant, General Electric Company, is a duly organized company incorporated in the state of New York and doing business in Massachusetts with offices at 125 Conant Street, Beverly, Essex County, Massachusetts.

## JURISDICTION

3. The plaintiff's causes of action against the defendant arise from:

    a. The defendant transacting business in the Commonwealth of Massachusetts;

    b. The defendant contracting to supply services or things in the Commonwealth of Massachusetts;

    c. The defendant causing tortious injury by an act or omission in the Commonwealth of Massachusetts; and/or

    d. The defendant causing tortious injury in the Commonwealth of Massachusetts by an act or omission outside of the Commonwealth of Massachusetts and regularly doing and soliciting business, and engaging in other persistent courses of conduct, and deriving

01/10/2005 02:12:04 PM    ElectricInsuranceCo    EIC ReInsuranceCo    Page 6

substantial revenue from goods used or consumed or services rendered in the Commonwealth of Massachusetts.

## FACTUAL ALLEGATIONS

4. On June 1, 2002, plaintiff owned and/or controlled the property commonly known as 2 Ocean Avenue, Magnolia, Essex County, Massachusetts. ("Property"). The Property is a three-story, 42-unit condominium building.

5. Defendant was in the business of designing, engineering, manufacturing, selling and putting into the stream of commerce, air conditioners.

6. Condominium Unit 3A of the Property was equipped with a through-the-wall air conditioner which was designed, engineered, manufactured, sold and put into the stream of commerce by the defendant.

7. On or about June 1, 2002, a fire originated in the air conditioner in Unit 3A. The fire ignited combustible materials within and surrounding the air conditioner unit. The fire spread throughout the premises and resulted in the total destruction of the premises and monetary damages sustained by plaintiff.

8. The defendant was negligent in the following, among other, ways:

    a. Failure to use reasonable care in the design, engineering, testing and manufacture of the air conditioner;

    b. Failure to use reasonable care at the time of sale in the warning of consumers of the hazards of the air conditioner;

    c. Failure to use reasonable care after the sale in the warning of consumers of the hazards of the air conditioner;

    d. Failure to use reasonable care to recall the air conditioner

9. The defendant's negligence was a substantial cause of the fire and damages caused by the fire.

10. The subject air conditioner, which was designed, engineered, manufactured and/or sold by the defendant, was defective and breached the implied warranty of merchantability, G.L. ch. 106, sec. 2-314, in that it was not fit for the ordinary purposes for which through-the-wall air conditioners are used. Defendant's breach of the implied warranty caused the fire which is the subject of this complaint.

2

01/10/2005 02:12:20 PM   ElectricInsuranceCo   EIeC IcInsuranceCo   Page 7

## CAUSES OF ACTION

### COUNT ONE - NEGLIGENCE

11. Plaintiff repeats and realleges the foregoing paragraphs as if expressly rewritten and set forth herein.

12. As a direct and proximate result of the defendant's negligence, Plaintiff sustained major property damage and related damages.

   WHEREFORE, plaintiff demands judgment against the defendant, General Electric Company, plus interest, costs and all further relief the Court deems just and proper.

### COUNT TWO – BREACH OF WARRANTY (SEC. 2-314)

13. Plaintiff repeats and realleges the foregoing paragraphs as if expressly rewritten and set forth herein.

14. As a direct and proximate result of defendant's breach of warranty, plaintiff sustained major property damage and related damages.

   WHEREFORE, plaintiff demands judgment against the defendant, General Electric Company, plus interest, costs and all further relief the Court deems just and proper.

### COUNT THREE – CHAPTER 93A

15. Plaintiff repeats and realleges the foregoing paragraphs as if expressly rewritten and set forth herein.

16. The defendant's breaches of implied warranties, described above, constitute unfair and deceptive acts or practices in violation of Massachusetts General Law, Chapter 93A.

17. As a result of the defendant's unfair and deceptive acts or practices, plaintiff sustained major property damage and related damages.

   WHEREFORE, plaintiffs demand judgment against the defendant, General Electric Company, plus interest, costs and attorney's fees and demands that said amount awarded be trebled and all further relief the Court deems just and proper.

