

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER: 05 10075 PBS

OCEAN TERRACE
CONDOMINIUM TRUST,
Plaintiff

v.

GENERAL ELECTRIC COMPANY,
Defendant

## ANSWER AND JURY CLAIM OF DEFENDANT GENERAL ELECTRIC COMPANY

1. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 1.

2. Defendant admits that it is a duly organized New York corporation which does business in Massachusetts, but otherwise denies the allegations of Paragraph 2.

3. Defendant denies the allegations of Paragraph 3 and each of its subdivisions.

4. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 4.

5. Defendant admits that at certain times it has been involved in certain aspects of the business of designing, engineering, manufacturing, selling and placing in the

-2-

stream of commerce certain through-the-wall air conditioning products, but otherwise denies the allegations of Paragraph 5.

6. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 6.

7. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 7.

8. Defendant denies the allegations of Paragraph 8.

9. Defendant denies the allegations of Paragraph 9.

10. Defendant denies the allegations of Paragraph 10.

## AS TO COUNT I:

11. In response to Paragraph 11, Defendant incorporates by reference its responses to Paragraphs 1 through 10.

12. Defendant denies the allegations of Paragraph 12.

## AS TO COUNT II:

13. In response to Paragraph 13, Defendant incorporates by reference its responses

-3-

to Paragraphs 1 through 12.

14. Defendant denies the allegations of Paragraph 14.

AS TO COUNT III:

15. In response to Paragraph 15, Defendant incorporates by reference its responses ot Paragraphs 1 through 14.

16. Defendant denies the allegations of Paragraph 16.

17. Defendant denies the allegations of Paragraph 17.

First Defense:

18. The injury and damage complained of by the Plaintiff were caused by the negligence of the Plaintiff, which exceeded any negligence, if any, on the part of the Defendant.

Second Defense:

19. The injury and damage complained of by the Plaintiff were caused by the conduct of a person or entity for which the Defendant is not legally responsible.

Third Defense:

20. If it is determined that the product in issue was sold by the Defendant, then,

-4-

subsequent to its sale, it was abused, misused, not maintained, not repaired, substantially changed, modified, and altered, and the Plaintiff is barred from any remedy.

Fourth Defense:

21. The Plaintiff's warranty claims and c. 93A claims are barred by the comparative fault of the Plaintiff. (See: Restatement of the Law: Products Liability.)

Fifth Defense:

22. Any implied warranty was expressly and conspicuously limited or excluded in writing, and the Plaintiff is barred form any remedy.

Sixth Defense:

23. The Complaint fails to state any claim upon which relief in the form of treble damages may be granted.

Seventh Defense:

24. To the extent that the Plaintiff has unreasonably failed to mitigate its alleged damages, Plaintiff is barred from any remedy.

Eighth Defense:

25. Plaintiff's claims are barred by the Statute of Repose, Mass. G. L. c. 260 §2B.

-5-

Ninth Defense:

26. To the extent that the Plaintiff seeks interest at the rate set forth in Mass. G. L. c. 231 §6B, said rate is unconstitutional and violates the Massachusetts Declaration of Rights and the United States Constitution.

Tenth Defense:

27. The Plaintiff has waived and/or is estopped from asserting the claims in the Complaint.

Eleventh Defense:

28. The Plaintiff's claims are frivolous, wholly insubstantial and not advanced in good faith, and the Defendant will be entitled to recovery of its attorneys fees and defense costs.

DEFENDANT CLAIMS A TRIAL BY JURY.

GENERAL ELECTRIC COMPANY,
By its Attorneys,
CURLEY & CURLEY P.C.

_____
Robert A. Curley, Jr., Esq.
27 School Street
Boston  MA  02108
(617)  523-2990
BBO # 109180

CERTIFICATE OF SERVICE

I, Robert A. Curley, Jr., hereby certify that I served a true copy of the foregoing pleading by mailing a copy postage prepaid to the following counsel of record:

-6-

        Steven B. Stein, Esq.
    Law Offices of Brian M. Cullen
    100 Summer Street, Suite 201
        Boston    MA    02110

        Thomas Reilly, Esq.
        Attorney General
  Commonwealth of Massachusetts
        One Ashburton Place
        Boston    MA    02108

Dated: 1/20/05

Robert A. Curley, Jr., Esq.
CURLEY & CURLEY P.C.
27 School Street
Boston    MA    02108
(617) 523-2990
BBO # 109180