UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER: 05 10075 PBS

OCEAN TERRACE
CONDOMINIUM TRUST,

    Plaintiff

v.

GENERAL ELECTRIC COMPANY,

    Defendant

## PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION

THE UNDERSIGNED HEREBY CERTIFY that an authorized representative of St. Paul Travelers Insurance Company, which is the property insurer of Plaintiff Ocean Terrace Condominium Trust, and its counsel, have conferred:

(a) With a view to establishing a budget for the costs of conducting the full course-in various alternative courses-of the litigation; and

(b) To consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

Date: 4-5-2005

ST. PAUL TRAVELERS INSURANCE
Insurer of Ocean Terrace Condominium Trust

By: Charles O'Reilly, an authorized representative

Date: 4/5/05

LAW OFFICE OF THOMAS M NIARCHOS
Attorneys for Ocean Terrace Condominium Trust

By: Steven B. Stein
100 Summer Street, Suite 201
Boston, MA 02110
(617) 772-2800
BBO #478290