UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER : 05 10075 PBS

OCEAN TERRACE
CONDOMINIUM TRUST,

    Plaintiff

v.

GENERAL ELECTRIC COMPANY,

    Defendant

## RULE 16 JOINT STATEMENT

Ocean Terrace Condominium Trust and General Electric Company, by their respective counsel, and pursuant to Local Rule 16.1, conferred on this matter on March 1, 2005. The parties agree that agenda items for the scheduling conference should include the following:

(1) The pending motion for admission pro hac vice;

(2) Whether discovery regarding damages should be bifurcated from discovery regarding liability, and stayed until after the court considers Rule 56 motions (the defendant seeks bifurcation; the plaintiff does not);

(3) The discovery schedule set forth below; and

(4) The scheduling of a Rule 56 motion hearing and final pre-trial conference.

The parties propose that the discovery and motion schedule be as follows:

1. Fact discovery to be completed by April 8, 2006.

- 2 -

2.  Ocean Terrace Condominium Trust shall designate expert witnesses and submit expert reports to opposing counsel by October 8, 2005. General Electric Company shall designate expert witnesses and submit expert reports to opposing counsel by January 8, 2006.

3.  Ocean Terrace Condominium Trust shall disclose rebuttal experts or opinions with reports by March 8, 2006.

4.  Dispositive motions shall be filed by May 8, 2006.

5.  At this time, the parties do not recommend scheduling the case for ADR, but will confer upon this matter as discovery develops.

6.  The motion schedule for evidentiary issues will be set at the pre-trial conference.

The parties request that the limitation on depositions set forth in Local Rule 26.1(C) be waived, subject to a motion by either party to reimpose the limit.

Pursuant to Local Rule 16.1(B)(3), the parties have considered the matter, and are in agreement that they would prefer this matter to be tried by the district court judge. Pursuant to Local Rule 16.1(C), Ocean Terrace Condominium Trust presented General Electric Company with a settlement proposal on May 29, 2003.

Certifications required by Local Rule 16.1(D)(3) will be submitted separately by each party directly by the court.

Date: 4/4/05

LAW OFFICE OF THOMAS M. NIARCHOS
Attorneys for Ocean Terrace Condominium Trust

By: Steven B. Stein
100 Summer Street, Suite 201
Boston, MA 02110
(617) 772-2800
BBO #478290

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on April 4, 2005.

Steven B. Stein

- 3 -