UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER : 05 10075 PBS

OCEAN TERRACE
CONDOMINIUM TRUST,

    Plaintiff

v.

GENERAL ELECTRIC COMPANY,

    Defendant

---

### PLAINTIFF'S MOTION TO WAIVE ELECTIONIC FILING REQUIREMENT

NOW COMES the Plaintiff, Ocean Terrace Condominium Trust, and moves to waive the requirement for electronic filing as recently made mandatory by Judge Patti B. Saris.

Plaintiff requests this waiver because Plaintiff's counsel currently does not have the capabilities to create a PDF document as required by United States District Court, District of Massachusetts Electronic Case Filing Administrative Procedures. Counsel has the computer capabilities to read the PDF documents only.

Plaintiff learned on April 4, 2005 of Judge Saris' requirement of mandatory electronic filings when Exhibit A, attached, was filed in paper form with the clerk on April 4, 2005.

Plaintiff respectfully requests that a waiver be granted with regard to electronic filing until counsel has had a reasonable opportunity to assess the cost and obtain the appropriate computer programs in order to comply with the Judge's order.

                                                     Respectfully submitted,

OCEAN TERRACE CONDOMINUM TRUST,

By its attorney,

_____
Steven B. Stein
Law Office of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston, MA 02110
(617) 772-2800
BBO# 478290

DATE: 4/5/05

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on April 5, 2005.

_____
Steven B. Stein

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER : 05 10075 PBS

OCEAN TERRACE
CONDOMINIUM TRUST,

    Plaintiff

v.

GENERAL ELECTRIC COMPANY,

    Defendant

## MOTION *PRO HAC VICE*

    Now comes the plaintiff, Ocean Terrace Condominium Trust, and moves this Court to permit Ronald W. Harmeyer and Paul T. Falk to appear and practice before this Court on behalf of the plaintiff.

    As grounds for this Motion *Pro Hac Vice*, the plaintiff submits the Affidavits of Ronald W. Harmeyer and Paul T. Falk and states as follows:

1. Paul T. Falk is a member in good standing with the Illinois Attorney Registration and Disciplinary Commission and is a partner of Falk Johnson LLC, 20 South Clark Street., Suite 1900, Chicago, IL 60603.

2. Ronald W. Harmeyer is a member in good standing with the Wisconsin Office of Lawyer Regulation and a member in good standing with the Bar of Indiana.

3. For the purposes of this litigation, Ronald W. Harmeyer and Paul T. Falk, will associate with local counsel, Steven B. Stein (BBO #478290), a member of this bar in good standing with an address at 100 Summer Street, Suite 201, Boston, Massachusetts 02110.

    Wherefore, the plaintiff, Ocean Terrace Condominium Trust, respectively moves this Court to allow this Motion *Pro Hac Vice*.

Respectfully submitted,
The plaintiff, Ocean Terrace Condominium
Trust, by its Attorney,

_____
Steven B. Stein
Law Office of Brian M. Cullen
100 Summer Street, Suite 201
Boston, MA 02110
(617) 772-2800
BBO #478290

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN CLERKS OFFICE

CIVIL ACTION NUMBER : 05 10075 PBS

2005 APR -4 P 2: 33

OCEAN TERRACE
CONDOMINIUM TRUST,

U.S. DISTRICT COURT
DISTRICT OF MASS.

    Plaintiff

v.

GENERAL ELECTRIC COMPANY,

    Defendant

### AFFIDAVIT OF PAUL T. FALK IN SUPPORT OF MOTION *PRO HAC VICE*

I, Paul T. Falk on oath and depose, state as follows:

1. I am a member in good standing with the Illinois Attorney Registration and Disciplinary Commission and a partner at Falk Johnson LLC, 20 South Clark Street, Suite 1900, Chicago, IL 60603.

2. I am not under any order of disbarment, suspension or other discipline.

3. For the purposes of this litigation I will associate with Steven Stein (BBO #478290), a member of the Massachusetts Bar in good standing with an address at 100 Summer Street, Boston, Massachusetts.

SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY THIS 23rd DAY OF NOVEMBER, 2004.

