UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER : 05 10075 PBS

OCEAN TERRACE
CONDOMINIUM TRUST,

    Plaintiff

v.

GENERAL ELECTRIC COMPANY,

    Defendant

## MOTION *PRO HAC VICE*

Now comes the plaintiff, Ocean Terrace Condominium Trust, and moves this Court to permit Ronald W. Harmeyer and Paul T. Falk to appear and practice before this Court on behalf of the plaintiff.

As grounds for this Motion *Pro Hac Vice*, the plaintiff submits the Affidavits of Ronald W. Harmeyer and Paul T. Falk and states as follows:

1. Paul T. Falk is a member in good standing with the Illinois Attorney Registration and Disciplinary Commission and is a partner of Falk Johnson LLC, 20 South Clark Street., Suite 1900, Chicago, IL 60603.

2. Ronald W. Harmeyer is a member in good standing with the Wisconsin Office of Lawyer Regulation and a member in good standing with the Bar of Indiana.

3. For the purposes of this litigation, Ronald W. Harmeyer and Paul T. Falk, will associate with local counsel, Steven B. Stein (BBO #478290), a member of this bar in good standing with an address at 100 Summer Street, Suite 201, Boston, Massachusetts 02110.

Wherefore, the plaintiff, Ocean Terrace Condominium Trust, respectively moves this Court to allow this Motion *Pro Hac Vice*.

Respectfully submitted,
The plaintiff, Ocean Terrace Condominium
Trust, by its Attorney,

Steven B. Stein
Law Office of Brian M. Cullen
100 Summer Street, Suite 201
Boston, MA 02110
(617) 772-2800
BBO #478290

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER : 05 10075 PBS

OCEAN TERRACE
CONDOMINIUM TRUST,

    Plaintiff

v.

GENERAL ELECTRIC COMPANY,

    Defendant

### AFFIDAVIT OF PAUL T. FALK IN SUPPORT OF MOTION *PRO HAC VICE*

I, Paul T. Falk on oath and depose, state as follows:

1. I am a member in good standing with the Illinois Attorney Registration and Disciplinary Commission and a partner at Falk Johnson LLC, 20 South Clark Street, Suite 1900, Chicago, IL 60603.

2. I am not under any order of disbarment, suspension or other discipline.

3. For the purposes of this litigation I will associate with Steven Stein (BBO #478290), a member of the Massachusetts Bar in good standing with an address at 100 Summer Street, Boston, Massachusetts.

SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY THIS 23rd DAY OF NOVEMBER, 2004.

_____
Paul T. Falk

SUBSCRIBED AND SWORN TO before me this 1st day of April, 2005.

_____
Notary Public

My Commission expires: 2/27/09

OFFICIAL SEAL
MONICA E LOYE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/27/09

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER : 05 10075 PBS

OCEAN TERRACE
CONDOMINIUM TRUST,

    Plaintiff

v.

GENERAL ELECTRIC COMPANY,

    Defendant

### AFFIDAVIT OF RONALD W. HARMEYER IN SUPPORT OF MOTION *PRO HAC VICE*

I, Ronald W. Harmeyer, on oath and depose, state as follows:

1. I am a member in good standing with the Wisconsin Office of Lawyer Regulation and a member in good standing with the Bar of Indiana and an associate at Falk Johnson LLC, 111 E. Wisconsin Avenue, Suite 1370, Milwaukee, Wisconsin 53202.

2. I am not under any order of disbarment, suspension or other discipline.

3. For the purposes of this litigation I will associate with Steven Stein (BBO #478290), a member of the Massachusetts Bar in good standing with an address at 100 Summer Street, Boston, Massachusetts.

SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY THIS 23rd DAY OF NOVEMBER, 2004.

_____
Ronald W. Harmeyer

SUBSCRIBED AND SWORN TO before me this _1st_ day of _April_, 2005.

_____
Notary Public

My Commission expires: _2/27/09_

OFFICIAL SEAL
MONICA E LOYE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/27/09