I hereby certify that a true copy of the Motion Pro Hac Vice, Affidavit of Paul T. Falk In Support of Motion Pro Hac Vice, Affidavit of Ronald W. Harmeyer In Support of Motion Pro Hac Vice, and Rule 16 Joint Statement were served upon the attorney of record for each other party by mail on April 4, 2005.

_____
Steven B. Stein