UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ocean Terrace Condominium Trust
Plaintiff,

        V.                                              Civil Action Number
                                                           05-10075-PBS

General Electric Company
Defendant.                                                 April 8, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 1/31/06

Plaintiff's expert designation deadline: 2/28/06

Defendant's expert designation deadline: 3/31/06

Expert discovery deadline: 5/31/06

Summary Judgment Motion filing deadline: 6/30/06

Opposition to Summary Judgment Motions: 7/14/06

Hearing on Summary Judgment or Pretrial Conference: 7/31/06 at 2:00 p.m.

Case to be referred to Mediation program: Spring, 2006

                                                                        By the Court,

                                                                        /s/ Robert C. Alba
                                                                        Deputy Clerk