UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER: 05 10075 PBS

OCEAN TERRACE
 CONDOMINIUM TRUST,
       Plaintiff
v.
GENERAL ELECTRIC COMPANY,
       Defendant

JOINT MOTION TO RESCHEDULE
ALTERNATIVE DISPUTE RESOLUTION HEARING

Now come all parties and jointly move this Court to reschedule the Alternative Dispute Resolution hearing presently scheduled for August 9, 2005, to the spring 2006 on the grounds that the Scheduling Order entered in this case provided that this case would be referred to the mediation program in the spring of 2006 and that the parties agree that the spring of 2006 would be the appropriate time for mediation.

By their Attorneys,

_____
Ronald W. Harmeyer, Esq.
Falk Johnson, LLC
  Attorneys for Plaintiff
  Ocean Terrace Condominium Trust
Bank One Plaza
111 East Wisconsin Avenue
Suite 1370
Milwaukee   WI   53202

-2-

_____
Robert A. Curley, Jr., Esq.
CURLEY & CURLEY P.C.
  Attorneys for Defendant
  General Electric Company
27 School Street
Boston   MA   02108
(617)   523-2990
BBO # 109180

CERTIFICATE OF SERVICE

I, Robert A. Curley, Jr., hereby certify that I served a true copy of the foregoing pleading by mailing a copy postage prepaid to the following counsel of record:

Steven B. Stein, Esq.
Law Offices of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston    MA    02110

Ronald W. Harmeyer, Esq.
Falk Johnson, LLC
Bank One Plaza
111 East Wisconsin Avenue
Suite 1370
Milwaukee    WI    53202

Paul T. Falk, Esq.
Falk Johnson LLC
20 South Clark Street
Suite 1990
Chicago IL    60603

Dated:_____    _____
Robert A. Curley, Jr., Esq.
CURLEY & CURLEY P.C.
27 School Street
Boston    MA    02108
(617) 523-2990
BBO # 109180