UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05 10075 PBS

_____
OCEAN TERRACE CONDOMINIUM )
TRUST,            Plaintiffs )
                              )
vs.                           )
                              )
GENERAL ELECTRIC COMPANY )
        Defendant             )
_____

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Now come the parties and jointly move to amend the Scheduling Order in this action as follows:

| | |
|---|---|
| Completion of fact discovery | April 14, 2006 |
| Plaintiff's expert designation | May 15, 2006 |
| Defendant's expert designation | June 15, 2006 |
| Completion of expert discovery | August 15, 2006 |
| Summary Judgment Motion | September 15, 2006 |
| Opposition due by | September 29, 2006 |
| Hearing on Summary Judgment | October 12, 2006 or |
| Motions or Pre-trial Conference | as scheduled by the Court |

As grounds for this motion, the parties state:

1) The proposed amendment represents an addition of 75 days to the prior case schedule. The parties have not requested any prior amendment.

2) This case involves a claim for substantial property damage arising out of the destruction of a multiple unit condominium building. The Plaintiff has presented product liability claims against the Defendant. The issues in this case are complex.

3) The parties have proceeded diligently with discovery. Written discovery is complete. The parties have completed nine depositions and expect to complete two more on February 28, 2006. Four other depositions have

been requested and on-going discovery may reveal the need for additional depositions.

4) The amendment to the schedule requested is reasonable and in the interest of the just and orderly resolution of this action.

By Their Attorneys,

/s/ Ronald W. Harmeyer
Ronald W. Harmeyer, Esquire
Attorney for Plaintiffs
BBO #
FALK JOHNSON, LLC
Bank One Plaza
111 East Wisconsin Avenue, Suite 1370
Milwaukee, WI 53202

/s/Robert A. Curley, Jr.
Robert A. Curley, Jr., Esq.
Attorney for General Electric
CURLEY & CURLEY, P.C.
27 School Street
Boston  MA  02108
(617)  523-2990
BBO # 109180

CERTIFICATE OF SERVICE

I, Robert A. Curley, Jr., hereby certify that I served a true copy of the foregoing pleading by mailing a copy postage prepaid to the following counsel of record:

Steven B. Stein, Esq.
Law Offices of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston    MA    02110


Ronald W. Harmeyer, Esq.
Falk Johnson, LLC
Bank One Plaza
111 East Wisconsin Avenue
Suite 1370
Milwaukee    WI    53202

Paul T. Falk, Esq.
Falk Johnson LLC
20 South Clark Street
Suite 1990
Chicago IL    60603

Dated:  2/28/06                            /s/ Robert A. Curley, Jr.