UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05 10075 PBS

_____
OCEAN TERRACE CONDOMINIUM    )
TRUST,           Plaintiffs            )
                                                       )
vs.                                                  )
                                                       )
GENERAL ELECTRIC COMPANY  )
       Defendant                            )
_____

**JOINT MOTION TO RESCHEDULE ALTERNATIVE
DISPUTE RESOLUTION CONFERENCE**

    Now come the parties and jointly move to reschedule the alternative dispute resolution conference in this action, currently set for July 12, 2006.  As grounds for this motion, the parties state:

1)    Consistent with the current scheduling order, the plaintiff disclosed its expert witnesses on May 15, 2006, and the defendant disclosed its expert witnesses on June 15, 2006.

2)    The parties are in the process of deposing the disclosed experts.  However, notwithstanding the diligent efforts of the parties, these depositions will not be completed before July 12, 2006.  The parties have discussed the need to extend the deadline to complete expert discovery from the current deadline of August 15, 2006, to September 15, 2006, and will be fling a motion with the court asking for such an extension.

3)    The parties have discussed with each other their respective positions on the case.  They are in agreement that until the depositions of the disclosed experts are completed, settlement attempts likely would be unproductive, and not the most efficient use of the court's time.

4)    The parties propose that the conference be rescheduled sometime after the summary judgment hearing, which the parties anticipate will be rescheduled to mid-November 2006.

5)    The amendment to the schedule requested is reasonable and in the

interest of the just and orderly resolution of this action.

By Their Attorneys,

/s/ Ronald W. Harmeyer
Ronald W. Harmeyer, Esquire
Attorney for Plaintiffs
BBO # *pro hac vice*
FALK METZ, LLC
Chase Tower, Suite 1900
111 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 226-2139
rharmeyer@falkmetz.conm

/s/Robert A. _Curley, Jr.
Robert A. Curley, Jr., Esq.
Attorney for General Electric
CURLEY & CURLEY, P.C.
27 School Street
Boston   MA   02108
(617)   523-2990
BBO # 109180

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 9, 2006.


Dated:   7/08/06              /s/ Ronald W. Harmeyer