# MEMORANDUM

TO: Judge Saris
FROM: Judge Alexander
RE: *Ocean Terrace Condominium Trust v. General Electric Co.*
05-CV-10075-PBS
SU: Mediation
DATE: July 12, 2006

---

    This case was assigned to me for mediation in June 2005. The parties indicated at that time that they did not wish to mediate the case until Spring 2006, and mediation was ultimately scheduled for July 11, 2006. On July 9, the parties filed a motion to reschedule the mediation after motions for summary judgment have been filed and heard, which the parties anticipate will be sometime after November. In that scheduling innumerable cases for mediation must be done as timely as possible and in that the parties do not wish to mediate at this time, I am returning the case to you. Should the parties wish to mediate at a later date, I would be happy to handle the mediation. Hope you are having a great summer.