UNITED STATES DISTRICT COURT
DISTRICT COURT

CIVIL ACTION NUMBER: 05 10075 PBS

FILED
IN CLERKS OFFICE
2006 JUL 17 P 4:78
U.S. DISTRICT COURT
DISTRICT OF MASS

OCEAN TERRACE
CONDOMINIUM TRUST,
    Plaintiff
    )
    )
v.    )
    )
GENERAL ELECTRIC COMPANY,
    Defendant
    )
    )

### NOTICE OF CHANGE OF FIRM NAME

TO:  See Certificate of Service

    PLEASE TAKE NOTICE that effective June 1, 2006, the law firm of **Falk Johnson LLC** has changed its name to **Falk Metz LLC**. Please note the address below.

    All other information remains the same.

FALK METZ LLC

By: _____
Ronald W. Harmeyer

Ronald W. Harmeyer
**FALK METZ LLC**
Chase Tower
111 E. Wisconsin Ave., Ste. 1900
Milwaukee, WI 53202
Ph: (414) 226-2139
Fax: (414) 226-2147

Paul T. Falk
**FALK METZ LLC**
20 South Clark Street, Ste. 1900
Chicago, IL 60603
Ph: (312) 922-5800
Fax: (312) 922-3990

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that a copy of the above and foregoing Notice of Change of Firm Name was served upon each of the following, postage pre-paid, via United States Mail, First Class, this 14th day of July, 2006.

United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way – Suite 2300
Boston, MA 02210

Robert A. Curley, Jr., Esq.
27 School Street
Boston, MA 02108

Steve Stein
Law Office of Thomas M. Niarchos
Suite 201
100 Summer Street
Boston, MA 02110

**FALK METZ LLC**

By: _____
Ronald W. Harmeyer

Ronald W. Harmeyer
**FALK METZ LLC**
Chase Tower
111 E. Wisconsin Ave., Ste. 1900
Milwaukee, WI 53202
Ph: (414) 226-2139
Fax: (414) 226-2147

Paul T. Falk
**FALK METZ LLC**
20 South Clark Street, Ste. 1900
Chicago, IL 60603
Ph: (312) 922-5800
Fax: (312) 922-3990