UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NUMBER: 05 10075 PBS**

| | |
|---|---|
| OCEAN TERRACE CONDOMINIUM TRUST, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| GENERAL ELECTRIC COMPANY | ) ) |
| Defendant | ) ) |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Now come the parties and jointly move to amend the Scheduling Order in this action as follows:

| | |
|---|---|
| Completion of expert discovery | November 13, 2006 |
| Summary Judgment Motion | December 13, 2006 |
| Opposition due by | January 15, 2007 |
| Hearing on Summary Judgment | as scheduled by Court |
| Motions or Pre-trial Conference | as scheduled by Court |

As grounds for this motion, the parties state:

1) This case involves a claim for substantial property damage arising out of the destruction of a multiple unit condominium building. The Plaintiff has presented product liability claims against the Defendant. The issues in this case are complex.

2) The parties have proceeded diligently with discovery. Written discovery is complete. The parties need to complete five expert depositions and are in the process of scheduling them.

3) The amendment to the schedule requested is reasonable and in the interest of the just and orderly resolution of this action.

By Their Attorneys,

\_\_/s/ Paul T. Falk_____
Paul T. Falk
Attorney for Plaintiffs
FALK METZ LLC
20 South Clark Street, Suite 1900
Chicago, IL 60603
(312) 922-5800


\_\_/s/ Robert A. Curley, Jr._____
Robert A. Curley, Jr., Esq.
Attorney for General Electric
CURLEY & CURLEY, P.C.
27 School Street, 6th Floor
Boston, MA 02108
(617) 523-2990
BBO #109180