UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER: 05 10075 PBS

| | |
|---|---|
| OCEAN TERRACE CONDOMINIUM TRUST, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| GENERAL ELECTRIC COMPANY | ) ) |
| Defendant. | ) ) ) |

## MOTION *PRO HAC VICE*

Now come the Plaintiff, Ocean Terrace Condominium Trust, and moves this Court to permit Susana Ochoa to appear and practice before this Court on behalf of the Plaintiff.

As grounds for this Motion *Pro Hac Vice*, the Plaintiff submits the Affidavit of Susana Ochoa and states as follows:

1. Susana Ochoa is a member in good standing with the Illinois Attorney Registration and Disciplinary Commission and is an Attorney at Falk Metz LLC, 20 South Clark, Suite 1900, Chicago, IL. 60603.

2. For this purpose of this litigation, Susana Ochoa, will associate with local counsel, Steven B. Stein (BBO #478290), a member of this bar in good standing with an address at 100 Summer Street, Suite 201, Boston, Massachusetts 02110.

Whereof the Plaintiff, Ocean Terrace Condominium Trust, respectively moves this Court to allow this Motion *Pro Hac Vice*.

By Their Attorneys,

/s/ Paul T. Falk
Paul T. Falk, Esq.
Attorney for Plaintiff
BBO # *pro hac vice*
FALK METZ LLC
20 South Clark, Suite 1900
Chicago, IL  60603

- 2 -

/s/ Steven B. Stein
Steven B. Stein, Esq.
Attorney for Plaintiff
Law Office of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston, MA  02110
BBO #478290