UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER: 05 10075 PBS

| | |
|---|---|
| OCEAN TERRACE CONDOMINIUM TRUST, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| GENERAL ELECTRIC COMPANY | ) ) |
| Defendant. | ) ) |

### AFFIDAVIT OF SUSANA OCHOA IN SUPPORT OF MOTION *PRO HAC VICE*

I, Susana Ochoa on oath and depose, state as follows:

1. I am a member in good standing with the Illinois Attorney Registration and Disciplinary Commission and an attorney at Falk Metz LLC, 20 South Clark Street, Suite 1900, Chicago, IL 60603.

2. I am not under any order of disbarment, suspension or other discipline.

3. For the purpose of this litigation I will associate with Steven Stein (BBO #478290), a member of the Massachusetts Bar in good standing with an address at 100 Summer Street, Boston, Massachusetts.

SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY THIS 29th DAY OF AUGUST, 2006.

_____
Susana Ochoa

SUBSCRIBED AND SWORN TO before me this 29th day of August, 2006.

_____
Notary Public

My commission expires: 2/27/09

OFFICIAL SEAL
MONICA E LOYE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/27/09