UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05 10075 PBS

OCEAN TERRACE CONDOMINIUM
TRUST,                          Plaintiffs

vs.

GENERAL ELECTRIC COMPANY
                                Defendant

### DEFENDANT GENERAL ELECTRIC COMPANY'S
### MOTION FOR SUMMARY JUDGMENT

Now comes the Defendant General Electric Company and moves this Court pursuant to Fed. R. Civ. P. Rule 56 to enter a summary judgment dismissing Plaintiff's alleged causes of action on the grounds that there is no genuine dispute of material fact and that the Defendant is entitled to a judgment as a matter of law as more fully set forth in Defendant's Statement of Undisputed Facts, Exhibits and Brief filed herewith.

By its attorneys,

**CURLEY & CURLEY, P.C.**

Dated: 12/13, 2006

Robert A. Curley, Jr., Esq.
BBO# 109180
27 School Street, 6th Floor
Boston, MA  02108
(617) 523-2990

## CERTIFICATE OF SERVICE

I, Robert A. Curley, Jr., Esq., hereby certify that I served a true copy of the foregoing pleading by mailing a copy postage prepaid to the following counsel of record:

Paul T. Falk, Esq.
Falk Johnson LLC
20 South Clark Street
Suite 1990
Chicago, IL   60603

Steven B. Stein, Esq.
Law Offices of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston, MA   02110

Ronald W. Harmeyer, Esq.
Falk Johnson, LLC
Bank One Plaza
111 East Wisconsin Avenue
Suite 1370
Milwaukee, WI   53202

Dated:   12/13/06

Robert A. Curley, Jr., Esq.