

Volume I
Pages 1-55

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. NO. 0510075PBS

OCEAN TERRACE CONDOMINIUM )
TRUST,                    )
                          )
        Plaintiff,        )
                          )
vs                        )
                          )
GENERAL ELECTRIC COMPANY, )
                          )
        Defendant,        )

### DEPOSITION OF FRED SCHERNECKER, a witness called

on behalf of the Defendant, taken

pursuant to Massachusetts Rules

of Civil Procedure, before Diane

Hulme, Court Reporter and Notary

Public in and for the Commonwealth

of Massachusetts, at the Law offices

of Curley & Curley, 27 School

Street, Boston, Massachusetts, on

Friday, May 26, 2006, commencing at

10:42 a.m.

**MELVIN LIPMAN**
**COURT REPORTER**
101 Tremont Street, Suite 700
Boston, Massachusetts 02108
Tel. (617) 227-3985

1        PROCEEDINGS

2            *FRED SCHERNECKER,* a witness

3        called for examination by counsel

4        for the Defendant, has given

5        sufficient identification, being

6        first duly sworn, was examined and

7        testified as follows:

8        **DIRECT EXAMINATION BY MR. CURLEY**

9    Q.  Could you state your name for the

10       record, please?

11   A.  Fred Schernecker.

12           MR. CURLEY:  Amongst counsel

13       the stipulations that we have used

14       are that the witness will read and

15       sign.  We can waive notarization,

16       sealing and filing.  Signing can be

17       under the pains and penalties of

18       perjury, within thirty days to

19       submission to the witness.

20           We'll reserve all objections,

21       except as to matters to form, to the

22       time of trial and all motions to

23       strike until the time of trial.  Is

24       that all right?

```
 1        you're going to be so that's why I
 2        ask.
 3   A.   Okay.  The location is my business,
 4        which is what I'm here representing,
 5        no plans to move or change.
 6   Q.   Do you have any present intention of
 7        changing your residential address?
 8   A.   No.
 9   Q.   And you are presently the president
10        of -- is the formal name of the
11        business Schernecker Property
12        Services, Inc.?
13   A.   Yes.
14   Q.   Which is also known as SPS?
15   A.   Yes.
16   Q.   That's at 179 Bear Hill Road in
17        Waltham, Mass?
18   A.   Yes, it is.
19   Q.   What is your educational background?
20   A.   Class of 1989 at Harvard.  Why is
21        that relevant?  I just -- I guess we
22        could start with the first question.
23   Q.   I'll be happy to answer your
24        questions, although that's highly
```

1        unusual procedure for this.

2  A.   I just think it's strange I'm here

3       so I'm trying to figure out what

4       relevancy all the questions have.

5  Q.   You told me you'd like to be out of

6       here by 1:00. You have evidence

7       that is related to certain issues

8       that have been presented in the

9       claim of Ocean Terrace against the

10      General Electric Company.

11      We'll get into those issues

12      fairly quickly. Maybe at that point

13      things will become more clear to

14      you.

15      Asking somebody their

16      educational background is a standard

17      question at a deposition. It tells

18      me something about the knowledge

19      that you're bringing to this

20      proceeding, and maybe what you

21      brought to the work that you did at

22      Ocean Terrace.

23      However, if we're going to

24      engage in, you know, talking about

9

```
 1            why you're here or that sort of
 2            thing, it's going to take much
 3            longer than I'm sure you'd like it
 4            to.  All right?
 5                 Do you have any professional
 6            licenses that relate to the
 7            construction business?
 8       A.   I have a Construction Supervisor
 9            License, Home Improvement
10            Contractor's License.
11       Q.   When did you get your Construction
12            Supervisor License?
13       A.   I don't remember the exact date.
14       Q.   Approximate date is fine.
15       A.   Ten to fifteen years ago.
16       Q.   When did you get your Home
17            Improvement Contractor's License?
18       A.   Ten to fifteen years ago when it
19            became a law.
20       Q.   For how long have you been employed
21            by SPS?
22       A.   I started the business in 1987.
23       Q.   Has that been your sole employer
24            since that time?
```

1   A.  It's been my primary business since
2      that time.
3   Q.  Have you operated other businesses?
4   A.  I'm involved in other real estate
5      investments.  I own LLCs.  I'm in a
6      play at Harvard.  I do a lot of
7      other things.
8   Q.  Your company did some work at the
9      Ocean Terrace Condominium building
10     in Gloucester in 1999?
11   A.  I believe that's the date.  We did
12     work at Ocean Terrace, yes.
13   Q.  Before that time, did you or your
14     company have any involvement with
15     the Ocean Terrace Condominium
16     building in Gloucester?
17   A.  My recollection is we did two phases
18     of work at Ocean Terrace, one was
19     rebuilding of decks, and one was
20     replacing the mansard roof.  I don't
21     know if they were concurrent.  I
22     don't know if they were under the
23     same contract but they were two
24     projects.

1    specifications, what did you

2    understand the job was to be

3    concerning flashing of air

4    conditioners on the third-floor

5    level?

6  A.  I don't remember.  I don't remember.

7  Q.  Did you inspect the premises before

8    submitting a bid?

9  A.  Yes.

10  Q.  Do you recall that there were air

11    conditioner units on the third-floor

12    level?

13  A.  I do, yes.

14  Q.  What is your memory of the air

15    conditioner units?

16  A.  With respect to what?

17  Q.  Do you remember how they were

18    installed?

19  A.  No.

20  Q.  Do you remember if they were in the

21    mansard roof?

22  A.  No.

23  Q.  Do you remember the condition of any

24    hardware or exterior screens

1  associated with those air
2  conditioners?
3  A. No.
4  Q. Did you take any photographs in the
5  course of your inspection of the
6  building?
7  A. If we did they would have been in
8  the file and so I don't believe we
9  did. And I don't remember taking
10  any photographs.
11  Q. Again, in the same section relating
12  to asphalt shingles under paragraph
13  1.08D -- I'm sorry -- strike that.
14  Under the next section
15  Materials, under Paragraph 2.02C5,
16  there's a section relating to
17  flashing for air conditioners. Do
18  you see that?
19  A. I do see that.
20  Q. In the course of the work, did SPS
21  have flashing shop fabricated
22  pursuant to that photograph?
23  A. I don't know. I don't remember.
24  Q. Is there anyway you could determine

1      conditioner unit installed on a
2      mansard roof for this job or any
3      other one?

4  A.  In reviewing the file, I don't
5      remember seeing specifications of
6      how they were going to be flashed at
7      that time.  I certainly don't
8      remember anything from the time we
9      were doing the project.

10  Q.  You have no specific memory of how
11      flashing was accomplished around the
12      air conditioning units?

13  A.  No.

14  Q.  Did you personally inspect the work
15      that was done by SPS, Inc.

16  A.  My role is not in a regular
17      inspection, but I did inspect the
18      work at the end and met with the
19      association at the end of the
20      project but certainly not in a
21      detailed fashion.

