EXHIBIT 14

1    UNITED STATES DISTRICT COURT

2    DISTRICT OF MASSACHUSETTS

3                        C.A.NO.:  0510075 PBS

4    - - - - - - - - - - - - - - - - - -

5    OCEAN TERRACE CONDOMINIUM,              :

6         Plaintiff                         :

7    vs.                                     :

8    GENERAL ELECTRIC COMPANY,

9         Defendant                         :

10   - - - - - - - - - - - - - - - - - -

11

12                        DEPOSTION OF MARK DIFELICE, a

13   witness called on behalf of the Defendant, taken

14   pursuant to the applicable provisions of the

15   Massachusetts Rules of Civil Procedure, before Grace E.

16   Holden, a Registered Professional Reporter and Notary

17   Public in and for the Commonwealth of Massachusetts, at

18   the office of Curley & Curley, P.C., 27 School Street,

19   Boston, Massachusetts, on Monday, December 19, 2005,

20   commencing at 1:30 p.m.

21

22              MELVIN LIPMAN, COURT REPORTER
                     101 TREMONT STREET
23                        SUITE 700
                 BOSTON, MASSACHUSETTS 02108
24                     (617) 227-3986

1          MR. CURLEY:  Among the parties we can let the

2     witness read and the deposition.  We can waive

3     notarization, sealing and filing.  We can reserve all

4     objections, except as to matters of form, until the

5     time of trial and reserve motions to strike until the

6     time of trial.  Is that acceptable?

7          MR. HARMEYER:  Yes.

8          MARK DIFELICE, having been duly

9     sworn by the Notary Public, testified as follows:

10                   DIRECT EXAMINATION

11     BY CURLEY:

12  Q.  Could you state your name for the record, please?

13  A.  Mark DiFelice.

14  Q.  Mr. DiFelice, I'm Bob Curley and I represent the

15     General Electric Company.  I'm going to ask you a quite

16     a few questions and, after I finish, Mr. Harmeyer will

17     have an opportunity to ask you some questions.  He

18     represents the Ocean Terrace Condominiums in this case.

19          If at any time you are asked a question that you

20     don't understand in any way, just tell us and we will

21     rephrase the question for you.  Is that acceptable to

22     you?

23  A.  Absolutely.

24  Q.  Now, some of these things happened some years ago and

1    A.    No, single family home.

2    Q.    Any present intention of moving from that address?

3    A.    No.

4    Q.    Are you the owner there?

5    A.    Yes.

6    Q.    What's your present occupation?

7    A.    Electrician.

8    Q.    And do you work for a company?

9    A.    JM Electric.

10    Q.    Where is JM Electric--

11    A.    Lynnfield, Mass.

12    Q.    -- located?

13          Do you know the street address?

14    A.    I believe it's 220 Broadway, Lynnfield.

15    Q.    One other thing I'll ask you.  Let me finish my

16          question before you start to answer.

17    A.    Okay.

18    Q.    There's one practical reason for that, which is it's

19          very difficult for Grace, the court reporter, to write

20          down what two people are saying at the same time.

21    A.    Okay.

22    Q.    And the other reason is you may not know what the

23          question is actually going to be unless you hear the

24          end of it, so it's important that you understand the

1       question before you start to answer it.  All right?

2  A.   Okay.

3  Q.   How long have you worked for JM Electric?

4  A.   Four years.

5  Q.   You're a licensed electrician?

6  A.   Yes.

7  Q.   Journeyman?

8  A.   Yes.

9  Q.   Never tried to get a Master's?

10 A.   No.

11 Q.   How long have you had your journeyman's electrician

12      license?

13 A.   1988 I believe.

14 Q.   Did you go through a Union Program?

15 A.   No.

16 Q.   What's your educational background?

17 A.   High school.

18 Q.   Where did you go?

19 A.   Everett High School.

20 Q.   When did you get out?

21 A.   1984.

22 Q.   Any formal education after high school?

23 A.   No.

24 Q.   Did you pursue some course of study to enable you to

1      become a journeyman electrician?

2  A.  My first electrical job I became an indentured

3      apprentice, a state apprentice, and they sent me to

4      school.

5  Q.  Who was your employer?

6  A.  At that time it was Helco Electric.  At that time they

7      were in Saugus.  Now they're in Peabody.

8  Q.  What school did you attend for your electrical

9      training?

10  A.  Melrose-Wakefield.

11  Q.  Were those night classes?

12  A.  Night classes, yes.

13  Q.  So when you started with Helco Electric were you

14      basically working as an electrician's helper?

15  A.  Yes.

16  Q.  And did you do that for four years before you got your

17      license?

18  A.  Yes.

19  Q.  Throughout that four-year period were you going to

20      school nights at Melrose-Wakefield?

21  A.  Yes.

22  Q.  After you got your license have you worked for other

23      companies apart from Helco and JM Electric?

24  A.  Yes.

9

1    Q.    How many others?

2    A.    One, two, six.  Maybe six.  Now I'm in the Union and,

3          you know, when things get slow they find you the work,

4          so it's not uncommon to bounce from job to job.

5    Q.    Do you know if any of the electrical contractors you

6          worked for did any work at the Ocean Terrace

7          Condominium building that is involved in this fire?

8    A.    No.

9    Q.    Which Local are you in?

10   A.    103.

11   Q.    Where is that?

12   A.    Dorchester, Mass.

13   Q.    That's the one with the billboard?

14   A.    Yes.

15   Q.    And now--

16   A.    256 Freeport Street.

17   Q.    And now the windmill?

18   A.    And now the windmill, right.

19   Q.    So if things get slow at JM Electric, you can just call

20         the hall and ask for work?

21   A.    Uh-hum.

22   Q.    That's a yes?

23   A.    Yes.

24   Q.    Apart from the period of time when you were residing at

1    Class A Systems with addressable locations.

2  Q.  When you say addressable, what do you mean?

3  A.  In newer installations we put a box at the entry of a

4      building so when the firemen come in they can tell

5      exactly where the first smoke detector went off.  It

6      was a supervised loop.

7  Q.  Now, at some point did you begin residing at Unit 3A

8      the Ocean Terrace Condominium building?

