

EXHIBIT 17

1           UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS
2
            CIVIL ACTION NO.05 10075 PBS
3

4   OCEAN TERRACE              )
    CONDOMINIUM TRUST          )
5                   PLAINTIFF)
                              )
6     vs.                      )
                              )
7   GENERAL ELECTRIC COMPANY  )
                              )
8                   DEFENDANT)

9

10

11

12           DEPOSITION OF H. D. MOORE

13              TAKEN BY PLAINTIFF

14

15

16              LOUISVILLE, KENTUCKY

17               January 19, 2006

18                VOL. I of II

19

20

21

22

23

24           VIRGINIA KLAPHEKE, CCR
                2818 Hoock Avenue
25            Louisville, KY  40205
             (502) 458-1755/(800) 782-3517



1          HAROLD D. MOORE, the said

2    witness, having been first duly sworn, was

3    examined and testified as follows:

4              -- -- --

5          MR. HARMEYER:  Bob, do you want

6    the standard stipulations on the record?

7          MR. CURLEY:  We like to read and

8    sign.  We can waive notarization, sealing and

9    filing.  All objections except as to matters

10   of form will be reserved until the time of

11   trial and motions to strike will be reserved

12   until the time of trial.

13            DIRECT EXAMINATION

14   BY MR. HARMEYER:

15         Q.    Could you state your name?

16         A.    Yes.  Harold D. Moore, my

17   nickname is Jack.

18         Q.    Mr. Moore, my name is Ron

19   Harmeyer.  I am attorney in a lawsuit in

20   Massachusetts Federal District Court regarding

21   a fire that occurred at the Ocean Terrace

22   Condominiums in Gloucester, Massachusetts back

23   in June of 2002.  We are here today to find

24   out some information from you.  If at any time

25   I ask you a question that you don't

1          A.    Yes.

2          Q.    Okay.   How long has G.E. offered

3    the stamped aluminum, bolted aluminum -- I'm

4    sorry, stamped aluminum, extruded aluminum,

5    and molded grills?

6          A.    Stamped aluminum since 1961 for

7    Zonelines.   Earlier than that for the other

8    through-the-wall type products.   The extruded

9    aluminum and molded, somewhere in the early

10   '80s for those products.

11         Q.    Other than aesthetics, is there

12   any functional difference in the three choices

13   of grill.

14         A.    Not functionally any different.

15         Q.    It is the method of attachment of

16   the grill to the sleeve different for the

17   three?

18         A.    Yes.

19         Q.    Explain the method of attachment

20   for each one?

21         A.    Extruded aluminum and the molded

22   plastic are held on by four screws.   That --

23   they go from the inside of the wall case to

24   bosses that are molded into the plastic.   Boss

25   are like molded in hole for the screw.

1          Q.    Was it around the same time as

2    the Zoneline?

3          A.    I don't know that.  I can't

4    answer that question.

5          Q.    Okay.  Do you know why

6    G.E. doesn't offer a molded grill with the J

7    Series?

8          A.    Any time that we have an optional

9    outdoor grill it's market driven, and if the

10   market doesn't request a molded plastic

11   exterior grill, then we're not going to offer

12   it.

13         Q.    You're familiar with the air

14   conditioner that's the subject of this

15   lawsuit?

16               MR. CURLEY:  You mean the model?

17         Q.    The model, yes.

18         A.    Yes.

19         Q.    The J Series?

20         A.    Yes.

21         Q.    How far back are you -- are you

22   able to say that the method of attachment for

23   the stamped aluminum grill has remained

24   unchanged?

25         A.    To my understanding it hasn't

1    changed since 1959.

2         Q.   Has it always used nylon

3    grommets?

4         A.   To my understanding, yes.

5         Q.   Let me be a little more specific.

6    The focus of that last question was on the

7    word nylon.  Has the material for the grommets

8    always been nylon, as far as you know?

9         A.   As far as I know, yes.

10        Q.   Has the grill itself, the stamped

11   aluminum grill itself, been modified since

12   1959?

13        A.   Physical dimensions have not.

14   The directional louvers have been modified.

15        Q.   How so?

16        A.   The stamped aluminum grill has

17   rows of vertical louvers.  Those vertical

18   louvers provide a directional air flow for the

19   air flow system required for the J Series, and

20   if it has that air flow series, air flow

21   design changes, then those directional louvers

22   have to be -- the angle of those louvers has

23   to be changed to correspond to the air flow

24   required for that particular model.

25        Q.   Other than the angle changing,

1          Q.    When was he the quality product

2    engineer?

3          A.    He retired about three years ago.

4    I'm not sure of the time frame, but that's

5    probably about three years ago.

6          Q.    Who held it before him?

7          A.    He held it for several years.    He

8    and I -- he was Product Quality Engineer at

9    the same time I was Field Quality Engineer.

10   Field Quality Engineering positions were all

11   eliminated.

12         Q.    He would have taken over your

13   responsibilities then?

14         A.    Yes.    He would have done the

15   product quality type service call rates, yes.

16         Q.    Currently how many Program

17   Managers are there for room air conditioners?

18         A.    Probably five.

19         Q.    Can you tell me what the programs

20   are?

21         A.    The programs are more associated

22   with a particular supplier than they are with

23   product lines.    Suppliers that we are working

24   with from a sourcing standpoint would have a

25   Program Manager who handles the products from

1    that particular supplier.

