November 10, 2000

Thomas & Carmela Brancaleone
78 Washington Street
Gloucester, MA 01930

RE: Ocean Terrace Condominium, Unit 3J

Dear Thomas & Carmela:

On a recent inspection of the Property with the Board it was noted that your air conditioner is missing a cover but more importantly, the unit is smaller than the size of the air conditioner sleeve. Before the air conditioning season, you will need to replace your air conditioner with a properly sized unit. We are letting you know this now so that you will have plenty of time to plan for this. In the meantime, please have a cover put on the air conditioner.

Thank you for your advanced cooperation.

Sincerely,


Ronda A. Ziner, CPM
Regional Property Manager

cc: Andrew Bonina


ocean/aircover3J



November 10, 2000

Fitz O. Lufkin, Jr.
222 Washington Street
Gloucester, MA 01930

RE: Ocean Terrace Condominium, Unit 3M

Dear Fitz:

On a recent inspection of the Property with the Board, it was noted that your
cover to the air conditioner is missing. You may not even know this. Please
make the proper arrangements to have a new air conditioner cover installed.

Thank you for your advanced cooperation.

Sincerely,


Ronda A. Ziner, CPM
Regional Property Manager


ocean/aircovers



TO:         All 3rd Floor Residents

FROM:       Ronda A. Ziner, Property Manager

SUBJECT:  Air Conditioners

DATE:       October 18, 1999

---

In order for the contractor to complete the Mansard Roofing they must flash around the Air Conditioners.  Please remove your air conditioner this week so that the work can be completed.  If you are unable to remove the air conditioner, please ask one of the workmen and they will be glad to do it for you.

Thank you.

ocean/air3rd



EXHIBIT
Ziner

1

1    UNITED STATES DISTRICT COURT

2    DISTRICT OF MASSACHUSETTS

3    Docket No. 05-10075PBS

4

5    *****************************
     OCEAN TERRACE CONDOMINIUM TRUST,
6    Plaintiff

7    VS.

8    GENERAL ELECTRIC COMPANY,
     Defendant
9    *****************************

10

11

12

13    DEPOSITION OF TIMOTHY LITTLE,

14    taken pursuant to Massachusetts Rules of Civil

15    Procedure, before Barbara A. Hoey, a Notary Public in

16    and for the Commonwealth of Massachusetts, at the Law

17    Offices of Curley & Curley, 27 School Street, Boston,

18    Massachusetts on February 28, 2006.

19

20

21

22

23    LIPMAN COURT REPORTING
      101 Tremont Street
24    Boston, MA 02108
      617-227-3985

25

4

1          S T I P U L A T I O N S

2

3              It is hereby stipulated and agreed by

4    and between counsel for the respective parties that the

5    deposition transcript will be read and signed by the

6    deponent under the pains and penalties of perjury.

7              Counsel have further stipulated and

8    agreed that all objections, except as to form, and

9    motions to strike are reserved until the time of trial.

10              TIMOTHY D. LITTLE, a witness called by

11    the Defendant, having first been duly sworn, deposes

12    and says as follows in answer to

13    EXAMINATION BY ATTORNEY CURLEY:

14         Q.    Would you state your full name for the record

15    please?

16         A.    Timothy Dunlap Little.

17         Q.    Mr. Little, you've been designated to appear

18    here today on behalf of Noblin and Associates pursuant

19    to a subpoena that was served on it?

20         A.    Correct.

21         Q.    Is that the subpoena?

22         A.    That is the subpoena, yes.

23         Q.    As you know I'm Bob Curley.  I represent

24    General Electric.  I'm going to ask you quite a few

25    questions.  If at any time I ask you a question that

1  you don't understand in anyway, let me know and I'll

2  rephrase the question for you.  All right?

3      A.   All right.

4      Q.   What is your date of birth?

5      A.   July 6, 1960.

6      Q.   What is your present residential address?

7      A.   21 Pondview Drive, Dover, New Hampshire.

8      Q.   Any present intention of moving from that

9  address?

10     A.   No.

11     Q.   You are presently employed by Noblin and

12 Associates?

13     A.   That's correct.

14     Q.   At what location?

15     A.   680 Central Ave, Dover, New Hampshire.

16     Q.   Is that the only place of business of Noblin

17 and Associates?

18     A.   No, the main office is in Bridgewater,

19 Massachusetts.

20     Q.   What is the address in Bridgewater?

21     A.   Four First Street.

22     Q.   What is your present position with Noblin and

23 Associates?

24     A.   I'm the senior project manager.

25     Q.   Is there only one senior project manager?

6

1      A.    I believe so.

2      Q.    To whom do you report?

3      A.    Ralph Noblin, the owner of the company.

4      Q.    Is Mr. Noblin the president?

5      A.    Yes, he is.

6      Q.    For how long have you been a senior project

7   manager?

8      A.    Approximately 12 years now.

9      Q.    For how long have you been employed by Noblin

10  and Associates?

11     A.    The same amount of time, approximately 12

12  years.

13     Q.    What is your educational background starting

14  in high school?

