




# Rivers Camera Shop
## "Your picture experts"

454 central ave  
Dover  
742-4888

69 north main st  
Rochester  
332-5652









14 02/24/06 019 NANNNNNN
Rivers Camera Shop

EXHIBIT
PENGAD 800-631-6989

22 02/24/06 019 NANNNNN
Rivers Camera Shop





02/24/06 015 KABRRPNNN
Rivers Camera Shop





Rivers Camera Shop
SSN 02/26/06 013 HANHHHHH













