













5  02/24/06 019 NANNNNNN
Rivers Camera Shop

























# NOBLIN & ASSOCIATES, L. L. C.
*CONSULTING ENGINEERS*
P.O. BOX 4445
PORTSMOUTH, NH 03802
PHONE (603) 436-9801
FAX (603) 436-9807

## FIELD REPORT

**Project:** Exterior Building Renovations
Ocean Terrace Condominium
Magnolia, Massachusetts

**Date:** 10/5/99
**Project:** # 90009
**Report:** #9

**Contractor:** SPS
**Work Force:** 8

**Foreman:** Fred Schernecker
**Equipment in Use:**

**Time:** 10:00 am
**Weather:** Overcast, Calm
**Temperature:** 50's (F)

**Work Completed to Date:**

- All decks removed.
- All ground floor concrete pads poured.
- H-J stack decks framed.
- East and West end mansards shingled.

**Work In Progress:**

- K stack decks being framed.
- Mansard shingling on rear of building.

**Observations:**

(1) Reviewed flashing detail for new deck railing connections at mansard roof.

**Person(s) Notified:**

(2) Reviewed flashing detail for AC sleeves in mansard roofs.

**Person(s) Notified:**

(3) Will need to coordinate disconnecting and removing AC's on third floor to allow installation of flashing.

**Person(s) Notified:** Rhonda Ziner, Jeff Pike

**Submitted by:** Timothy D. Little, P.E. - Project Manager
**Distribution:** Rhonda Ziner, Management Corp.
Fred Schernecker, SPS

Case 1:05-cv-10075-PBS    Document 35    Filed 12/13/2006    Page 11 of 12

# NOBLIN & ASSOCIATES, L. L. C.
*CONSULTING ENGINEERS*
P.O. BOX 4445
PORTSMOUTH, NH 03802
PHONE (603) 436-9801
FAX (603) 436-9807

## FIELD REPORT

| | | |
|---|---|---|
| **Project:** Exterior Building Renovations<br>Ocean Terrace Condominium<br>Magnolia, Massachusetts | | **Date:** 11/1/99<br>**Project:** # 90009<br>**Report:** #13 |

| | | | |
|---|---|---|---|
| **Contractor:** | SPS | **Foreman:** | Fred Schernecker |
| **Work Force:** | 7 | **Equipment in Use:** | |

| | | |
|---|---|---|
| **Time:** 10:00 am | **Weather:** Clear, Calm | **Temperature:** 60's (F) |

### Work Completed to Date:

- All decks removed.
- All ground floor concrete pads poured.
- Decks on rear of building substantially framed.
- Six deck stacks on front of building being framed.
- Mansard shingling 90% complete.

### Work In Progress:

- Deck framing on front of building;
- Door installation in 2 Units in A stack;
- Mansard shingling being completed.

### Observations:

(1) Reviewed door installation w/ Jon Shampine. Door frame needs to be set just behind brick veneer to fit in opening. Door frame to brick joint to be filled with urethane foam and sealed with urethane sealant. Wood trim used to shim head of door will be covered with aluminum cladding.
**Person(s) Notified:** Jon Shampine

(2) Waterproofing membrane underlayment to be installed behind metal cladding on all mansard dormers.
**Person(s) Notified:** Fred Schernecker

(3) Inspected exposed air conditioner pan on third floor Unit on front of building. Existing pan appears to be in good condition. Removal of pan to flash opening may damage joints/seams. Inspecting and repairing damaged pans could be considered in lieu of removing all pans. New pans should be installed as air conditioners are installed in future.
**Person(s) Notified:**

(4) Instructed SPS to continue removing drywall along walls in corner bedroom of Unit 1A to determine extent of deterioration in sills. Walls will be open prior to Thursday night meeting.
**Person(s) Notified:** Jon Shampine

| | |
|---|---|
| **Submitted by:** | Timothy D. Little, P.E. - Project Manager |
| **Distribution:** | Rhonda Ziner, Management Corp.<br>Fred Schernecker, SPS |

