UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05 10075 PBS

_____
OCEAN TERRACE CONDOMINIUM )
TRUST,              Plaintiffs )
                                                    )
vs.                                                )
                                                    )
GENERAL ELECTRIC COMPANY )
        Defendant                     )
_____

## JOINT MOTION TO AMEND SCHEDULING ORDER

Now come the parties and jointly move to amend the Scheduling Order in this action as follows:

1. Plaintiff's opposition to Defendant's motion for summary judgment, due by February 9, 2007.

2. Defendant's reply in support of its motion for summary judgment, due by March 9, 2007.

3. Hearing on Defendant's motion for summary judgment to be scheduled by the court.

As grounds for this motion, the parties state:

1) The proposed amendment represents an addition of 25 days to the prior case schedule.

2) The defendant has filed its motion for summary judgment with several hundred pages of exhibits and 164 proposed "undisputed facts".

3) The court's scheduling order required the filing of defendant's motion immediately before the holidays.

4) This case involves a claim for substantial property damage arising out of

1

the destruction of a multiple unit condominium building.  The Plaintiff has presented product liability claims against the Defendant.  The issues in this case are complex.

5) The parties have proceeded diligently.  All fact discovery is complete.  All experts have been deposed.

6) The amendment to the schedule requested is reasonable and in the interest of the just and orderly resolution of this action.

By Their Attorneys,


/s/ Ronald W. Harmeyer
Ronald W. Harmeyer, Esquire
Attorney for Plaintiffs
BBO #
FALK JOHNSON, LLC
Bank One Plaza
111 East Wisconsin Avenue, Suite 1370
Milwaukee, WI 53202


/s/Robert A. _Curley, Jr._
Robert A. Curley, Jr., Esq.
Attorney for General Electric
CURLEY & CURLEY, P.C.
27 School Street
Boston   MA   02108
(617)  523-2990
BBO # 109180

CERTIFICATE OF SERVICE

I, Ronald W. Harmeyer, hereby certify that I served a true copy of the foregoing pleading by mailing a copy postage prepaid to the following counsel of record:

Robert A. Curley, Jr., Esq.
CURLEY & CURLEY, P.C.
27 School Street
Boston, MA   02108

Steven B. Stein, Esq.
Law Offices of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston, MA   02110

Paul T. Falk, Esq.
Falk metz LLC
20 South Clark Street
Suite 1990
Chicago, IL   60603

Dated:_____        __/s/ Ronald W. Harmeyer_____