UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER: 05 10075 PBS

| | |
|---|---|
| OCEAN TERRACE CONDOMINIUM TRUST, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) |
| GENERAL ELECTRIC COMPANY | ) ) |
| Defendant. | ) ) ) |

**PLAINTIFF OCEAN TERRACE CONDOMINIUM TRUST'S RESPONSE TO GENERAL ELECTRIC COMPANY'S MOTION FOR SUMMARY JUDGMENT**

Now comes the Plaintiff Ocean Terrace Condominium Trust and moves this Court, pursuant to Fed. R. Civ. P. Rule 56, to deny Defendant's Motion for Summary Judgment on the grounds that there are genuine disputes of material fact to be tried by the jury, as more fully set forth in Plaintiff's Statement of Undisputed Facts, Exhibits and Brief filed herewith.

By its Attorneys,

FALK METZ LLC

Dated: 2-9 , 2007

Paul T. Falk
20 South Clark Street, Suite 1900
Chicago IL 60603
(312) 922-5800

## *CERTIFICATE OF SERVICE*

    I, Paul T. Falk, hereby certify that I served a true copy of the foregoing pleading by mailing a copy postage prepaid to the following counsel of record:

> Robert A. Curley, Esq.
> CURLEY & CURLEY P.C.
> 27 School Street
> Boston, MA 02108
> BBO #109180

Dated: 2-9, 2007

Paul T. Falk