2/27/2006 Kotar, Kerry

Volume I

Pages 1-97

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

)
OCEAN TERRACE CONDOMINIUM,    )
TRUST,                        )
    Plaintiff,            )
v.                            )
                              )
GENERAL ELECTRIC COMPANY,     )
    Defendant.            )
                              )

DEPOSITION OF KERRY KOTAR, a witness called on behalf of the Defendant, taken pursuant to the Massachusetts Rules of Civil Procedure, before Diane Hulme, Court Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Law Offices of Curley & Curley, 27 School Street, Boston, Massachusetts, on Monday, February 27, 2006, commencing at 9:06 a.m.

MELVIN LIPMAN

COURT REPORTER

101 Tremont Street - Suite 700

Boston, Massachusetts  02108

Tel. (617) 227-3985



PLAINTIFF'S EXHIBIT 2

2/27/2006 Kotar, Kerry

```
 1    Q.   Did the Board determine that you were at least as
 2         knowledgable as the other trustees concerning the
 3         matters about which inquiry was requested?
 4    A.   Fort the most part, yes.
 5    Q.   Do you know when the Ocean Terrace Condominium
 6         building was originally constructed?
 7    A.   My understanding from a neighbor on Ocean Ave is
 8         it was 1969 or thereabouts.
 9    Q.   Do you have any understanding of what the nature
10         of the building was in 1969?
11    A.   Only that it was the same as the building was
12         when it burned down.
13    Q.   Do you have any understanding of changes that
14         were made to the building structure after 1969?
15    A.   Recent changes I do.
16    Q.   Changes that occurred before the fire?
17    A.   Yes.
18    Q.   What changes were made to the original
19         construction?
20    A.   The mansard roof was reconstructed, it had a wood
21         shingle, and the most obvious change was it was
22         changed to an asphalt shingle.
23    Q.   Are you aware of any other changes to the
24         structure of the building?
```

2/27/2006  Kotar, Kerry

```
 1    A.    No.
 2    Q.    Do you know what the basis was for the filing of
 3          this lawsuit against the General Electric
 4          Company?
 5    A.    Only what I've been told there's speculation --
 6          well, not speculation.  There's some reason to
 7          think the air conditioning unit may have played a
 8          role in the original fire because of the source
 9          of --
10    Q.    What's the source of your information on that?
11    A.    Initially feedback through Rhonda that there was
12          such an action being contemplated by St. Paul
13          Travelers.
14    Q.    What did Rhonda tell you?
15    A.    That we were asked to participate or otherwise
16          support such an action.
17    Q.    Did Rhonda tell you anything about any alleged
18          basis for this claim against General Electric
19          Company?
20    A.    Only that Travelers had the air conditioning unit
21          in question.  At that time, there was no
22          discussion because we didn't know any results of
23          any investigation by St. Paul Travelers.
24    Q.    You personally have no personal knowledge of any
```