## *Scott A. Jones, PE – Rule 26 Disclosure*

Per Federal Rules of Civil Procedure, the author, Scott A. Jones, P.E., C.F.E.I. and Senior Mechanical/Electrical Engineer of EFI Global, Inc. is disclosing opinions in the subject case. The author's curriculum vita is attached as Appendix A. The author's complete testimony history is attached as Appendix B.

The author was retained by Falk Johnson, LLC on behalf of Ocean Terrace Condominium Trust to evaluate the design and design processes implemented by General Electric in the design of the subject Room Air Conditioner (RAC). In performance of this assignment, I have performed the following:

1)  Inspected the GE RAC Model Number AJC10DST1, Serial Number MS224676 and RAB21 wall sleeve that were removed from Unit 3A of the subject condominium structure.

2)  Inspected the 240 Volt AC wall receptacle, attached conductors, and 2 pole 20 Amp circuit breaker that provided power to the subject GE RAC situated in Unit 3A.

3)  Inspected a duplex receptacle and attached conductors that were situated to the right (oriented looking out the sliding door) in Unit 3A Living Room.

4)  Inspected GE RAC Model Number AJC10DST1, Serial Number MS225841 that was removed from Unit 2M in the loss structure.

5)  Reviewed the deposition transcripts, taken January 19 and 20, 2006, of Harold D. Moore including Exhibits 63 and 64 taken from the same.


PLAINTIFF'S EXHIBIT 4

Per UL File SA2141, Volume 1, Section 44, page 4 (i.e., Bates stamp UL 00120) the subject RAC, Model AJC10DST, was required to be installed in the subject enclosure:

*"This Chassis to be Installed in Wall Sleeve RAB21"*

From the author's review of UL File SA2141, which documented the testing and revision history of the subject RAC, there were no records that indicated that General Electric or Underwriters Laboratory had executed any testing to understand the long-term aging characteristics of the Nylon grommets resulting from anticipated outdoor use in the RAB21 enclosure. It is believed that the subject GE RAC, when mounted in the RAB21 enclosure, does not meet the requirements of UL 484.

e. Spares Utilization – OEM Manufacturers often monitor the use of spare parts to determine frequent failure items as a key indicator for parts to be redesigned. There has been no documentation or testimony provided by General Electric that a systematic evaluation of spares utilization was in place to guide re-design activities on the subject GE RAC.

3) It is believed with a reasonable degree of engineering certainty that an alternative design for the control circuitry existed at the time of production of the subject GE RAC. The alternative design presented no technological challenge, little to no

increase in per unit material cost, and no changes to the operation or aesthetics of the subject GE RAC operating within the RAB21 enclosure.

It is believed by the author with a reasonable degree of engineering certainty that the subject GE RAC experienced an electrical arcing event between the either the compressor motor RUN or START 16 American Wire Gauge (AWG) conductor and the (grounded) GE RAC chassis pan. The arcing event occurred with the GE RAC not operating.

The heat released during the arcing event caused sufficient heat transfer through the steel pan at the point of contact with the conductor to cause consumption of paint and oxidation of the outside (i.e., the side facing the through-wall sleeve) surface.

One end of a parted compressor electrical conductor, identified as conductor segment "4" during an inspection of the electrical conductors at the St Paul Travelers Engineering Laboratory in Windsor, Connecticut, revealed melted copper strands. The subject conductor was parted in the mid-section of the GE RAC machinery compartment (i.e., the area between the evaporator and condenser heat exchangers that contained the compressor). The live conductor end subsequently arced to the (grounded) RAC chassis pan.

Per GE wiring diagram 21D620710, Revision O, which was provided to the author by counsel as Ocean Terrace Condominium Trust v. General Electric, Bates stamped document UL00774, the tan and orange conductors attached to the run capacitor and served as power sources for the compressor RUN and START windings on the refrigeration compressor. The conductors proceeded from the front section of the GE RAC (i.e., the area in front of the evaporator) to the machinery compartment. Per the GE wiring diagram, the subject conductors were connected to the "L2" side of the GE RAC receptacle and consequently would have maintained a 120 Volt AC nominal potential difference with the grounded chassis at all times, even if the unit was not operating. The "L1" side of power supply system interrupted power to the compressor for normal start/stop operation.

A reasonable alternative to the foregoing design problem is to use a double line break. This is a well known technology used by General Electric on its kitchen range product. General Electric should have utilized double pole contactors in the refrigeration compressor power circuit to provide a double line break (i.e., interrupt the continuity of power lead L2 as well as L1 when the refrigeration compressor is shut off). Had this design alternative been used, this fire would not have occurred.

4) It is believed with a reasonable degree of engineering certainty that an alternative design for the exterior grille attachment means existed at the time of production of