1 Page

# Structural Fire Report
# Origin Determination

Gordon Duquenoy
Fire Investigator
St Paul Travelers
30 Forest View Drive
Cumberland, RI 02864
401-333-3951

May 15, 2006

## ASSIGNMENT:

This writer has been requested to inspect the subject structure and review all available information and facts, pertaining to a fire on June 1, 2002, at 2 Ocean Drive Gloucester, Ma. The purpose of this investigation is to determine the origin of this fire event.

## MATERIALS REVIEWED AND INVESTIGATIVE ACTIVITIES CONDUCTED:

- Inspection of fire scene
- Review subject air conditioner at St Paul Travelers lab
- Review of photographs, all of which are contained in my file.
- Review of Trooper Welch's report and photographs
- Review of Chief McKay's report and notes
- Review of Gloucester Fire report
- Review of Gloucester police officer Mark Foote's photographs
- Review of Trooper Welch's deposition
- Review of Chief McKay's deposition
- Review of Captain Hobbs deposition
- Review of FF Cooney 's deposition
- Review of FF Chipperini's deposition
- Review of Cathy Hull's deposition


PLAINTIFF'S EXHIBIT 5

2   Page

- Review of Mark DeFelice's deposition
- Review of Tim Little's deposition
- Interview of Deputy Chief Dench
- Interview of patrolman Mark Foote
- Interviews conducted with Chief McKay
- Interviews conducted with FFs Cooney and Chipperini
- Interviews conducted with Trooper Welch
- Interviews conducted with Cathy Hull
- Interviews conducted with William Smethuast
- Interviews conducted with Ryan Kotar
- Interviews conducted with Ronda Ziner
- Review of interviews conducted with Brian Richardson
- Review of interview conducted with Steven Latassa
- Review of all deposition exhibits
- Review of Evan Haynes photographs
- Review of media of releases

## ANALYSIS OF DATA

This investigation followed the scientific methodology as set forth in NFPA 921 Chapter 4.

Witness statements by both lay and professional observers placed the first smoke and fire in the air conditioner unit that was installed in condominium unit # 3A. Interviews were conducted and included in my original structural fire report and support the origin in the subject air conditioner unit, that report will be included in this report. Further interviews and depositions were conducted and reviewed by this writer.

As an orientation of the fire scene the front of the structure is along Ocean Drive, this is also considered the A side, and continue clock wise B,C,D sides.

3   Page

# Witness Statements

The following is a summary of what was learned from this witness

**Firefighter Steve Cooney**
1. Firefighter Cooney receives report of fire, which is described as an air conditioner fire – lines 16 page 10
2. Firefighter Cooney observes all smoke emanating from the air conditioner unit in unit #3A line 14 page 13
3. Firefighter Cooney states that he takes portable fire extinguisher from apparatus and proceeds to the third floor- lines 23 pg13
4. Firefighter Cooney finds condo unit 3A locked  - lines 20-24 page 14
5. Firefighter Cooney proceeds to condo unit 3B balcony and uses portable fire extinguisher on air conditioner of unit 3 A -  lines 3-6 page 15
6. Firefighter Cooney states while on balcony of condo unit 3A he observes no smoke or fire emanating from air conditioner unit of 3B - lines 18-22 page 17
7. Firefighter Cooney along with Firefighter Chipperini enter unit 3A observe no interior fire or smoke.  lines 16-22  page 18, line 24 page18, lines 1-5 page 19 and lines 10-18 page 19
8. After extinguishing fire in subject A/C firefighter Cooney unplugs subject air conditioner and places on balcony  lines 15-18 page 19 and lines 18-22 page 39
9. Firefighter Cooney states upon exiting unit 3A he does not observe any other air conditioners venting smoke  - lines 22-24 page 30 and lines 1-3 of 31

**Firefighter Michael Chipperini**
1. Firefighter Chipperini states along with FF Cooney first FD personnel on scene – line 7-13 page 20
2. Firefighter Chipperini observes fire emanating subject air conditioner - lines 3-11page 29 and lines 14-17page 14
3. Firefighter Chipperini states Engine 1 had 60 to 90 second arrival time - lines 14 of 22
4. Firefighter Chipperini observes smoke from only the subject air conditioner – lines 20-23 page 24
5. Firefighter Chipperini explains action taken with air conditioner unit once in condo 3A – lines 9-24 page 30

