12 Page



**Description 96**

13  Page



**Description 97**

14 Page



**Description 42**

15  Page



**Description 44**