16 Page



**Description 106**

17 Page



**Description 57**

18 Page



**Description 87**

19  Page



**Description 58**