20 Page



**Description 125**

21 Page



**Description 123**



**Description 124**



**Description 56**