24  Page



**Description 8L**

Gordon Duquenoy
30 Forest View Drive
Cumberland, RI 02864
401-333-3951

---

Work History        St Paul Travelers Investigative Services

           Fire Investigation Unit

           Origin and Cause determination

           2001 to present

Pawtucket Fire Department

    1979 to 1989 assigned to Suppression unit and Rescue Unit

    1989 to 2000 assigned to Fire Prevention Bureau

    2001 Promoted to Lieutenant in charge of the Fire Prevention

    Duties of Fire Prevention Bureau

    Investigate all fires within city limits and assist with the Criminal Investigation and prosecution in incendiary fires

    Enforcement of the Rhode Island Fire Safety Code

    Fire Safety Education

New England Fire Cause and Origin

    1999 to 2001    Fire Analyst

## EDUCATION:

1998- Community College of Rhode Island
**FIRE SCIENCE**
Associates Degree

1996- William Tolman High School

National Certification: National Association of Fire Investigators
Certified Fire and Explosion Expert

Graduate of the Rhode Island Municipal Police Academy

Graduate of the Rhode Island Fire Marshal's Office Deputy State Fire Marshal course: assigned as Deputy State Fire Marshal

Continuing education various fire investigation seminars

## AWARDS:

1996    Pawtucket Fire Chiefs Award for Arson Investigation

1981    The American Legion Hero Medal

## COURT EXPERIENCE:

1995    State vs. Head    Rhode Island Providence County
1996    State vs. Benoit    Rhode Island Providence County

## Organizations:

Rhode Island Association of Fire Marshals- President 1997-1999
Rhode Island Chapter International Arson Investigators- Board of Directors [Past]
Massachusetts Chapter of IAAI
NAFI
IAAI National Chapter
Instructor: Arson Awareness – RI State Fire Marshal's Office
Instructor- Rhode Island Bar Association