12/19/2005 Hull, Cathy

1                                 UNITED STATES DISTRICT COURT

2                                 DISTRICT OF MASSACHUSETTS

3                                        C.A.NO.:  0510075 PBS

4         - - - - - - - - - - - - - - - - - - -

5         OCEAN TERRACE CONDOMINIUM,         :

6                Plaintiff             :

7         vs.                         :

8         GENERAL ELECTRIC COMPANY,

9                Defendant             :

10       - - - - - - - - - - - - - - - - - - -

11

12                 DEPOSTION OF CATHERINE M. HULL, a

13      witness called on behalf of the Defendant, taken

14      pursuant to the applicable provisions of the

15      Massachusetts Rules of Civil Procedure, before Grace E.

16      Holden, a Registered Professional Reporter and Notary

17      Public in and for the Commonwealth of Massachusetts, at

18      the office of Curley & Curley, P.C., 27 School Street,

19      Boston, Massachusetts, on Monday, December 19, 2005,

20      commencing at 9:30 a.m.

21

22            MELVIN LIPMAN, COURT REPORTER

                 101 TREMONT STREET

23                   SUITE 700

             BOSTON, MASSACHUSETTS 02108

24                (617) 227-3986



PLAINTIFF'S EXHIBIT
6

12/19/2005  Hull, Cathy

1     A.    Digitas.

2     Q.    What is Digitas?

3     A.    We're an advertising agency.

4     Q.    Where is that located?

5     A.    33 Arch Street.

6     Q.    And that's in Boston?

7     A.    Uh-huh, yes.

8     Q.    What do you do at Digitas?

9     A.    Why is that relevant anyway?  I work in advertising.

10          I'm just wondering why, what's the relevance.

11    Q.    The relevance is simply knowing what type of knowledge,

12          background and experience you have--

13    A.    Okay.

14    Q.    -- in general.

15    A.    Okay.

16    Q.    I'm not going to ask a lot of questions beyond what

17          your occupation is.  I don't know whether you're the

18          president of the company or whether you're a brand new

19          hire.

20              Can you just tell me what your position is?

21    A.    Sure.  I work in advertising, in advertising

22          production.

23    Q.    What is your educational background?

24    A.    I've been to college and high school.

12/19/2005  Hull, Cathy

```
1          attached?

2    A.    Not that I recall.  It didn't appear to be loose or

3          anything at the time.

4    Q.    Okay.  And you decided to buy Unit 3A?

5    A.    Correct.

6    Q.    And after you purchased Unit 3A for some period of time

7          when you owned it did somebody else occupy that unit

8          with you?

9    A.    Yes.

10   Q.    Who was that?

11   A.    My first roommate was Maureen Dion and the second

12         roommate was Mark DiFelice.

13   Q.    How do you spell Maureen's last name?

14   A.    D-I-O-N.

15   Q.    And do you know where she presently lives?

16   A.    In Gloucester.

17   Q.    Do you know the street?

18   A.    I don't, no.

19   Q.    Are you still friends with her?

20   A.    Yes.

21   Q.    For what period of time did Maureen Dion live there?

22   A.    About a year, I believe, from when I bought it.

23   Q.    For how long did Mark DiFelice live there?

24   A.    I don't recall.  At least a year, perhaps two.
```

12/19/2005  Hull, Cathy

```
1    Q.   Now, was that a multiple purpose unit?  Did it provide
2         heat as well as air conditioning or did it only provide
3         air conditioning?
4    A.   No, just air conditioning.
5    Q.   When you purchased the unit did you receive any product
6         literature for any of the appliances?
7    A.   I don't recall, no.
8    Q.   Do you know whether you got the product literature for
9         the air-conditioning unit?
10   A.   I don't believe so.  No, I did not.
11   Q.   Did you have any discussion with Mr. or Mrs. Waites
12        concerning product literature for the appliances?
13   A.   No.
14   Q.   At any time while you owned Unit 3A before the time of
15        the fire on June 1st, 2002 had the air conditioner been
16        removed from the wall?
17   A.   No.
18   Q.   At any time while you owned the unit had anybody
19        performed any sort of work of any nature on the air
20        conditioner?
21   A.   I'm sorry, before I owned it or?
22   Q.   No.  While you owned Unit 3A and before the time of the
23        fire had anyone done any work on the air conditioner
24        itself?
```

