CLAIM FILE #C5N4424                                             May 15, 2006
LAB ORDER #02-06-024



**Photo 3 Main circuit breaker for the building (Sarcione, AUT_0036.jpg)**



**Photo 4 Supply up from below at 3A distribution sub panel (RG/N4)**

CLAIM FILE #C5N4424　　　　　　　　　　　　　　　　　　　　　　May 15, 2006
LAB ORDER #02-06-024



Photo 5 Overview of 3A distribution sub panel (RG/N3)



Photo 6 Top of 3A distribution sub panel (RG/N2)

CLAIM FILE #C5N4424  May 15, 2006
LAB ORDER #02-06-024



Photo 7 Backside of 3A distribution sub panel and branch circuits viewed from kitchen (RH/N32)

CLAIM FILE #C5N4424                               May 15, 2006
LAB ORDER #02-06-024



**Photo 8 Overall corner in 3A at A/C unit (RG/N34)**