CLAIM FILE #C5N4424                                             May 15, 2006
LAB ORDER #02-06-024



**Photo 9  3A A/C receptacle and circuit (RG/N21)**



**Photo 10  3A A/C Receptacle and circuit (RG/N16)**

CLAIM FILE #C5N4424  May 15, 2006
LAB ORDER #02-06-024



Photo 11 3A A/C Circuit (RG/N15)



Photo 12 3A A/C Circuit (electrical activity between red tape) (RG/N14)

CLAIM FILE #C5N4424  
LAB ORDER #02-06-024  

May 15, 2006



**Photo 13 Close-up of electrical activity on the A/C circuit between red tape (3/1/06 LE, P3015674.jpg)**



**Photo 14 3A A/C Circuit (RG/N13)**