CLAIM FILE #C5N4424                                           May 15, 2006
LAB ORDER #02-06-024



Photo 15 3A A/C Circuit (RG/N12)



Photo 16 3A A/C Circuit (RG/N11)

CLAIM FILE #C5N4424                                               May 15, 2006
LAB ORDER #02-06-024



Photo 17 3A A/C Circuit (RG/N10)



Photo 18 3A A/C Circuit (RG/N9)

**CLAIM FILE #C5N4424**  
**LAB ORDER #02-06-024**                                                                                            May 15, 2006



**Photo 19 Base of 3A A/C core taken on 3A deck (PW#78)**

CLAIM FILE #C5N4424　　　　　　　　　　　　　　　　　　　　　May 15, 2006
LAB ORDER #02-06-024



**Photo 20 Close-up of hot spot on base of 3A A/C core (PW#109)**



**Photo 21 Inside bottom surface of sleeve for 3A A/C unit (PW#104)**