CLAIM FILE #C5N4424    May 15, 2006
LAB ORDER #02-06-024



**Photo 22 Left side of 3A A/C core (RM/N25)**



**Photo 23 Right side of 3A A/C core (RM/N24)**

CLAIM FILE #C5N4424                                      May 15, 2006
LAB ORDER #02-06-024



**Photo 24 Front (interior side) of 3A A/C core (RM/N23)**



**Photo 25 Wires at top of 3A compressor (RM/N18)**

CLAIM FILE #C5N4424　　　　　　　　　　　　　　　　　　　　　May 15, 2006
LAB ORDER #02-06-024



Photo 26 End of wire marked No. 1 from the 3A compressor (RM/N17)



Photo 27 End of wire marked No. 2 from the 3A compressor (RM/N15)

CLAIM FILE #C5N4424　　　　　　　　　　　　　　　　　　　　May 15, 2006
LAB ORDER #02-06-024



Photo 28 Inside base of 3A A/C core with compressor wires, motor wires, and mass (RM/N19)