CLAIM FILE #C5N4424                                                                May 15, 2006
LAB ORDER #02-06-024



Photo 35 End of Wire '3' compared with chewed end of pink wire on 2M unit (3/1/06 LE, P3015702.jpg)

CLAIM FILE #C5N4424                                                             May 15, 2006
LAB ORDER #02-06-024



**Photo 36 Control panel enclosure with cover removed (RN/N27)**



**Photo 37 Inside base of 3A A/C (RN/N26)**

CLAIM FILE #C5N4424　　　　　　　　　　　　　　　　　　　　May 15, 2006
LAB ORDER #02-06-024



**Photo 38 Location of hot spot on base of 3A A/C unit with front facing down (RN/N23)**



**Photo 39 Location of hot spot on base of 3A A/C unit with front facing down (RN/N22)**

CLAIM FILE #C5N4424  May 15, 2006
LAB ORDER #02-06-024



Photo 40 Wire "4" removed from mass (RO/N25)



Photo 41 Bead on end of wire "4" (RO/N28)