CLAIM FILE #C5N4424                                                      May 15, 2006
LAB ORDER #02-06-024



Photo 42 Close-up of bead on end of wire "4" (RO/N26)

CLAIM FILE #C5N4424                                                                                          May 15, 2006
LAB ORDER #02-06-024



**Photo 43 Close-up of debris stuck to mass from 3A A/C unit (RO/N21)**

CLAIM FILE #C5N4424                                          May 15, 2006
LAB ORDER #02-06-024



**Photo 44 2M A/C Unit (RF/N28)**



**Photo 45 2M A/C Unit (RF/N27)**

CLAIM FILE #C5N4424                                    May 15, 2006
LAB ORDER #02-06-024



**Photo 46 2M A/C Unit (RF/N24)**



**Photo 47 2M A/C Unit (RF/N23)**