CLAIM FILE #C5N4424                                    May 15, 2006
LAB ORDER #02-06-024



Photo 48 2M A/C Unit (RF/N22)



Photo 49 Fasteners removed from 2M A/C unit (RP/N30)

CLAIM FILE #C5N4424                                     May 15, 2006
LAB ORDER #02-06-024



**Photo 50 2M A/C Unit (RF/N21)**



**Photo 51 2M A/C Unit (RF/N19)**

CLAIM FILE #C5N4424                                           May 15, 2006
LAB ORDER #02-06-024



**Photo 52 2M A/C Unit Chewed Wiring (RF/N14)**



**Photo 53 Close-up of pink and orange chewed wires on 2M unit (3/1/06 LE, P3015693.jpg)**

CLAIM FILE #C5N4424                                                      May 15, 2006
LAB ORDER #02-06-024



**Photo 54 Sample of plenum plastic around fan (3/1/06 LE, P3015737.jpg)**