CLAIM FILE #C5N4424                                          May 15, 2006
LAB ORDER #02-06-024



**Photo 55 Sample of plastic from fan blade (3/1/06 LE, P3015739.jpg)**

CLAIM FILE #C5N4424                             May 15, 2006
LAB ORDER #02-06-024



**Photo 56 Base of 2M A/C Core (RF/N10)**



**Photo 57 1J A/C unit (RK/N20)**

CLAIM FILE #C5N4424                                  May 15, 2006
LAB ORDER #02-06-024



**Photo 58 Inside of sleeve of 1J A/C unit (RK/N18)**



**Photo 59 Bottom left inside screw for exterior grille of 1J A/C unit (RK/N17)**

CLAIM FILE #C5N4424                                                May 15, 2006
LAB ORDER #02-06-024



Photo 60 Bottom right inside screw for exterior grille of 1J A/C unit (RK/N16)