CLAIM FILE #C5N4424                                           May 15, 2006
LAB ORDER #02-06-024



**Photo 67 Compressor and fan motor wiring on left side of 1J unit (3/1/06 LE, P3015719.jpg)**

CLAIM FILE #C5N4424                                      May 15, 2006
LAB ORDER #02-06-024



**Photo 68 Compressor and fan motor wiring on left side of 1J unit (3/1/06 LE, P3015718.jpg)**

CLAIM FILE #C5N4424                                    May 15, 2006
LAB ORDER #02-06-024



**Photo 69 Pink, tan and orange wires at compressor of 1J unit (3/1/06 LE, P3015714.jpg)**



**Photo 70 Pink, tan and orange compressor wires (3/1/06 LE, P3015715.jpg)**



**Photo 71 Pink, tan and orange compressor wires (3/1/06 LE, P3015716.jpg)**



**Photo 72 Pink, tan and orange compressor wires (3/1/06 LE, P3015717.jpg)**