CLAIM FILE #C5N4424                                    May 15, 2006
LAB ORDER #02-06-024



**Photo 73 Exterior of Jappah apartment (Photoweb LRD2280001_24.jpg)**



**Photo 74 Exterior of Jappah A/C unit (Photoweb LRD2280001_14.jpg)**

CLAIM FILE #C5N4424                                        May 15, 2006
LAB ORDER #02-06-024



**Photo 75 Interior of Jappah apartment (Photoweb LRD2280001_5.jpg)**



**Photo 76 Interior view of the Jappah A/C unit (Photoweb LRD2280001_18.jpg)**

**CLAIM FILE #C5N4424**                                    **May 15, 2006**
**LAB ORDER #02-06-024**



**Photo 77 Left side of Jappah A/C with nesting materials inside unit (11/11/02 JE, RA/N18)**

**CLAIM FILE #C5N4424**                                        **May 15, 2006**
**LAB ORDER #02-06-024**



**Photo 78 Overview of motor stator from Jappah A/C unit (11/11/02 JE, RB/N28)**



**Photo 79 Electrical activity on Jappah motor windings (11/11/02 JE, RB/N12)**

# HAYNES ENGINEERING

Forensic Engineering / Fire Origin & Cause

83 LOVERS LANE
EAST LYME, CT 06333

Evan K. Haynes, PE, CFEI

Phone:  (860) 739-0778
Fax:  (866) 662-8115
ehaynes@ct.metrocast.net

## CURRICULUM VITAE

### PROFESSIONAL DESIGNATIONS

- Registered Professional Engineer in multiple states.  Please inquire about current licensing.
- Certified Fire and Explosion Investigator (CFEI), National Association of Fire Investigators
- Certified Fire Investigation Instructor (CFII), National Association of Fire Investigators
- Professional Member Grade - Society of Fire Protection Engineers

### EDUCATION

Master of Science degree in Fire Protection Engineering received in December 1994 from Worcester Polytechnic Institute.  The degree program included:

- Coursework in fire dynamics, ignition, fire spread, combustion, fire origin and cause determination, building fire safety, fire protection systems, risk management, and fire modeling.
- Developing a computational algorithm to predict the fire and smoke flow rates between rooms for the computer fire model WPI/Fire.
- Developing computer software to estimate radiation view factors between surfaces for use in calculating radiant heat transfer.

Bachelor of Science degree in Mechanical Engineering received in May 1993 from Worcester Polytechnic Institute.  The degree program included:

- Coursework in heat transfer, thermodynamics, fluid mechanics, chemistry, material science, static and dynamic systems, and material stress analysis.
- Electrical engineering coursework in the Principles of Electrical Engineering and Physics: Electricity and Magnetism.
- Teaching high school students fire science with the intent of generating interest in the field of Fire Protection Engineering.
- Creating a computer fire model to predict the maximum heat release rate of a post-flashover subway car fire to determine if existing subway tunnel ventilation characteristics are adequate for passenger egress and fire suppression capabilities.

### PROFESSIONAL EXPERIENCE

**Haynes Engineering – 2006 to present**

Founder and owner of Haynes Engineering specializing in forensic engineering providing the following services:

- Fire origin and cause investigation
- Examination of potential ignition sources, including electrical heat sources
- Electrical and mechanical product examination and testing