- Suppression and water system failure analysis
- Expert report generation and expert testimony
- Case consultation
- Fire protection system design and building and fire code consultation

**Travelers Insurance - 1999 to 2006**

Senior Forensic Engineer, Engineering Laboratory from July 1999 to December 2006. Responsible for forensic engineering including fire origin and cause investigation, suppression and water system failure analysis, product examination and testing, expert report generation, expert testimony, case consultation, and risk assessment.

- Performed and evaluated hundreds of fire origin and cause investigations.
- Examined thousands of evidence items, including:
  - Electrical and mechanical products, for example:
    - Gas and electric clothes dryers
    - Kitchen appliances such as gas and electric ranges, microwaves, dishwashers, and coffeemakers
    - Extension cords and power strips
    - Electronics such as televisions, DVD players, computers, printers, video games, stereos
    - Furnaces, boilers, and hot water heaters
    - Air conditioners and refrigerators
  - Residential and commercial electrical systems and components, such as:
    - Electrical service entrance cables and equipment
    - Building wiring and busses
    - Wall switches and receptacles
  - Fire protection systems and components such as piping, alarms and sprinkler heads
  - Vehicles including:
    - Electric cars and Golf carts
    - Automobiles
    - Riding lawnmowers
- Reviews of deposition testimony and expert reports for and against Travelers' insureds.
- Provided affidavits, expert reports, and expert testimony.

**Engineering Planning and Management - 1997 to 1999**

Fire Protection Engineer from May 1997 to July 1999. Provided fire protection engineering consultation to US and Canadian nuclear power plants, commercial/residential property owners, and other engineering firms. Fire protection engineering consultation included fire suppression system design, fire hazards assessments, and building/fire code evaluations. Accomplishments included:

- Analysis of fire detection requirements on the refueling floor of the James A. Fitzpatrick Nuclear Power Plant. Extensive fire modeling was utilized to determine combustible storage limitations such that no damage would occur to plant electrical systems and superstructure in the event of a fire.
- Evaluation of the fire barriers at the Millstone Unit 2 Nuclear Power Plant for compliance with federal regulations.
- Performed an extensive Fire Hazards Analysis for Bruce Nuclear Station, Ontario, Canada. This involved determining the potential for fires and the impact these fires would have on plant electrical systems and the ability of the plant operators to maintain the nuclear reactors in a safe state during a fire event.

- Evaluation of the portable smoke ventilation and roof heat/smoke vents at Indian Point 3 Nuclear Station to determine the adequacy of emergency equipment during and after a fire emergency.
- Fire protection system design and analysis for numerous residential and commercial buildings and nuclear facilities.

**P.R. Sherman, Inc. – 1995 to 1997**

Fire Protection Engineer from February 1995 to May 1997.  Responsibilities included providing fire protection engineering consultation to architects, commercial and residential property owners, and other engineering firms.  Accomplishments included:

- Extensive code research and interpretation of the NFPA National Fire Codes, the model building/fire codes (i.e. BOCA, UBC, SBC), the Americans with Disabilities Act, and various state/local codes, ordinances and amendments throughout the United States and Puerto Rico.
- Compiled summary reports of building and fire code requirements applicable to specific projects for architects.
- Architectural plan reviews for compliance with construction type (height and area), fire barrier, means of egress, and handicapped accessibility requirements.
- Fire protection system design including automatic sprinkler, foam systems, and associated shop drawing reviews for large warehouses, aircraft hangers, tank farms, hospitals, colleges, and office buildings.
- Development of design parameters for smoke control systems in large open areas such as atria.
- Completion of Joint Commission for Accreditation of Healthcare Organizations (JCAHO) Life Safety Code Certifications for several large hospitals which included a comprehensive NFPA Life Safety Code audit of each facility.

**Bytex Corporation – 1990 to 1992**

Manufacturing Engineering Technician from January 1990 to August 1992.  Responsible for various aspects of the manufacturing process of large wide and local area network data switches and associated equipment.  Accomplishments included:

- Designing and fabricating manufacturing test fixtures for large high technology printed circuit boards.
- Responsible for the creation and updating of Manufacturing Process Documentation utilizing Engineering Change Orders (ECOs) to update Bill of Materials (BOMs) and CAD drawings.
- Solving manufacturing problems with printed circuit board production (surface-mount and through-hole components), product enclosures, and airflow/cooling issues.

