# W. JOSEPH FALLOWS III

58 Woodland Drive  
Florence, Massachusetts 01062

Office (413) 584-1531  
email joef100@comcast.net

Polymer based product design and commercialization engineer with 30 years of technical marketing and industrial experience. Expertise includes market development, product commercialization, intellectual property development, material selection, property interpretation, part design, concept development, process selection, and failure analysis. Success working for global industrial companies, and small startup businesses as a marketing and technical consultant.

## EMPLOYMENT SUMMARY

**Fallows Associates Plastics Consultants**                       1989 - present  
Principal  
Consultancy focusing on polymer based new product development and commercialization. Also conduct training seminars, engineer-in-residence programs, concept development, material / process selection, and failure analysis. See the attached selected consulting clients.

**Terra Form Incorporated**                                      1991 - 1994  
Managing Partner, Board of Directors  
Terra Form developed, manufactured and marketed products from biodegradable polymers. Developed the first starch based thermoplastic golf tees and other golf accessories. Exported products to Southeast Asia, negotiated Intl. letters of credit, generated product marketing, and packaging for various market sub segments in the U.S. Successfully placed product in Walmart, Kmart and Target stores across the nation. Sold the business to a large golf products distributor.

**General Electric Corporation, Plastics Division**              1980 - 1989  
Marketing Programs Manager -Lighting/Enclosure/Power Distribution  
Application Development Manager - All Markets  
                (*shift from product to market focus*)  
Design Services Manager - NORYL  
Design Services Supervisor - NORYL  
Technical Marketing Design Engineer

**Union Carbide Corporation Carbon Products Division**           1976 - 1980  
Senior Product Engineer – Pyrolitic Ceramics

## EDUCATION

Michigan State University    B.S. Mechanical Engineering                    1976

Other Training:
- GE Technical Management Courses                                           1980 - 1985
- Marketing GE Plastics
- Kepner Tregoe Decision Making
- Interpersonal Communication Skills Development

## PUBLICATIONS

- Plastics Engineering, "Identifying Common Design Initiated Problems with Injection Molded Parts." (Dec 1982 issue)
- Montreal Technical Conference: "Increase Profitability by Identifying Design Initiated Problems."

## PATENTS

- "Fan orifice structure and cover for outside enclosure of an air conditioning system" Patent # 5,066,194 (Nov. 19, 1991)
- "Grille for packaged terminal air conditioner" Patent #5,251,461 (Oct. 12, 1993)
- "Cover for the outside enclosure of an air conditioning system" Patent # 5,294,195 (Mar. 15, 1994)
- "Polymeric heat exchanger with ceramic material insert" Patent #5,623,988 (Apr. 29 1997)

## Selected Consulting Clients

### Kellogg
Developed a Gore-Tex sheet gasket "thermal dam" separating Eggo waffle irons from large aluminum housings. Prototypes have reduced power consumption by 20%, eliminated the need to sand blast carbonized vegetable oil every month from the outside of the housings, and reduced product scrap (due to non uniform heating).

### Travelers Insurance
Determine cause of failure for FluidMaster toilet valve. Successfully defended FluidMaster in $500K subrogation case, against plaintiff's legal team, that included the Materials Science department chair at MIT.

### Hamilton Sundstrand
Select materials, processes, and designed a plastic water collector for Boeing 767 air conditioning systems. Interfaced with resin suppliers, Hamilton Sundstrand Materials Lab, and converters. Final parts had to meet stringent safety, performance and cost requirements.

### Otis Elevator
Concept development through commercialization of all plastic components for a new "floor positioning system" to be retrofit to every elevator ever installed around the world. This included material/ process selection, cost estimates, vendor selection for prototype mold build / processing, compatibility testing, and European vendor selection.

### United Technologies Research Center
Identify polymer research and resource needs of United Technologies divisions. Define skills and types of people necessary to staff a polymers group. Locate, interview and make recommendations to hire individuals to manage and staff the group.

### Warner Lambert
Perform technology Audit of their Switzerland biopolymer facility and personnel. Assess commercial viability of technology, recommend global manufacturing location, and provide subsequent technical support to client base.

### Hoechst Celanese
Created concept development book featuring potential applications for their plastics using new and emerging processes such as gas assist, soluable / melt-able core, two component molding, etc.

### General Electric Plastics
Developed and presented "Technical Integration Course" (three day course for sales, marketing, and technical people). Received highest rating of any technical program ever prepared for, and given to GE personnel.

Carrier Corporation
"Engineer in Residence" program. Based at Carrier design and manufacturing sites; identified product candidates for redesign utilizing engineering plastics for product improvement and cost reduction. Worked with engineering staff to develop and commercialize new polymer designs. Co-authored 4 patents.