6/26/2006  Fallows, Joseph

00001

1            UNITED STATES DISTRICT COURT

2

3            DISTRICT OF MASSACHUSETTS

4      - - - - - - - - - - - - - - - - - -

5    OCEAN TERRACE CONDOMINIUM TRUST

6                    Plaintiff,

7        v.                    Civil Action

8                        No.  05-10075PBS

9    GENERAL   ELECTRIC COMPANY,

10                    Defendant.

11     - - - - - - - - - - - - - - - - -  VOLUME I

12                                PAGES 1-199

13

14            DEPOSITION of W. JOSEPH FALLOWS, III,

15    a witness called by counsel for the Defendant,

16    taken pursuant to Rule 30 of the Federal Rules

17    of Civil Procedure before Lorraine S. Foley,

18    Registered Professional Reporter and Notary

19    Public in and for the Commonwealth of

20    Massachusetts, at the Offices of Curley &

21    Curley, 27 School Street, Boston,

22    Massachusetts, on June 26, 2006, commencing at

23    9:10 a.m.

24



PLAINTIFF'S
EXHIBIT
9

6/26/2006  Fallows, Joseph

```
1    A.   Primarily by phone calls, personal contact,

2         letters.

3    Q.   Other than the letters, do you have any written

4         or digital materials that are descriptive of

5         your business?

6    A.   I have a digital version of a standard letter

7         that would accompany other documentation to a

8         selected client that talks about basically my

9         background, my other business partners who are

10        contractors of me and some of our previous

11        business accomplishments that are selected

12        based on that individual client.

13   Q.   Do you have a website?

14   A.   I do not.

15   Q.   Have you ever had a website?

16   A.   I have not.

17   Q.   How long have you been self-employed?

18   A.   17 and a half years.

19   Q.   And are you the sole employee of your business?

20   A.   Yes, I am.

21   Q.   How much of your contract consulting is related

22        to product design?

23   A.   That will vary from season to season.  Right

24        now, probably 20 percent.
```

10/11/2006  Fallows, Joseph - Continued

```
1    A.    This was on item off of the Internet, talking about

2          the effects of rodent damage, again on wiring.

3    Q.    And that was in 2006?

4    A.    That's when it was printed off.  It was from a

5          running blog, if you will, called Water Spouts of

6          1997, and the date appears in the top left-hand

7          corner.

8    Q.    And the next assembly of documents are a grouping of

9          documents from your file materials as well?

10   A.    Yes, it is.

11   Q.    And for what reason did you group those documents

12         together?

13   A.    These are a series of photographs from the CD of

14         photos produced by Evan Haynes with the

15         identification of various condominium units and air

16         conditioning or sleeve or grille for grommet units.

17         As well, there is an ITW, a Fastex drawing of a

18         grommet, the grommet used by GE.

19   Q.    Currently?

20   A.    Currently.  There is a GE-produced drawing of the

21         same grommet, an installation guide for a J case.

22         That's the same thing.  There's a blown-up section

23         in color of the Fastex on-line drawing.  There's a

24         General Electric drawing of a J clip used to hold
```

10/11/2006  Fallows, Joseph - Continued

```
1            the grille at the top of the J case and some

2            photographs of grilles.

3                    The first photograph is of Unit 1J with a

4            deteriorated grommet and the grille still in place.

5            The second photograph is after Evan Haynes had

6            removed the grille before they took the grille

7            sleeve and air conditioner out of the building.

8    Q.      Did you review the --

9                    MR. CURLEY:  Oh, let's have that group of

10           documents marked as the next exhibit, please.

11                   (Exhibit No. 324 marked for

12           identification.)

13   Q.      Did you review the installation instructions?

14   A.      Yes, I did.

15   Q.      And were they of significance to you?

16   A.      It clarifies my understanding already gained from

17           looking at 1J as to how the grille is supposed to go

18           on.

19   Q.      Did you understand that there were installation

20           activities to be performed when the wall sleeve was

21           installed for the grille?

22   A.      It appears looking at that guide as though you would

23           put a wire through the grille to support the grille

24           if you had to attach grommets to it.
```

