**CLAIM FILE #C5N4424**  May 15, 2006
**LAB ORDER #02-06-024**



Photo 1 Construction of mansard at side-by-side decks (Foote, R2/N22)



Photo 2 Building electrical distribution/laundry room (RB/N30)

CLAIM FILE #C5N4424  May 15, 2006
LAB ORDER #02-06-024



Photo 3 Main circuit breaker for the building (Sarcione, AUT_0036.jpg)



Photo 4 Supply up from below at 3A distribution sub panel (RG/N4)

Page 11 of 57

CLAIM FILE #C5N4424　　　　　　　　　　　　　　　　　　　　　May 15, 2006
LAB ORDER #02-06-024



**Photo 5 Overview of 3A distribution sub panel (RG/N3)**



**Photo 6 Top of 3A distribution sub panel (RG/N2)**

CLAIM FILE #C5N4424    May 15, 2006
LAB ORDER #02-06-024



Photo 7 Backside of 3A distribution sub panel and branch circuits viewed from kitchen (RH/N32)