**CLAIM FILE #C5N4424**                                                    **May 15, 2006**
**LAB ORDER #02-06-024**



**Photo 22 Left side of 3A A/C core (RM/N25)**



**Photo 23 Right side of 3A A/C core (RM/N24)**

**CLAIM FILE #C5N4424**                                              **May 15, 2006**
**LAB ORDER #02-06-024**



**Photo 24 Front (interior side) of 3A A/C core (RM/N23)**



**Photo 25 Wires at top of 3A compressor (RM/N18)**

**CLAIM FILE #C5N4424**                                   **May 15, 2006**
**LAB ORDER #02-06-024**



**Photo 26 End of wire marked No. 1 from the 3A compressor (RM/N17)**



**Photo 27 End of wire marked No. 2 from the 3A compressor (RM/N15)**

**CLAIM FILE #C5N4424**                                    **May 15, 2006**
**LAB ORDER #02-06-024**



**Photo 28 Inside base of 3A A/C core with compressor wires, motor wires, and mass (RM/N19)**