PLAINTIFFS DEMANDS TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

                              Plaintiff, Ocean Terrace Condominium by its attorney,

                              _____
                              Steven B. Stein
                              Law Office of Brian M. Cullen
                              100 Summer Street, Suite 201
                              Boston, MA  02110
                              (617) 772-2800
                              BBO #478290

Dated: December 6, 2004

01/10/2005 02:12:40 PM   ElectricInsuranceCo   ElectricInsuranceCo   Page 9

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) | Trial Court of Massachusetts Superior Court Department County Essex |
|---|---|---|

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| OCEAN TERRACE CONDOMINIUM TRUST | GENERAL ELECTRIC COMPANY |

| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE | ATTORNEY (if known) |
|---|---|
| Steven B. Stein, Law Offices of Thomas M. Niarchos, 100 Summer St., Boston, MA 02110 / 617-772-2800 Board of Bar Overseers number: 478290 | |

Origin code and track designation

Place an x in one box only:
[X] 1. F01 Original Complaint
[ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
[ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
[ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
[ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
[ ] 6. E10 Summary Process Appeal (X)

TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B05 | Products Liability | (A) | (X) Yes     ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

TORT CLAIMS
(Attach additional sheets as necessary)

Documented medical expenses to date:
1. Total hospital expenses ................................................. $............
2. Total Doctor expenses .................................................. $............
3. Total chiropractic expenses ........................................... $............
4. Total physical therapy expenses .................................... $............
5. Total other expenses (describe) .................................... $............
   Subtotal $............
Documented lost wages and compensation to date ............. $............
Documented property damages to date ............................... $2,921,109.69
Reasonably anticipated future medical and hospital expenses . $............
Reasonably anticipated lost wages .................................... $............
Other documented items of damages (describe)
   $............

Brief description of plaintiff's injury, including nature and extent of injury (describe)
Plaintiff's property sustained fire damage as a result of defendant's air conditioner which was negligently and defectively designed, manufactured and sold.
   $............
   TOTAL $2,921,109.69

CONTRACT CLAIMS
(Attach additional sheets as necessary)
Provide a detailed description of claim(s):

   TOTAL $............

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____   DATE: 12-6-04

FC-6 mtc005-11/99
S.C. 1-2000

## CIVIL ACTION COVER SHEET
### INSTRUCTIONS

### SELECT CATEGORY THAT BEST DESCRIBES YOUR CASE

| CONTRACT | | REAL PROPERTY | | MISCELLANEOUS | |
|---|---|---|---|---|---|
| 1  Services, labor and materials | (F) | C01  Land taking (eminent domain) | (F) | E02  Appeal from administrative Agency G.L. c. 30A | (X) |
| 2  Goods sold and delivered | (F) | C02  Zoning Appeal, G.L. c.40A | (F) | E03  Action against Commonwealth Municipality, G.L. c.258 | (A) |
| 3  Commercial Paper | (F) | C03  Dispute concerning title | (F) | E05  All Arbitration | (X) |
| 8  Sale or lease of real estate | (F) | C04  Foreclosure of mortgage | (X) | E07  c.112,s.12S (Mary Moe) | (X) |
| 2  Construction Dispute | (A) | C05  Condominium lien and charges | (X) | E08  Appointment of Receiver | (X) |
| 9  Other (Specify) | (F) | C99  Other (Specify) | (F) | E09  General contractor bond, G.L. c.149,s.29,29a | (A) |
| TORT | | EQUITABLE REMEDIES | | E11  Workman's Compensation | (X) |
| 3  Motor Vehicle negligence-personal injury/property damage | (F) | D01  Specific performance of contract | (A) | E14  Chapter 123A Petition-SDP | (X) |
| 4  Other negligence-personal injury/property damage | (F) | D02  Reach and Apply | (F) | E15  Abuse Petition, G.L.c.209A | (X) |
| | | D06  Contribution or Indemnification | (F) | E16  Auto Surcharge Appeal | (X) |
| 5  Products Liability | (A) | D07  Imposition of Trust | (A) | E17  Civil Rights Act, G.L.c.12,s.11H | (A) |
| 6  Malpractice-medical | (A) | D08  Minority Stockholder's Suit | (A) | E18  Foreign Discovery proceeding | (X) |
| 7  Malpractice-other(Specify) | (A) | D10  Accounting | (A) | E96  Prisoner Cases | (F) |
| 8  Wrongful death, G.L.c.229,s2A | (A) | D12  Dissolution of Partnership | (F) | E97  Prisoner Habeas Corpus | (X) |
| 15  Defamation (Libel-Slander) | (A) | D13  Declaratory Judgment G.L.c.231A | (A) | E99  Other (Specify) | (X) |
| 19  Asbestos | (A) | D99  Other (Specify) | (F) | | |
| 20  Personal Injury-Slip&Fall | (F) | | | | |
| 21  Environmental | (A) | | | | |
| 22  Employment Discrimination | (F) | | | | |
| 99  Other (Specify) | (F) | | | | |

TRANSFER YOUR SELECTION TO THE FACE SHEET.