_____
Paul T. Falk

SUBSCRIBED AND SWORN TO before me this 1st day of April, 2005.

_____
Notary Public

My Commission expires: 2/27/09

OFFICIAL SEAL
MONICA E LOYE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/27/09

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER : 05 10075 PBS

OCEAN TERRACE
CONDOMINIUM TRUST,

    Plaintiff

v.

GENERAL ELECTRIC COMPANY,

    Defendant

### AFFIDAVIT OF RONALD W. HARMEYER IN SUPPORT OF MOTION *PRO HAC VICE*

I, Ronald W. Harmeyer, on oath and depose, state as follows:

1. I am a member in good standing with the Wisconsin Office of Lawyer Regulation and a member in good standing with the Bar of Indiana and an associate at Falk Johnson LLC, 111 E. Wisconsin Avenue, Suite 1370, Milwaukee, Wisconsin 53202.

2. I am not under any order of disbarment, suspension or other discipline.

3. For the purposes of this litigation I will associate with Steven Stein (BBO #478290), a member of the Massachusetts Bar in good standing with an address at 100 Summer Street, Boston, Massachusetts.

SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY THIS 23rd DAY OF NOVEMBER, 2004.

_____
Ronald W. Harmeyer

SUBSCRIBED AND SWORN TO before me this _1st_ day of _April_, 2005.

_____
Notary Public

My Commission expires: _2/27/09_

OFFICIAL SEAL
MONICA E LOYE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/27/09

I hereby certify that a true copy of the Motion Pro Hac Vice, Affidavit of Paul T. Falk In Support of Motion Pro Hac Vice, Affidavit of Ronald W. Harmeyer In Support of Motion Pro Hac Vice, and Rule 16 Joint Statement were served upon the attorney of record for each other party by mail on April 4, 2005.

_____
Steven B. Stein

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER : 05 10075 PBS

OCEAN TERRACE
CONDOMINIUM TRUST,

    Plaintiff

v.

GENERAL ELECTRIC COMPANY,

    Defendant

### RULE 16 JOINT STATEMENT

Ocean Terrace Condominium Trust and General Electric Company, by their respective counsel, and pursuant to Local Rule 16.1, conferred on this matter on March 1, 2005. The parties agree that agenda items for the scheduling conference should include the following:

    (1)    The pending motion for admission pro hac vice;

    (2)    Whether discovery regarding damages should be bifurcated from discovery regarding liability, and stayed until after the court considers Rule 56 motions (the defendant seeks bifurcation; the plaintiff does not);

    (3)    The discovery schedule set forth below; and

    (4)    The scheduling of a Rule 56 motion hearing and final pre-trial conference.

The parties propose that the discovery and motion schedule be as follows:

1.    Fact discovery to be completed by April 8, 2006.

2. Ocean Terrace Condominium Trust shall designate expert witnesses and submit expert reports to opposing counsel by October 8, 2005. General Electric Company shall designate expert witnesses and submit expert reports to opposing counsel by January 8, 2006.

3. Ocean Terrace Condominium Trust shall disclose rebuttal experts or opinions with reports by March 8, 2006.

4. Dispositive motions shall be filed by May 8, 2006.

5. At this time, the parties do not recommend scheduling the case for ADR, but will confer upon this matter as discovery develops.

6. The motion schedule for evidentiary issues will be set at the pre-trial conference.

The parties request that the limitation on depositions set forth in Local Rule 26.1(C) be waived, subject to a motion by either party to reimpose the limit.

Pursuant to Local Rule 16.1(B)(3), the parties have considered the matter, and are in agreement that they would prefer this matter to be tried by the district court judge. Pursuant to Local Rule 16.1(C), Ocean Terrace Condominium Trust presented General Electric Company with a settlement proposal on May 29, 2003.

Certifications required by Local Rule 16.1(D)(3) will be submitted separately by each party directly by the court.

Date: 4/4/05

LAW OFFICE OF THOMAS M. NIARCHOS
Attorneys for Ocean Terrace Condominium Trust

By: Steven B. Stein
100 Summer Street, Suite 201
Boston, MA 02110
(617) 772-2800
BBO #478290

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on April 4, 2005.

Steven B. Stein

- 3 -