22  Q.  Is there somebody else that had the
23      responsibility to do that on behalf
24      of SPS?

EXHIBIT 12

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

C.A.NO.:  0510075 PBS

- - - - - - - - - - - - - - - - - -

OCEAN TERRACE CONDOMINIUM,                    :

     Plaintiff                                  :

vs.                                           :

GENERAL ELECTRIC COMPANY,

     Defendant                                  :

- - - - - - - - - - - - - - - - - -


DEPOSTION OF CATHERINE M. HULL, a

witness called on behalf of the Defendant, taken

pursuant to the applicable provisions of the

Massachusetts Rules of Civil Procedure, before Grace E.

Holden, a Registered Professional Reporter and Notary

Public in and for the Commonwealth of Massachusetts, at

the office of Curley & Curley, P.C., 27 School Street,

Boston, Massachusetts, on Monday, December 19, 2005,

commencing at 9:30 a.m.


MELVIN LIPMAN, COURT REPORTER
101 TREMONT STREET
SUITE 700
BOSTON, MASSACHUSETTS 02108
(617) 227-3986

1          MR. CURLEY:  Among the parties I would like

2     Ms. Hull to have the opportunity to read and sign the

3     deposition.  We can waive notarization, sealing and

4     filing.  We can reserve all objections, except as to

5     matters of form, until the time of trial and we can

6     reserve motions to strike until the time of trial.

7     Is that acceptable?

8          MR. HARMEYER:  It is.

9               CATHERINE M. HULL, having been duly

10    sworn by the Notary Public, testified as follows:

11                   DIRECT EXAMINATION

12    BY MR. CURLEY:

13  Q.  Would you state your name for the record, please?

14  A.  Catherine Hull.

15  Q.  Catherine, my name is Bob Curley.  I represent the

16    General Electric Company.  I'm going to ask you quite a

17    few questions and, after I finish, Mr. Harmeyer will

18    have an opportunity to ask you some questions.

19  A.  Okay.

20  Q.  If at any time you are asked a question that you don't

21    understand in any way, just tell us and we will

22    rephrase it for you.  Is that all right?

23  A.  Yes.

24  Q.  You have to use words to answer the questions so the

1    Q.    When did you get out of college?

2    A.    '92.

3    Q.    Which college did you graduate from?

4    A.    Marian Court.

5    Q.    Do you have any sort of scientific or technical

6          background?

7    A.    No.

8    Q.    Do you have any background in construction?

9    A.    No.

10   Q.    Other than the fire in issue, do you have any

11         experience with residential or building fires of any

12         sort?

13   A.    No.

14   Q.    You never worked for a Fire Department or anything of

15         that nature?

16   A.    No.

17   Q.    Were you the owner of any condominium or residential

18         property before you acquired Unit 3A at the Ocean

19         Terrace Condominiums?

20   A.    No.

21   Q.    When did you first purchase Unit 3A at Ocean Terrace

22         Condominiums?

23   A.    It was either '98 or '99.  It was '98 I believe.

24   Q.    And before you purchased it did you engage the services

1   A.   Yes.

2   Q.   Did you have any discussion with Lloyd Waites about any

3        animal infestation of the building?

4   A.   No.

5   Q.   Did you have any such conversation with Meredith

6        Waites?

7   A.   No.

8   Q.   At the time you purchased Unit 3A were you aware of any

9        kind of animal infestation of the building?

10  A.   No.

11  Q.   At the time you purchased Unit 3A did you have any

12       conversation with Lloyd Waites concerning the

13       air-conditioning unit that was in the unit?

14  A.   We had a conversation that included the air

15       conditioning but wasn't limited to the conversation,

16       just to the AC unit, it was the appliances in general.

17  Q.   What do you recall was said about the air-conditioning

18       unit by Mr. Waites?

19  A.   It was in working condition.  It was original-- oh, I

20       can't say it was original but it was old, it was at

21       least 13 years old.

22  Q.   So he told you that the air-conditioning unit was there

23       when he bought it/

24  A.   I can't say that for certain but that's what I

1    believed.

2  Q.  Okay. Well, I think you told me that they told you

3      they owned it for about ten years?

4  A.  Yes.

5  Q.  So if he told you.

6  A.  It was in prior to that, yes.

7  Q.  He told you the air conditioning was in before he owned

8      it then?

9  A.  Uh-huh.

10 Q.  That's a yes?

11 A.  Yes.

12 Q.  And other than this mention of the age of the

13     air-conditioning unit and that it was in working

14     condition, did he say anything else about the

15     air-conditioning unit?

16 A.  Not that I recall in that conversation, no.

17 Q.  Did you look at this particular unit on a number of

18     occasions before you decided to buy?

19 A.  Twice.

20 Q.  Was anyone with you on either of those occasions?

21 A.  At, on the, I don't recall if someone was. Possibly

22     once there was. I know the first time I went alone.

23 Q.  Did you try all the appliances?

24 A.  No.

1   Q.   Do you remember the date of the fire?

2   A.   June 1st, 2002.

3   Q.   And was Mark DiFelice living there on June 1st, 2002?

4   A.   Yes.

5   Q.   So there were about two years when you had no one

6   living there with you?

7   A.   No.  I always had someone living there with me.  First

8   Maureen and then she had moved out about a year after I

9   bought it and then Mark moved in.

10   Q.   So if you bought it in '98, Maureen moved out in '99,

11   and Mark moved in around 1999?

12   A.   Yeah, either '99 or 2000.  I had bought the unit and

13   did not move in immediately.

14   Q.   Did you have any work done on the unit before you moved

15   in?

16   A.   No.

17   Q.   Did you buy it in the fall of 1998?

18   A.   Correct, October.

19   Q.   When did you actually move in?

20   A.   The following February.

21   Q.   Between October and February, between October 1998 and

22   February of 1999 did you use the air-conditioning unit

23   at all?

24   A.   No.

15

1    Q.    Now, was that a multiple purpose unit?  Did it provide

2          heat as well as air conditioning or did it only provide

3          air conditioning?

4    A.    No, just air conditioning.

5    Q.    When you purchased the unit did you receive any product

6          literature for any of the appliances?

7    A.    I don't recall, no.

8    Q.    Do you know whether you got the product literature for

9          the air-conditioning unit?

10   A.    I don't believe so.  No, I did not.

11   Q.    Did you have any discussion with Mr. or Mrs. Waites

12         concerning product literature for the appliances?

13   A.    No.

14   Q.    At any time while you owned Unit 3A before the time of

15         the fire on June 1st, 2002 had the air conditioner been

16         removed from the wall?

17   A.    No.

18   Q.    At any time while you owned the unit had anybody

19         performed any sort of work of any nature on the air

20         conditioner?

21   A.    I'm sorry, before I owned it or?

22   Q.    No.  While you owned Unit 3A and before the time of the

23         fire had anyone done any work on the air conditioner

24         itself?