9  A.  Uh-hum.  Yes.

10 Q.  When was that?

11 A.  I would have to say about maybe 13, 14 months prior to

12     the fire.

13 Q.  And the owner of that unit was Cathy Hull?

14 A.  Yes.

15 Q.  And you lived there continuously through June 1st of

16     2002, the day the fire happened?

17 A.  Yes.

18 Q.  Did you live there at any time after the fire?

19 A.  No.

20 Q.  When did you first become acquainted with Cathy Hull?

21 A.  Probably a year and a half before I moved in.

22 Q.  Was this a romantic relationship?

23 A.  Yes.

24 Q.  So is it fair to say that you had been to Unit 3A a

1  A.  No.

2  Q.  Did you see any, did you pay any attention to what kind

3      of fasteners were on it or anything of that nature?

4  A.  Yes.

5  Q.  And why were you paying attention to the fasteners

6      before the grille went missing?

7  A.  More or less it wasn't that I was paying attention,

8      that a couple times she brought it to my attention and

9      I believe the problem was rusting.  And when she first

10     inquired about it there was, I believe it was a kind of

11     a cap style that you would slide over this box and it

12     was 5/16th screws.  Because my first assumption was,

13     oh, I'll just bring home a couple of sheet metal screws

14     and screw this thing back on.  But, again, I think it

15     was rusty, that was the problem.

16  Q.  So did you look at some fasteners that were attaching

17     the grille to the sleeve, the wall sleeve?

18  A.  Did I look at them?

19  Q.  Yes.  Did you see rusty screws?

20  A.  It was the actual grille that was actually rusting out.

21  Q.  The grille was rusting?

22  A.  Yes.

23  Q.  Did you think that the grille was not aluminum then?

24  A.  No, I didn't think that.  I just thought it was how

1    many years, 15, 20 years, however long the thing was,

2    and we were on the top floor and the water would just

3    drip right on that spot.

4    Q.    It's a salt air environment?

5    A.    That's right, yes.  We were right of the ocean.  I

6    didn't think much about it.

7    Q.    What parts of the grille were rusted?

8    A.    I don't know.  I would have to say probably about an

9    inch, inch and a half around the edges.

10   Q.    Could you draw a sketch of what the grille looked like

11   and where the rust was?

12   A.    Sure.

13   Q.    I'll give you a piece of paper and a pen.

14            MR. HARMEYER:  Will that be 4?

15            MR. CURLEY:  Yes.

16   A.    I can't remember if the grilles went across or down but

17   they were like this.  How do you want me to draw the

18   rest?  Just scribble through it?

19   Q.    Yes, if you just make little squiggly lines.

20   A.    The rust was all in here.

21   Q.    And you've indicated that with some lines inside this

22   rectangle you've drawn, are those the openings in the

23   grille?

24   A.    Yes.

1    Q.    And they went from top to bottom?

2    A.    That's what I just said.  I was guessing at that.  I

3          would, I think so.

4    Q.    That's your best memory?

5    A.    Yes.

6    Q.    Were they all in the same direction?

7    A.    I would guess at that.  I'm not sure.  Yes, I would

8          say--

9    Q.    I don't want you to guess.  If you don't know without

10         guessing, you should probably say you don't know.

11   A.    Okay.  I don't know.

12   Q.    Could you just date and sign that sketch that you just

13         drew?

14   A.    Today's date?

15   Q.    Yes, please.

16   A.    (Witness complied.)

17   Q.    Could you just draw a line to the squiggly area that

18         represents the rust and write the word rust?

19   A.    (Witness complied.)

20   Q.    Now, did you see some actual fasteners on this grille?

21   A.    Yes.

22   Q.    Where were they?

23   A.    (Witness indicated.)

24   Q.    Okay.  So you saw two fasteners on each side?

1    A.    Yes.

2    Q.    And they weren't in the corners?

3    A.    No.   No.

4    Q.    There weren't any fasteners in the corners?

5    A.    No.

6    Q.    And the fasteners that you observed on the grille, what

7          were they?

8    A.    Quarter inch hex head sheet metal screws.

9    Q.    Were they steel?  You can get stainless steel sheet

10         metal screws.

11   A.    I would have to, if I was guessing.

12   Q.    Yeah.

13   A.    I didn't inspect the material.  I would have to say

14         they were galvanized.

15   Q.    Galvanized.  Okay.

16         Did you see any rust on the screws?

17   A.    Themselves?

18   Q.    Yes.

19   A.    And it was, I believe, if my memory serves me correct,

20         I believe the left side, if you were looking at the

21         back of the air conditioner the left side was worse

22         than the right.

23   Q.    So if I'm facing it from the deck,--

24   A.    Yes.

1   Q.   Did the grille come off more than once?

2   A.   Are we talking about the first time it fell off now

3        that I knew about?

4   Q.   We'll take them one at a time.

5             The grille fell off for a first time that you

6        became aware of.  Right?

7   A.   Okay.

8   Q.   Was the grille retrieved?

9   A.   Yes.

10  Q.   And when do you first remember the grille coming off?

11  A.   I don't remember.

12  Q.   I think that you already told us it was the early fall

13       of 2001.  Is that approximately when it came off?

14  A.   Early of 2001?

15  Q.   Right.

16  A.   The early fall?

17  Q.   Right.

18  A.   That it actually came off?  I would guess at that.

19  Q.   Was it hanging off at all before it came off?

20  A.   Hanging, no.

21  Q.   Did you see it loose at any time?

22  A.   No.

23  Q.   So there was just one day when you went out on the deck

24       and the grille cover was not on the air conditioner?

1    A.    Yes.

2    Q.    Did you see where it was?

3    A.    The first time?  I know one time, I can't remember if

4          it was the first time or not but I remember one time it

5          actually made it to the ground level, but I picked it

6          up.  But the very first time, I'm not sure if that was

7          the first time or if it just made the deck.

8    Q.    Do you remember installing the grille back onto the

9          air-conditioning unit?