2              Q.    Who is the supplier of J Series

3    today?

4              A.    They are produced by Sharp.

5              Q.    Do you know how long they've been

6    producing the J Series for G.E.?

7              A.    Since 1997.

8              Q.    Was that when G.E. stopped

9    producing, or was that '87?

10             A.    '87.

11             Q.    So from '87 to '97, who supplied

12   them?

13             A.    Sanyo.

14             Q.    And is my understanding correct

15   that Sharp today, Sanyo from '87 to '97,

16   they're both using the same attachment

17   mechanism for the exterior grill on the J

18   Series that G.E. was using prior to 1987?

19             A.    Yes.   I think I need to kind of

20   explain how this works.   We have -- on the J

21   Series, we have currently 24 different models.

22   Most of those models come from the factory

23   without a wall case, or outdoor grill.   We

24   refer to it as a chassis only, and it's only

25   sold through the contract channel.   It cannot

1          A.    There are some design criteria

2    goes into the design as to what we expect

3    normal life to be, yes.

4          Q.    Who develops that criteria?

5          A.    By agreement with Marketing and

6    Technology.

7          Q.    And with regard to the J Series,

8    do you know what the -- let me generally ask,

9    are you familiar with the design criteria for

10   the J Series?

11         A.    Currently it's 15 years.

12         Q.    What does that mean to say that

13   there's a 15-year life expectancy?

14         A.    Under normal conditions, you

15   would expect the air conditioner to perform

16   its function for 15 years.

17         Q.    Okay.  If the fasteners for the

18   exterior grill failed, would that be

19   considered -- if they failed before 15 years,

20   would that be considered inconsistent with the

21   design criteria?

22              MR. CURLEY:   Objection.

23              THE WITNESS:   Having a 15-year

24   design life doesn't mean everything is going

25   to last 15 years.   There are so many factors

1    that go into how a product lasts, its

2    maintenance, you know, environmental, all

3    those issues play a role in how long an air

4    conditioner is going to function.  Maintenance

5    being a big issue with air conditioners, its

6    air flow system, moving so much air over the

7    years, but overall you would expect 15-year

8    life.

9              Q.    And I understand that, which is

10   specific that I asked about the exterior grill

11   fasteners.  And if they're failing is

12   inconsistent with the design criteria of the

13   product after 15 years, is there anything in

14   the design criteria specific to fasteners?

15             MR. CURLEY:  Object as to form.

16             THE WITNESS:  I'm not familiar

17   with any.

18             Q.    Are the fasteners considered a

19   part that wears out and needs to be replaced

20   from time to time?

21             A.    I think any components of the air

22   conditioner is subject to wear and tear and

23   needs to be monitored for failure, or for any

24   reason that the customer would think that it's

25   not working like it should, or whatever, any

1    Louisville, Kentucky.

2         Q.   Do you have any plans on either

3    moving, or leaving your job in the next year?

4         A.   No.

5         Q.   Let me ask you some questions

6    about your educational background.   I assume

7    you are a high school graduate?

8         A.   Yes.

9         Q.   What year did you graduate from

10   high school?

11        A.   1963.

12        Q.   What city was that in?

13        A.   Louisville, Kentucky.

14        Q.   What high school?

15        A.   Fairdale High School.

16        Q.   After that did you go to college?

17        A.   Yes.

18        Q.   Immediately so?

19        A.   Night courses during an

20   apprentice program at G.E.

21        Q.   Tell me about the apprentice

22   program.   Were you hired as an apprentice

23   right out of high school?

24        A.   Yes.   It was a tool and die

25   apprentice program.

1          Q.    Was that here in Louisville?

2          A.    Yes.

3          Q.    At the Appliance Park?

4          A.    Correct.

5          Q.    Okay.  And what night school

6     classes were you taking?

7          A.    It was a physics curriculum.  If

8     I had continued in that discipline, it would

9     have been a physics major.

10         Q.    How long did you continue the

11    night courses?

12         A.    Three years.

13         Q.    And how many credits did you

14    ultimately receive?

15         A.    15 to 18.

16         Q.    Then you discontinued that

17    program?

18         A.    I went into the military, I was

19    going to get drafted, so I went in the

20    military during the Vietnam period for two

21    years, U.S. Navy Reserve.

22         Q.    And you served in Vietnam?

23         A.    I was in the Vietnam era, I did

24    not actually go to Vietnam.

25         Q.    What years were you out of the

1    country?

2            A.    I stayed in the country.

3            Q.    Okay.  What years did you serve?

4            A.    From October of '66 until October

5    of '68.

6            Q.    And then in 1968, what did you

7    do?

8            A.    I returned to G.E., began taking

9    some night courses and working as an

10    engineering -- in the engineering lab at G.E.

11            Q.    What were the night courses?

12            A.    It was working towards my

13    Bachelor's degree, so all courses associated

14    with Bachelor's of Science degree.

15            Q.    What school?

16            A.    University of Louisville.

17            Q.    Is that where you were taking the

18    classes before the military service?

19            A.    Yes.  Some of those classes were

20    taken at Jefferson Community College.

21            Q.    At the engineering lab, what were

22    your job responsibilities?

23            A.    I was working with the compressor

24    design engineer performing compressor

25    reliability tests.