15     A.    I graduated from Hanover High School in

16  Hanover, New Hampshire in 1978.   I received my degree

17  in Civil Engineering from Cornell University in 1982.

18     Q.    Is that BS in Civil Engineering?

19     A.    Yes.

20     Q.    Have you had any further education after

21  graduating from Cornell?

22     A.    I have become licensed in the states of New

23  Hampshire, Maine and Massachusetts to practice civil

24  engineering.

25     Q.    Are you a professional engineer?

14

1    Q.    You have on the table or beside you, are

2    those the pre-fire files?

3    A.    Yes, they are.

4    Q.    I understand you in your car two

5    banker's boxes worth of post-fire materials?

6    A.    That's correct.

7    Q.    On the subpoena one of the things that was

8    requested was any materials about the original

9    construction of the premises of the Ocean Terrace

10   Condominium building.  Do you have any such materials?

11   A.    Yes, I do.

12   Q.    Could I see those please?

13   A.    I have two copies of prints taken of the

14   building prior to the fire.

15   Q.    Is one of those copies for me?

16   A.    They both are.

17   Q.    They both are?

18   A.    Yes.

19        (25 photos marked as Exhibit 82.)

20   Q.    Are you the one that took these photographs?

21   A.    Yes.

22   Q.    Do you know when they were taken?

23   A.    They were taken in 1998.

24   Q.    Do you have an understanding when the Ocean

25   Terrace Condominium building was originally

15

1   constructed?

2      A.   I believe it was constructed in the 1960s.

3      Q.   Do you know what part of the 1960s?

4      A.   I don't.

5      Q.   When I asked you about materials pertaining

6   to the original construction of the premises do you

7   have anyway of knowing whether these photographs taken

8   in 1998 are fair and accurate representations of the

9   way the building was constructed in the 1960s?

10     A.   I don't know if renovations or replacement

11  material has been made if that's what you're asking.

12     Q.   That's essentially what I'm asking?

13     A.   No, all I know that's the way it appeared in

14  1998.

15     Q.   Do you have any materials pertaining to going

16  back to the period of the 1960s when the property was

17  originally built?

18     A.   The only document that I've seen that goes

19  back to what might have been the original construction

20  were some floor plans that were produced after the

21  fire.

22     Q.   Who produced them?

23     A.   I believe those were obtained from city hall

24  down in Gloucester -- sorry -- the building department.

25     Q.   In conjunction with any of your work at the

16

1 Ocean Terrace Condominium building did you try to

2 determine what the nature of the original construction

3 was in the 1960s?

4      A.   We focused on the existing construction in

5 1998.

6      Q.   You didn't try to go back historically to

7 find out what had happened to the building over the 20

8 plus years or so since the 1960s?

9      A.   Are you referring to specific renovations or

10 modifications.

11      Q.   Did you try to go back and determine any

12 history of the building before 1998?

13      A.   No.

14      Q.   Do you have any materials that pertain to the

15 original installation of wall sleeves for air

16 conditioners?

17      A.   No.

18      Q.   Is it your understanding that there were wall

19 sleeves for air conditioners when the building was

20 originally built?

21      A.   No, I don't know if there were wall sleeves.

22      Q.   You don't know one way or the other?

23      A.   No.

24      Q.   Have you ever tried to determine anything

25 about the original installation of wall sleeves for air

21

1    A.    Yes.

2    Q.    In the mansard sections of the building were

3  the air conditioner sleeves installed through a slanted

4  portion of the mansard roof?

5    A.    In this photograph, no.

6    Q.    In that photograph are they installed through

7  a vertical section of the mansard roof?

8    A.    Yes.

9    Q.    Did it differ depending on the area of the

10 building?

11   A.    I believe there was one deck where the sleeve

12 was in a slanted portion of the roof.

13   Q.    Do you know which deck that was?

14   A.    I believe it was the single deck more or less

15 in the middle of the building in that photograph.

16        (Photograph marked as Exhibit 82C.)

17   Q.    Let me show you the photograph we marked as

18 Exhibit 82C and we can see an air conditioner sleeve in

19 this photo?

20   A.    That's correct.

21   Q.    Is there a cover missing from the air

22 conditioner sleeve?

23   A.    I'm not familiar with this make of air

24 conditioner, but I would say that it is missing what

25 appears to be the cover on the air conditioner on the

22

1  lower unit.

2      Q.    Isn't there a cover present on the lower unit

3  and a missing cover on the one in the mansard unit

4  which is above it?

5      A.    Correct, that's what I was saying.

6      Q.    Did you provide any services in anyway that

7  evaluated the air conditioner sleeves or covers?

8      A.    Not the covers.

9      Q.    The sleeves?

10     A.    The sleeves were a concern in our study in

11  '98.

12     Q.    Were you aware that the cover was part of the

13  sleeve?

14     A.    No.

15     Q.    Did you ever look into what kind of hardware

16  was being used with any of the covers on the sleeves at

17  the Ocean Terrace Condominium building?

18     A.    No.

19     Q.    Do you know whether there were steel

20  fasteners, brass fasteners, plastic fasteners or some

21  other kind of hardware?