4   Page

6. Firefighter Chipperini states that the subject air conditioner is suppressed for second time once removed from sleeve and on exterior balcony -  lines 21 and 22 page 30 and lines 19-22 page 31
7. Firefighter Chipperini states that he observes fire extension within wall cavity around air conditioner/ sleeve location – lines 21-24 page 77 and 1-3 page 78

Captain Hobbs

1. Captain Hobbs stated that his company was other side of town at a training exercise and responded to the scene between 15 to 21 minutes after engine 1  - lines 10 page 18
2. Captain states that upon arrival he observes FF Cooney and Chipperini on balcony of unit 3A and he observes smoke around each FF -  lines 1-11 page 19
3. Captain Hobbs enters structure 1 ¾ attack line up to balcony – lines 2-5 page 20
4. Captain Hobbs reports no smoke or fire in unit 3A upon his entry  -- lines 14-17 page 20
5. Captain Hobbs reports subject air conditioner unit had been removed upon his arrival and observed fire extension to framing members around air conditioner location - lines 23-24 page 23 and 1-13 page 2-. Lines 21-24 page 26
6. Captain Hobbs believes Firefighter Cooney and Chipperini had extinguished the wall cavity fire around the subject air conditioner – lines 21-24
7. Captain Hobbs orders ceiling in living room near/above the air conditioner location of unit 3A opened to check for fire extension and uses attack line to wet down area and extinguish fire. – lines 1-24 page 29
8. Captain Hobbs orders search for fire extension in unit 3B and finds no fire extension – lines 12-24 page 31 and lines 1 page 32
9. Captain Hobbs states that he believes that the fire in the immediate area of the ceiling of 3A that was previously opened was extinguished. – lines 15-17 page 33
10. Captain Hobbs then orders the kitchen ceiling of unit 3 A opened and finds fire – lines 21-24 page 33 and 1-3 page 34
11. Captain Hobbs is ordered out of interior by DC Dench , – lines 4-7 page 34 ,  Captain Hobbs believes the attic area lost , possibly the entire structure– lines 9-14 page 36

Deputy Chief Dench

On 2/23/06 I interviewed Deputy Chief Dench of the Gloucester Fire Department. He stated that upon his arrival there was fire in the attic area and he ordered the left wall of apt. 3A, side roof opened and found fire. He stated that Ladder 2 was  on the left side [B] opened the roof and did not have water available for some time into the event, as the fire crews struggled with water

supply during the event. He stated that he believes that the wind direction was going from south to west

Deputy Chief Dench stated that as the fire crews conducted their trench cuts and as they removed the ridge vent caps there was visible fire throughout the roof assembly. Once the roof crews reported the roof assembly became unstable [spongy] he orders them off of the roof.

**Trooper James Welch**

On 6/2/02 I conferred with Trooper James Welch of the Massachusetts State Fire Marshal's Office. He stated at that time his investigation was on-going, but did brief me on pertinent facts of the fire and allowed me to walk through the structure and photograph the scene. He stated that the fire was reported via the 911 system from a passerby and then by a condo unit owner, both reported fire coming out of the air conditioner unit of condo unit 3A.   [Refer to paragraph 5 page 3 Structural Fire Investigation Report dated 9/17/02]

In exhibit #37 of Trooper Welch's deposition he states that he interviewed a Judy Andonian, who was one of the first witnesses of the fire. Ms. Andonian stated to Trooper Welch that she observed flames coming out of the subject air conditioner and she reported the fire via the 911 system.

**Patrol Officer Mark Foote**

On 6/4/02 I conferred with Gloucester Patrol Officer Mark Foote. He stated that he was one of the first arriving police officers and upon his arrival all fire and smoke was coming from the air conditioner unit in condo unit 3A. He did not observe any fire from any other portion of the structure. He did supply me with his photographs. [Refer to paragraph 1 page 7 Structural Fire Investigation Report dated 9/17/02