12/19/2005  Hull, Cathy

| | | |
|---|---|---|
| 1 | A. | Just a very typical back of an air-conditioning grille, |
| 2 | | metal slotted. |
| 3 | Q. | Do you remember the pattern of the slots at all? |
| 4 | A. | I don't recall, no.  A very typical. |
| 5 | Q. | Was the metal painted? |
| 6 | A. | No. |
| 7 | Q. | Now, before the grille fell off did you notice that it |
| 8 | | was loose in any way? |
| 9 | A. | I didn't, I don't recall. |
| 10 | Q. | Did you hear it rattling when the wind blew or anything |
| 11 | | of that nature? |
| 12 | A. | Not that I recollect, no. |
| 13 | Q. | Before the grille fell off did you become aware of any |
| 14 | | kind of animal infestation problem in the building? |
| 15 | A. | Yes. |
| 16 | Q. | When did you become aware of that? |
| 17 | A. | I'm not exactly sure when.  I just know it was prior to |
| 18 | | that screen falling off. |
| 19 | Q. | Was it halfway into your ownership, after a couple |
| 20 | | years, or was it before then? |
| 21 | A. | It was at least a full year after I owned the unit.  It |
| 22 | | seems that it wasn't, it seems that it was less than a |
| 23 | | year before the fire in my opinion. |
| 24 | Q. | Now, now did you become aware that there was a problem |

12/19/2005  Hull, Cathy

```
1    A.   It was windy, like a little windstorm, fall windy day I
2         believe.
3    Q.   So it was in the fall?
4    A.   Yes.  It was about October, the previous October to the
5         fire that.
6    Q.   October of 2001?
7    A.   Yes.
8    Q.   Was anyone with you when you noticed the grille missing
9         for the first time?
10   A.   Not that I recall, no.
11   Q.   Had you gone out onto the deck, is that when you saw
12        that?
13   A.   That's right.
14   Q.   Did you see the grille missing by going out onto the
15        deck?
16   A.   Yes.  That's when I saw it.
17   Q.   When you went out onto the deck did you see interior
18        parts of the air-conditioning unit that you had never
19        seen before?
20   A.   Yes.  Yes.
21   Q.   Now, did you pay any attention to any fasteners for the
22        grille--
23   A.   Yes.
24   Q.   -- at that time?
```

12/19/2005  Hull, Cathy

```
1    A.   Correct.

2    Q.   Was the top of the screw there?

3    A.   No.

4    Q.   So the top of the screw was gone?

5    A.   That's what sheared off, making it fall, right.

6    Q.   Was it your understanding that the top of the screw was

7         on the outside of the grille?

8    A.   Yes.

9    Q.   And had you seen screwheads on the outside of the

10        grille before?

11   A.   Sure.  I don't know that I really had taken particular

12        note of them but, yes, because I knew it was attached.

13   Q.   Okay.  Well, I don't want you to guess about that.

14             Do you have a recall of seeing screwheads on the

15        outside of the grille?

16   A.   Then no.

17   Q.   You have no knowledge of who initially installed this

18        air-conditioning unit, do you?

19   A.   No.

20   Q.   Or how that was done?

21   A.   No.

22   Q.   Now, can you describe the threads of the screw that you

23        saw sheared off?

24   A.   No.  Just that there was sheet plasticy, unrepairable
```