**Worcester Polytechnic Institute – 1994**

Fall of 1994 - Teaching assistant for Fire Dynamics at Worcester Polytechnic Institute, the fundamental course in the Master of Science degree program for Fire Protection Engineering. Responsibilities included:

- Reviewing video taped lectures and notes for technical accuracy for the Advanced Distance Learning Network before the material was delivered to students in the field.
- Providing input for the course material to be presented during the live lecture portions of the course.
- Instructing and assisting students as well as being responsible for developing and correcting assignments and exams.

**Western Coventry Volunteer Fire Department – 1983 to 1989**

Volunteer Firefighter for Western Coventry Fire Department for approximately six years. Attended numerous hands-on and technical fire and rescue training seminars including:

4/84 – Junior Firefighter – Qualified to Ride Assigned Apparatus
9/84 – Coventry Hazardous Materials Task Force – 24 Hour First Responder Course in Hazardous Materials Handling
4/87 – State of RI, Division of Fire Safety Awards – Completion of Wildlife Firefighting

## CONTINUING EDUCATION

| Year | Course |
|---|---|
| 2006 | Electrical Troubleshooting and Electrical Preventive Maintenance, American Trainco |
| 2004 | Introduction to Fire Dynamics Simulator and Smokeview, Society of Fire Protection Engineers |
| 2004 | Investigating Fires Involving Oil-Fired Furnaces, Connecticut Office of Education and Data Management |
| 2003 | Fire and Materials International Conference and Exhibition, San Francisco, CA |
| 2002 | Fire Investigation Seminar, Travelers Engineering Laboratory |
| 2001 | Investigation of Gas and Electric Appliance Fires, Fire Findings Laboratories |
| 2001 | Investigation of Electrical Fires, Fire Marshal's Certification Program, Connecticut Office of the State Fire Marshal |
| 2000 | National Advanced Fire, Arson, and Explosion Investigation Science and Technology Program, Eastern Kentucky University |
| 1999 | Fire Investigation Seminar, Travelers Engineering Laboratory |
| 1998 | Nelson Firestop Products Training Course, Auburn, MA |
| 1998 | Professional Engineering Review Course, Northeastern University |
| 1998 | New England Fire Sprinkler Technical & Ski Seminar, Sugarloaf, ME |

## PUBLICATIONS AND PRESENTATIONS

- "Development of WPI/Fire 3.0: A Multiroom Model", Worcester Polytechnic Institute, MS Thesis, 1994.
- "Basic Fire Science" presented to Travelers Regional Property Recovery Staff, September 2005.
- "Basic Fire Science" presented to Travelers Regional Property Recovery Staff, September 2006.

## PROFESSIONAL MEMBERSHIPS

- National Fire Protection Association
- Society of Fire Protection Engineers
- National Association of Fire Investigators
- International Association of Arson Investigators

## DEPOSITION AND TRIAL TESTIMONY

- Deposition – Ocean Terrace Condominium Trust v. General Electric Company, Civil Action No. 0510075PB5 in the United States District Court for the District of Massachusetts, August 1, 2006.
- Deposition - Travelers Property Casualty Company of America v. Austin Innovations, Inc.; Powertech and Does 1 through 10 inclusive, Case No. 04CC11269 in the Superior Court of the State of California for the County of Orange, May 3, 2006.
- Deposition - Standard Fire Insurance Co v. Aitoro Appliance Co, ET AL, No. CV 04 0198551 S in the State of Connecticut Superior Court Judicial District of Stamford/Norwalk at Stamford, July 20, 2005 and continued on November 17, 2005.
- Deposition - David Thompson, ET AL v. Whirlpool Corp, ET AL, Civil Action File No. 04-1-7418-42 in the Superior Court of Cobb County in the State of Georgia, June 30, 2005.
- Deposition - Beatrice Minor Personal Rep of the Estate of Thomas R. Simmons v. Robinson Property Management, Inc., ET AL., Civil No 1CA007839 in the Superior Court of the District of Columbia, January 21, 2003.