10/11/2006  Fallows, Joseph - Continued

```
1              was a whole new assembly, a whole new package.
2                   MR. FALK:  Okay.  But again, you're
3              crossing.  Just for the -- I have my time to go.  Go
4              ahead, Counsel.  I've got my time.
5         Q.   I guess I just want to know why you made that
6              assumption.  Was it based on anything?  Just a
7              thought that flashed through your mind that wasn't
8              based on anything in particular?
9         A.   I believe as I was reading through this report,
10             that's the mind-set I had at that moment, just
11             reading and typing, reading and typing.
12        Q.   Now, on the next page, on Page 5 -- with your notes
13             on Page 5, you talk about a thought that wiggling
14             the 3/16-by-5/16 grommet around the hole via
15             vibration or twisting would make a bigger footprint.
16                  It is your understanding that the grommet
17             would wiggle or twist in the hole?
18        A.   I'd like to reread that.
19                  (Pause)
20        A.   When I read that, I wanted to look at the photos to
21             see if it was truly a square or if there was
22             vibration there that would result in somewhat of a
23             circular but bigger pattern.
24        Q.   Is that because you thought that there would be
```

10/11/2006  Fallows, Joseph - Continued

1           twisting or wiggling in the hole?

2    A.    No.  I merely wanted to see if there were

3          impressions or evidence that it looked like it had

4          moved or rotated.

5    Q.    And have you done that?

6    A.    Yes.

7    Q.    And what did you determine?

8    A.    It does not appear as though it rotated at all.

9          It's a very crisp rectangular footprint.

10   Q.    Is it now your understanding or assumption that

11         grommets for Unit 3A had secured the same screen for

12         31 years?

13   A.    It is my understanding that the grommets on 3A

14         secured the original grille or screen for almost 31

15         years.

16   Q.    On your comments from Page 7, on the second page of

17         your comments from Page 7, you make a statement that

18         every other grommet in the building was supplied by

19         GE.  On what did you base that statement?

20   A.    I know from the circumstantial evidence that the

21         grommets in -- excuse me -- in 2M, 1J, and 3A were

22         all supplied by GE.  Furthermore, they were pre-1975

23         design.  It is reasonable for me to conclude they

24         were installed when the building was put in in 1971.

10/11/2006  Fallows, Joseph - Continued

```
 1                    It is reasonable for me to conclude that
 2              the grommets that are on 1J and 2M which look
 3              exactly like each other and are both falling apart
 4              were original grommets.
 5                    I am concluding that because those
 6              grommets look extremely deteriorated and are falling
 7              apart as are other grommets that I've seen on other
 8              parts of that building, other exterior photographs,
 9              and the grilles look the same that they are all
10              original or at least GE grommets with the exception
11              of photos where we've seen the new style grommet.
12    Q.        So there were some rear sleeves that had new style
13              grommets on them?
14    A.        We have a photograph of that.
15    Q.        Are you aware of anybody that looked at every single
16              grommet in the building?
17    A.        I'm not aware of anybody looking at every single
18              grommet.
19    Q.        And you have not done that?
20    A.        I've not.
21    Q.        You've never been to the building actually?
22    A.        No.  I've been looking at the photographs and the
23              exemplar parts brought in.
24    Q.        Is it your understanding that the wall sleeve and
```

10/11/2006  Fallows, Joseph - Continued

1          rating, and they were all either filled with UV

2          stabilizer carbon black or in one case, there was a

3          variant that was a Nylon 12.  That's not really like

4          nylon as we would call it.  It's known as

5          transparent nylon, very expensive.  You can see the

6          summary of that search on the last two pages which

7          are a spreadsheet.

8     Q.   Okay.  Is that your spreadsheet?

9     A.   Yes, it is.  I methodically called each company and

10         went through each grade and asked them, okay.  This

11         is F-1 rated, what is it?