EXAMPLE:

| CODE NO. | TYPE OF ACTION (SPECIFY) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence-Personal Injury | (F) | ☒ Yes   ☐ No |

### SUPERIOR COURT RULE 29

UTY OF THE PLAINTIFF. The plaintiff or his/her counsel shall set forth, on the face sheet (or attach additional sheets as ecessary), a statement specifying in full and itemized detail the facts upon which the plaintiff then relies as constituting money amages. A copy of such civil action cover sheet, including the statement as to the damages, shall be served on the defendant gether with the complaint. If a statement of money damages, where appropriate is not filed, the Clerk-Magistrate shall transfer e action as provided in Rule 29(5)(C).

UTY OF THE DEFENDANT. Should the defendant believe the statement of damages filed by the plaintiff in any respect adequate, he or his counsel may file with the answer a statement specifying in reasonable detail the potential damages which ay result should the plaintiff prevail. Such statement, if any, shall be served with the answer.

A CIVIL ACTION COVER SHEET MUST BE FILED WITH EACH COMPLAINT, BUFF COLOR PAPER.

FAILURE TO COMPLETE THIS COVER SHEET THOROUGHLY AND ACCURATELY MAY RESULT IN DISMISSAL OF THIS ACTION.

# Commonwealth of Massachusetts
## County of Essex
## The Superior Court

CIVIL DOCKET# ESCV2004-02198-A

RE:  Ocean Terrace Condominium Trust v General Electric Company

TO: Steven B Stein, Esquire
    Niarchos Law Office (Thomas M)
    100 Summer Street
    Suite 201
    Boston, MA 02110

## TRACKING ORDER - A TRACK

You are hereby notified that this case is on the average (A) track as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
| --- | --- |
| Service of process made and return filed with the Court | 03/07/2005 |
| Response to the complaint filed (also see MRCP 12) | 05/06/2005 |
| All motions under MRCP 12, 19, and 20 filed | 05/06/2005 |
| All motions under MRCP 15 filed | 03/02/2006 |
| All discovery requests and depositions completed | 01/26/2007 |
| All motions under MRCP 56 served and heard | 03/27/2007 |
| Final pre-trial conference held and firm trial date set | 07/25/2007 |
| Case disposed | 12/07/2007 |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time.
**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to session A sitting in CtRm 2 -rear (Salem), Essex Superior Court.

Dated: 12/07/2004

Thomas H. Driscoll Jr.
Clerk of the Courts

BY: Judith Brennan
Assistant Clerk

Location: CtRm 2 -rear (Salem)
Telephone: (978) 744-5500 ext. 414

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130

Check website for status of case: http://ma-trialcourts.org/tcic
cvdtracs_2.wpd 513840 inidocu1 exarnese

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Ocean Terrace Condominium Trust

(b) County of Residence of First Listed Plaintiff: **Essex**
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Steven B. Stein, Esq.   (617) 772-2800
Law Offices of Brian M. Cullen
100 Summer Street, Boston MA 02110

## DEFENDANTS
General Electric Company
a NY Corporation

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

05-cv-10075-PBS

Attorneys (If Known)  Robert A. Curley, Jr., Esq. (617) 523-2990
Curley & Curley P.C.
27 School St., Boston MA 02108

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS |  | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
|  | PERSONAL INJURY | PERSONAL INJURY |  |  |  |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act |  |  | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | PERSONAL PROPERTY | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | LABOR | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☒ 385 Property Damage Product Liability |  | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury |  | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. sec. 1332, 1441
Brief description of cause:
Fire loss to a building allegedly caused by air conditioner

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
N/A
(See instructions):
JUDGE
DOCKET NUMBER

DATE: January 11, 2005
SIGNATURE OF ATTORNEY OF RECORD

---
FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

JS 44 Reverse (Rev. 11/04)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.    (a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.    **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III.    **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.    **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V.    **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI.    **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**    Example:    U.S. Civil Statute: 47 USC 553
                                                        Brief Description: Unauthorized reception of cable service

VII.    **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.    **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Ocean Terrace Condominium Trust v.__
   __General Electric Company__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐ I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐ II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
         740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.        for patent, trademark or copyright cases

   ☒ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
          315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
          380, 385, 450, 891.

   ☐ IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
         690, 810, 861-865, 870, 871, 875, 900.

   ☐ V. 150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   __Not applicable.__

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

   YES ☐   NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES ☒   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?

      Eastern Division ☒     Central Division ☐     Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

      Eastern Division ☐     Central Division ☐     Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   Motion Pro Hac Vice                                           YES ☒   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Robert A. Curley, Jr., Esq.__
ADDRESS __Curley & Curley P.C., 27 School Street, Boston MA 02108__
TELEPHONE NO. __(617) 523-2990__

(Coversheetlocal.wpd - 10/17/02)