1   Q.   Did you try the air-conditioning unit?

2   A.   No.

3   Q.   What time of year was it when you were looking at Unit

4        3A to buy?

5   A.   About September.

6   Q.   Did you go out on the deck of the unit?

7   A.   Yes.

8   Q.   And could you see part of the air-conditioning unit

9        from the deck?

10  A.   Yes.

11  Q.   What could you see?

12  A.   The entire back of the unit.

13  Q.   What did the back of the unit consist of?

14  A.   Just had the grille cover and the part that sticks out

15       from the building, a portion of it.

16  Q.   About how far did it stick out from the building?

17  A.   I would say at least 6 inches, probably between 6 and

18       12.

19  Q.   Now, before you bought the unit did you notice any

20       fasteners on the grille cover?

21  A.   I didn't take note of any fasteners.

22  Q.   Did you observe that the grille cover was attached?

23  A.   Yes.

24  Q.   Did you touch it at all to see how securely it was

13

1     attached?

2  A.  Not that I recall.  It didn't appear to be loose or

3     anything at the time.

4  Q.  Okay.  And you decided to buy Unit 3A?

5  A.  Correct.

6  Q.  And after you purchased Unit 3A for some period of time

7     when you owned it did somebody else occupy that unit

8     with you?

9  A.  Yes.

10  Q.  Who was that?

11  A.  My first roommate was Maureen Dion and the second

12     roommate was Mark DiFelice.

13  Q.  How do you spell Maureen's last name?

14  A.  D-I-O-N.

15  Q.  And do you know where she presently lives?

16  A.  In Gloucester.

17  Q.  Do you know the street?

18  A.  I don't, no.

19  Q.  Are you still friends with her?

20  A.  Yes.

21  Q.  For what period of time did Maureen Dion live there?

22  A.  About a year, I believe, from when I bought it.

23  Q.  For how long did Mark DiFelice live there?

24  A.  I don't recall.  At least a year, perhaps two.

1        the living room?

2    A.   Yes.

3    Q.   Now, on this floor plan could you indicate where the

4        air conditioner was located?

5    A.   (Witness complied.)

6    Q.   You put a circle in that area.  Can you just put the

7        letters AC in that circle?

8    A.   (Witness complied.)

9    Q.   And as of June 1st of 2002, could you indicate what

10       electrical devices were present in the living area?

11   A.   All of them?

12   Q.   Yes, if you could.

13   A.   By writing on this?

14   Q.   Sure.

15   A.   (Indicating).  That's all.  There was a lamp somewhere

16       but I don't recall where at this time.

17   Q.   Okay.  So--

18   A.   Oh, there was a stereo as well I just recalled I can

19       put down.  There may have been a lamp.  I don't recall

20       exactly where it was.

21   Q.   Was there recessed lighting in the ceiling at all?

22   A.   No.  Lamps only.

23   Q.   And where the lamps were you just haven't put in on

24       this?

1   Q.   Do you have any knowledge of the actual means of

2        construction of the mansard roof?

3   A.   No.

4   Q.   Did the face of the mansard roof slope out slightly

5        from the side of the building?

6   A.   Yes, it did.

7   Q.   And the walls inside, of course, were straight up and

8        down?

9   A.   Correct.

10  Q.   Was it your understanding that there was some kind of

11       air space between the sloping mansard roof and the

12       interior wall?

13  A.   Well, there had to be, yeah.

14  Q.   Do you know whether there was insulation on the inside

15       of the wall?

16  A.   I don't know but I would assume so.

17  Q.   Now, coming back to the grille for the air conditioner,

18       the first time you noticed there was any kind of

19       problem with it was when it was actually off.  Is that

20       right?

21  A.   That's right.

22  Q.   And did you actually see it fall off?

23  A.   No.  I saw it missing.

24  Q.   And was it missing after any particular event?

1    A.    Just a very typical back of an air-conditioning grille,

2          metal slotted.

3    Q.    Do you remember the pattern of the slots at all?

4    A.    I don't recall, no.  A very typical.

5    Q.    Was the metal painted?

6    A.    No.

7    Q.    Now, before the grille fell off did you notice that it

8          was loose in any way?

9    A.    I didn't, I don't recall.

10   Q.    Did you hear it rattling when the wind blew or anything

11         of that nature?

12   A.    Not that I recollect, no.

13   Q.    Before the grille fell off did you become aware of any

14         kind of animal infestation problem in the building?

15   A.    Yes.

16   Q.    When did you become aware of that?

17   A.    I'm not exactly sure when.  I just know it was prior to

18         that screen falling off.

19   Q.    Was it halfway into your ownership, after a couple

20         years, or was it before then?

21   A.    It was at least a full year after I owned the unit.  It

22         seems that it wasn't, it seems that it was less than a

23         year before the fire in my opinion.

24   Q.    Now, now did you become aware that there was a problem

1   Q.   Do you have any knowledge of the actual means of

2        construction of the mansard roof?

3   A.   No.

4   Q.   Did the face of the mansard roof slope out slightly

5        from the side of the building?

6   A.   Yes, it did.

7   Q.   And the walls inside, of course, were straight up and

8        down?

9   A.   Correct.

10  Q.   Was it your understanding that there was some kind of

11       air space between the sloping mansard roof and the

12       interior wall?

13  A.   Well, there had to be, yeah.

14  Q.   Do you know whether there was insulation on the inside

15       of the wall?

16  A.   I don't know but I would assume so.

17  Q.   Now, coming back to the grille for the air conditioner,

18       the first time you noticed there was any kind of

19       problem with it was when it was actually off.  Is that

20       right?

21  A.   That's right.

22  Q.   And did you actually see it fall off?

23  A.   No.  I saw it missing.

24  Q.   And was it missing after any particular event?

45

```
 1   A.   It was windy, like a little windstorm, fall windy day I
 2        believe.
 3   Q.   So it was in the fall?
 4   A.   Yes.  It was about October, the previous October to the
 5        fire that.
 6   Q.   October of 2001?
 7   A.   Yes.
 8   Q.   Was anyone with you when you noticed the grille missing
 9        for the first time?
10   A.   Not that I recall, no.
11   Q.   Had you gone out onto the deck, is that when you saw
12        that?
13   A.   That's right.
14   Q.   Did you see the grille missing by going out onto the
15        deck?
16   A.   Yes.  That's when I saw it.
17   Q.   When you went out onto the deck did you see interior
18        parts of the air-conditioning unit that you had never
19        seen before?
20   A.   Yes.  Yes.
21   Q.   Now, did you pay any attention to any fasteners for the
22        grille--
23   A.   Yes.
24   Q.   -- at that time?
```

1   A.   Yes.

2   Q.   What did you see?

3   A.   Well, I looked at why, why it had fallen off and how I

4        could possibly reattach it.