10   A.    Yes.

11   Q.    And how did you do that?

12   A.    After that first time I determined that you couldn't

13         use the screws anymore because there was so much rust

14         on it and that's when I think I told, I kept deterring

15         it with Cathy because I told her if I take these screws

16         off we're not going to, you know, the metal, the ends

17         of the metal are just going to start falling apart.  So

18         when it became a problem I duct taped it.

19   Q.    So did you, when you picked the grille up before you

20         duct taped it were the screws still through the grille?

21   A.    No.  I believe they were in the box at that time.

22   Q.    So the grille had come off and the screws had stayed in

23         the box?

24   A.    Yes.

30

1   Q.   So was it your understanding that this grille had

2        rusted around where the screw openings were?

3   A.   Yes.

4   Q.   And that's why it fell off?

5   A.   Yes.

6   Q.   Now, are you aware that aluminum does not rust as

7        opposed to steel?

8   A.   Yes.

9   Q.   Now, did you think that this was a steel grille?

10  A.   I didn't think much about it.

11  Q.   You just didn't think about what the metal was?

12  A.   No.  It was trashed.  The whole, it was all trashed.

13  Q.   By trashed, do you mean rusted around the edges?

14  A.   Rusty, it was junk, and at that point I didn't think

15       any of the existing products were savable.  And I

16       actually, I thought the duct tape would work for a

17       while.

18  Q.   So the first time you put it back on you just duct

19       taped around the perimeter?

20  A.   Yes.

21  Q.   Why don't you describe what you did.

22  A.   What I did?  Again, when I described that grille cover

23       it has little half-inch flanges on it, so it's kind of

24       like a present, a box, so you were able to slide that

1    grille over the sleeve.  So when I slid it over, you

2    could actually let go of it and if it wasn't windy or

3    whatever it would stay there.  So I duct taped around

4    the perimeter.  So I grabbed the half inch of the

5    flange and I probably put two inches of the duct tape

6    on the box itself.

7  Q.  Now, did the box protrude out from the wall?

8  A.  Yes.

9  Q.  How far out from the wall did the box protrude?

10 A.  12, 18 inches maybe.

11 Q.  When you say the grille had a flange on it, was that a

12    90-degree angle?

13 A.  Yes.

14 Q.  And was that all the way around the perimeter?

15 A.  Yes.

16 Q.  And was the rust that you've talked about, was that on

17    the flange as well as on the face of the grille?

18 A.  Yes.

19 Q.  Were there parts that were actually rusted all the way

20    through?

21 A.  Yes.

22 Q.  Did you ever get a history of the life of this air

23    conditioner before Cathy Hull moved into this unit from

24    anyone?

1   Q.   And then what happened?

2   A.   It deteriorated.

3   Q.   What happened to the grille?

4   A.   Fell off again.

5   Q.   And this time it fell off, did you retrieve it?

6   A.   Yes.

7   Q.   Where was it?

8   A.   It was on the deck.

9   Q.   Did you decide to reinstall it?

10  A.   Yes.

11  Q.   And did you change the method that you used for

12       installation?

13  A.   No.

14  Q.   So you just put some more duct tape on it?

15  A.   Uh-hum.

16  Q.   That's a yes?

17  A.   Yes.  Sorry.

18  Q.   That's all right.  And did you duct tape it essentially

19       the same way that you've described?

20  A.   Yes.  At that point I determined I needed to take a

21       step further.

22  Q.   What did you determine was the next step?

23  A.   I believe Cathy, me and Cathy were talking about it and

24       she was talking about some mesh or some type of screen

1   Q.   You told me that you had seen quarter-inch hex head--

2   A.   Yes.

3   Q.   -- screws?

4   A.   Yes.

5   Q.   Eight of them?

6   A.   Yes.

7   Q.   That held the--

8   A.   Vent on.

9   Q.   -- the grille to the box.  Right?

10  A.   Uh-hum.   Yes.

11  Q.   Now, when the grille actually came off you have

12       indicated to me that the screws were left in the box

13       itself?

14  A.   Yes.

15  Q.   Did you take the screws out of the box?

16  A.   Yes.

17  Q.   When you took the screws out of the box did you leave

18       them out?

19  A.   Yes.

20  Q.   Do you know what happened to them?

21  A.   The screws?

22  Q.   Right.

23  A.   I believe I threw them out.  At that time maybe, out of

24       the eight holes, one or two might have been

1      salvageable, everything else the rust had taken over.

2      I think I might have even broke a couple of them.

3   Q.  So you think a few of the screws broke.  Right?

4   A.  Uh-huh.  Yes.  And threw away the rest.

5   Q.  Now, when you took the screws out did you see what they

6      were coming out of?  Was it just a hole in the metal

7      that a sheet metal screw had been worked through?  Was

8      it a preformed hole?  Was there any type of fastener

9      that the screw went into?

10  A.  I wouldn't be able to tell or I didn't acknowledge it

11      that it was a preformed hole.  I would have to say it

12      was drilled out with a drill bit and then they

13      installed the screws.

14  Q.  That's the way you would have done it?

15  A.  Yes.

16  Q.  All right.  Now, did you, when the grille was off did

17      you see any fastening points that were in the corners

18      as opposed to on the sides of the box?

19  A.  No.

20  Q.  Did you see any fastening points that were on the

21      corners of the grille as opposed to on the sides of the

22      grille?

23  A.  No.

24  Q.  Did you see any, quite a few pieces of plastic that

1    were on the back side of the hole that the screws went

2    into?

3   A.   No.

4   Q.   Were the screws going into the box from the outside

5        in--

6   A.   Yes.

7   Q.   -- as opposed to from the inside out?

8   A.   Yes.

9   Q.   So when the screws were originally installed, someone

10       would have been out on the back deck either with a

11       screwdriver or with some kind of hex head tool to screw

12       the screws into the box?

13  A.   Yes.  If the grille was off, I would have to say that

14       that whole sleeve was one piece already assembled and

15       then they installed it and then the carpenter would

16       frame around that.

17  Q.   Okay.  I'm just interested in mostly in getting a good

18       description of the way the screws went in.

19            When somebody drove these screws into the box it

20       would have been done from the outside of the box?