1          Q.   Was the engineering lab in

2     Appliance Park?

3          A.   Yes.

4          Q.   Do they have a building number?

5          A.   It was in Building 6.

6          Q.   Is there an engineering lab in

7     AP6 today?

8          A.   No.

9          Q.   Has that been moved anywhere, or

10    just been closed down?

11         A.   It's closed down.

12         Q.   When did that get closed down?

13         A.   I'm not sure of the exact date.

14         Q.   Ten years, 20 years?

15         A.   Building 6 lab was associated

16    with production of air conditioners, which

17    took place in Building 6.  After September of

18    1987, the lab closed for evaluation, because

19    we were no longer producing product at that

20    time in that building.  There was some two or

21    three technicians remaining just to do

22    evaluation, to work with our sourcing partners

23    for evaluation purposes.

24         Q.   Was it at that time that the time

25    when production of the air conditioners

1    themselves stopped that you left the lab?

2         A.   My experience with the lab was

3    three years.

4         Q.   Okay.

5         A.   About 1970-71 time frame I went

6    to a manufacturing position, still working

7    with the engineering labs, but actually

8    working for manufacturing.

9         Q.   What was the scope of

10   responsibilities at the engineering lab while

11   you were there?  You mentioned testing the

12   reliability of compressors.  What other things

13   did the lab do?

14             MR. CURLEY:  Object as to form.

15             THE WITNESS:  All phases of air

16   conditioning design and performance.

17        Q.   Did that continue up until 1987?

18        A.   Yes.

19        Q.   Prior to 1987, did General

20   Electric contract out any design, or

21   performance testing of its air conditioners,

22   or was all of it done in the engineering lab

23   in AP6?

24        A.   In 1986, some products were being

25   sourced from an outside source.  Those

1    all materials for manufacturing purposes in

2    the building.  That position also included

3    shipping and receiving operations for the

4    building.  All that started about 1982.

5         Q.   This was still AP6?

6         A.   Yes.

7         Q.   How long did you have that

8    position?

9         A.   Until 1987, July of 1987.

10        Q.   What was your next position?

11        A.   Field quality engineer.

12        Q.   That started in July of '87?

13        A.   Yes.

14        Q.   What was your job

15   responsibilities as field quality engineer?

16        A.   Monitoring service call rates for

17   air conditioners, any field complaints that we

18   would get calls about, or that would come in

19   through our technicians, try to resolve those

20   issues.  Sometimes it required travel to

21   different parts of the country to see for

22   yourself what kind of issues we were having,

23   and getting those issues resolved.

24        Q.   Would you be resolving issues

25   relating to one particular appliance, or would

1    it always be with an eye toward trends of all

2    of the appliances manufactured?

3            A.    I was a field quality engineer

4    for the air conditioning business only.

5            Q.    With regard to air conditioners

6    only, was your responsibility to resolve

7    issues with regard to individual products?

8    Mrs. Smith in Dallas, Texas has a problem with

9    her air conditioner.  You go out to look at

10    it, or would you be going out there because

11    Mrs. Smith has the same problem that X number

12    of other people in the country have had, so

13    you were investigating the trends?

14            A.    If there was a trend, yes, I

15    would be doing that.  The first call we would

16    receive may be from a technician who went out,

17    and if he had seen more than one of something,

18    he may call his manager, who would call me,

19    and we would try to see if there was a trend

20    through any particular failure mode.

21            Q.    Okay.  So I'm assuming

22    G.E. wasn't using you to trouble shoot

23    individual problems?

24            A.    That's correct.

25            Q.    How would you receive the -- let

1    me first ask.  How long did you hold the

2    position of field quality manager?

3             A.    Until 1998.

4             Q.    So from '87 until '98, how would

5    you receive service call rates?

6             A.    Service call rate information was

7    electronically received from G.E. field

8    technicians, who would enter a particular code

9    into his computer with the service call

10   information, and that information was

11   automatically accumulated into some monthly

12   reports and given to me.

13            Q.    Did the G.E. field technicians

14   have some sort of a hand-held data device

15   where they would punch in what type of product

16   they were working on, what the problem was,

17   and then that would get downloaded to a

18   central computer?

19            A.    In 1987 it was all done manually.

20   They would fill out a form with the model

21   number, serial number, name and address of the

22   customer, and he would have a code book where

23   he would code certain code into that, and

24   those pieces of paper were accumulated, and

25   there would be someone who received all those

1    several years ago because of the updates in

2    computer systems and productivity.

3            Q.   You said today that the title is

4    product quality manager?

5            A.   Product quality engineer?

6            Q.   Engineers.  Who is that person

7    today for through-the-wall air conditioners?

8            A.   His name is Bob Crabb.

9            Q.   And do you know if he is sent

10   this data on a monthly basis like you were, or

11   how does he get access to it?

12           A.   It's automatically updated.  The

13   technicians input service call rate

14   information.  Every call that's run today is

15   in the computer banks tonight, and he can look

16   at it tomorrow.

17           Q.   Okay.  So, any time he wants, he

18   can access that information?

19           A.   Right.  There is no monthly

20   reports.  He just monitors his product line

21   and acts accordingly.

22           Q.   Do you know when that system went

23   into effect?

24           A.   Not exactly, no.

25           Q.   Do you know if under the current

1    off a J Series, it's going to increase -- may

2    increase the operating temperature of the air

3    conditioner?