22     A.    As parts of our work in '98 we didn't look at

23  covers or the hardware of covers, no.

24     Q.    You have no idea what kind of hardware was

25  being used?

1    A.    They had deteriorated to the point where they

2  had lost some of their structural integrity, and I do

3  not believe they would have been adequate for the

4  required load on a deck like that.

5    Q.    Had anyone had an accident?

6    A.    Not that I'm aware of.

7    Q.    The subpoena asked for you to bring materials

8  pertaining to any reconstruction or renovation

9  activities performed at any time after the original

10 construction.   Do you have those?

11   A.    I have copies of our files from that project,

12 the 1999 building renovations, two copies. You'll also

13 find a copy of our report from 1998.

14          (1998 Report marked as Exhibit 83.)

15          ATTONREY HARMEYER: Do you consider this to be

16 your 1998 project?   I want to mark it all.

17          ATTORNEY CURLEY: I think the report preceeds

18 the later contract in 1999.   I think I'll mark the

19 report separately.

20   Q.    Are those some drawings you've also --

21 sorry.   On page two of your report, Exhibit 83, the

22 third paragraph there is a statement about air

23 conditioners on most third floor decks located on the

24 vertical wall section above exterior decks.   However,

25 several air conditioners are located in the pitch

30

1   section of the mansard including an air conditioner in

2   Unit 3J.

3       Q.   Do you have anyway of determining which were

4   in vertical sections and which were in pitch sections

5   at this time?

6       A.   From the photographs.

7       Q.   Only from the photographs that we've seen?

8       A.   That's correct.

9       Q.   You recommended the complete replacement of

10  the mansard siding?

11      A.   The mansard shingles or shakes.

12      Q.   On the recommendations it says the existing

13  mansard siding should be replaced with complete

14  waterproof underlayment in all areas. That's what you

15  recommended at that time, right?

16      A.   Yes.

17      Q.   Going on you recommend that all siding

18  replacement should include proper flashing at the deck

19  transitions around doors and air conditioners?

20      A.   Correct.

21      Q.   What did you consider to be proper flashing

22  around air conditioners?

23      A.   A flashing around an air conditioner should

24  cover any joints and shed water from the air

25  conditioner opening down over the new siding and

38

1    dripping from the air conditioner itself.

2        Q.    But if water is dripping from the air

3    conditioner itself and it makes its way onto the sleeve

4    it could run under flashing that is placed on top of

5    the bottom of the sleeve, couldn't it?

6        A.    If the flashing doesn't extend to the back of

7    the air conditioner, yes.

8        Q.    The flashing would have to go the full length

9    of the sleeve?

10       A.    That's correct.

11       Q.    Now, in this scope of work we just read it

12   says removal and reinstallation of existing air

13   conditioners as required.    How is the contractor

14   suppose to determine whether it was required or not to

15   remove the air conditioner?

16       A.    That language is language we use to leave the

17   contractor some discretion on how he wants to remove in

18   this instance the air conditioner, and we do look to

19   contractors who we know have experience in this type of

20   construction who are able to make that kind of

21   assessment.    We're leaving the contractor some

22   discretion but making it clear they are going to have

23   to take whatever measure necessary to get the flashing

24   into the opening to prevent any water infultration.

25       Q.    So if the contractor determined that he

39

1   wanted to flash by putting the flashing under the

2   sleeve he'd have to take the sleeve out?

3        A.   That's correct.

4        Q.   If the contractor determined that if he was

5   going to flash by putting flashing on top of the sleeve

6   the air conditioner couldn't be there because he'd have

7   to put flashing all the way toward the interior face of

8   the sleeve?

9        A.   That's correct.

10       Q.   Is that what you mean by required?

11       A.   Yes.

12       Q.   Now, were all the air conditioners suppose to

13   be reflashed?

14       A.   We wanted all the conditioners made

15   watertight, that's correct, all the air conditioner

16   openings made watertight.

17       Q.   So all of the third floor air conditioning

18   units should have been reflashed in 1999 or whenever

19   the work was done?

20       A.   They should have been made watertight, that's

21   correct.

22       Q.   Was there a means of making them watertight

23   that was contemplated other than flashing?

24       A.   My recollection is when we got into the work

25   and some air conditioners were removed we inspected

40

1   some of the existing --  I'm not sure if they were

2   original or not -- the existing pans and found them to

3   be in relatively good condition and watertight. At that

4   point we made a determination to allow the contractor

5   to leave the existing pans in place due to the fact

6   they seam to be performing the function we were looking

7   for in those options.

8        Q.   If flashings were installed above air

9   conditioner sleeves the exterior cover would have to be

10  removed, right?

11       A.   If flashing were installed inside the

12  sleeves?

13       Q.   Right.

14       A.   Yes.

15       Q.   In order to remove the sleeve you'd have to

16  remove the exterior cover if the flashing was to go

17  under the sleeve?

18       A.   I would say so, yes.

19       Q.   Do you recall covers being removed on the

20  third floor level?