**Chief Barry McKay**

On 6/2/02 I conferred with Gloucester Fire Department Chief Barry McKay. He stated that the first report of the fire was via the 911 system and was received as an air conditioner fire on the third floor. He repeated the firefighting tactics as performed by Firefighters Cooney and Chipperini. He further states that after the suppression and removal of the subject air conditioner unit the fire was observed extending into the attic. He reports several tasks performed by both the interior and exterior firefighters before the roof became spongy and the firefighters were ordered off of the roof. This information can create a soft time line of approximately ½ hour to 1 hour or more into the event before the roof became to unstable for the firefighters to be on it.  [Refer to paragraph 6 page 3 and paragraph 1-4 page 4 structural fire report dated 9/17/02]

6   Page

**William Smethaust**

On 6/3/02 I interviewed Mr. Smethuast, who resides in condo unit 2A and was home at the time of the fire. He states that he was standing on his exterior deck, when someone yelled fire. He then looked upward and observed smoke coming from just the air conditioner of condo unit 3A, which is directly above him. [Refer to paragraph 3 page 6 Structural Fire Investigation Report dated 9/17/02]

**RYAN KOTAR**

On 6/26/02 I interviewed Ryan Kotar who resides in condo unit 1D and was home at the time of the fire. He states that a fellow condo owner banged on his sliding glass door and informed him of the fire. He stated that he stepped outside and observed smoke coming out of the air conditioner unit in condo unit 3A. He stated that there was no other evidence of smoke or fire relative to the structure. [Refer to paragraph 4 page 6 Structural Fire Report dated 9/17/02]

**Cathy Hull**

On 6/3/02 I interviewed Cathy Hull, who is the condo unit owner of unit 3A. She stated that she was not home at the time of the fire was first reported. She states that she arrived home to find the fire department on scene and she rushed up to her unit to get her cat. Once at her unit she noticed that the door had been forced opened and there were firefighters in her apartment. At that time she reports no fire or smoke in her apartment, but smoke coming from the unit's air conditioner. She went into her bedroom to retrieve her cat and there was no smoke or fire in that room. At that time the firefighters told her to leave. [Refer to paragraph 1 page 6 Structural Fire Investigation Report dated 9/17/02]

**Brian Richardson**

Review of Kathy Ciman's of St Paul Travelers SIU interview dated 1/20/06 of Brian Richardson, who resides at 5 Ocean Drive and was home at the time of the fire. He states that he informed of the fire by his foster son Donny Taylor. He stated that he looked outside and observed flames coming out of the subject air conditioner unit.

**Steven Latassa**

Review of Kathy Ciman's of St Paul Travelers SIU interview dated 1/10/06 of Steven Latassa, who resides at 9 Ocean Ave and was home at the time of the fire. He stated that he was outside along with his son washing his boat. He began to smell something and thought it was his shop vac. He then heard a siren and then saw a fire engine in front of 5 Ocean Ave. Along with his son they walk down the street and observed smoke coming out of the third floor corner unit and he figured it was just a little air conditioner unit fire.

He explains that he first sees firefighters enter the building and then in unit 3A and they were operating around the air conditioner. He then reported he saw smoke and flames above the subject air conditioner and then via the roof cuts. He states that it was approximately between 20 and 30 minutes from the time he first smelt smoke and he observed flames at roof level.

7   Page

## Physical Marks [Fire Patterns]

Fire scene examinations were conducted on 6/2/02, 6/3/02, 6/4/02, 6/5/02, 6/11/02, 6/19/02 and 6/26/02 and on 7/2/02 the collected evidence was reviewed at the St Paul Travelers lab.

My investigation has determined that all physical marks/fire patterns are consistent with the fire originating within the subject air conditioner of condo unit 3A. [Refer to photographs descriptions 49 &134]

Examination of the subject air conditioner revealed that there was physical evidence of interior fire damage with fire consumption of the interior combustibles [growth fuels]. [Refer to photographs description #s 48 and 49]

Examination of the exterior bottom of the subject revealed a localized heat pattern that was later determined to be inline with severed interior arced conductors. This heat pattern is consistent with the fire originating within the subject air conditioner. [Refer to photographs description 96 &97]

There was no evidence of this localized heat pattern being created by fire attack from below, for the following reason;

1. There was still undamaged paint covering the bottom of the subject air conditioner with exception where the localized heat pattern was, if this heat pattern was caused by fire attack from below there would have been broader heat patterns over most of the bottom of the unit. Further there was no fire damage or heat patterns to the bottom of the subject air conditioner sleeve. [Refer to Engineer Haynes photographs and photographs – descriptions # 42,44,106 ]