12/19/2005  Hull, Cathy

```
1           is how I deemed them.  They were not going to be of any

2           use to me anymore.

3    Q.     The screw was plastic?

4    A.     That, it appeared to be a plasticy, white plastic to

5           me, yes.

6    Q.     The screw was not metal?

7    A.     Not that I recall, no.  I remember it being plastic.

8    Q.     Could you, all right, so if on a screw there's a head

9           and then there are threads that go down to the point of

10          the screw, did this plastic screw have a point on it?

11   A.     A point at the end you mean?

12   Q.     Right.  You said the head was sheared off--

13   A.     Uh-hum.

14   Q.     -- so that the thread part was left?

15   A.     Uh-hum.

16   Q.     That's a yes?

17   A.     Yes.

18   Q.     And did one end have a point on it as if it was the

19          first part of the screw to go into something?

20   A.     No.  I don't recall it being that way.  I recall it

21          being flat on the end, that it was just something that

22          screwed through and held.  That it didn't have a tip

23          made to penetrate anything, no.

24   Q.     Okay.  It just had threads?
```

12/19/2005  Hull, Cathy

```
1    A.   I thought it was the outside towards the inside.

2    Q.   After the grille came off did you ever see the grille

3         again?

4    A.   Just that day.

5    Q.   And where was it?

6    A.   It was on the ground.

7    Q.   Did you do anything to try to retrieve it?

8    A.   The next day it was gone.

9    Q.   Was it a bad weather day when you saw that the grille

10        was missing?

11   A.   It was, that's why I didn't go down to get it right

12        away.

13   Q.   Was it raining?

14   A.   I remember it being rainy and windy just generally.

15   Q.   Northeaster type of storm?

16   A.   Yeah.

17   Q.   Does the Ocean Avenue side of the Ocean Terrace

18        Condominiums face the ocean?

19   A.   Yes, it does.

20   Q.   And is that the direction that the storm was coming

21        from?

22   A.   I don't recall that day.

23   Q.   When there are northeasters that hit in the area of

24        Ocean Terrace Condominiums do they generally come off
```

12/19/2005 Hull, Cathy

1        the ocean?

2    A.   Yes.

3    Q.   Was Mr. DiFelice with you that day when you noticed

4         that the grille was missing?

5    A.   I don't believe so, no.

6    Q.   Now, when you looked inside the air-conditioning unit

7         after the grille was missing did you notice anything

8         that you thought unusual in any way?

9    A.   Not right away, no.

10   Q.   Was there any dirt or debris or nesting material of any

11        sort inside the air-conditioning unit?

12   A.   No.  It just looked rusty, I remember, and aged but

13        nothing out of the ordinary.

14   Q.   Do you remember what parts had rust on them?

15   A.   I don't.

16   Q.   Was there a metal sleeve that went through the wall?

17   A.   Yes.

18   Q.   And did the sleeve have any rust on it?

19   A.   I don't recall that.

20   Q.   Now, after the grille was missing did you take any

21        steps to try to replace it?

22   A.   Yes.

23   Q.   What did you do?

24   A.   I tried to rebuild, replicate it by using home screen.

12/19/2005  Hull, Cathy

```
 1          I was just trying to protect it from being entered and,
 2          you know, with all those electrical parts exposed.
 3     Q.   Did you ever try to order a replacement grille?
 4     A.   I didn't even look into that because of the age of the
 5          piece.  Oh, you know what?  Actually, I'm sorry, I
 6          might, well, Mark can probably answer that for you this
 7          afternoon.  I think he did contact.  He had
 8          measurements and I think he had a friend that worked on
 9          them or something.
10     Q.   Did you yourself ever try to order a replacement
11          grille?
12     A.   No.  No.  I didn't bother because I didn't think you
13          would ever find one.
14     Q.   Do you know of any efforts that were made by Mark
15          DiFelice to order a replacement grille?
16     A.   Not that we were going to order a replacement.  Well,
17          yeah, find one that would fit into it now, yes.
18     Q.   You think Mark may have tried to find one?
19     A.   Or at least we were trying, we had contacted someone
20          about having one made or, you know, he had had a friend
21          who was in HVAC.  I believe Mark inquired with that
22          person about what to do and.
23     Q.   So is it your understanding that Mark's efforts were to
24          contact his HVAC friend to see if he could fabricate a
```

12/19/2005  Hull, Cathy

1       replacement grille?