12              MR. CURLEY:  Can I have this group of

13         documents marked as the next.

14              (Exhibit No. 328 marked for

15         identification.)

16    Q.   And what is Exhibit 328?

17    A.   These are the historical versions of 746 and 484

18         that I received at UL -- excuse me -- that I

19         received at Travelers' labs on Monday.

20    Q.   Monday of this week?

21    A.   Yes.

22    Q.   And you were only given one substantive page from an

23         older fourth edition of UL 484?

24    A.   No.  I drove to Travelers' labs and looked at UL 484

10/11/2006  Fallows, Joseph - Continued

1          actually at this time.

2                    MR. CURLEY:  Well, why don't you go ahead

3          and ask a few questions then.

4                    MR. FALK:  And that might clarify some

5          things.

6                    MR. CURLEY:  And we'll see where we are

7          after that.

8                    MR. FALK:  Okay.

9          EXAMINATION BY MR. FALK:

10    Q.   Mr. Fallows, earlier in your deposition, counsel for

11         General Electric asked you this question and you

12         gave this answer.  Are you aware --

13                    MR. CURLEY:  Page and line?

14                    MR. FALK:  Yes.  Page 46, line 22.

15    Q.   Are you aware of any evidence concerning whether

16         there was an air conditioner installed in Apartment

17         3A in 1971 or not?  Answer:  I am not.

18                    Again, counsel for General Electric asked

19         you this question:  Are you aware of any evidence

20         concerning whether there was an air conditioner

21         installed in Apartment 3A in 1971 or not?  Answer:

22         I am not.

23                    Can you explain that answer, please?

24    A.   That's not a full complete answer.  I have

1      circumstantial evidence that the air-conditioning

2      sleeves in 3A and 2M and 1J were all installed

3      before 1985 and, in fact, before 1975.  They are

4      1975 previous design.

5              It is reasonable to conclude that it was

6      in 1971, that manufacturer, that was installed in

7      that building at the time it was constructed.  I do

8      have that knowledge that it was an original sleeve.

9  Q.   So when counsel for General Electric asked you the

10     question regarding whether you were aware of any

11     evidence, did you take that as meaning any direct

12     evidence as if there was a person there at the time

13     or there was some sort of eyewitness?  Did you

14     confuse direct evidence with clues or circumstantial

15     evidence?

16             MR. CURLEY:  Objection.

17  A.   Absolutely.

18  Q.   Okay.  Explain that, would you?

19             MR. CURLEY:  Objection.

20  A.   When I heard the question, I was immediately

21     thinking in terms of or the context of do I have

22     blueprints?  Do I have a tie-in with installation,

23     timing at the assembly or the construction of that

24     building.  I do not have that.  I do not have any of

10/11/2006  Fallows, Joseph - Continued

1       that kind of evidence.

2   Q.  Okay.  Were you aware that we asked in discovery of

3       General Electric to provide documents to us with

4       respect to this particular sleeve and grille?  Were

5       you aware of that?

6               MR. CURLEY:  Objection.

7   A.  Yes, I was.

8   Q.  Did you ever see any documents that GE produced that

9       specifically details the sleeve and grille assembly,

10      parts list, blueprints, and things of that nature?

11              MR. CURLEY:  Objection.

12  Q.  Did you see any of those documents?

13              MR. CURLEY:  Objection.

14  A.  I have seen some of these documents.

15  Q.  Counsel for GE asked you this question and you gave

16      this answer:  Are you aware of any evidence

17      concerning the installation of any wall sleeve,

18      grille, or associated hardware for Apartment 3A in

19      1971?  Answer:  I am not.