5   Q.   And did you see that there were attachment points?

6   A.   Yes.

7   Q.   And could you describe those?

8   A.   I believe it was just four attachment points, one in

9        each corner.  There was two slots that lined up.  And

10       then it had a type of screw, appeared to be some type

11       of screw that clamped it on or held it together.

12  Q.   Did you see any screws?

13  A.   I know there was at least one or two sheared off, maybe

14       one missing.

15  Q.   Can you draw a sketch of what the back of the air-

16       conditioning unit looked like with respect to the

17       attachment points?

18  A.   I don't think it would be a very accurate one.  It

19       would be a guesstimate.

20  Q.   I wouldn't want you to guess about anything.

21  A.   Okay.

22  Q.   If we thought about the two top corners of the

23       air-conditioning unit as you faced it from the back--

24  A.   Uh-hum.

1  Q.  -- on those top corners was there, can you describe

2      what the attachment area looked like?

3  A.  I thought it was just a small circle that had the screw

4      that would have went through and secured the screen

5      onto the back of the unit.

6  Q.  So you remember a circle through a piece of metal?

7  A.  Yeah.

8  Q.  And in the area of those circles did you see any

9      remains of any fastener?

10 A.  I just, I remember in particular just seeing one that

11     was sheared off.

12 Q.  And do you remember, well, let me get to the two bottom

13     corners.  Do you remember what you saw there in terms

14     of fastening points?

15 A.  I don't but I, I thought that they were all the same

16     top and bottom.

17 Q.  You didn't notice any difference between the top and

18     the bottom?

19 A.  Not that I recall.  This is so much later that I don't

20     remember those things now.

21 Q.  And do you remember in which of the corners the sheared

22     off screw was?

23 A.  I don't.

24 Q.  And part of the screw remained and part was missing?

1   A.   Correct.

2   Q.   Was the top of the screw there?

3   A.   No.

4   Q.   So the top of the screw was gone?

5   A.   That's what sheared off, making it fall, right.

6   Q.   Was it your understanding that the top of the screw was

7        on the outside of the grille?

8   A.   Yes.

9   Q.   And had you seen screwheads on the outside of the

10       grille before?

11  A.   Sure.   I don't know that I really had taken particular

12       note of them but, yes, because I knew it was attached.

13  Q.   Okay.   Well, I don't want you to guess about that.

14            Do you have a recall of seeing screwheads on the

15       outside of the grille?

16  A.   Then no.

17  Q.   You have no knowledge of who initially installed this

18       air-conditioning unit, do you?

19  A.   No.

20  Q.   Or how that was done?

21  A.   No.

22  Q.   Now, can you describe the threads of the screw that you

23       saw sheared off?

24  A.   No.   Just that there was sheet plasticy, unrepairable

```
 1            is how I deemed them.  They were not going to be of any
 2            use to me anymore.
 3     Q.     The screw was plastic?
 4     A.     That, it appeared to be a plasticy, white plastic to
 5            me, yes.
 6     Q.     The screw was not metal?
 7     A.     Not that I recall, no.  I remember it being plastic.
 8     Q.     Could you, all right, so if on a screw there's a head
 9            and then there are threads that go down to the point of
10            the screw, did this plastic screw have a point on it?
11     A.     A point at the end you mean?
12     Q.     Right.  You said the head was sheared off--
13     A.     Uh-hum.
14     Q.     -- so that the thread part was left?
15     A.     Uh-hum.
16     Q.     That's a yes?
17     A.     Yes.
18     Q.     And did one end have a point on it as if it was the
19            first part of the screw to go into something?
20     A.     No.  I don't recall it being that way.  I recall it
21            being flat on the end, that it was just something that
22            screwed through and held.  That it didn't have a tip
23            made to penetrate anything, no.
24     Q.     Okay.  It just had threads?
```

1    A.    That's right.

2    Q.    And are you familiar with different types of threads on

3          hardware fasteners?

4    A.    Somewhat.

5    Q.    Do you know the difference between a thread on a sheet

6          metal screw, for example, to a stove bolt?

7    A.    No.

8    Q.    Could you describe the threads in any way?

9    A.    They were just normal straight threads that was.

10   Q.    Were they fine and close together or course and far

11         apart?

12   A.    I would say they were more course and far apart.  They

13         weren't fine like that.

14   Q.    Now, did you do anything with the remains of the screw?

15   A.    I think I kept them and tried to use them to fix it but

16         it wouldn't, I couldn't do it that way, they wouldn't

17         work.

18   Q.    When you saw the sheared off screw--

19   A.    Uh-huh.

20   Q.    -- was it still in the hole?

21   A.    Yes.

22   Q.    And did it appear that the screw had gone into the hole

23         from the outside towards the inside or from the inside

24         towards the outside?

| 1 | A. | I thought it was the outside towards the inside. |
| 2 | Q. | After the grille came off did you ever see the grille |
| 3 | | again? |
| 4 | A. | Just that day. |
| 5 | Q. | And where was it? |
| 6 | A. | It was on the ground. |
| 7 | Q. | Did you do anything to try to retrieve it? |
| 8 | A. | The next day it was gone. |
| 9 | Q. | Was it a bad weather day when you saw that the grille |
| 10 | | was missing? |
| 11 | A. | It was, that's why I didn't go down to get it right |
| 12 | | away. |
| 13 | Q. | Was it raining? |
| 14 | A. | I remember it being rainy and windy just generally. |
| 15 | Q. | Northeaster type of storm? |
| 16 | A. | Yeah. |
| 17 | Q. | Does the Ocean Avenue side of the Ocean Terrace |
| 18 | | Condominiums face the ocean? |
| 19 | A. | Yes, it does. |
| 20 | Q. | And is that the direction that the storm was coming |
| 21 | | from? |
| 22 | A. | I don't recall that day. |
| 23 | Q. | When there are northeasters that hit in the area of |
| 24 | | Ocean Terrace Condominiums do they generally come off |

1       the ocean?

2   A.   Yes.

3   Q.   Was Mr. DiFelice with you that day when you noticed

4       that the grille was missing?

5   A.   I don't believe so, no.

6   Q.   Now, when you looked inside the air-conditioning unit

7       after the grille was missing did you notice anything

8       that you thought unusual in any way?

9   A.   Not right away, no.

10   Q.   Was there any dirt or debris or nesting material of any

11       sort inside the air-conditioning unit?

12   A.   No.  It just looked rusty, I remember, and aged but

13       nothing out of the ordinary.

14   Q.   Do you remember what parts had rust on them?

15   A.   I don't.

16   Q.   Was there a metal sleeve that went through the wall?

17   A.   Yes.

18   Q.   And did the sleeve have any rust on it?

19   A.   I don't recall that.

20   Q.   Now, after the grille was missing did you take any

21       steps to try to replace it?

22   A.   Yes.

23   Q.   What did you do?

24   A.   I tried to rebuild, replicate it by using home screen.

1       I was just trying to protect it from being entered and,

2       you know, with all those electrical parts exposed.