21  A.   Yes.

22  Q.   Somebody didn't do it from the inside of the box?

23  A.   Absolutely not.

24  Q.   It couldn't have been done from the inside the way you

```
 1         saw the fasteners?
 2   A.    No.
 3   Q.    Now, after you put the grille on with duct tape the
 4         second time, how long did the duct tape last?
 5   A.    A little longer, maybe closer to a month at that time.
 6         I think I put maybe two or three layers on that time.
 7   Q.    So you used more than you did the first time?
 8   A.    Yes.
 9   Q.    And up to this point in time had you seen any animals
10         in the back of the air conditioner or seen any evidence
11         of animals in the back of the air conditioner?
12   A.    No.
13   Q.    So does this get us up to the beginning of winter of
14         2001?
15   A.    Yes.
16   Q.    What happened then?  The grille fall off again?
17   A.    Yes.  I think, again, I think after maybe the third or
18         fourth time that I attempted to it and in between or at
19         the tail end of this I took the measurements and I
20         tried to purchase a grille and they didn't have those
21         dimensions anymore and I believe that's just prior to
22         when, or just after, actually, when I talked to Dennis
23         about making me one when I realized I couldn't buy one
24         of these things.  And at that point I believe Cathy
```

1     said she would pick up something.  She worked locally

2     and she was going to pick something up that I could

3     maybe fasten or work with a little bit better.

4  Q.  You took measurements of the box?

5  A.  Yes.

6  Q.  Did you take measurements to the holes in the box?

7  A.  No.  I would deal with that after.

8  Q.  Would you have used those same holes again?

9  A.  No.

10  Q.  You would drilled new holes?

11  A.  I would drill new holes, yeah.

12  Q.  And you had the tools to do that?

13  A.  Yes.

14  Q.  Now, when you took measurements what did you do with

15     them?  Did you contact somebody?

16  A.  I believe, I couldn't recall who that person was, but I

17     attempted to purchase a grille.

18  Q.  And did you go to a store to try and purchase?

19  A.  Yes.

20  Q.  Which store did you go to?

21  A.  There's a place in Woburn and I can't think of the name

22     of it that deals with all kinds of air-conditioning

23     products and I figured that would be the best bet and I

24     have no idea what it's called.

1  Q.  Do you know what street it's on?

2  A.  It's by the Woburn Industrial Park.

3  Q.  And is this a general HVAC supply house?

4  A.  Yes.  Well, actually this is where Dennis, my friend,

5      gets all his stock.

6  Q.  Okay.  So if I was in the HVAC trade and you wanted to

7      buy sheet metal ducts or anything along those lines I

8      could go to this store and get those?

9  A.  Yes.

10 Q.  This was not a G.E. appliance dealer or anything of

11     that nature?

12 A.  No.

13 Q.  Now, did you ever try to contract the General Electric

14     Company to secure a replacement grille?

15 A.  No.

16 Q.  Did you-- you knew the air conditioner was a General

17     Electric product?

18 A.  Yes.

19 Q.  Did you have any understanding as to whether the box

20     and the grille was a General Electric product or not?

21 A.  No.

22 Q.  So when you took these dimensions to the store in

23     Woburn, you talked to somebody at the counter as to

24     whether you could get a grille for an air

1    A.    Yeah, and I brought it back.  So I can't remember

2          whether Cathy had that same experience and just threw

3          it out or she brought it back up and then threw it out.

4          But it wasn't lost.

5    Q.    You think somebody actually threw it out?

6    A.    Yes.

7    Q.    Other than the HVAC supplier in Woburn, was there

8          anybody else you contacted to try to see if you could

9          get a grille?

10   A.    Professionally?

11   Q.    In any way.

12   A.    No.  Other than my friend Dennis, no.

13   Q.    All right.  So was it at that point that you had

14         conversations with Cathy Hull about getting a material

15         that could be fabricated into a grille?

16   A.    Yes.

17   Q.    And did she get some screen material?

18   A.    Yes.

19   Q.    Did you install the screen material or did she?

20   A.    She did.

21   Q.    And did you see how it was installed?

22   A.    I don't remember.  I mean I understand how it was

23         installed.  I'm trying to think how she fastened it.  I

24         don't remember.  I came home one day and she took care

1   Q.   Was installed.

2   A.   I think at that point we were hearing things.

3   Q.   What were you hearing?

4   A.   Little pitter patters I guess.  I don't know.  Just

5        little noises.  And then I would go over and I could

6        bang the front of the AC and then you would see a

7        squirrel take off.  And I believe the first time that

8        I, I don't know if I'm jumping the gun here, but I

9        believe the first time I noticed that actually a nest

10       was being built was when the squirrel cage, the cage

11       inside the air conditioner, the fan I guess you would

12       call it, wasn't moving or made a noise or something.

13  Q.   Okay.  So the noises that you were hearing were from

14       the area of the air conditioner?

15  A.   Yes.

16  Q.   All right.  Did you, had you also heard noises from the

17       walls or ceilings of the bedrooms?

18  A.   Yes.

19  Q.   How long had you been hearing noises from the walls or

20       ceilings of the bedrooms?

21  A.   Ever since I can remember.

22  Q.   Ever since you moved in?

23  A.   I moved in, I'm sorry, that I moved into the unit.

24       Especially like if you get, like on a Saturday morning,

1      if you were up Sunday morning, four or five in the

2      morning, it would sound like a circus up there.

3   Q.   What did you attribute these noises to?

4   A.   I attributed it to the large trees that were right in

5      front of the building and the branches being so close

6      to the roof and these guys would just jump onto the

7      roof and I'm sure they had a hole somewhere and I'm

8      sure they could get into the attic.  I'm sure they had

9      a nest up there.  Not I'm sure.  I'm just, you can

10     assume that.

11  Q.   There was a mansard roof at the top of the building?

12  A.   Yes, there was.

13  Q.   And the mansard came down beside Unit 3A?

14  A.   Yes.  I think it was all around actually.

15  Q.   It is all around?

16  A.   It was all around.

17  Q.   It was on all sides of the building?

18  A.   All sides of the building.

19  Q.   All sides of the top floor?

20  A.   Yes.

21  Q.   And Unit 3A was on the top floor?

22  A.   Yes.

23  Q.   Now, above the mansard part that was on the side was

24     the roof flat or did it go up to a shallow peak?