4              MR. CURLEY:  Object as to form.

5              THE WITNESS:  (Nodding head

6    affirmatively.)

7         Q.   And I wanted to ask you about

8    your experience of hearing about, or reading

9    reports about, or seeing situations where

10   grills have fallen off, either J Series, or

11   Zoneline air conditioners?

12             MR. CURLEY:  Is there a question?

13   You said you wanted to ask?

14        Q.   Let me ask you about it.  What is

15   your experience with that?

16        A.   Very little experience with

17   grills falling off.  I don't know of any case

18   where I've been involved where an outdoor

19   grill has fallen off.  Most of the issues

20   associated with outdoor grills are with an

21   incorrect outdoor grill where there are

22   performance issues, compressor overheating,

23   and customer complaints that it won't cool

24   properly.  I don't ever recall having somebody

25   call me complaining about performance issues,

1    and realize they don't have an outdoor grill.

2         Q.    Has there been any situation that

3    you are aware of where a customer has called

4    you, and the customer hasn't had an outdoor

5    grill, and I don't want to limit it to you got

6    the call because of performance issues?  Have

7    you ever seen, or read about a situation, or

8    heard of a situation where a grill has fallen

9    off?

10        A.    I've never received a call from

11   any of our products, or any of our field

12   people about grills falling off.  Typically if

13   a grill would fall off, a customer would

14   replace it, or -- because you do have an

15   aesthetic issue if you have an outdoor grill,

16   so I would expect that to be the typical

17   reaction.

18        Q.    Other than -- well, let me first

19   ask you.  Would you expect a customer to

20   understand the performance implications of the

21   grill falling off, and by performance

22   implications, I mean the issue of the

23   recirculating hot air.  Would you expect a

24   customer to understand that?

25             MR. CURLEY:  Objection.

1          A.    Protection from -- I'm not sure

2    protection from what.  The grill would not

3    prevent any kind of environmental things,

4    prevent any kind of environmental issues,

5    rain, or snow, or whatever from blowing in, or

6    no moving parts that would be associated for

7    safety that a person could touch -- reach in

8    and grab, but from those standpoints, you

9    could probably consider it could be used to

10   protect, you know -- I'm not sure how to

11   exactly answer that question.

12         Q.    Well, it seems given that the

13   grill doesn't protect against wind, rain,

14   snow, and there are no moving parts, so safety

15   is not an issue.  It seems like you're saying

16   that the grill doesn't serve a protection

17   function?

18         A.    It's primary function is

19   aesthetics, and proper air distribution.  It

20   can be used as a protection for anything else

21   that might get in there that you wouldn't want

22   in there.  I'm not sure where you're -- what

23   kind of -- I'm not sure I understand what you

24   mean by protection.

25         Q.    I'm not trying to imply anything.

74

1    I'm trying to find out from G.E.'s standpoint

2    when it includes a grill with the sale of the

3    air conditioner, from G.E.'s standpoint, what

4    is the function of this part. That's all I'm

5    trying to find out.

6                 MR. CURLEY: Is there a question?

7          Q.    Yes. What is the function of the

8    part?

9          A.    It's performance and aesthetics.

10   Without this outdoor grill, you would not pass

11   any performance criteria that the product had.

12   It would fail any capacity test, any

13   functional test that we would normally do on

14   this product.

15         Q.    Does G.E. consider squirrel or

16   bird infestation of an air conditioner, J

17   Series air conditioner, to be a risk?

18                MR. CURLEY: Objection to form.

19                THE WITNESS: I don't think it's

20   G.E.'s intent to allow those kind of animals

21   in the back of a air conditioner.

22         Q.    Of course it's not G.E.'s intent.

23   Is it a risk that's designed against?

24         A.    Yes.

25         Q.    Other than the past 30 seconds,

1    is that a risk that you've ever thought about

2    while considering the design features of the J

3    Series?

4          A.   We have -- all our grills are --

5    openings are designed to make sure birds

6    and -- small birds don't get in.  Zoneline and

7    built-in or J Series, all the grills are

8    designed so that birds cannot make a nest

9    inside an air conditioner.

10          Q.   And why don't you want a bird

11    making a nest inside the air conditioner?

12          A.   For one, it would make a terrific

13    noise when the outdoor fan started moving, and

14    there would be something to prevent that from

15    happening, whether it's a bird's nest, or the

16    bird itself, or whatever, so we don't want

17    birds to nest in the outdoor side of the air

18    conditioner.

19          Q.   I may have misunderstood you.

20    Are you saying that the grill itself is

21    designed such that birds can't make a nest in

22    the grill?

23          A.   In the air conditioner.  They

24    cannot get through the grill into the air

25    conditioner.

1    here, are you aware of anyone at G.E. ever

2    giving any thought to the risk of a squirrel

3    getting inside through-the-wall air

4    conditioner?

5           A.    No.

6           Q.    So, is it fair to say that that

7    is not a risk that was designed against?

8           A.    I'm not aware of any information

9    about that being considered a risk in any of

10   my conversations with anyone in my career.

11          Q.    Are you aware of any occurrence

12   of a squirrel or bird getting inside a

13   through-the-wall air conditioner?

14          A.    I'm not aware of any of those

15   occurrences.