21       A.   I do not.

22       Q.   Is it probable that was done?

23       A.   If there were covers on an opening where an

24  air conditioner was removed it would have to have been

25  removed if that's your question, yes.

41

1    Q.    Were the contractors working from the outside

2   of the building only?

3    A.    I don't recall if they were only working from

4   the outside.

5    Q.    Do you know if they had to have access to the

6   inside of the condo units?

7    A.    I don't recall. Let me clarify that for this

8   portion of the work I don't recall if they needed

9   access to the inside of the building. But as part of

10  this project we replaced some doors and windows, and

11  that did require access to the interiors.

12   Q.    Somewhere in this stack of documents is there

13  some indication of which doors and windows were

14  replaced?

15   A.    Yes, there is.

16   Q.    In Exhibit 84 in the project manual under

17  Section 3.02 removal of existing materials under B it

18  indicates that all existing metal flashing and other

19  associated materials shall be removed from the

20  mansard roof areas as required for completion of

21  work.   Did that include flashing around the air

22  conditioners?

23   A.    If there were metal flashing around the air

24  conditioner or any other location, many of which would

25  have been covered by the original shingles or shakes

42

1    those would have been required to be removed.

2        Q.    Under E it says the existing air conditioners

3    and mansard roof area shall be removed as required for

4    installation of new flashing materials.  Existing air

5    conditioners shall be reinstalled in properly flashed

6    openings.  That's what the contractor was suppose to

7    do?

8        A.    Correct.

9        Q.    One way or another there was suppose to be

10   new flashing material at the area of the air

11   conditioners?

12       A.    That's what we specified, yes.

13       Q.    In the project manual under Section 2.02

14   relatd materials, Paragraph C relates to metal

15   flashing.  You appear to specify wall flashing and

16   sill flashing.

17            ATTORNEY HARMEYER: What's the page number at

18   the bottom?

19       A.    Section 6100.

20       Q.    Was there any specification for the flashing

21   around the air conditioners?

22       A.    Nothing in this section. Section 7310 we

23   specified air conditioner flashing to be aluminium.

24       Q.    I guess I'll come to that.

25       A.    Just to clarify section 6100 pertains to

72

1    piece flashing to be installed in the opening I think

2    we looked at earlier from the specification manual.

3        Q.    Was that reviewed with anyone else?

4        A.    My note would indicate it was reviewed with

5    the contractor.

6        Q.    With Fred Schernecker?

7        A.    We are working on decks, and the shingled

8    roof may have been reviewed with either Jeff Pike or

9    John Camplain.

10       Q.    Do you recall what the review consisted of?

11       A.    I don't recall specifically, no.

12       Q.    Now, the next item on Report 9 is will need

13    to coordinate disconnecting and removing ACs on third

14    floor to allow installation of flashing. You see that?

15       A.    Yes.

16       Q.    It's actually shortly after that that Ms.

17    Ziner sent out her letter that's been marked as Exhibit

18    76, right?

19       A.    Yes, it is.

20       Q.    That report is October 5th, and the memo is

21    dated October 18.    Does that refresh your memory there

22    was, in fact, a coordination of the removal of air

23    conditioners on the third floor?

24       A.    I don't recall the removal of the air

25    conditioners.    That record would indicate.

73

1    Q.    That was something that was going to be done?

2    A.    We had notified Ronda, and her memo would

3    indicate she notified the owner.

4    Q.    But putting the two together it's probable

5    that the air conditioners were removed from the sleeves

6    in the third floor?

7         ATTORNEY HARMEYER: Object to form.

8    A.    I honestly don't recall seeing air

9    conditioners removed.  I couldn't say.

10   Q.    That would have needed to be done to permit

11   the inspection you wanted?

12   A.    Yes.

13   Q.    The contractors weren't ordinarily working

14   inside the units?

15   A.    I don't recall them working inside the units

16   as part of mansard work, but again they were working

17   inside the units for window and door replacement.

18   Q.    For inspection, the inspection of air

19   conditioner sleeves that would have occurred during the

20   mansard work?

21   A.    Yes.

22   Q.    That would have been done from the outside?

23   A.    Yes.

24   Q.    With the covers removed?

25   A.    Yes.

1  A.  That is correct.

2  Q.  Have you done anything to prepare for this deposition?

3  A.  I have reviewed the transcript of the first part of the

4      deposition.

5  Q.  Other than that, have you done anything to prepare for

6      this deposition?

7  A.  No, I have not.

8  Q.  Have you met with anybody or discussed this lawsuit

9      with anyone since February 28 of 2006?

10 A.  No, I have not.

11 Q.  Now, the last time, the first session of your

12     deposition we were discussing some of the work that was

13     done at the Ocean Terrace Condominiums in 1999.

14     Correct?

15 A.  Correct.

16 Q.  And that work involved the removal of the old wooden

17     shakes on the mansard roof?

18 A.  Correct.

19 Q.  And did it also involve the removal of any

20     waterproofing membrane or material underneath those

21     shakes?

22 A.  I don't recall what was under those shakes.  I don't

23     believe there was virtually anything under the shakes.