Examination of the subject air conditioner metal sleeve revealed there was a distinct interior heat pattern located in the upper right corner [ if one was viewing from the interior ] This heat pattern is consistent with the fire originating within the subject air conditioner. [Refer to photographs-description # 57&87]

Examination of the wooden structural members in line with the interior air conditioner sleeve heat patterns in the upper right corner revealed there was structural fire burning and consumption to the combustible structural members. These burn patterns would also be consistent with the fire originating within subject air conditioner unit and extending beyond the unit and it' sleeve via conductive heat transfer. [Refer to photographs – description # 56, 58,123, 124, and 125]

## Fire Ignition, Development and Growth

### FIRE IGNITION

This fire's ignition has been determined to be within the subject air conditioner unit . After conferring with engineer Evan Haynes it was confirmed that there were severed conductors within the subject air conditioner that exhibited electrical activity [arcing] which was in line with the bottom interior/exterior heat patterns. This area of ignition would be consistent with witness statements, fire patterns and analysis of arc evidence as performed by Engineer Haynes

## FIRE DEVELOPMENT

First fuels were identified [charred nesting materials] and were found in the immediate area of the arced conductor. Growth fuels were identified in an exemplar air conditioner unit as plastics of the unit's fan and shroud. The arced conductor was in contact with the nesting material and the nesting material was in contact with the plastics. [Refer to photograph –description 8L]

Engineer Haynes has tested these plastic parts from the exemplar and they readily ignited and continued to burn. Both the first fuels and growth fuels would combine to create a competent fuel load to extend the fire from air conditioner to the combustible structural members.

## FIRE GROWTH

The fire growth is consistent with the fire originating within the subject air conditioner unit. After discussion with Engineer Haynes regarding the pre-fire construction of the building, there would be an open pathway to the attic for the fire to extend once it escaped the air conditioner and its sleeve. Further, the designed air flow of the building, would aid in the fire growth because the cool air entering the bottom soffit vents and the heated air/gases exiting the roof ridge vents.

Fire department personnel and witness observe the fire originating in the subject air conditioner. The fire then extended to the wooden structural members around the air conditioner and then extended above into the ceiling directly above the subject air conditioner. The fire then continued to extend above the ceiling in unit 3A's kitchen and then extending to the attic/ roof ridge when the ladder company opened the roof. The fire then extended down the structure in the attic towards the right [D] side. This fire growth was observed during the fire departments trench cuts.

This conclusion is based on interviews and media tape of the fire event.

## ARC EVIDENCE

Engineer Haynes reported to me that he had identified arcing in the subject air conditioner is evidence with the fire originating within the subject air conditioner. Engineer Haynes has identified an arced conductor [competent ignition source], first fuels [nesting materials] and growth fuels [plastic components of the subject air conditioner].

After conferring with Engineer Haynes and examining the electrical wall receptacle that was below the subject air conditioner and the subject air conditioner was plugged into, there was no evidence of an electrical failure.

## CONCLUSION

My hypothesis has been tested with all of the collected data, as recommended in the scientific method as described in NFPA 921 and is consistent with the fire originating within the subject air conditioner that was installed in condo unit 3A. I hold these opinions to a reasonable degree of certainty.

## Photograph Log

1. Description 49 – Interior of subject air conditioner
2. Description 134- Interior of subject air conditioner
3. Description 96 – Heat patterns bottom of subject air conditioner
4. Description 97 – Heat patterns bottom of subject air conditioner
5. Description 42 – Interior of condo unit 3 A below subject air conditioner
6. Description 44 – Interior of condo unit 3 A below subject air conditioner
7. Description 106- Interior of condo unit 3 a below subject air conditioner
8. Description 57 – Interior heat pattern right side subject air conditioner sleeve
9. Description 87 – Interior heat patterns right side of subject air conditioner
10. Description 58 – Fire patterns around area of origin
11. Description 125 – Fire patterns around area of origin
12. Description 123 – Fire patterns around area of origin
13. Description 124 – Fire patterns around area of origin
14. Description 56  - Fire patterns around area of origin
15. Description 8L  - Exemplar air conditioner with nesting material

10 Page



**Description 49**



**Description 134**