2   A.  Correct, fabricate one.

3   Q.  Do you know whether Mark tried to contact the General

4       Electric Company or any GE dealer to see if there were

5       replacement parts available?

6   A.  No.  Because due to the age, we didn't bother.

7   Q.  Now, how long was the back of the air-conditioning

8       unit, the outside part of it uncovered before you took

9       any steps to cover it up again?

10  A.  Maybe a week.

11  Q.  And after that week went by what was done then?

12  A.  I think that was when, I mean it's just that it's been

13      three years now so it's hard to recall exactly, but I

14      believe that was when I first put screen, some screen

15      just from an old house screen.  I had cut the screen

16      from the frame and tried to cover it that way.

17  Q.  Was this a screen from your condo unit?

18  A.  From a friend had extra screens.

19  Q.  Was this a nylon mesh screen or a metal mesh screen?

20  A.  Metal mesh.

21  Q.  And did you cut it to the shape of the back of the air

22      conditioner?

23  A.  Yes.

24  Q.  Did you wrap it around the?

12/19/2005  Hull, Cathy

```
1   A.   Tucked onto the inside is what I tried to do.

2   Q.   So you made some corners for the screen so that it

3        tucked into the inside?

4   A.   Correct.

5   Q.   And did you fasten the screen to the mounting points

6        with anything?

7   A.   No.  Because I really couldn't find something that

8        would be appropriate to do that with.

9   Q.   So you just sort of squeezed the screen into the sleeve

10       opening?

11  A.   Right.

12  Q.   And you didn't try to hold it there with anything?

13  A.   No.  Just by the screen itself.  You know, when it was,

14       the metal screen that I put inside was trying to expand

15       itself inside this tightened sleeve, so I thought that

16       would hold it in.

17  Q.   Did you explore anything with the hardware store as to

18       what type of sheet metal screw that might be used to

19       hold the screen in?

20  A.   I really didn't bother at that, to go through those

21       kind of lengths about it.

22  Q.   So you never went to any building supply stores, for

23       example,--

24  A.   No, I didn't.
```

12/19/2005  Hull, Cathy

1    Q.    -- to try to correct--

2    A.    No.

3    Q.    -- the missing grille situation?

4    A.    Right, no.

5    Q.    Were you the one that did this or did Mark help you or

6          was it Mark mostly that was doing the work?

7    A.    I think I did the screen thing first and then I had

8          asked him to help me try to find a permanent

9          replacement after the screen I had put up was damaged

10         and removed by squirrels.

11   Q.    Now, before you put the screen on had you noticed any

12         squirrel activity with respect to the air conditioner?

13   A.    I don't remember about the first time that I put the

14         screen up.  I don't remember if he was here before the

15         first screen or not.

16   Q.    Okay.  What was it that led you to believe that the

17         squirrels had damaged the screen once it was installed?

18   A.    Because it was ripped out.  It was torn out of the.

19   Q.    Had you seen any squirrels in the vicinity of the air

20         conditioner--

21   A.    Yes.

22   Q.    -- when the screen went in?

23   A.    Oh, I'm sorry.  Say that again.

24   Q.    Once the screen went in had you seen any squirrels in

12/19/2005  Hull, Cathy

1    the vicinity of air conditioner?

2    A.   Yes.

3    Q.   Where did you see them?

4    A.   On the railings of the deck.

5    Q.   Did you ever see them jumping towards the

6         air-conditioner unit or sitting or resting on the part

7         of the sleeve that protruded from the wall?

8    A.   I saw them inside of it but I didn't see them actually

9         coming or going from it.