20              Again, counsel for GE asked you:  Are you

21      aware of any evidence concerning the installation of

22      any wall sleeve, grille, or associated hardware for

23      Apartment 3A in 1971?  Answer:  I am not.

24              Can you explain that answer?

10/11/2006  Fallows, Joseph - Continued

```
 1                    MR. CURLEY:  Objection.
 2      A.    Again, I was misguided in the word evidence.  I was
 3            thinking along the lines of specific evidence from
 4            that particular sleeve.  However, I do have
 5            circumstantial evidence that allows me to conclude
 6            that it was, that is I have the knowledge already
 7            that those are original sleeves as I previously
 8            discussed.  I have grommets from 2M and 1J from
 9            which we took an exemplar from 2M, took measurements
10            of it, determined what the material fabrication was.
11                    The grommets from 2M and 1J look
12            identical.  Furthermore, the footprint or the
13            dimension of the rectangular base of the grommets in
14            2M and 1J match the footprints or the witness mark
15            shadow, if you will, on the sleeve in 3A.  I see one
16            crisp shadow.  I don't see different shadows
17            overlapping.
18                    It is reasonable for me to conclude that
19            had the same grommet, screw, grille assembly that
20            the other two sleeves had.
21      Q.    Okay.  And you say that later on in your earlier
22            part of your deposition.  That's why I'm asking you
23            these questions, in order to try to clear up what I
24            saw was a discrepancy in some of your testimony.
```

277

10/11/2006  Fallows, Joseph - Continued

```
 1                    MR. CURLEY:  Object to the preamble.

 2     Q.   Let me go on.  A question was asked of you by

 3          counsel for General Electric, and this answer was

 4          given.  Did you identify any information concerning

 5          the manner of installation of the wall sleeve, the

 6          grille, and any associated hardware or fasteners in

 7          1971?  Answer:  I did not.

 8                    Can you explain that answer?

 9     A.   When I gave that answer, I'm thinking do I have an

10          installation and assembly drawing, a procedures

11          manual from General Electric from that time frame.

12          I do not.

13                    MR. CURLEY:  Objection to the question.

14     A.   However, I can reasonably conclude since I have a

15          full unit in 1J that is still holding the grille on

16          albeit barely, but holding the grille on, that this

17          is an original grille grommet screw and sleeve

18          assembly.  And I can conclude reasonably that it was

19          assembled the same way, the same grommet, the same

20          grille.

21     Q.   Counsel for General Electric also went on to ask

22          you, in a kind of leading manner, but he says:  And

23          other than making an assumption, you're not aware of

24          evidence that in fact a GE grille was installed on
```

10/11/2006  Fallows, Joseph - Continued

1          the wall sleeve for Unit 3A, are you?  Answer:  I am
2          not aware, other than the fact that I have been told
3          that GE air conditioners were installed.
4                    Can you explain that answer?
5                    MR. CURLEY:  Objection.
6     A.   Yes.  Again, I was thinking in terms of evidence,
7          some kind of a 1971 era, a piece of documentation,
8          drawing, what have you, of the grille in place.  But
9          it's still a reasonable conclusion as I've just
10         explained that the grille on 1J, an original grille
11         would be the same grille attached to 3A.
12    Q.   Okay.  Counsel for General Electric also asked you:
13         Now, other than making an assumption, do you have
14         any evidence of what fasteners were used with the
15         wall sleeve in Unit 3A in 1971?  Answer:  I do not
16         have any evidence of what fasteners were used.
17                   Can you explain that answer in light of
18         your other testimony, your conclusions in this case?
19    A.   Yes.
20                   MR. CURLEY:  Objection.  Can you give me
21         the page and line of where you are now?
22                   MR. FALK:  I can.  Page 50, line 4.  Do
23         you need the court reporter to -- could you please
24         repeat my question.

10/11/2006  Fallows, Joseph - Continued

1              (Question read)

2    Q.   Counsel for General Electric asked you the question:

3         Now, other than making an assumption, do you have

4         any evidence of what fasteners were used with the

5         wall sleeve in Unit 3A in 1971?  You answer:  I do

6         not have any evidence of what fasteners were used.

7              Can you explain that answer?

8              MR. CURLEY:  I object.  And I think you

9         read the answer correctly, but the transcript

10        doesn't read there.  I'm sorry.  I withdraw that.