3   Q.  Did you ever try to order a replacement grille?

4   A.  I didn't even look into that because of the age of the

5       piece.  Oh, you know what?  Actually, I'm sorry, I

6       might, well, Mark can probably answer that for you this

7       afternoon.  I think he did contact.  He had

8       measurements and I think he had a friend that worked on

9       them or something.

10  Q.  Did you yourself ever try to order a replacement

11      grille?

12  A.  No.  No.  I didn't bother because I didn't think you

13      would ever find one.

14  Q.  Do you know of any efforts that were made by Mark

15      DiFelice to order a replacement grille?

16  A.  Not that we were going to order a replacement.  Well,

17      yeah, find one that would fit into it now, yes.

18  Q.  You think Mark may have tried to find one?

19  A.  Or at least we were trying, we had contacted someone

20      about having one made or, you know, he had had a friend

21      who was in HVAC.  I believe Mark inquired with that

22      person about what to do and.

23  Q.  So is it your understanding that Mark's efforts were to

24      contact his HVAC friend to see if he could fabricate a

1     replacement grille?

2 A.   Correct, fabricate one.

3 Q.   Do you know whether Mark tried to contact the General

4     Electric Company or any GE dealer to see if there were

5     replacement parts available?

6 A.   No.   Because due to the age, we didn't bother.

7 Q.   Now, how long was the back of the air-conditioning

8     unit, the outside part of it uncovered before you took

9     any steps to cover it up again?

10 A.   Maybe a week.

11 Q.   And after that week went by what was done then?

12 A.   I think that was when, I mean it's just that it's been

13     three years now so it's hard to recall exactly, but I

14     believe that was when I first put screen, some screen

15     just from an old house screen. I had cut the screen

16     from the frame and tried to cover it that way.

17 Q.   Was this a screen from your condo unit?

18 A.   From a friend had extra screens.

19 Q.   Was this a nylon mesh screen or a metal mesh screen?

20 A.   Metal mesh.

21 Q.   And did you cut it to the shape of the back of the air

22     conditioner?

23 A.   Yes.

24 Q.   Did you wrap it around the?

1   A.   Tucked onto the inside is what I tried to do.

2   Q.   So you made some corners for the screen so that it

3       tucked into the inside?

4   A.   Correct.

5   Q.   And did you fasten the screen to the mounting points

6       with anything?

7   A.   No.  Because I really couldn't find something that

8       would be appropriate to do that with.

9   Q.   So you just sort of squeezed the screen into the sleeve

10      opening?

11   A.   Right.

12   Q.   And you didn't try to hold it there with anything?

13   A.   No.  Just by the screen itself.  You know, when it was,

14      the metal screen that I put inside was trying to expand

15      itself inside this tightened sleeve, so I thought that

16      would hold it in.

17   Q.   Did you explore anything with the hardware store as to

18      what type of sheet metal screw that might be used to

19      hold the screen in?

20   A.   I really didn't bother at that, to go through those

21      kind of lengths about it.

22   Q.   So you never went to any building supply stores, for

23      example, --

24   A.   No, I didn't.

1    Q.    -- to try to correct--

2    A.    No.

3    Q.    -- the missing grille situation?

4    A.    Right, no.

5    Q.    Were you the one that did this or did Mark help you or

6          was it Mark mostly that was doing the work?

7    A.    I think I did the screen thing first and then I had

8          asked him to help me try to find a permanent

9          replacement after the screen I had put up was damaged

10         and removed by squirrels.

11   Q.    Now, before you put the screen on had you noticed any

12         squirrel activity with respect to the air conditioner?

13   A.    I don't remember about the first time that I put the

14         screen up.  I don't remember if he was here before the

15         first screen or not.

16   Q.    Okay.  What was it that led you to believe that the

17         squirrels had damaged the screen once it was installed?

18   A.    Because it was ripped out.  It was torn out of the.

19   Q.    Had you seen any squirrels in the vicinity of the air

20         conditioner--

21   A.    Yes.

22   Q.    -- when the screen went in?

23   A.    Oh, I'm sorry.  Say that again.

24   Q.    Once the screen went in had you seen any squirrels in

1     the vicinity of air conditioner?

2  A.  Yes.

3  Q.  Where did you see them?

4  A.  On the railings of the deck.

5  Q.  Did you ever see them jumping towards the

6     air-conditioner unit or sitting or resting on the part

7     of the sleeve that protruded from the wall?

8  A.  I saw them inside of it but I didn't see them actually

9     coming or going from it.

10  Q.  You saw squirrels inside the air conditioner.  Is that

11     after the screen was removed or ripped out?

12  A.  Yes.

13  Q.  Did you see the ripped out screen?

14  A.  Yes.

15  Q.  What did it look like?

16  A.  It was just destroyed and tangled and had a hole torn

17     through the middle of it.

18  Q.  How the hole was actually created, you just didn't see?

19  A.  I didn't see.  But I, you know, I led to, I was

20     believing it was the squirrel that tore it out.

21  Q.  After you saw the torn out screen did you see a

22     squirrel inside the air conditioner?

23  A.  Yes.

24  Q.  And did he stay there when you came out on the deck?

1   A.   Yes.

2   Q.   What did the squirrel appear to be doing in there?

3   A.   Just hanging around.  I mean he wasn't really doing

4        anything.  He was just looking at me.

5   Q.   Had you heard any sounds coming from inside the

6        air-conditioning when you were on the inside?

7   A.   Yes.  But that wasn't, but that wasn't until after he

8        had kind of taken up residence in there.

9   Q.   This was a gray squirrel?

10   A.   Yes.

11   Q.   Well, there are different kinds.

12   A.   I know.

13   Q.   So it was one of our little friends with the gray body

14        and the white chest?

15   A.   Yeah.

16   Q.   And did you ever see more than one squirrel in the

17        air-conditioning unit?

18   A.   I thought at one time there were was two but I couldn't

19        really, I didn't want to get close enough to.  I was

20        afraid of them.

21   Q.   Now, do you know the noise that the squirrels make?

22   A.   Yeah.  But I didn't hear that from there.  I just heard

23        digging and scratching but not a, you know, squirrel.

24   Q.   The high kind of chatter that they do?

1    I could open the door and look and see if he was in

2    there first.

3 Q.  Did you want to be out on the deck while the squirrel

4    was in the AC unit?

5 A.  No.

6 Q.  Had the squirrels shown any aggressive type behavior of

7    any sort?

8 A.  No.  But they weren't afraid either.  They didn't seem

9    to be afraid.

10 Q.  How long did the screen remain inside the sleeve before

11    it was ripped out?

12 A.  The one that I made?

13 Q.  Yes.

14 A.  Not for more than three or four days.  I remember it

15    was not long.

16 Q.  And then was the air-conditioning unit uncovered for

17    some period of time?