1  A.  It didn't look like that to me.

2  Q.  Now, when the screen material was first inserted into

3      the wall sleeve how long did that stay there?

4  A.  I think she attempted to do that a couple times because

5      I believe that the first screen got ruined.

6  Q.  Did you make any observations as to how it got ruined?

7  A.  Yes.  You could see a little like, you know, somebody

8      chewed it out and got in through that first one.  And I

9      believe the second time she used the same material.

10 Q.  Was this steel screening?

11 A.  Yes.

12 Q.  Metal screening?  It wasn't a nylon screening?

13 A.  No.  It had some rigidity to it.

14 Q.  Okay.  And after the first piece of screening got

15     wrecked did you look inside the back of the air

16     conditioner?

17 A.  Yes.

18 Q.  What did you see?

19 A.  The startings of a nest.

20 Q.  Did you do anything to clean it out?

21 A.  Just, I reached in at that point and pulled things out,

22     pulled straw out, grass out, whatever it was.

23 Q.  Did you do that with your hands or did you use tools?

24 A.  My hands.  No.  Just my hands as far as I could reach.

1    Q.    Did you ever wash out any part of the inside of the air

2          conditioner?

3    A.    No.

4    Q.    Did the squirrels always come back to the back of the

5          air conditioner?

6    A.    Yes.

7    Q.    And so no matter what was done between the late fall of

8          2001 and June 1st of 2002, the squirrels kept coming

9          back?

10   A.    Yes.

11   Q.    And did you keep hearing them inside the

12         air-conditioning unit?

13   A.    Yes.

14   Q.    And did you keep hearing the noises of animals in the

15         walls and the ceiling?

16   A.    Yes.

17   Q.    Throughout 2001-2002?

18   A.    2000, 2002, yes.  Yes.

19   Q.    Up until the time of the fire?

20   A.    Yes.

21   Q.    Are you aware of any efforts that were made to

22         exterminate the animals?

23   A.    No.  I recall Cathy, she used to go to the condo

24         meetings.  I never went to-- I, actually after the fire

1       because he didn't have any heat in his room and it was

2       pretty obvious that a animal chewed through those

3       wires.

4   Q.  This was an electric heat installation?

5   A.  Electric heat, yeah.

6   Q.  Did you get any information as to what kind of animal

7       it was?

8   A.  No.

9   Q.  And so did you replace the wiring?

10  A.  Again, it's a rental apartment.  I told him my

11      assertion of it and I told him what he needed to buy

12      and I told him when he had it all, let me know.  I

13      staged off the wires coming from the panel.  I cut the

14      wires off, made them safe, shut the breaker off, and

15      it's up to him after that.

16  Q.  But replacement of the wires is what would be

17      necessary?

18  A.  Yes.

19  Q.  Are you aware of instances other than that recent one

20      in Rowley where animals, you've seen signs of animals

21      chewing wires?

22  A.  I've seen a couple of, I've seen a couple of, I don't

23      know what they were to tell you the truth, I couldn't

24      identify them after, but we were on a job site and an

1        animal chewed through a temporary service that we

2        installed and went back a couple months later and saw

3        the remains of it.

4  Q.  Was this before the time of the fire?

5  A.  Yes.

6  Q.  Did you have to replace that temporary service?

7  A.  Yes.  Let me rephrase that.  We were there to put in

8        the permanent one; so no matter what, that was being

9        replaced.

10  Q.  Okay.  Let me show you what was marked as Exhibit 3 at

11       Cathy Hull's deposition.  Do you recognize what that

12       shows?

13  A.  Yes.  A back grille.

14  Q.  That shows a back grille?

15  A.  A back grille, yes.

16  Q.  It's my understanding that that is not the grille from

17       Cathy Hull's unit.

18  A.  Okay.

19  Q.  But from a different unit.

20       Did the grille on Cathy Hull's unit have similar

21       openings?

22  A.  The vertical slots look the same.  But to tell you the

23       truth, I could have sworn that it was a flange style.

24       This style here looks like it's put inside, inside the

1    box, the sleeve.

2  Q.  Just because there's a different grille on somebody

3      else's apartment doesn't mean or just because there's

4      one grille on one apartment doesn't mean it's the same

5      on another one.

6          Do you remember the grille on Unit 3A differing in

7      some ways from what's shown in Exhibit 3?

8  A.  Yes.

9  Q.  In what ways do you remember they differed?

10 A.  The grille on the Apartment 3A a was a flange style.

11     The installation would be, the grille would go on the

12     outside of the sleeve.  And this one here appears to be

13     inside.

14 Q.  Or that one could even be flush.  You can't tell

15     whether it goes inside or not.  You can't tell if

16     there's a flange on that or not, can you?

17 A.  I can see a little lip.  I can see a little lip.  Yeah,

18     I wouldn't be able to tell if it was a flange or not

19     but I can see a little lip.  But usually a flush style

20     there would be some kind of, there would be, you know,

21     you wouldn't be able to see the box itself.  That's why

22     I'm saying it's installed inside, because I can see the

23     box, the sleeve.

24 Q.  You can see the outside of the box, the sleeve on

1      Exhibit 3.  Correct?

2  A.   Yes.  This one I have in my hand, yes.

3  Q.   And the box is the darker piece of metal--

4  A.   Right here.

5  Q.   --  below the--

6  A.   That's the box to me, right there.  There's the corner.

7  Q.   Now, the grille that went into or went --strike that.

8      The grille that was used for the air conditioner

9      on Unit 3A had a flange that went outside the sleeve?

10  A.   Yes.

11  Q.   And it was in the flange part that there were the holes

12      for the fasteners?

13  A.   Yes.

14  Q.   On the grille that was used for the air conditioner at

15      Cathy Hull's Unit 3A, were there also holes in the face

16      of the grille such as what are shown on Exhibit 3?

17  A.   For fastening or for venting?

18  Q.   For fastening.

19  A.   No.

20  Q.   All right.  Now, on Exhibit 3 do you see that there

21      appears to be a screw that is going from the inside of

22      the sleeve, or box area, to the outside of the grille?