16          Q.    Would there be another individual

17   at G.E. who would more likely be familiar with

18   such an occurrence?

19          MR. CURLEY:    Objection.

20          THE WITNESS:    I do not think

21   there would be any one more knowledgeable

22   about this than me.

23          Q.    Had you received a report of

24   birds or squirrels nesting in a J Series air

25   conditioner, if you had received such a report

1    from the field, how would you respond?

2    MR. CURLEY: Object to the

3    hypothetical form of the question.

4    THE WITNESS: I would have to

5    acquire a little more information as to how

6    that could happen. If a person told me that

7    there was an outdoor grill that was missing,

8    then it's a pretty obvious explanation, and

9    they would be told to replace the grill.

10    Q.    Would you inquire as to why the

11    grill was missing?

12    MR. CURLEY: Object as to form.

13    THE WITNESS: May or may not.

14    That's difficult to answer.

15    Q.    These grills on the J Series,

16    stamped aluminum grill, air conditioners, by

17    design, they cannot be unfastened from the

18    outside, can they?

19    A.    Correct.

20    Q.    You need to remove the chassis

21    and unscrew them from the inside?

22    A.    That's correct. All our built-in

23    and Zoneline grills are designed to be

24    installed from the inside for a specific

25    reason.

1          Q.    And that is?

2          A.    That it's difficult to install a

3     grill on the outside above the first floor, so

4     if you have a multi-story building, you have

5     to be able to do that from inside the room.

6     There's another reason.

7          Q.    That is?

8          A.    That is for security.  You do not

9     want someone to be able to remove the outdoor

10    grill from the outside, and be able to push

11    the air conditioner into the room and get into

12    the property.

13         Q.    If a squirrel were to get inside,

14    would you consider that -- by inside, I mean

15    inside of a J Series air conditioner, would

16    you consider that to be a safety hazard?

17                   MR. CURLEY:  Objection.

18                   THE WITNESS:  No -- only for the

19    squirrel.

20         Q.    Is that because of the fan?

21         A.    Yes.

22         Q.    The fan is the safety hazard for

23    the squirrel?

24         A.    The moving fan, yes.

25         Q.    So, other than noise and general

1    nuisance of a squirrel getting inside of a J

2    Series air conditioner, is that considered a

3    risk, or hazard to design against?

4         A.   I don't ever recall that being

5    something that was discussed as being a risk.

6         Q.   Is it something that was ever --

7    with a customer was ever warned about?

8         A.   I'm not aware of any warnings

9    associated with squirrels.

10        Q.   What about birds?

11        A.   There's no warning on birds,

12   because we -- grills are designed to prevent

13   birds from getting into the product.

14        Q.   If the grill falls off, then

15   birds can get in?

16             MR. CURLEY:   Objection.

17             THE WITNESS:   Sure.

18        Q.   Is there any, or has there been,

19   to your knowledge, any warning to the consumer

20   about safety hazards that may be created if

21   the grill falls off?

22        A.   I'm not aware of any.

23        Q.   Would you expect the end consumer

24   to be aware of safety hazards created by the

25   grill falling off?

1              MR. CURLEY:  Objection.

2              THE WITNESS:  Again, we would not

3    consider it a safety -- personal safety issue

4    with the grill falling off.

5         Q.   I understand that if there isn't

6    a hazard, you wouldn't expect the customer to

7    be aware of a hazard.  I understand my

8    question is a bit perhaps redundant, but I'll

9    ask it again anyway.  Is there any safety

10   issue which you would expect the end consumer

11   to be aware of which would be caused by the

12   grill falling off?

13             MR. CURLEY:  Objection.

14             THE WITNESS:  I'm not sure a

15   customer would be aware of any safety issue

16   associated with that.

17        Q.   This is a UL listed product, and

18   by this I mean the air conditioner that's the

19   subject of this lawsuit?

20        A.   Yes.

21        Q.   Do you have any familiarity with

22   the UL testing process for this product?

23        A.   I know the testing UL Code in

24   some of the particular parameters I'm familiar

25   with, the entire UL 484 code I'm not that up

1    to speed on all of that.  That's a very large

2    document.  I get involved with some of those

3    just specific questions on specific things,

4    and I will look at the document just to answer

5    those questions.

6         Q.   Sure.  I'll get into the generals

7    in just a second, but my question was with

8    regard to the actual listing of this model.

9    First, you know when it occurred, when this

10   model was listed?

11        A.   No, I do not know that.  I do

12   know that the product would not be introduced

13   without a listing.  G.E. policy, every product

14   is listed by UL.

15        Q.   Does G.E. maintain any sort of a

16   file relating to UL listing for a given model

17   of air conditioner?

18        A.   There will be a UL file, usually

19   maintained by UL for each model that they

20   approve.

21        Q.   Yes, and I'm aware of the fact

22   that UL maintains a file.  My question is

23   whether or not G.E. maintains a file?

24        A.   I'm sure that there's someone who

25   keeps that file listing.  I do not know who

 1     that would be.  There is a little bit of an

 2     issue with when you're sourcing product that

 3     that supplier is the person of record who

 4     actually produces that product, gets that

 5     product listed, and that file is maintained by

 6     the supplier of that particular product.

 7            Q.    Okay.

 8            A.    We may have a record of a joint

 9     record, but the manufacturer of the product is

10     the listee on each particular product.