24     It was on the planking for the roof deck.

1  Q.  So the shakes, your memory is, were nailed directly to

2      the underlying sheathing?

3  A.  Yes, I believe so.

4  Q.  And any flashings associated with the mansard roof were

5      also, that were on the building were supposed to be

6      removed as well?

7          MR. HARMEYER:  Object to the form.

8  A.  Typically that would be included in our demolition spec

9      for this type of project, yes.

10 Q.  And the demolition spec is in Exhibit 84 under the

11     section entitled Demolition.  Is that Section 02050?

12 A.  That's correct.

13 Q.  And in Section 1.04, under scope of work, mansard roof,

14     Subpart A, the contract requirement was actually to

15     dispose of the old flashings?

16 A.  The associated flashings.

17 Q.  And that would include any flashings around air

18     conditioners?

19 A.  That would, yes.

20 Q.  That were in the mansard roof area?

21 A.  That's correct.

22 Q.  Why was that done?

23 A.  It is our standard practice to specify going down to

24     the structural deck to have as clean a surface to

1    install the new system on.

2  Q.  And if sheathing was deteriorated, was that supposed to

3    be removed and disposed of as well?

4  A.  I believe we did call to replace deteriorating

5    sheathing.

6  Q.  Is that in Section 104C of the demolition portion of

7    Exhibit 84?

8  A.  That's correct.

9  Q.  And under the same scope of work, in Item F, the

10    existing air conditioners were to be removed and

11    reinstalled as required for installation of new

12    flashings?

13  A.  That is what was originally specified, yes.

14  Q.  Now, when, you observed the shakes being removed?

15  A.  I don't recall at this point seeing any actual

16    demolition of the shakes on this particular project.

17  Q.  Is it, do you have an understanding as to how the

18    shakes were removed?

19  A.  Typically they're removed with demolition equipment for

20    roofing projects such as this.

21  Q.  Hammers or pry bars, something to pry them off?

22  A.  Yes, exactly.

23  Q.  And then just throw them away?

24  A.  Throw them into a dumpster and they're carted away from

1     there is typically the procedure.

2  Q.  The flashing around the air conditioners that was there

3     originally, would that have been, come over the shakes?

4  A.  I don't recall what that detail was.

5  Q.  Ordinarily would it be on top of the shakes?

6  A.  It could be.  It could also be run underneath the

7     shakes.

8  Q.  And you simply have no memory?

9  A.  I don't recall that detail, no.

10  Q.  All right.  And to remove the existing flashing, what

11     would need to be done with that?  Same sort of thing,

12     pry it off?

13  A.  Pry it off, yes, that's typically adequate.

14  Q.  So then in the demolition stage with the shakes and the

15     flashings pried off you think you would then have bare

16     sheathing?

17  A.  Yes.

18  Q.  That would just have nail holes in it?

19  A.  Yes, it would.

20  Q.  And then someone would inspect the sheathing and

21     determine whether it was reusable or not?

22  A.  Yes.

23  Q.  Who was that?

24  A.  On a project such as this the project manager from the

1      contractor would be on site full time, so he would have

2      the opportunity to inspect all the sheathing.

3  Q.  So would that be somebody from SPS?

4  A.  Yes, it would.

5  Q.  All right.  Then if sheathing were required to be

6      replaced, the project manager would make that

7      determination and see that it was done?

8  A.  Yes.

9  Q.  Now, once it was determined that the sheathing was

10     either in good condition as it was originally installed

11     or as, or in good condition with replaced sheathing,

12     what would the next stage be?  Would it be to put on a

13     waterproofing membrane?

14  A.  I'm sorry.  Could you go over the first part of the

15     question again?

16  Q.  Once it was determined that once the-- strike that.

17              Once the demolition was done and the project

18     manager determined that the sheathing was all right and

19     the work was all set to continue, what was the next

20     thing that would happen with the mansard roof?

21              MR. HARMEYER:  I would object to foundation.

22  A.  In this particular project the new materials could then

23     begin to be installed.

24  Q.  What were the new materials?

1    A.    We went with an overlayment of plywood sheathing over

2          the original mansard deck surface.

3    Q.    What was the width of the plywood?

4    A.    I believe it was half-inch plywood.

5    Q.    And was there anything between the two levels of

6          plywood?

7    A.    I don't believe so.  I don't believe the original

8          sheathing was plywood.  I believe it was boards.

9    Q.    In Exhibit 84 there is a detail of the mansard section

10         that's designated SK2.  And for air conditioners that

11         were in the mansard roof area, this would show what the

12         materials were surrounding the air conditioners after

13         the construction was finished?

14   A.    That's correct.

15   Q.    Now, in this detail SK2 there's a line that's drawn to

16         what is labeled as existing mansard sheathing?

17   A.    Yes.

18   Q.    And that sheathing seems to have opposing triangles in

19         it in some of them?

20   A.    Yes.

21   Q.    What does that indicate?

22   A.    That indicates a solid wood board as opposed to a

23         laminated plywood material.

24   Q.    And is that what you observed was there in terms of the

1       original sheathing?