10   Q.   You saw squirrels inside the air conditioner.  Is that

11        after the screen was removed or ripped out?

12   A.   Yes.

13   Q.   Did you see the ripped out screen?

14   A.   Yes.

15   Q.   What did it look like?

16   A.   It was just destroyed and tangled and had a hole torn

17        through the middle of it.

18   Q.   How the hole was actually created, you just didn't see?

19   A.   I didn't see.  But I, you know, I led to, I was

20        believing it was the squirrel that tore it out.

21   Q.   After you saw the torn out screen did you see a

22        squirrel inside the air conditioner?

23   A.   Yes.

24   Q.   And did he stay there when you came out on the deck?

12/19/2005  Hull, Cathy

```
 1    A.    Yes.

 2    Q.    What did the squirrel appear to be doing in there?

 3    A.    Just hanging around.  I mean he wasn't really doing

 4          anything.  He was just looking at me.

 5    Q.    Had you heard any sounds coming from inside the

 6          air-conditioning when you were on the inside?

 7    A.    Yes.  But that wasn't, but that wasn't until after he

 8          had kind of taken up residence in there.

 9    Q.    This was a gray squirrel?

10    A.    Yes.

11    Q.    Well, there are different kinds.

12    A.    I know.

13    Q.    So it was one of our little friends with the gray body

14          and the white chest?

15    A.    Yeah.

16    Q.    And did you ever see more than one squirrel in the

17          air-conditioning unit?

18    A.    I thought at one time there were was two but I couldn't

19          really, I didn't want to get close enough to.  I was

20          afraid of them.

21    Q.    Now, do you know the noise that the squirrels make?

22    A.    Yeah.  But I didn't hear that from there.  I just heard

23          digging and scratching but not a, you know, squirrel.

24    Q.    The high kind of chatter that they do?
```

12/19/2005  Hull, Cathy

1   Q.   About how much straw or bedding material had they put

2        in there the first time you cleaned it out?

3   A.   No more than just a handful.  I mean I was pretty

4        adamant about keeping them out of there, Mark and

5        myself, so we weren't letting them get, you know, we

6        weren't letting it go for days without checking it.

7        Every day that it was open we looked at it and was

8        concerned about it being open in the back for a number

9        of reasons, not really just the animals.

10  Q.   What were your other concerns?

11  A.   Well, that weather was going to get inside the, you

12       know, mechanical portions of it and it wasn't going to

13       work and it was going to rust and dirt and debris.

14  Q.   So you thought that the upcoming winter would

15       potentially harm the working components of the air

16       conditioner?

17  A.   Right.  Right.

18  Q.   Now, the second time you put the screening material

19       into the sleeve did you use any fasteners on that

20       occasion to hold the screen to the sleeve?

21  A.   I think that was the time that I tried to tape it with

22       like a strong packaging kind of tape or I may have

23       used, I don't think I had, I either had duct tape or a

24       type of packaging tape.

12/19/2005 Hull, Cathy

1    Q.    Clear packaging tape?

2    A.    I can't recall exactly what I used right now.  For some

3          reason I do think it was the clear packaging tape.

4    Q.    How did you use the clear packaging tape to try to keep

5          the screen in?

6    A.    I just tried to tape it around the outside of the metal

7          sleeve that stuck out.

8    Q.    So you would--

9    A.    I tried to attach the screen from the outside rather

10         than tucking it on the inside this time.

11   Q.    And then you taped the outside perimeter?

12   A.    Correct.

13   Q.    What happened after you put the screen on the second

14         time?

15   A.    And then the squirrels came and destroyed it again.

16         And those were both temporary measures while we were

17         trying to find a suitable permanent replacement.

18   Q.    How long did it take the squirrels to destroy the

19         second screen?

20   A.    I have a vague recollection of the second screen

21         lasting longer than the first one but not by much.  So

22         the first one might have lasted like three or four days

23         and the second one this time might have been like a

24         week and a half.