11        I'm getting tired too.  I apologize.  You did read

12        it right, and I apologize for interrupting you.  And

13        if Mr. Fallows looks at my copy of the transcript

14        and just read that question and answer to himself,

15        let's -- he can then go ahead and answer.

16             MR. FALK:  He doesn't need to do that.

17   A.   I appreciate that.

18   Q.   Now, the question for General Electric:  Now, other

19        than making an assumption, do you have any evidence

20        of what fasteners were used with the wall sleeve in

21        Unit 3A in 1971?  Answer:  I do not have any

22        evidence of what fasteners were used.

23             Can you explain that answer?

24             MR. CURLEY:  Objection.

10/11/2006  Fallows, Joseph - Continued

1    A.    Yes.  I was thinking in terms of specific evidence

2          in prints and drawings in the document or whatever

3          it looked like.  But I reasonably conclude that it

4          looked exactly like the fasteners on 2M and 1J for

5          reasons previously discussed.  The grommet and screw

6          combinations in 2M and 1J are extremely

7          deteriorating, extremely old, had the same

8          footprints or same dimensions as the shadow mark on

9          the sleeve of 3A.

10   Q.    I see.  So you were -- did you have some confusion

11         between some sort of direct evidence and some sort

12         of circumstantial evidence as a grounding for your

13         opinions in this case?  Is that what you are

14         confused about when these questions were asked?

15               MR. CURLEY:  Objection.

16   A.    You'll find this over and over again in each

17         question.  When the word evidence or knowledge is

18         used, I'm thinking in terms of personal knowledge,

19         specific evidence.

20   Q.    Okay.  Counsel for General Electric also asked you:

21         Other than making an assumption, do you have any

22         evidence as to whether any screws were put in

23         straight or crooked or torqued too much or torqued

24         too little in 1971?  Your answer is:  No, I do not.

10/11/2006 Fallows, Joseph - Continued

1                    Can you explain that answer?

2                    MR. CURLEY:  Objection.

3    A.    Again, while I have no specific evidence, I

4          certainly have circumstantial evidence in 2M and 1J.

5          I know what the screw and grommet assembly looks

6          like, at least what's remaining of it.  It's

7          virtually impossible to misinstall a screw, a

8          driving screw at an angle.  They're self lead-in

9          grommets.

10   Q.    Okay.  Did the length of time that the grommets held

11         in Unit 3A play a part in your conclusions in this

12         case?

13                   MR. CURLEY:  Objection.

14   A.    If these screws were misinstalled in some way or

15         perhaps over torqued or perhaps too long, they would

16         not have lasted for the 31 years we see in 2M and

17         1J.  They would have failed much earlier.

18   Q.    Now, counsel asked you as to whether you could draw

19         a picture of the complete design of the plastic

20         piece --

21                   MR. CURLEY:  Where are you now?

22   Q.    -- used by General Electric in 1971.  And he asked

23         you this question on Page 53, line 16.  Question:

24         Now, would you be able to draw a picture of the

10/11/2006  Fallows, Joseph - Continued

```
1           complete design of the plastic piece, a part of that
2           was used in 1971?  Answer:  I would not.
3                     Can you explain that answer?
4                     MR. CURLEY:  Objection.
5    A.     While I cannot draw a complete picture of exactly
6           what it looked like, the base of the grommets that
7           still exist in 2M and 1J would be the same on 3A,
8           they look remarkably like the base of the current
9           grommet, except a little smaller.  I would have no
10          problem making the connection between a slightly
11          larger base and the same functional cap to hold the
12          screen against the sleeve and some kind of a snap
13          fit.
14   Q.     Okay.  Counsel for GE asked you this question on
15          Page 54, line 6.  And you give this answer.
16          Question:  And actually, do you know whether that
17          plastic part that was used in 1971 was a screw
18          grommet or not?  Answer:  I do not.
19                    Can you explain that answer?
20                    MR. CURLEY:  Objection.
21   A.     While I can't know, no personal knowledge, I wasn't
22          there at the time, as I've already said, I believe
23          that to be an original sleeve like 2M and 1J.  I
24          believe the grommet that we see on 2M and 1J are
```

283

10/11/2006  Fallows, Joseph - Continued

1              exactly the same fasteners as used on 3A.