18 A.  Yeah.

19 Q.  How long was it uncovered?

20 A.  Maybe a few days.

21 Q.  And what happened then?

22 A.  That is when we were just trying to find something else

23    to cover it with because that piece of screen I had had

24    was destroyed.  It was just few days in between I was

1           looking for new materials.

2    Q.    Did you identify some new materials?

3    A.    I just got more of the screen that I had had before.

4    Q.    So you got more metal screen?

5    A.    Yeah.

6    Q.    And did you do the same thing you did before?

7    A.    Yes.  But first I had to start to clean it out because

8          they had already started to put bedding materials

9          inside.

10   Q.    So you actually pulled material out of the inside of

11         the air conditioner?

12   A.    Yes, just like straw like kind of material.

13   Q.    And did you do that with your hands or did you use

14         tools?  Did you use a screwdriver to scrape it out with

15         or something like that?

16   A.    Not that I recall.  I believe I did it with my hands.

17         As far as I recall I just.

18   Q.    Are you the one that cleaned it out rather than Mark?

19   A.    Right.  Whether he did it as well, he may have at

20         another time.  They were pretty adamant about making

21         this their home.

22   Q.    They liked this spot.

23   A.    Yes.  It was getting cold out and there was residual

24         heat coming through from my unit there.

1  Q.  About how much straw or bedding material had they put

2      in there the first time you cleaned it out?

3  A.  No more than just a handful.  I mean I was pretty

4      adamant about keeping them out of there, Mark and

5      myself, so we weren't letting them get, you know, we

6      weren't letting it go for days without checking it.

7      Every day that it was open we looked at it and was

8      concerned about it being open in the back for a number

9      of reasons, not really just the animals.

10  Q.  What were your other concerns?

11  A.  Well, that weather was going to get inside the, you

12      know, mechanical portions of it and it wasn't going to

13      work and it was going to rust and dirt and debris.

14  Q.  So you thought that the upcoming winter would

15      potentially harm the working components of the air

16      conditioner?

17  A.  Right.  Right.

18  Q.  Now, the second time you put the screening material

19      into the sleeve did you use any fasteners on that

20      occasion to hold the screen to the sleeve?

21  A.  I think that was the time that I tried to tape it with

22      like a strong packaging kind of tape or I may have

23      used, I don't think I had, I either had duct tape or a

24      type of packaging tape.

1  Q.  Clear packaging tape?

2  A.  I can't recall exactly what I used right now.  For some

3      reason I do think it was the clear packaging tape.

4  Q.  How did you use the clear packaging tape to try to keep

5      the screen in?

6  A.  I just tried to tape it around the outside of the metal

7      sleeve that stuck out.

8  Q.  So you would--

9  A.  I tried to attach the screen from the outside rather

10     than tucking it on the inside this time.

11 Q.  And then you taped the outside perimeter?

12 A.  Correct.

13 Q.  What happened after you put the screen on the second

14     time?

15 A.  And then the squirrels came and destroyed it again.

16     And those were both temporary measures while we were

17     trying to find a suitable permanent replacement.

18 Q.  How long did it take the squirrels to destroy the

19     second screen?

20 A.  I have a vague recollection of the second screen

21     lasting longer than the first one but not by much.  So

22     the first one might have lasted like three or four days

23     and the second one this time might have been like a

24     week and a half.

1   A.   I can't say for certain.  I really can't.

2   Q.   So it may have been exposed to the elements or it may

3        not have been.  You simply don't know?

4   A.   That's right.  I don't know.  Because I don't, I don't,

5        I remember I wouldn't have liked it just left like that

6        all winter.  I can't imagine that I would agree to

7        being fine with it being open all winter.

8   Q.   Do you remember any other form of device that was used

9        to close up the back of the air-conditioning unit other

10       than the screening material?

11  A.   No not at this time I don't recall.

12  Q.   Do you remember what, if anything, was on the back of

13       the air-conditioning unit in June of 2002, on June 1,

14       2002?

15  A.   I don't.

16  Q.   It may simply have been open?

17  A.   May have been.

18  Q.   Did you have any communications with the condominium

19       management organization concerning the air-conditioning

20       unit?

21  A.   No.  Well, no, I don't think I did, no.

22  Q.   Did you have any communication with any other

23       condominium unit owners about air-conditioning units?

24  A.   Not that I recollect.

1    finding one that fit and I don't know if she had to get

2    a new one or use the same sleeve. I just remember some

3    vague, you know, neighborly discussion, not of any kind

4    of substance or importance, just in passing.

5  Q.  So whether she succeeded in locating just the right

6    size or not, you simply don't know?

7  A.  No.

8  Q.  Did you ever try to identify any air-conditioning unit

9    that would fit into the sleeve that was in your wall?

10  A.  Huh-uh.

11  Q.  That's a no?

12  A.  That's right, no.

13  Q.  Do you know if Mark DiFelice ever tried to identify any

14    air-conditioning unit that was just the right size to

15    fit into the sleeve that was in your wall?

16  A.  Not that I recall.

17  Q.  Were there squirrels that were living in the

18    air-conditioning unit throughout the winter of

19    2001-2002?

20  A.  At least off and on. I don't know if it was the whole

21    winter. I don't think so. I felt like I got rid of

22    them. It's been so long, this is the problem, it's

23    been three years of something I've tried to forget

24    about. But just knowing me, I wouldn't have just said

1       oh, okay, fine, they can live there. Because I was

2       afraid that they were going to chew the wires, that

3       they were going to do some kind of damage, that they

4       were going to get into my house, so I would not have

5       let them live there from the winter all the way into

6       the spring into the summer, no.

7   Q.  Did anybody ever inspect the wires in the

8       air-conditioning unit after the squirrels had been in

9       there and before the fire?

10  A.  No.  No.  Not, well, you know, I shouldn't.  Not that

11      I'm aware of.  Mark could have looked.  I don't,

12      certainly no one out of our household.

13  Q.  Does Mr. DiFelice have a background in construction at

14      all?

15  A.  He's not, construction I don't know.  He's an

16      electrician.  But I don't know.  I mean he would know

17      the generals of construction.  He would have to.

18  Q.  Did he work as a electrician?

19  A.  Yes.

20  Q.  He would wire up residential buildings and that sort of

21      thing?

22  A.  I believe he mostly did commercial.  He did not do

23      residential.

24  Q.  Do you know if Mark DiFelice ever looked at the wiring

1      like that working.  I think, I don't remember.  It

2      might have made him leave that time but he certainly

3      came back.

4  Q.  Did you ever do anything to notify the General Electric

5      Company about this problem?

6  A.  No.

7  Q.  How did you find out about the fire?

8  A.  From a phone call.

9  Q.  Who was it that called you?

10  A.  My brother-in-law.

11  Q.  What's his name?

12  A.  Scott Arnold.

13  Q.  Did Mr. Arnold live at the Ocean Terrace Condominiums?

14  A.  No, he didn't.

15  Q.  Did he tell you how he found out about the fire?

16  A.  He was there.  He was standing outside the building and

17      saw smoke coming from my unit.  He was speaking to a

18      neighbor of mine.