23  A.   Yes.

24  Q.   And on that screw there appears to be a white piece of

1        something?

2   A.   Yes.

3   Q.   Now, did you see any fastener that looked anything like

4        that on the grille that was on Unit 3A?

5   A.   No.

6   Q.   And the fasteners that you saw on the grille for.

7        Unit 3A went in the opposite direction from what's

8        shown-- well, strike that-- they actually went

9        perpendicular to the direction that's shown on

10       Exhibit 3?

11  A.   Yes.

12  Q.   And they went--

13  A.   From the outside in.

14  Q.   -- the outside in?

15  A.   Yes.

16  Q.   Now, on Exhibit 3 there's a triangular cutout that

17       looks like it's present in one corner?

18  A.   Yes.

19  Q.   Did you see triangular cutouts on the grille that was

20       used in Unit 3A?

21  A.   No.

22  Q.   Did you have any contact or communication at all with

23       the General Electric Company after the fire concerning

24       the air-conditioning unit in issue or the wall box?

EXHIBIT 15

1              UNITED STATES DISTRICT COURT

2               DISTRICT OF MASSACHUSETTS

3                            C.A.NO.:  0510075 PBS

4     - - - - - - - - - - - - - - - - - -

5   OCEAN TERRACE CONDOMINIUM,               :

6        Plaintiff                           :

7   vs.                                      :

8   GENERAL ELECTRIC COMPANY,

9        Defendant                           :

10    - - - - - - - - - - - - - - - - - -

11

12                    DEPOSTION OF TROOPER JAMES M. WELCH, a

13   witness called on behalf of the PLAINTIFF, taken

14   pursuant to the applicable provisions of the

15   Massachusetts Rules of Civil Procedure, before Grace E.

16   Holden, a Registered Professional Reporter and Notary

17   Public in and for the Commonwealth of Massachusetts, at

18   the office of Curley & Curley, P.C., 27 School Street,

19   Boston, Massachusetts, on Friday, January 13, 2006,

20   commencing at 9 a.m.

21

22              MELVIN LIPMAN, COURT REPORTER
                   101 TREMONT STREET
23                      SUITE 700
              BOSTON, MASSACHUSETTS 02108
24                  (617) 227-3986

1    present assignment of the State Police Fire and

2    Explosion Investigation Section assigned to the State

3    Fire Marshal's Office in Stow, Mass.

4              MR. CURLEY:  Can we go off the record for a

5    minute?

6              MR. HARMEYER:  Okay.

7         (Discussion was held off the record.)

8    Q.   (by Mr. Harmeyer)  Could you state your name for the

9    record?

10   A.   James Michael Welch, W-E-L-C-H.

11   Q.   And you're a trooper with the State Fire Marshal's

12   Office?

13   A.   Yes.

14   Q.   And Exhibit 35, your curriculum vitae, that's up to

15   date through today?

16   A.   Yes.

17   Q.   And it contains all of your current contact

18   information?

19   A.   Yes.

20   Q.   Does it contain any of your education or employment

21   experience outside the field of fire investigation?

22   A.   There is mention of my assignment while I was in

23   uniform in the Division of Field Services for the State

24   Police, yes.

1     times when leather or the circumstances make it

2     impossible for you to conduct an investigation that you

3     otherwise would like to.  Is that the type of thing

4     you're thinking of?

5   A.   Yes, sir.

6   Q.   Okay.  All right.  Let's then talk about this case.  We

7     finally made it.

8        The Ocean Terrace Condominium Trust fire, you

9     were assigned to this case?

10  A.   Yes.

11  Q.   And how did you receive that assignment?

12  A.   State Police Headquarters in Framingham, Massachusetts

13     notified me that Gloucester Fire Department was

14     requesting assistance.

15        MR. HARMEYER:  Let's go off the record a

16     second.

17        (Discussion was held off the record.)

18          (Exhibit No. 36 was marked.)

19  Q.   Okay.  Trooper Welch, I'm showing you what we marked as

20     Exhibit 36.  Can you describe that for me?

21  A.   It's a Massachusetts State Police report of a

22     investigation that I authored relative to the origin

23     and cause investigation of 2 Ocean Avenue.  Also,

24     people refer to it as 2 Ocean Terrace in Gloucester,

1      Massachusetts.

2  Q.  And you have a copy of that in front of you?

3  A.  Yes.

4  Q.  So you mentioned before that you received the

5      assignment that the Gloucester Fire Department was

6      requesting assistance?

7  A.  Yes.

8  Q.  How did you respond to that assignment, to receiving

9      the assignment?

10  A.  I traveled to Gloucester, Massachusetts, the scene of

11      the fire.

12  Q.  Prior to traveling to the scene, did you speak with

13      anyone about this fire?

14  A.  Yes.

15  Q.  Who would that be?

16  A.  Gloucester Fire Department.

17  Q.  Do you know an individual from the Fire Department with

18      whom you spoke?

19  A.  Dispatch.

20  Q.  What was the nature of the conversation?

21  A.  Relative information regarding the fire.

22  Q.  Can you be a little more specific?

23  A.  I asked the time of the alarm, how many alarms, who

24      called it in, type of structure, injuries, fatalities,

1       things of that nature.

2   Q.  Okay.  And it was whoever at dispatch that answered the

3       phone that you were getting this information from?

4   A.  Yes.

5   Q.  Is my understanding correct that it wouldn't be until

6       you get to the scene and meet with individuals from the

7       Department that you would know what your specific

8       assignment or role on the team would be?

9   A.  Correct.

10   Q.  All right.  The fire occurred on a Saturday, June 1st,

11       and I don't believe it was actually put out until

12       Sunday, June 2nd.

13          When did you arrive on the scene?

14   A.  Sunday, June 2nd, approximately 10:30 a.m.

15   Q.  Was the fire suppression efforts still going on at that

16       time?

17   A.  There was some water being put on the structure.

18       Specifically where, I don't recall, but there were a

19       lot of fire personnel still on scene, yes.