11            Q.    Do you know if, when the model in

12     question began being produced by Sanyo, were

13     they able to rely upon the listing obtained by

14     G.E. for the product, or do they have to get

15     their own listing?

16            A.    They have to get their own

17     listing.

18            MR. CURLEY:  Object to form.

19     There was never any testing that the model in

20     issue was produced by Sanyo.  There was

21     general reference to the J Series.

22            MR. HARMEYER:  Okay.

23            Q.    The model at issue, when did it

24     end production?

25            A.    1987.

1    appearance.

2              Q.    Were the performance

3    characteristics the same?

4              A.    We'd have to look at the spec to

5    see if the E.R.s and capacity changed, but

6    other than that, you need to be a little more

7    specific when you say --

8              Q.    BTUs is what I was thinking?

9              A.    BTUs were similar.

10             Q.    You said there wasn't a single

11   component that was compatible from the unit

12   the model made by G.E.  with the model made by

13   Sanyo.  Was the exterior grill fasteners

14   different?

15             A.    No, that was not changed.

16             Q.    Was the exterior grill changed?

17             A.    No.

18             Q.    Was the sleeve changed?

19             A.    No.

20             Q.    Do you know if -- well, let me

21   first ask it this way.  Does -- prior to 1987,

22   did the sleeve for the J Series have its own

23   part number?

24             A.    Yes.

25             Q.    Is that the same thing as the

1    fastener kit?

2          A.    Yes.

3          Q.    Do you know if the stand alone

4    sleeve fastener kit was itself a UL listed

5    product?

6          A.    Yes.

7          Q.    And was that listing separate

8    from the chassis?  By that I mean --

9          A.    Yes.

10         Q.    It had to to go through

11   independent tests?

12         A.    Yes.

13         Q.    Do you have any personal

14   experience with the listing of the sleeve

15   kits?

16         A.    No:  These sleeve kits were

17   designed long before my time, and my

18   association with this product.  I'm just

19   familiar with changes that took place since

20   my -- since 1987, that time frame.  It's been

21   basically the same except for color changes,

22   or something.

23         Q.    Has there been any change to the

24   sleeve kits which prompted the need to relist

25   the product?

```
 1                A.    Yes.
 2                Q.    And what changes have there been?
 3                A.    We changed in 1990 the outdoor
 4      grill, directional louver changed.
 5                Q.    Any other changes?
 6                A.    And one at a later time, probably
 7      1993, 1994 time frame, I'm not sure exactly
 8      the date, we changed the color, and that
 9      required a UL review of that particular kit.
10                Q.    Did the color change result in a
11      new model number?
12                A.    Yes.
13                Q.    I believe you told me that the
14      sleeve kits were contracted out to a company
15      separate from the company which received the
16      chassis contract?
17                A.    That's correct.
18                Q.    What's the name of that other
19      company?
20                A.    It's currently called Western
21      Industries, I think.
22                Q.    Did it used to be a different
23      company, or did it used to be called something
24      else?
25                A.    When it first -- when they first
```

EXHIBIT 18

1              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

2
              CIVIL ACTION NO.05 10075 PBS

3

4    OCEAN TERRACE                )
     CONDOMINIUM TRUST            )

5                     PLAINTIFF)
                                 )

6      vs.                       )
                                 )

7    GENERAL ELECTRIC COMPANY )
                                 )

8                     DEFENDANT)

9

10

11

12              DEPOSITION OF H. D. MOORE

12                TAKEN BY PLAINTIFF

13

14

15

16              LOUISVILLE, KENTUCKY

16                January 20, 2006

17                VOL. II of II

18

19

20

21

22

23

24              VIRGINIA KLAPHEKE, CCR
                   2818 Hoock Avenue
                 Louisville, KY  40205

25      (502)  458-1755/(800)  782-3517



1              H. D. MOORE, the said witness,

2     having been previously duly sworn, was

3     examined and testified further as follows:

4                   -- -- --

5              DIRECT EXAMINATION (cont'd)

6     BY MR. HARMEYER:

7              Q.   Good morning, Mr. Moore.

8              A.   Good morning.

9              Q.   As the court reporter just

10    mentioned, you continue to be under oath from

11    yesterday.  Same rules as we discussed.  If at

12    any time you want to take a break, let me

13    know.  If you don't understand a question, ask

14    me to repeat it.  I think you did a good job

15    of that yesterday.

16              I want to begin this morning by

17    asking you some questions about G.E.'s

18    suppliers, or vendors.  Are you familiar with

19    the company, Illinois Tool Works, or ITW?

20              A.   No.

21              Q.   How does -- with regard to room

22    air conditioners, how does G.E. decide from

23    whom it's going to purchase parts?

24              A.   Are we talking about specific

25    individual parts, or complete appliances,

1    contact with a material that would allow

2    current to flow from the damaged wire to

3    another surface.

4          Q.   Okay.

5          A.   That was uninsulated, or could

6    carry current, correct.

7          Q.   And so with that understanding,

8    when we went through and you said yes, or no

9    as to whether or not these wires were

10   energized, you were telling me whether yes,

11   current would flow if grounded, or no, current

12   wouldn't flow if grounded?

13         A.   Current would flow if a damaged

14   wire was touching something that would --

15   sheet metal, or something that it would spark

16   to.  It wouldn't be plastic or -- it had to be

17   sheet metal.