2 A.  My recollection is that it had solid board sheathing,

3       yes.

4 Q.  And did you, your initials are on this detailed

5       drawing?

6 A.  Yes.

7 Q.  And did you draw it based on observations that you made

8       as well as your determinations as to how the

9       construction was going to happen?

10 A.  Yes.

11 Q.  So then with respect to new flashing around the air

12       conditioners, would that flashing be put on after the

13       half-inch plywood was added?

14 A.  Yes, it would.

15 Q.  So the half-inch plywood would be nailed to the

16       existing mansard sheathing?

17 A.  Yes.

18 Q.  And do you remember what kind of nails were used for

19       that?

20 A.  I don't recall on the specific project, no.

21 Q.  Would the nails have gone through the existing mansard

22       sheathing?

23 A.  Yes, they would.

24 Q.  And by how much?

1   A.   I would have to speculate.  Typically we would use an

2        8D fastener which would penetrate the sheathing between

3        an inch and a half to two inches.

4   Q.   An 18 fastener, is that the same as an 18 penny nail?

5   A.   8D.

6   Q.   Oh, 8D.  I'm sorry.  So that's an 8 penny nail?

7   A.   Yes.

8   Q.   And the new half-inch plywood, would that be cut to fit

9        the air conditioner opening?

10  A.   It would be cut around the opening.

11  Q.   There would be some space between the plywood and the

12       air-conditioning sleeve?

13  A.   I don't recall what the detail of the sleeve was, so I

14       couldn't say at this point.

15  Q.   But it would be shaped in some way so that it would go

16       around the sleeve on all sides?

17  A.   Yes, it would.

18  Q.   And then after the half-inch plywood was added did the

19       new 16-pound asphalt saturated felt underlayment come

20       next?

21  A.   Yes.

22  Q.   And would the flashing for the air-conditioning sleeves

23       be put on after the asphalt felt?

24  A.   It would be put on in conjunction with the asphalt

1     felt.  With underlayment below a roof system like this

2     the key is to have everything installed in shiplap, in

3     lapping fashion, so that the top piece overlaps the

4     lower piece.

5  Q.  Okay.  So if there is, if we think about the bottom of

6     the air-conditioning sleeve, would the asphalt felt be

7     brought up to the bottom?

8          MR. HARMEYER:  I'm going to insert an

9     objection here.  I can't tell if this entire line of

10    questioning relates to what the drawing calls for or

11    what was actually done.  The questions are what would

12    be done and I can't, I can't tell either the question

13    or the answer.

14         MR. CURLEY:  Well, let me rephrase that

15    question.

16 Q.  Did you actually observe the work as it was progressing

17    in terms of the mansard roof?

18 A.  We did spot inspections.

19 Q.  So you were there on different times but not

20    continuously?

21 A.  That's correct.

22 Q.  And you were certainly there some of the time when the

23    mansard roof was being, when the mansard roof was being

24    rebuilt?

1    A.    Yes.

2    Q.    And you would have seen or you did see the different

3          stages of work that was performed on the mansard roof?

4    A.    I would say I would have seen the different stages.    To

5          be honest, at this point after eight years I don't

6          recall, I don't have specific recollections of the

7          various work items on this particular project.

8    Q.    Now, there is not a drawing that shows the flashing

9          detail around the air-conditioning units, is there?

10   A.    No.

11   Q.    So that the only thing we have to give us those details

12         is people's memory, so that's what I'm going to ask

13         for, your memory with respect to those details.

14               The contract indicates that the asphalt felt

15         was going to be installed around the air conditioners.

16         Right?

17   A.    That's correct.

18   Q.    And you actually saw that done?

19   A.    I don't recall specifically seeing asphalt on this job

20         on any particular date but, in general, that is what we

21         call for and look for when we're doing this type of

22         inspection.

23   Q.    Okay.    You saw, in general, that asphalt was applied?

24   A.    Yes.

1    Q.    And it was part of your job to make sure that the work

2          was performed in accordance with the specifications.

3          Right?

4    A.    That's correct.

5    Q.    All right.  Now, with respect to the bottom of the

6          air-conditioning opening, was the asphalt applied first

7          and then flashing put over it?

8    A.    Are you asking typically again, or any, or are you

9          looking for specific recollections of a detail on this

10         particular building?

11   Q.    Was the flashing around the air-conditioning openings

12         done in a typical way on this building?

13                   MR. HARMEYER:  No foundation.

14   A.    I would assume so, yes.

15   Q.    And as the basis of your assumption that you've

16         observed that various items of construction such as

17         flashing work is typically performed in a particular

18         way?

19   A.    I'm sorry, could you repeat the question?

20   Q.    Okay.  In the building profession work is typically

21         performed in certain ways, isn't it?

22   A.    That's correct.

23   Q.    And that would include flashings?

24   A.    That's correct.

1  Q.  And you did generally see flashings installed at

2      air-conditioning openings on this job without

3      remembering any specific opening.  Is that fair to say?

4  A.  That is correct.

5  Q.  Now, what is your best memory of how the flashing was

6      installed at the bottom of the air-conditioning sleeve?