12/19/2005 Hull, Cathy

```
1    A.   I can't say for certain.  I really can't.

2    Q.   So it may have been exposed to the elements or it may

3         not have been.  You simply don't know?

4    A.   That's right.  I don't know.  Because I don't, I don't,

5         I remember I wouldn't have liked it just left like that

6         all winter.  I can't imagine that I would agree to

7         being fine with it being open all winter.

8    Q.   Do you remember any other form of device that was used

9         to close up the back of the air-conditioning unit other

10        than the screening material?

11   A.   No not at this time I don't recall.

12   Q.   Do you remember what, if anything, was on the back of

13        the air-conditioning unit in June of 2002, on June 1,

14        2002?

15   A.   I don't.

16   Q.   It may simply have been open?

17   A.   May have been.

18   Q.   Did you have any communications with the condominium

19        management organization concerning the air-conditioning

20        unit?

21   A.   No.  Well, no, I don't think I did, no.

22   Q.   Did you have any communication with any other

23        condominium unit owners about air-conditioning units?

24   A.   Not that I recollect.
```

12/19/2005  Hull, Cathy

```
1          finding one that fit and I don't know if she had to get
2          a new one or use the same sleeve.  I just remember some
3          vague, you know, neighborly discussion, not of any kind
4          of substance or importance, just in passing.
5    Q.    So whether she succeeded in locating just the right
6          size or not, you simply don't know?
7    A.    No.
8    Q.    Did you ever try to identify any air-conditioning unit
9          that would fit into the sleeve that was in your wall?
10   A.    Huh-uh.
11   Q.    That's a no?
12   A.    That's right, no.
13   Q.    Do you know if Mark DiFelice ever tried to identify any
14         air-conditioning unit that was just the right size to
15         fit into the sleeve that was in your wall?
16   A.    Not that I recall.
17   Q.    Were there squirrels that were living in the
18         air-conditioning unit throughout the winter of
19         2001-2002?
20   A.    At least off and on.  I don't know if it was the whole
21         winter.  I don't think so.  I felt like I got rid of
22         them.  It's been so long, this is the problem, it's
23         been three years of something I've tried to forget
24         about.  But just knowing me, I wouldn't have just said
```

12/19/2005 Hull, Cathy

```
 1         inside the air conditioner before the time of the fire?
 2    A.   Not that I know of.  I think we were more concerned
 3         about just shoring up the back of it.  We never really
 4         discussed the wires on the inside.
 5    Q.   Did Mark have all kind of tools?
 6    A.   Yeah.
 7    Q.   Drills and electrical equipment and that sort of thing?
 8    A.   Yeah.
 9    Q.   Now, did you ever put any kind of poison or chemical
10         substance or anything of that nature in the back of the
11         air-conditioner unit to try to get rid of the
12         squirrels?
13    A.   No.  I think I sprayed Lysol in there once when he was
14         in there.
15    Q.   Was the squirrel activity creating a smell?
16    A.   No.
17    Q.   Did you spray the Lysol just to try to disinfect the
18         area?
19    A.   Just to get rid of him.
20    Q.   You thought the smell of the Lysol would be
21         unattractive to the squirrel?
22    A.   Yes.
23    Q.   Did it work?
24    A.   No, I don't think it did.  I don't remember anything
```

12/19/2005  Hull, Cathy

```
 1    Q.   Did you ever open up the front of the air conditioner

 2         that was in your unit on June 1st, 2002 to do anything

 3         with it?

 4    A.   No.  It was, I think it was too old to try to do

 5         anything like that.  Not that I recall.  I don't

 6         remember taking that off.

 7    Q.   Did you ever receive any information from the building

 8         about taking the front of the air-conditioning unit off

 9         for any reason?

10    A.   No.

11    Q.   Did the Waitses give you any sort of instruction on how

12         to maintain this particular unit?

13    A.   No, just that everything was in good working order and

14         there were no problems.

15    Q.   Did you have to clean out nesting materials multiple

16         times from the air conditioner?

17    A.   I would say at least on two occasions, perhaps more.

18    Q.   Did you ever use anything other than your hands to

19         assist in the cleaning?

20    A.   Not that I recall, no.

21    Q.   Other than spraying Lysol inside the air conditioner,

22         did you use any kind of detergents or anything to clean

23         it out?

24    A.   No.
```