2     Q.      Counsel for GE asked this question on Page 56, line

3              23.  It goes over to Page 57.  Counsel asks:  Do you

4              have any knowledge as to how the plastic parts and

5              any screw combined with the wall case and the rear

6              grille to hold the rear grille on in 1971?  Answer:

7              I do not.

8                      Can you explain that answer?

9                      MR. CURLEY:  Objection.

10    A.      Again, personal knowledge was what I was

11             interpreting.  I do not have personal knowledge.  I

12             wasn't there.  However, I can conclude from the

13             circumstantial evidence that it was assembled just

14             like 2M and 1J.

15    Q.      Counsel for GE also asked you this question on Page

16             60, line 22:  All right.  Now, with respect to what

17             other fasteners were used in Apartment 3A which you

18             have no personal knowledge of and no evidence of;

19             correct?  Answer:  That is correct.

20                     Can you explain that answer?

21                     MR. CURLEY:  Objection.

22    A.      Yes.  I was thinking specific evidence, but I

23             certainly do have circumstantial evidence of the

24             fasteners that exist on 2M and 1J.

10/11/2006  Fallows, Joseph - Continued

1    Q.    Counsel goes on on Page 61, line 3 to ask you this
2          question, you give this answer:  You have no
3          knowledge as to whether they were ever physically
4          abused in any way?  A;  I have no information to
5          that extent.
6                Can you explain that answer?
7                MR. CURLEY:  Objection.
8    A.    While I don't have specific evidence of them being
9          abused, it is reasonable to conclude they were not
10         abused.  The grommets and screws on 2M and 1J look
11         very deteriorated, about to fall apart, and they
12         were the same grommet and screw assembly as used on
13         3A.  3A existed right up until six months before the
14         fire, so we have reason to believe it lasted 29,
15         30 -- 30 years.  It would have fallen apart a lot
16         earlier if it had been abused.
17   Q.    Did the fact that this condominium building that
18         people lived in started to suffer from these grilles
19         falling off, notices going out about the grilles
20         falling off in the general time frame of this
21         particular fire, did that play a part in your
22         conclusions in this case?
23                MR. CURLEY:  Objection.
24   A.    Yes.

10/11/2006  Fallows, Joseph - Continued

1    Q.   How so?

2    A.   Those grilles should not be falling off as long as

3         that sleeve, grille, and fastener assembly is

4         supposed to be an enclosure for a working and

5         functioning air conditioner and it is known that you

6         will replace the air conditioner.  That sleeve is

7         attached to the building.  It's got to stay there

8         until it rusts apart or until the building falls

9         down.  There's been no discussion of how many air

10        conditioners a sleeve is supposed to protect.

11   Q.   Sir, now, counsel for General Electric also asked

12        you this question, Page 61, line 6, and you gave

13        this answer:  And you have no knowledge as to

14        whether they were improperly installed in any way?

15        Answer:  That is correct.

16             Can you explain that answer?

17             MR. CURLEY:  Objection.

18   A.   I believe that was with respect to the grommet and

19        the screw.  There's really no way to misinstall it.

20        There's one way to assemble it, one way to put the

21        screw in.  If there was some way to misinstall it,

22        again, you would except these things to be falling

23        apart far earlier than 31 years.