19  Q.  Do you remember the neighbor's name?

20  A.  Not his last name.

21  Q.  First name?

22  A.  Peter.

23  Q.  And what did Scott say to you on that telephone?

24  A.  There was a fire that appeared to be in my unit, it

1   A.   Just a very typical back of an air-conditioning grille,

2       metal slotted.

3   Q.   Do you remember the pattern of the slots at all?

4   A.   I don't recall, no.  A very typical.

5   Q.   Was the metal painted?

6   A.   No.

7   Q.   Now, before the grille fell off did you notice that it

8       was loose in any way?

9   A.   I didn't, I don't recall.

10   Q.   Did you hear it rattling when the wind blew or anything

11       of that nature?

12   A.   Not that I recollect, no.

13   Q.   Before the grille fell off did you become aware of any

14       kind of animal infestation problem in the building?

15   A.   Yes.

16   Q.   When did you become aware of that?

17   A.   I'm not exactly sure when.  I just know it was prior to

18       that screen falling off.

19   Q.   Was it halfway into your ownership, after a couple

20       years, or was it before then?

21   A.   It was at least a full year after I owned the unit.  It

22       seems that it wasn't, it seems that it was less than a

23       year before the fire in my opinion.

24   Q.   Now, now did you become aware that there was a problem

1          with animals in the building?

2    A.    I could hear digging.

3    Q.    Where did you hear the digging?

4    A.    I heard it in the ceiling above the master bedroom.

5    Q.    And did you attribute that digging to any particular

6          type of animal?

7    A.    I assumed it was squirrels or mice.

8    Q.    How often did you hear the digging?

9    A.    I don't, I don't recall.  I remember it being in spats,

10         that I would hear it every night three nights in a row

11         and then I wouldn't hear anything for a while.

12   Q.    Did you talk with other unit owners about animals in

13         the building?

14   A.    Not that I recall.

15   Q.    As a unit owner did you become a member of the

16         condominium association?

17   A.    I think you are by default as a unit owner.

18   Q.    Did the condominium association have regular meetings?

19   A.    Yes.

20   Q.    Did you attend those meetings?

21   A.    Yes.

22   Q.    At those meetings did the subject of animals in the

23         building ever come up?

24   A.    Yes, it did.

```
 1   A.   I feel not after, that after we had the third go-around
 2        and or discussion that it seemed to have subsided.
 3   Q.   By subsided, you mean went down or diminished?
 4   A.   Yes.  I didn't hear them all the time and it wasn't.
 5   Q.   Now, you had a cat?
 6   A.   Yes.
 7   Q.   And I understand the cat's name was Kitty?
 8   A.   Yes.
 9   Q.   Did you make observations of your cat responding to any
10        condition in the ceiling or walls?
11   A.   In the walls just the day of the fire.
12   Q.   Would you describe that, please?
13   A.   My cat was attracted to the area which has been
14        determined to be the point of ignition of the fire.
15        She was very interested in that area, refused to come
16        when she was called and just intent on staring at it.
17        There was something very attractive to her in that
18        area.
19   Q.   And the area that you're referring to is where?
20   A.   Is to the, if you're inside the unit, to the right-hand
21        side of the sliding glass door.
22   Q.   Could you put an X where you're referring?
23   A.   Yes.  And she was outdoors at the time on the deck.
24   Q.   Now, you indicate that that area was determined to be
```

1          the point of origin of the fire?

2    A.    Yes.

3    Q.    Did someone provide you with that information?

4    A.    Yes.

5    Q.    Who was that?

6    A.    The Fire Department and the fire inspector, and I

7          believe the detective was there as well and perhaps the

8          fire marshal.

9    Q.    And were these on different occasions?

10   A.    It may have been more than once, maybe twice, but I

11         recall one time in particular.

12   Q.    Was that where did that meeting occur?

13   A.    In the unit.

14   Q.    And do you remember who was there?

15   A.    I just recall that it was the lead detective and the

16         fire inspector-- no, the fire marshal I believe was his

17         title.

18   Q.    And was he a State policeman?

19   A.    Yes.  Yes.

20   Q.    Was his name Welch?

21   A.    I believe that is, yes.

22   Q.    Okay.  Now, do you remember what Mr. Welch said to you

23         concerning the point of origin?

24   A.    I don't recall if it was Mr. Welch or the detective or

1    who exactly it was.  One of the officials, though,

2    whether it was Gloucester Fire Department official, I'm

3    not sure, we had talked about the point of origin and

4    he wanted to know about what electrical appliances, if

5    any, were near that area.

6  Q.  And you told them the TV, the VCR, and the DVD were

7    there, plus the power strip?

8  A.  Correct.

9  Q.  Were there any other electrical appliances there?

10  A.  Not that I recall at this, right now not that I recall.

11  Q.  And the person that you referred to as the detective,

12    was he from the Town of Gloucester?

13  A.  The City of Gloucester, correct.

14  Q.  City of Gloucester.  Okay.

15    And did the individual that was speaking about the

16    point of origin give you a description as to why he

17    felt this was the area of the origin?

18  A.  Yes.

19  Q.  What did he say?

20  A.  Based on his experience it was pretty obvious that it

21    was the most burned area of the building and the

22    alligatoring on the inside wall beams indicated a high

23    heat and or long burning time.

24  Q.  Do you remember anything else that that individual said

1      about the area of origin?

2  A.  No, just that it was within the wall in that area.

3  Q.  And did all of the people that were at this meeting,

4      were they all in agreement on this conclusion?

5  A.  Yeah.  You know, there was some, I felt like they were

6      a little bit wishy-washy on they couldn't tell me why,

7      what had started on fire there but they had seemed

8      pretty sure this is where it started but, you know,

9      shoulder shrug I don't know why.

10 Q.  Was there discussion of electrical wiring in the walls?

11 A.  That was part of the discussion.

12 Q.  What was said about the electrical wiring in the walls?

13 A.  They rewired the unit and they just wanted an accurate

14     reflection of what I may have had plugged in to what

15     areas for electrical appliances, what was running at

16     the time.

17 Q.  What do you mean they rewired the unit?

18 A.  That's what they told me they did.  They rewired my

19     unit to, like they were doing any fire, to try to

20     determine the point of origin.

21 Q.  Do you mean they just tried to trace where the wires

22     were or did they actually put new wires in to do some

23     form of testing?

24 A.  They told me that they had an electrician come in and

1    redo the wires that were there to.

2  Q.   Did you have any electrical panel inside your unit

3       itself?

4  A.   Yes.

5  Q.   Where was that located?

6  A.   In the front entrance hallway on the left-hand side.

7  Q.   Had you ever had to open up that electrical panel for

8       any reason?

9  A.   I'm sure I did, yes.

10  Q.   And did you have circuit breakers that tripped from

11      time to time?