20   Q.  Okay.  You drove to Gloucester?

21   A.  Yes.

22   Q.  Did you drive with anyone else?

23   A.  No.

24   Q.  Was anyone else from the State Fire Marshal's Office

| | | |
|---|---|---|
| 1 | | assigned to this fire? |
| 2 | A. | No. |
| 3 | Q. | Did anyone else in the State Fire Marshal's Office |
| 4 | | assist you in any way in your investigation of this |
| 5 | | fire? |
| 6 | A. | Yes. |
| 7 | Q. | Who would that be? |
| 8 | A. | Sergeant Robert Bachelder and Trooper Donald Bossi. |
| 9 | Q. | And explain for me their involvement in this case. |
| 10 | A. | They arrived on scene to assist as needed. |
| 11 | Q. | At whose request? |
| 12 | A. | Mine. |
| 13 | Q. | When did they arrive on scene? |
| 14 | A. | On Monday, June 3rd. |
| 15 | Q. | Did you request their assistance as needed the morning |
| 16 | | of Monday, June 3rd? |
| 17 | A. | No.   It would have been sometime late Sunday on |
| 18 | | June 2nd. |
| 19 | Q. | And what prompted you to contact these two individuals? |
| 20 | A. | I don't recall. |
| 21 | Q. | Was either Sergeant Bachelder or Trooper Bossi-- |
| 22 | A. | Yes.   B-O-S-S-I. |
| 23 | Q. | Do they have a discipline other than yours, fire |
| 24 | | investigation? |

1   A.   Yes.

2   Q.   What are their disciplines?

3   A.   Trooper Bossi is an accelerant detecting canine

4        handler.

5   Q.   Okay.  And Sergeant Bachelder?

6   A.   No other discipline other than myself, origin and

7        cause.

8   Q.   And will you bring Trooper Bossi in on cases where you

9        want to rule out the possibility that accelerant was

10       used in a fire?

11  A.   Yes.

12  Q.   That's considered a separate discipline from your own

13       or a subset?

14  A.   Yes.

15  Q.   How many years experience does Sergeant Bachelder have

16       with the State Fire Marshal's Office?

17  A.   You'll have to ask Sergeant Bachelder.

18  Q.   More than yours, more than you?  Was he there when you

19       arrived in 1997?

20  A.   No.

21  Q.   When did he arrive or when was he assigned to the State

22       Fire Marshal's Office?

23  A.   You'll have to ask Sergeant Bachelder.

24  Q.   It was after you were assigned?

1  A.  Yes.

2  Q.  When you arrived on the scene on Sunday, June 2, tell

3      me how your work progressed.

4  A.  Slowly.

5  Q.  What was the first thing you did when you got there?

6      Did you meet with someone?

7  A.  I met with the incident commander, Fire Chief Barry

8      McKay, and other fire and police personnel.

9  Q.  Looking at Exhibit 36, your report, under, it's the

10     second page of the exhibit, the first page of your

11     report, you have a section entitled Notification/

12     Response.  It indicates in the Paragraph No. 2 that you

13     met with Chief McKay, Deputy Dench, D-E-N-C-H, and

14     Detective Fitzgerald from the Police Department.

15         Do you have any recollection outside of this

16     report of meeting with any other individuals at that

17     time in the morning on June 2?

18 A.  Yes.

19 Q.  Who else?

20 A.  Names, no.  I, routine, when I arrive on the scene

21     certainly I speak to the incident commander.  I make it

22     a point to introduce myself to people in my area of

23     arrival.  Names, I don't know.  They could be fire

24     suppression personnel I introduced myself to, deputies

1     the air conditioner itself could have caused an

2     electrical event or ignited the combustibles, being

3     nesting material, inside the air conditioner

4  Q.   And if the electrical event were able to ignite the

5     combustibles underneath the sleeve of the air

6     conditioner, would it be able to ignite any

7     combustibles inside the air conditioner?

8            MR. CURLEY:  Objection.

9  A.   Anything is possible.

10  Q.   Is it possible that the air conditioner was the area of

11     origin?

12            MR. CURLEY:  Objection.

13  A.   No.

14            MR. HARMEYER:  I don't have anything else.

15            MR. CURLEY:  I'm not going to ask anything

16     else.

17          (Deposition concluded at 6:30 p.m.)

18

19

20

21

22

23

24

EXHIBIT 16



| **Massachusetts State Police** | | | **Report of Investigation** | |
|---|---|---|---|---|
| 1. Station<br>D.I.S. State Fire Marshals Office- North Team | | | 2. Case Number<br>**2002-117-0788** | |
| 3. Project | 4. Controlling Case No.<br>**2002-117-0788** | 5. Report No.<br>1 | Page 1 of<br>4 | |
| 7. Reporting Officer<br>(Rank, First, MI, Last & ID#)<br><br>Trooper James M. Welch # 2048 | 7a. Signature<br>*JM Welch 2048* | | 7b. Date Prepared<br><br>**03-27-04** | |
| 8. Approved by:<br>(Rank, First, MI, Last & ID#)<br><br>Sgt. Paul T. Zipper # 2096 | 8a. Signature | | 8b. Date Prepared | |
| 9: Subject | | | | |

This report does not necessarily contain all information known to Police.

Undetermined Fire, 2 Ocean Avenue Gloucester, Mass. Case closed.

This report is the Property of the Massachusetts State Police.<br>No part of this report may be disseminated outside the agency to which provided.

# Fire Investigation Summary Report

## NOTIFICATION / RESPONSE:

(1)      On Saturday June 01, 2002 at approximately 1105 hours Gloucester Fire Department received several 911 calls reporting a fire at 2 Ocean Avenue. Gloucester Fire responded with Deputy Chief Philip Dench Incident Commander. First arriving firefighters observed smoke showing from a wall mounted air conditioner unit on the third floor corner unit. Firefighters entered the third floor corner unit # 3A there was no smoke or fire inside the apartment. Many surrounding apartments sustained damage as a result of the fire. The weather on the morning of the fire was clear with temperatures approximately 71-73 degrees with winds from the west, southwest at 13-16 mph gusting, to 20 mph.