18         Q.   Okay.

19         A.   But that would be an

20   instantaneous spark, and if that happened, it

21   would be a direct short, and the breaker

22   should trip.

23         Q.   When you say breaker, are you

24   talking about the home's --

25         A.   Circuit breaker in the home,

1       that's correct.

2                Q.   Does the -- for the model in

3       question, does the air conditioner itself have

4       any sort of a fuse, or circuit breaker?

5                A.   No.

6                     (Whereupon, Exhibit No. 64 was

7       marked for identification.)

8                Q.   All right, Mr. Moore.   I'm going

9       to show you what we've marked as Exhibit 64.

10      I'll represent to you that that's a photograph

11      of an air conditioner at the Ocean Terrace

12      Condominiums in a unit other than Unit 3A.   Do

13      you recognize what you're looking at?

14               A.   Yes.

15               Q.   Would you describe to me what

16      you're looking at?

17               A.   I'm looking at the back side of a

18      J Series built-in air conditioner.   See the

19      outdoor coil and compressor and associated

20      tubing.

21               Q.   As we're looking at it, the

22      exterior grill is missing?

23               A.   In this photograph, yes, it is.

24               Q.   And do you see the -- one of the

25      exterior grill fasteners?

EXHIBIT 19

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05 10075 PBS

OCEAN TERRACE CONDOMINIUM
TRUST,                     Plaintiffs

vs.

GENERAL ELECTRIC COMPANY
                          Defendant

## AFFIDAVIT OF HAROLD D. "JACK" MOORE

Now comes Harold D. "Jack" Moore and makes affidavit as follows:

1.      I have worked in various positions for the General Electric Company
("GE") related to air conditioners from 1968 to the present.  I make this affidavit of
my own personal knowledge.

2.      On June 8, 2006 I inspected the wall case and the air conditioner at
the Travelers Insurance Company Laboratory in the Hartford, Connecticut area
which were identified as coming from Unit 3A at the Ocean Terrace Condominium
building Gloucester, MA.

3.      The wall case was missing the rear grille and the hardware
necessary to attach the rear grill to the wall case.

4.      The wall case is of the type used by GE in the late 1960s and early
1970s.  I know this both from my personal observations of air conditioner wall

cases in the past and from a comparison of the design features of the wall case for

the support of the air conditioner unit with the design features shown in drawings

dated in the mid 1970s which show different support features.

     5.     I have searched for drawings pertaining to the wall case which I

examined and could not locate any. I believe they no longer exist.

     6.     It is my understanding that there are no photographs of the rear grille

or the hardware to attach the rear grille to the wall sleeve for the air conditioner at

Unit 3A of the Ocean Terrace Condominium building.

     7.     It is my understanding that the only available descriptions of the rear

grille and hardware for the rear grille of Unit 3A of the Ocean Terrace

Condominium building were provided by the occupants of that unit, Katherine Hull

and Mark DeFelice. I have read their descriptions. They do not describe

components designed or manufactured or sold by G.E.

     8.     In her deposition Ms. Hull testified that there were four fastening

points for the grille and that the were all the same. She testified the grille was

attached to the wall case with white plastic screws and that the screw heads were

on the outside of the grille. The grille which GE sold for use with the wall sleeve I

examined had two attachment points for clips at the top, and at the bottom had two

attachment points for metal screws to be inserted from the inside of the wall case

toward the outside. The screws were inserted into grommets. GE never provided

plastic screws to attach the grille to the wall case I examined and the hardware

provided by GE was installed from the inside toward the outside and not from the

outside toward the inside.

9.      The description of the rear grille and hardware on the air conditioner which Mr. DeFelice provided at his deposition indicated that the grille was rusty around its edges from an inch to an inch and a half. He observed two sheet metal screws on each side of the grille. He observed a 90° flange on the grille. The screws went from the outside in. The grille which GE sold for use with the wall sleeve I examined was made of stamped aluminum and would not rust. There were not attachment points on all four sides and GE did not provide sheet metal screws. The attachment hardware provided by GE went from the inside toward the outside.

10.     In the Fall of 2001 up to and including June 2, 2002 a replacement room air conditioner rear grille and attaching hardware was readily available and easily obtainable from GE. The price exclusive of tax and shipping was less than $23.00. Different shipping options were available including next day delivery. Such parts could be ordered by telephone or over the internet.

11.     The air conditioner which I examined identified as coming from Unit 3A in the Ocean Terrace Condominium building had a product identification label on it identifying it as an AJC 10 DST, model with a date of manufacture of July 1985 listed by Underwriters Laboratories.

12.     I have searched for and attempted to locate records and drawings concerning the types of hardware and the specifications for such hardware for the fasteners of area grilles for rear conditioner wall sleeves made before June 10, 1975. I have not been able to locate such records and drawings and believe they no longer exist.

3

13.    After June 10, 1975 nylon screw grommets supplied by ITW Fastex have been used with screws to fasten the lower portion of rear grilles to air conditioner wall sleeves. I am not aware of any complaint from any source concerning the use of any nylon screw grommets in this application apart from this case.

Signed under the pain and penalties of perjury this 11th day of December, 2006.