7  A.  Again, I don't have any specific recollections of this

8      particular building at this point in time.  I do know

9      that we typically specify underlayment and flashings on

10     a roof system like this to be installed with a lower

11     component overlapped by each subsequent higher

12     component.  So in this case, the 15-pound felt would go

13     on below the air-conditioner opening and then any

14     waterproofing membrane around the opening would then go

15     over that and, finally, any felt installed above the

16     air conditioner would have to overlap the waterproofing

17     membrane at the top of the opening.  That's the typical

18     procedure that we call for.

19 Q.  Now, on this job, on top of the felt there was a

20     waterproofing membrane?

21 A.  Now, where are you referring to?

22 Q.  On SK2.

23 A.  Yes.

24 Q.  Okay.  It says waterproofing membrane at all eave, hip,

1       and other penetrations?

2   A.  Yes.

3   Q.  Now, is an air-conditioning opening a penetration?

4   A.  Yes, that would be considered a penetration.

5   Q.  So was there supposed to be, according to the contract,

6       a waterproofing membrane installed around the air

7       conditioning penetrations?

8   A.  Yes.

9   Q.  Now, --

10  A.  That's what we're calling for with that note.

11  Q.  Now, would the water, was the waterproofing membrane

12      supposed to be installed on all sides of the

13      air-conditioning opening?

14  A.  Typically calls for it on all four sides, yes.

15  Q.  What did the waterproofing membrane consist of?

16  A.  I believe we specified Grace Ice and Water Shield.

17  Q.  What was the thickness of the waterproofing membrane?

18  A.  I believe that's about four, 40 mil. material.

19  Q.  How far below the air-conditioning opening would the

20      waterproofing, was the waterproofing membrane supposed

21      to extend?

22  A.  I don't know if we specified a length for that

23      flashing.

24  Q.  So it could have been up to the discretion of the

1      builder?

2   A.   It could have been, yes.

3   Q.   Below the air-conditioning opening would the

4        waterproofing membrane be wrapped in any way either

5        below or into the air-conditioning opening?

6   A.   We would be looking for it to be run into the

7        air-conditioner opening.

8   Q.   And did you expect it to be run under the

9        air-conditioning wall sleeve or above it?

10  A.   Typically we would look to have it installed underneath

11       the sleeve.

12  Q.   And is that true as well for the tarpaper, for the

13       asphalt underlayment?

14  A.   No.

15  Q.   So you wouldn't expect that to be wrapped underneath?

16  A.   No, not, not 15-pound felt.

17  Q.   Now, what did you expect as to how far underneath the

18       water-proof membrane would have to extend with respect

19       to the air-conditioning openings?

20  A.   Typically for an installation such as this, if you can

21       install the membrane an inch or so that would be

22       acceptable.

23  Q.   So you would want at least an inch?

24  A.   Yes.

1   Q.   Then flashing would be placed on top, was supposed to

2        be placed on top of the membrane?

3   A.   Flashing being metal flashing?

4   Q.   Yes.

5   A.   I believe that was the detail we called for, yes.

6   Q.   So there was, and I think you indicated last time

7        aluminum flashing was used?

8   A.   I believe so, yes.

9   Q.   Now, how did you expect that the flashing beneath the

10       air-conditioning opening would be positioned to comply

11       with your contract?

12   A.   How would it be set in place?

13   Q.   Yes.

14   A.   I would expect it to be worked into the joint

15       underneath the pan of the air conditioner.

16   Q.   So the aluminum would extend over the membrane that was

17       going under the pan?

18   A.   Yes.  Typically that's how it would work.

19   Q.   Would the aluminum go in at least an inch?

20   A.   If you can get it in an inch, yes, that would be an

21       acceptable installation.

22   Q.   And then would it be bent and fastened to the plywood?

23   A.   The metal would go on after the shingles typically.

24   Q.   Okay.  So the shingles would be put on first typically?

1  A.  By first you mean before what?

2  Q.  Before--  Let me ask a different question.

3  A.  Okay.

4  Q.  After the membrane was installed around the

5      air-conditioning opening is the next item of work that

6      would happen putting the shingles on?

7  A.  Yes.

8  Q.  And these would be asphalt shingles?

9  A.  That's correct.

10 Q.  And underneath an air-conditioning opening would it be

11     a full asphalt shingle, would it be a half asphalt

12     shingle?

13 A.  By full or half you mean cut in the 12-inch direction?

14 Q.  Well, the asphalt shingles would be put on first at the

15     lowest part of the mansard roof.  Right?

16 A.  Correct.

17 Q.  And then they would be overlapped going up toward areas

18     such as the air-conditioning opening.  Right?

19 A.  That's right.

20 Q.  And would it be typical for an asphalt shingle to be

21     cut at the area of an opening such as an air

22     conditioner?

23 A.  Any time it falls outside of the typical spacing you've

24     got to cut the shingle so it will fit into the opening,

1      yes.

2   Q.   And the shingles would be fastened with roofing nails?

3   A.   That's right.

4   Q.   And the metal flashing would be added after the

5        shingles were installed?