12/19/2005  Hull, Cathy

1    Q.    Did you ever wash the inside with anything?

2    A.    Not that I recall.

3    Q.    You might have.  You simply don't remember?

4    A.    Yeah.  I don't remember washing the inside of it with

5          anything, no.

6    Q.    Had Mark DiFelice fixed things around the condo unit?

7    A.    It was pretty much in good order.  It didn't really

8          need any repair.  There's nothing I can think of that

9          he had to fix or that he had repaired in there.

10   Q.    Did he ever actually have one of his friends fabricate

11         a cover for the air-conditioning unit?

12   A.    I'm not sure.

13   Q.    Do you have any memory of seeing any fabricated cover?

14   A.    No.  I just remember discussions about it.  But I don't

15         remember if I ever saw one that was actually made, put

16         there, I don't know.

17   Q.    Was any plastic sheeting ever wrapped around the

18         outside of the air conditioner?

19   A.    Plastic?  I don't recall plastic on it but.

20   Q.    So other than the two screen attempts, do you recall

21         any other material that was used on the outside of the

22         air conditioner?

23   A.    No, I don't.

24   Q.    Is there anything you reviewed in order to prepare for

12/19/2005  Hull, Cathy

1    Q.    Was there any wing nut or anything left on the screw
2          that you saw?
3    A.    No.  I just remember just that it sheared off right at
4          the threading and like for some reason I thought it was
5          plastic, like a hard resiny kind of plastic.
6    Q.    Would you describe this screw as being sheared off?
7    A.    That, no, not in the same manner that mine was.
8    Q.    And is that because there's a block that you see there?
9    A.    Right.  And it's still attached.  This was just cut
10         off.  There was nothing, I believe, left to hold on to.
11                   MR. CURLEY:  Could we have that marked?
12                   MR. HARMEYER:  Yes.
13                            (Exhibit No. 3 was marked.)
14   Q.    You said that your impression or your understanding is
15         that the screws were screwed from the outside in?
16   A.    Yes.  That's what I had assumed from looking at that,
17         it was broken off on the outside.
18   Q.    So what you saw was simply the shaft of the screw with
19         the threads?
20   A.    Yes.
21   Q.    All right.  You testified about your cat staring with
22         her face up against the wall?
23   A.    Yes.
24   Q.    And was that the, if you're standing on your deck

12/19/2005  Hull, Cathy

```
 1          any conversations with anyone else who witnessed the

 2          fire in its early stages, and I'll define early stages

 3          as prior to you showing up?

 4     A.   Did I talk to anyone else?  No.  Just, you know, maybe

 5          the next day or the day after or something.  Maybe, you

 6          know, my neighbor is oh, how did you find out, oh, it's

 7          here and, you know, not any, I heard smoke alarms,

 8          that's how I found out that, you know, that kind of

 9          general conversation, not anything that was.

10                    MR. HARMEYER:  Those are all the questions I

11          have.

12                    MR. CURLEY:  I just have a couple other.

13                         REDIRECT EXAMINATION

14     BY MR. CURLEY:

15     Q.   I'll ask you first about this photograph, Exhibit 3,

16          that was shown to you by Mr. Harmeyer.  And you

17          understand what this device is across the top?

18     A.   Yes.  That's the grille, that I refer to as the grille.

19     Q.   Is that the same general appearance as the grille that

20          was on your air-conditioning unit on the outside

21          originally--

22     A.   Yes.

23     Q.   -- or does it look different?

24     A.   No.  I remember those kind of corner cutouts and that
```