24   Q.   You were asked this question by counsel for GE on

10/11/2006  Fallows, Joseph - Continued

```
1           Page 61, line 13, and you gave this answer.
2           Question:  You cannot rule out physical abuse for
3           whatever reason the hardware became missing or
4           failed?  Answer:  I cannot.
5                  Can you explain that answer?
6                  MR. CURLEY:  Objection.
7      Q.   In light of your testimony, can you explain that
8           answer?
9                  MR. CURLEY:  Objection.
10     Q.   Again, let me repeat the question:  You cannot rule
11          out physical abuse for whatever reason the hardware
12          became missing or failed?  Answer:  I cannot.
13                 Can you explain that answer?
14                 MR. CURLEY:  Objection.
15     A.   Well, I cannot rule out physical abuse.  It doesn't
16          seem reasonable.  It's not logical.  If these things
17          were abused, they would have fallen apart long
18          before 31 years.  We see no indications of abuse on
19          2M, on 1J.  I have every reason to believe that 3A
20          was just like 2M and 1J.
21     Q.   And you know, that's why I was confused about some
22          of these questions because later, you explain in a
23          little more detail with respect to your deposition.
24          But I just have a couple of more.
```

10/11/2006  Fallows, Joseph - Continued

```
1                    MR. CURLEY:  Object to the preamble.
2     Q.   Page 61, line 19:  You don't know whether anyone
3          ever applied any kind of chemical or other
4          contaminant to those parts, do you?  Answer:  I do
5          not.
6                    Can you explain that answer?
7                    MR. CURLEY:  Objection.
8     A.   I was thinking again in terms of personal knowledge
9          as previously discussed, and while I was not there,
10         I have no personal knowledge.  It is reasonable to
11         conclude that nobody put chemicals on these things.
12         We see no chemicals or the effects of chemical
13         attack on 2M or 1J.  It's not reasonable that
14         someone would be running around to different units,
15         namely 3A, 2M, and 1J, applying aggressive chemicals
16         to these grommets.  Furthermore, nylon happens to be
17         very resistant to chemicals.
18    Q.   On Page 100, line 22, counsel for GE asked you this
19         question:  You cannot rule out some form of
20         replacement of the grommet in the life of the wall
21         sleeve in the exterior grille; isn't that right?
22         Your answer is:  That is correct.
23                   Can you explain that answer?
24                   MR. CURLEY:  Objection.
```

10/11/2006  Fallows, Joseph - Continued

1   A.   In reflection, that is just an incorrect response.

2        I know from the witness mark or shadow mark which is

3        the footprint of the grommet used on 3A that there

4        was only one grommet ever used, otherwise I would

5        see multiple overlaying shadow marks.  I do not see

6        that.  I see one that corresponds with the

7        dimensions of the grommets in 2M and 1J.

8             MR. FALK:  May I have the exhibits

9        please, Counsel?  Thank you.

10  Q.   Do you recall, Mr. Fallows, taking a look at Exhibit

11       No. 324 and in particular, the installation

12       instruction contained within 324 for the grille

13       assembly, do you recall looking at that?

14  A.   Yes, I do.

15  Q.   And counsel for GE asked you a general question

16       about what your understanding would be concerning

17       whether or not the grille would come attached to the

18       case or whether it would have to be installed by the

19       consumer.  Do you remember that question?

20  A.   Yes.

21  Q.   Do you know when or the date of this particular

22       installation instruction?

23  A.   I don't recall the date of that instruction.

24  Q.   You do not know when this installation instruction

10/11/2006  Fallows, Joseph - Continued

1          which is part of Exhibit 324 was published?

2     A.   I do not.

3     Q.   Given the fact that GE has indicated that it doesn't

4          have any documents related to the grille and case

5          assembly for 1971, would it be reasonable to

6          conclude that this installation instruction does not

7          apply to the 1971 case and grille?

8               MR. CURLEY:  Objection.

9     A.   I have nothing to lead me that it does apply or

10         doesn't apply.

11    Q.   In fact, because we did not get documents from GE,

12         we just don't know whether or not the cases came

13         with the grilles attached in 1971 on the Ocean

14         Terrace project, do we?

15              MR. CURLEY:  Objection.

16    A.   I don't.  I do know however that today they are

17         supplied with the grille and the grommet attached.