12  A.   No.

13  Q.   Were there circuit breakers in that panel as opposed to

14      fuses?

15  A.   Yes.

16  Q.   Did you turn circuit breakers on and off for some

17      reason?

18  A.   Not unless it was needed to do so.  The only

19      recollection I have actually of operating the circuit

20      breaker is when I replaced the water heater and I

21      wanted to power off that area of the house.

22  Q.   Do you remember being inside the electrical panel at

23      any time other than when you replaced the hot water

24      heater?

34

| | | |
|---|---|---|
| 1 | A. | Not particularly.  Not specifically. |
| 2 | Q. | You may have been but-- |
| 3 | A. | Yeah, I may have been if a light blew or I wanted to |
| 4 | | change a bulb or the shut the power off to the area. |
| 5 | Q. | So if you replaced certain light bulbs, you would turn |
| 6 | | off the circuit for that area? |
| 7 | A. | Uh-hum. |
| 8 | Q. | That's a yes? |
| 9 | A. | Yes. |
| 10 | Q. | Now, when this meeting took place in your unit after |
| 11 | | the fire was there any discussion about the |
| 12 | | air-conditioning unit? |
| 13 | A. | Yes. |
| 14 | Q. | Do you recall what that discussion was? |
| 15 | A. | Just that they felt the air conditioner wasn't, didn't |
| 16 | | itself cause the fire, that it didn't short-circuit, |
| 17 | | but the air-conditioning unit itself worked as a vent |
| 18 | | for the fire, that the fire started within the wall, |
| 19 | | the smoke finds a place to escape, it found a vent to |
| 20 | | the outdoors through the air-conditioning unit because |
| 21 | | there was a hole cut in the wall for it, and that is |
| 22 | | what led people to first say that the air conditioner |
| 23 | | was on fire because that's where the smoke was exiting |
| 24 | | from. |

1    Q.   Do you remember any other discussion that occurred at

2         that meeting?

3    A.   Just that they wanted to look at the air-conditioning

4         unit.  They asked me if they could take it with them,

5         if I would sign something that they were going to send

6         it to a lab out of state to have it inspected,

7         basically that they were covering all their bases.

8         They wouldn't give a definitive ruling on what caused

9         the fire.

10   Q.   And did you sign a paper that allowed them to take the

11        air-conditioning unit?

12   A.   Yes.

13   Q.   And was the air-conditioning unit present at that

14        meeting?

15   A.   Yes, it was.

16   Q.   And was this, how soon after the fire did this meeting

17        occur?

18   A.   The one in which we entered the building was probably

19        four to five days after the fire.

20   Q.   And this is when the discussion occurred about the

21        place of origin?

22   A.   We had had a discussion before, not that in depth.

23        They had asked me questions the day after the fire

24        about what was plugged in where and this and that.  And

1       it.

2   Q.   I'm going to show you a picture and I will represent to

3       you this is a picture of another air conditioner unit

4       in the condominium building.

5   A.   Uh-huh.

6   Q.   There's a screw there in the middle.  Is that what your

7       screw looked like after the screen fell off?

8   A.   No.  That's, I thought it was sheared flush with this,

9       that there was really nothing there.

10   Q.   Well, this picture I'm showing you, we'll mark it here,

11       the grille is still on?

12   A.   Yeah.

13   Q.   And on your air conditioner the grille had fallen off

14       completely?

15   A.   Right.

16   Q.   So there was just the remains of the screw hanging

17       there?

18   A.   Right.

19   Q.   And I'm simply trying to see if your description of a

20       cheap plasticy white plastic unrepairable screw looked

21       like what we see in that photo?

22   A.   It's hard for me to say.  I don't know if that white

23       thing is like one of those wing nuts that's on there or

24       something.  It's hard for me to see.

```
 1   Q.   Was there any wing nut or anything left on the screw
 2        that you saw?
 3   A.   No.  I just remember just that it sheared off right at
 4        the threading and like for some reason I thought it was
 5        plastic, like a hard resiny kind of plastic.
 6   Q.   Would you describe this screw as being sheared off?
 7   A.   That, no, not in the same manner that mine was.
 8   Q.   And is that because there's a block that you see there?
 9   A.   Right.  And it's still attached.  This was just cut
10        off.  There was nothing, I believe, left to hold on to.
11                  MR. CURLEY:  Could we have that marked?
12                  MR. HARMEYER:  Yes.
13                        (Exhibit No. 3 was marked.)
14   Q.   You said that your impression or your understanding is
15        that the screws were screwed from the outside in?
16   A.   Yes.  That's what I had assumed from looking at that,
17        it was broken off on the outside.
18   Q.   So what you saw was simply the shaft of the screw with
19        the threads?
20   A.   Yes.
21   Q.   All right.  You testified about your cat staring with
22        her face up against the wall?
23   A.   Yes.
24   Q.   And was that the, if you're standing on your deck
```

1    that was my problem, I had nothing to secure it to

2    underneath.   There was no pinch, you know, there was no

3    way to pinch it on to anything.

4    Q.   So there was a triangular corner cutout?

5    A.   Yes.  I remember that.

6    Q.   And next to that corner cutout there appears to be a

7    circular area?

8    A.   Yeah.

9    Q.   Was there a circular area on your grille in that

10   vicinity?

11   A.   That's kind of what I remember of the fasteners, that

12   there were like that but I can't.

13   Q.   Now, this fastener actually appears, that is in the

14   middle of Exhibit 3 appears to be a metal screw.   Is

15   that the way it appears to you?

16   A.   It does.  But I can't tell because I don't know what

17   this white square is.

18   Q.   Then there's a piece of white something that the screw

19   goes through.   Is that right?

20   A.   That's what it looks like.

21   Q.   Did you ever-- and the screw that you saw or the

22   remains of what you saw appeared to be a plastic screw,

23   not a metal screw?

24   A.   I thought it looked plasticy.  I thought it looked like

1    a sheared off plastic to me, yes.

2  Q.  And it looked like a screw rather than a nut?  It

3    looked like a screw rather than something you would put

4    a screw into?

5  A.  Right.

6  Q.  Do you remember seeing any white plastic on the outside

7    of the grille that was on your air-conditioning unit

8    before the time of the fire?  I shouldn't say.  Let me

9    ask it this way.

10    Do you remember seeing any white plastic on the

11    outside of your grille before the grille became lost?

12  A.  I really don't recall.  I just didn't pay any, really

13    much attention to the grille when it was there.

14  Q.  And at one point the cat was staring at some bees that

15    were under the air-conditioning unit area?

16  A.  Yes.

17  Q.  Had some bees or bee-type insects got into the house at

18    that area?

19  A.  Not into my unit, no, but they had made a small nest

20    like where the deck had met the floor.

21  Q.  Was there an opening there for them to get into the

22    mansard area?

23  A.  Well, I don't know.  I don't really know what the

24    construction was.  I just remember there was a small

EXHIBIT 13