(2)      On Sunday June 02, 2002 at approximately 0840 hours Gloucester Fire Department contacted State Police Headquarters Framingham and requested assistance investigating the circumstances of the fire. I was assigned the investigation at the direction of Detective Lieutenant Gerard Coletta State Police Fire and Explosion Investigation Commander. I arrived at the scene at approximately 1030 hours and met with Fire Chief Barry McKay, Deputy Philip Dench and Police Detective Joseph Fitzgerald a joint investigation into the origin and cause of the fire was initiated.

## BUILDING INFORMATION:

(1)      The site of the fire was an occupied three-story forty-two-unit structure. The structure faced east and sat on a concrete foundation, topped with a mansard roof covered with asphalt shingles on the sides and rubber membrane on top. The exterior of the structure was brick veneer.

## WITNESS STATEMENTS:

Please refer to file for complete statements, below is a summary.

(1)      On Sunday June 02, 2002 at approximately 1230 hours I interviewed one of the reporting party's Judy A. Andonian 7 Pickery Lane South Hamilton, Mass. ▓▓▓▓▓▓▓▓▓ Judy told me the following. I own unit #2L, my Daughter Tracy Wadsworth moved out last Sunday. I pulled up in front (Ocean Ave.) near the fire hydrant, I got out of my car, I heard a crackling noise. I turned around and looked up at the third floor corner unit. I saw flames shooting out from the air conditioner unit the flames were all over it. I ran back to my car and dialed 911.

(2)      On Sunday June 02, 2002 and Tuesday July 04, 2002 Gloucester Detective Joseph Fitzgerald and I interviewed the occupant of apartment 3A Catherine M. Hull ▓▓▓▓▓▓▓▓▓▓ Catherine told us the following. I woke up at 8 AM, I made coffee took a shower and got dressed. I blew dry my hair in my bedroom. I used the plug under the window.

## WITNESS STATEMENTS CONTINUED:

(3)     Oh I do remember that around 915 or 930 AM I did go onto my deck and smoked a cigarette. I snubbed it out in an ashtray on the deck it was blue star shape made out of glass. After I snubbed it out I put the ashtray inside a red or maroon plastic container that use to hold a plant. I remember for the past week my kitty seemed interested more than curious with the wall roofline to the right side of the deck when she was outside. She stared intently on that area there was only a small space between the deck and the roofline. I am sure she was outside on the deck that morning but not sure if she stared that morning. When she did stare into that area I had a hard time getting her attention. The air conditioner was plugged in but the last time I used it was last July. We did have a problem with a squirrel living inside the air conditioner last winter. We changed the outside grating to keep him out he was nesting inside. He has been gone for a couple of months. Thursday or Friday I saw a bird carrying twigs. I did see a bird flying out from the A.C. unit. I saw some twigs on my deck so I logically concluded they were building a nest.

(4)     On Tuesday June 04, 2002 at approximately 1630 hours Detective Joseph Fitzgerald and I interviewed E.P. Management Corp. Regional Property Manager Ronda A. Ziner D.O.B. 12-15-61 Tel.# 978-232-1126 Ronda told us the following. I have managed the property since 1996 I am not an on site manager. I think Cathy Hull may have had a squirrel problem last year. Before we put the new mansard roof on we had somewhat of a problem with squirrels but when they did that they put up new plywood and everything. Since the mansard roof we have had a minimal problem.

## SCENE EXAMINATION:

(1)     For reference purposes the front of the structure will be referred to as the "A" side and continuing in a clockwise direction the left side as the "B" side the rear as the "C" side and the right side as the "D" side. The "A" side faced Ocean Avenue. The scene examination consisted of an exterior to interior systematic examination working from the areas of least or no fire damage to areas of greatest fire damage. After a careful examination unit #3A was determined to be the unit of origin. The unit of origin was examined from the areas of least or no fire damage to areas of greatest fire damage revealed the living room was the room of origin. The room of origin was carefully examined from the areas of least or no fire damage to the areas of greatest fire damage. After a careful examination the area of origin was determined to be at the exterior wall located on the "A" side of the living room. Located on the center of the "A" wall was a sliding glass door that led to an exterior deck. On the "A" wall near the "D" corner was a wall mounted air conditioner that was plugged in to a wall receptacle directly underneath. There was light to moderate soot around the receptacle. The interior sheetrock and wall around the air conditioner had no signs of fire damage. The interior wall and mansard roof above the sliding door was completely consumed. The "A" wall starting at the "B" side of the sliding glass door and continuing toward the "B" wall, the interior sheetrock and wall suffered moderate to heavy fire damage that started at the floor level and continued up approximately twelve inches.

## SCENE EXAMINATION CONTINUED:

(2)     At the twelve inch point the interior sheetrock the exterior wall and mansard roof were completely consumed and continued up to where the ceiling was. The living room ceiling the cockloft above the ceiling and the roof above the cockloft suffered complete burn through. The wooden wall studs were heavily charred and sustained the lowest area of char. Investigators were able to stand in the living room and see directly outside. This investigator determined the area of origin of the fire to be at the "A" wall between the interior sheetrock and mansard roof specifically in the area of the "A" / "B" corner of the living room. This area was examined in a systematic delayering process during which I observed the wooden wall studs suffered heavy char, also heavy char was observed where the wall studs mounted to the floor. This area sustained the lowest level of charring. In this area I located the cable television line and a wall mounted electrical receptacle. Both were examined by Gloucester Wiring Inspector Charles P. Mahoney and ruled inconclusive to have caused the fire. There was no other heat generating appliances located in the area of origin. In the area where the mansard roof had been consumed I observed what appeared to be dried tree leaves and other particles of trees and/or brush.

## CONCLUSION:

(1)     Based on interviews of the witnesses, first responding firefighters the scene examination and physical evidence it is the opinion of this investigator the point of origin of the fire was at the "A" wall of the living room between the interior sheetrock and mansard roof specifically in the area of the "A" / "B" corner. In this area I observed dried tree leaves and other particles of trees and/or brush. All wiring and electrical fixtures were examined and determined inconclusive to have caused the fire. This investigator is unable to rule out animal infestation as a cause of the fire. The cause will be undetermined. Case closed.

James M. Welch #2048

*Tn James M Welch #2048*

Trooper Massachusetts State Police
Fire and Explosion Investigation Section
State Road, P.O. Box 1025
Stow, Massachusetts 01775