Harold D. "Jack" Moore

4

EXHIBIT 20

1          UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS
2

        CIVIL ACTION NO.05 10075 PBS
3

4  OCEAN TERRACE           )
     CONDOMINIUM TRUST      )
5               PLAINTIFF)
                     )
6    vs.                 )
                     )
7  GENERAL ELECTRIC COMPANY )
                     )
8           DEFENDANT)

9

10

11

         DEPOSITION OF ROBERT CRABB
12

           TAKEN BY PLAINTIFF
13

14

15

         LOUISVILLE, KENTUCKY
16

           May 11, 2006
17

18

19

20

21

22

23

        VIRGINIA KLAPHEKE, CCR
24         2818 Hoock Avenue
         Louisville, KY  40205
25    (502) 458-1755/(800) 782-3517



1              MR. CURLEY: For stipulations,

2     we'd like Mr. Crabb to have the opportunity to

3     read and sign. We can waive notarization,

4     sealing and filing. Signing can be under the

5     pains and penalty of perjury. We will reserve

6     all objections except as to matters of form

7     and we'll reserve motions to strike until the

8     time of trial.

9              MR. HARMEYER: That's acceptable.

10                     -- -- -- --

11             ROBERT CRABB, the said witness,

12    having been first duly sworn, was examined and

13    testified as follows:

14             DIRECT EXAMINATION

15    BY MR. HARMEYER:

16         Q.    Could you state your name?

17         A.    It's Robert Crabb, Jr.

18         Q.    That's C-R-A-B-B?

19         A.    That is correct.

20         Q.    Mr. Crabb, my name is Ron

21    Harmeyer. I'm an attorney representing the

22    Ocean Terrace Condominium Trust in a lawsuit

23    against General Electric arising from a fire

24    that occurred in Gloucester, Massachusetts, in

25    June of 2002. I'm going to be asking you some

1    in 1973, was a product designer in home
2    laundry products until 1976.  Between 1976 and
3    1980, '81, '82, I'm not certain what year it
4    was, I was in room air conditioning department
5    as a supervisor in plastics, and as a
6    manufacturing engineer in what was called the
7    surfaces, it's the heat exchanges used in air
8    conditioners.  And then I went to the
9    refrigeration department as a feasibility
10   engineer, as an advanced manufacturing
11   engineer, as an advanced quality engineer,
12   between 1980-'81, and 1985.  From 1985 till
13   1997 I worked on a range program in Roper
14   LaFayette, Georgia.  I commuted back and
15   forth.
16             I again returned to refrigeration
17   in 1997 until 2003 as an advanced quality
18   engineer.  In 2003 I took my present job as a
19   source product quality engineer in the Global
20   Source Products.
21        Q.    When you were a product designer
22   from 1973 to 1976, did you say that was in the
23   Home Laundry Division?
24        A.    Correct.
25        Q.    So washers and dryers?

1          A.    Yes.

2          Q.    Now, my understanding of what

3     people at G.E. refer to as Global Source

4     Products, that means microwaves and air

5     conditioners?

6          A.    Yes.

7          Q.    Anything else?

8          A.    I'm not sure.  We have other

9     products that we source that are not -- that

10    are sourced from overseas.  I don't know if

11    they're called global, but...

12         Q.    Well, as far as your position as

13    Source Quality Product Manager, what products

14    is it that you're managing?

15         A.    The only one I'm involved with is

16    room air conditioners.

17         Q.    Okay.  Well, let's talk about

18    that then.  You said that part of your job

19    responsibility includes monitoring the field

20    performance of the product?

21         A.    Correct.

22         Q.    How do you do that?

23         A.    We have several data bases that

24    we -- that the data comes in from the field

25    from G.E. service technicians, and contract

1    service people that G.E. has approved.  They

2    provide invoices, and the detail of the

3    invoices are then put into data bases, which

4    we use for analysis.

5          Q.    How many data bases are there?

6          A.    I know of two.

7          Q.    So we can talk about them, what

8    are they called?

9          A.    One is called FQ, field quality,

10   simple as that.  The other one is called

11   equics.

12         Q.    Can you spell that?

13         A.    E -- little e, as in

14   electronic -- quics, Q-U-I-C-S.

15         Q.    And why are there two different

16   data bases?

17         A.    Equics is strictly G.E. service

18   technician information.  FQ has both

19   G.E. service technician, plus G.E. contracted

20   service people information.

21         Q.    Is all of the information in the

22   equics data base also in the FQ data base?

23         A.    Yes.  There's actually more

24   information in equics, relative to a

25   particular invoice.

1    individual comments?

2         A.    If there is a comment.

3         Q.    Have you ever had occasion to run

4    a query relating to the fasteners for the

5    exterior grills on J Series air conditioners?

6         A.    No.

7         Q.    Is it possible, as we sit here

8    today, that service techs have been putting in

9    the comment section the fact that they've been

10   coming across failed fasteners for J Series

11   exterior grills, and that those comments are

12   in the data base, but no one has had occasion

13   to read them?

14        A.    No, I don't think so.

15        Q.    Why do you say that?

16        A.    I look at the comments when I do

17   queries, and I haven't seen any.

18        Q.    How many queries have you run on

19   J Series air conditioners in the past year?

20        A.    We run a daily query, that's

21   automatic that queries -- it's a year-to-date

22   query.

23        Q.    And what is a query?

24        A.    A query is all invoices

25   associated with J model and another model,