6   A.   Yes.   That's the typical detail.

7   Q.   And the first piece of metal to go on would be the one

8        beneath the air-conditioning wall sleeve.   Right?

9   A.   That's correct.

10  Q.   And would that be fastened to the sheathing with nails?

11  A.   Yes.   Typically you would have to fasten that to the

12       sheathing.

13  Q.   Then there would be metal flashing placed on either

14       side of the air-conditioning sleeve that would overlap

15       the piece of metal at the bottom.   Is that right?

16  A.   Typically that's how it's done, yes.

17  Q.   Now, on either side of the air conditioner was the

18       metal flashing bent into the space between the wall

19       sleeve and the plywood?

20  A.   Again, I don't recall on this specific job.

21  Q.   Was it bent outward along the wall sleeve?

22  A.   Bent outward along the wall sleeve?

23  Q.   Right.

24  A.   I'm not sure what you're trying to indicate.

1    Q.    How would you typically expect flashing to be installed
2          along an air-conditioning opening such as this on
3          either side?
4    A.    That would depend on the detail at the outside edge of
5          the sleeve.  If there is a flange return behind the
6          sleeve, you could return the new flashings behind that
7          flange.  If there is no flange, then you could return
8          it into the opening.
9    Q.    What exactly was done on this job, you just don't know?
10   A.    I don't recall specifically the detail of it.
11   Q.    And then flashing would also have been installed over
12         the asphalt shingles at the top of the air-conditioning
13         opening?
14   A.    I don't recall, again, what was done on this job.  But
15         again, depending on the configuration of the pan
16         itself, that may or may not be necessary.  It may be
17         that the shingles are going to overlap the top of the
18         pan.
19   Q.    And would the shingles, if no flashing was put along
20         the top, would the shingles overlap the flashing at the
21         side as well?
22   A.    It could be done that way, yes.
23   Q.    Because you wouldn't want water to get in behind the
24         flashing, would you?

1   A.   That's correct.

2   Q.   Now, was caulking material used in addition to the

3        flashing around the air-conditioning openings in the

4        mansard section?

5   A.   Typically we would not call for caulking. We would

6        probably call for a mastic adhesive to seal shingle

7        tabs but I wouldn't consider that to be caulking.

8   Q.   Now, between, at the bottom of the air-conditioner wall

9        sleeve, once the flashing was bent in below the wall

10       sleeve, water could still flow in between the flashing

11       and the wall sleeve, couldn't it?

12  A.   Between the flashing and the wall sleeve?

13  Q.   Yes.

14  A.   Well, again, that depends on the detail of the sleeve.

15       If the sleeve has got a flange, I believe you just

16       referred to the flashing being bent in behind the

17       flashing, you may not have to bend the flashing in

18       under the sleeve.

19  Q.   Okay. If the flashing is bent in under the sleeve,

20       would water still be able to be blown in in the absence

21       of some kind of caulking material?

22  A.   If there's a joint, an exposed joint, yes.

23  Q.   And where would that water end up?

24  A.   Well, we talked earlier about the waterproofing

1    Q.   Do you recall air conditioner grilles being damaged

2         during demolition?

3    A.   I believe there was some damage to at least one grille.

4    Q.   Let me show you a document that was part of your entire

5         file that was marked as Exhibit 84.

6              MR. CURLEY:  Why don't we have it marked as

7         Exhibit 84--

8              MR. HARMEYER:  That would be C.

9              MR. CURLEY:  -- 84C.

10                  (Exhibit No. 84C was marked.)

11   Q.   Exhibit 84C was received by you at or about the time it

12        was written?

13   A.   I would say so, yes.

14   Q.   And one of the items mentioned does refer to some

15        damage to an air-conditioning grille on the first

16        level?

17   A.   Item No. 6.

18   Q.   Did you investigate that at all?

19   A.   I don't recall investigating this myself, no.

20   Q.   Was it this document that brought the damage to your

21        attention?

22   A.   It may have been.

23   Q.   Then the document also indicates that arrangements and

24        coordination needs to be made to have the air

1    conditioners on the third floor removed so that the

2    mansard can be tied in.  How do you want to coordinate

3    this?

4                What do you understand Ms. Ziner was

5    referring to there?

6  A.  I believe she was trying to determine who was going to

7    take care of that, whether it would be her forces or

8    leave it up to the owners.  I'm not sure.

9  Q.  What did you understand the words "so that the mansard

10   could be tied in" to mean?

11 A.  I believe she was referring to the overall mansard

12   work.

13 Q.  I'm showing you Exhibit 84B.  You made a recommendation

14   for the replacement of air-conditioning wall sleeves

15   that are referred to in that as pans in the future?

16 A.  Yes.

17 Q.  Did you provide any time frame to Ms. Ziner as to when

18   the wall sleeves should be replaced?

19 A.  No.

20 Q.  Do you recall why you made that recommendation?

21 A.  I would say I was making that recommendation just as a

22   general note to include this any time air conditioners

23   were replaced in the building.

24 Q.  Now, was this the occasion when you looked at the air