18    Q.   Okay.  So when counsel asked you the question, Is it

19         your understanding without putting a time frame on

20         it that the grille would be attached to the case,

21         you weren't suggesting that the grille -- you

22         thought the grille was attached to the case or not

23         attached to the case in 1971; right?

24              MR. CURLEY:  Objection.

10/11/2006  Fallows, Joseph - Continued

1    A.    I have no way of knowing.

2    Q.    Okay.  I just wanted to clear that up.

3              MR. FALK:  Okay.  I have no further

4          questions.

5          REEXAMINATION BY MR. CURLEY:

6    Q.    Mr. Fallows, do you have any understanding as to

7          whether wall sleeves are sold separately from

8          air conditioners?

9    A.    Yes.

10   Q.    And what is your understanding in that regard?

11   A.    It's my understanding that wall sleeves were sold

12         for a commercial building or to a contractor first

13         and without the air conditioner, and the building is

14         assembled, built, and sleeves installed.  And when

15         it's ready for occupancy, the air conditioners are

16         put in last.

17   Q.    And is it your understanding that that has been a

18         practice for suppliers of air-conditioner wall

19         sleeves for through-the-wall air-conditioning units,

20         including GE, from the 1970s up to the present time?

21   A.    That's my understanding that that's the way it is

22         done.

23   Q.    Do you have any understanding as to --

24             MR. FALK:  One second.  He said from

10/11/2006  Fallows, Joseph - Continued

1         1971.  Do you have -- that's what I --

2                    MR. CURLEY:  Wait a minute.  Can I -- I

3         mean, you've had your shot.  Can I ask my question?

4                    MR. FALK:  I'll have my shot again.  I

5         mean --

6                    MR. CURLEY:  Please.

7                    MR. FALK:  Okay.  I'm just confused

8         because we asked for those documents from GE.  We

9         haven't gotten them.  And then now you're asking my

10        witness what his understanding is.  And I think it's

11        a little bit ironic.  But I apologize for this

12        interruption.

13                   MR. CURLEY:  I object to the speeches

14        again, but --

15   Q.   Do you have any understanding as to when a wall

16        sleeve is sold separate from an air-conditioning

17        unit for an installation into a building as to

18        whether there was anything that was in front of the

19        grille when it was initially installed at any time

20        period?

21   A.   I don't know what you mean when you say in front of

22        the grille.  Could you rephrase that?

23   Q.   Well, for example, do you have any understanding of

24        whether any materials were in front of the grille to

10/11/2006  Fallows, Joseph - Continued

```
1          prevent weather intrusion into a condo unit or an

2          apartment when the sleeve alone was installed?

3    A.    I do not.

4    Q.    You indicated that the grommets that you understood

5          were used back in 1971 had a smaller base than

6          what's presently used; is that right?

7    A.    I think you misunderstood me.

8    Q.    I think that's the way the testimony reads.  And I

9          just want to make sure whether that is your

10         understanding or not.

11   A.    The 1971 era grommets are slightly larger than

12         today's post-1975 design.

13   Q.    Have you quantified that difference at all?

14   A.    Yes.  In fact, the dimensions are printed in

15         Moalli's opinion.

16   Q.    And did the screw size change between 1971 and the

17         present time?

18   A.    I don't know if the screw size changed, but it

19         wouldn't matter.  There's no reason to ever remove a

20         grille.  The grommet and screw would always be

21         there.

22   Q.    Have you ever seen a grille installed?

23   A.    I have seen grilles installed at Carrier when I was

24         designing a new replacement grille.
```

10/11/2006  Fallows, Joseph - Continued

1    Q.    Have you ever seen a GE grille installed?

2    A.    I have not.

3    Q.    Have you ever seen a GE wall sleeve installed?

4    A.    I have not.

5                    MR. CURLEY:  I have no other questions.

6                    MR. FALK:  I have nothing further.

7                    (Deposition concluded at 5:25 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24