CLAIM FILE #C5N4424  
LAB ORDER #02-06-024

May 15, 2006



**Photo 29 Left side of 3A A/C unit with mass removed (RM/N13)**



**Photo 30 Inside base of 3A A/C unit with mass removed (RM/N14)**

CLAIM FILE #C5N4424  May 15, 2006
LAB ORDER #02-06-024



**Photo 31 Close-up of compressor wire from the control panel stuck in mass (RM/N10)**



**Photo 32 Wire '4' stuck in mass (RM/N1)**

**CLAIM FILE #C5N4424**  
**LAB ORDER #02-06-024**  
May 15, 2006



Photo 33 End of Wire '1' compared with chewed end of pink wire on 2M unit (3/1/06 LE, P3015696.jpg)

CLAIM FILE #C5N4424  May 15, 2006
LAB ORDER #02-06-024



Photo 34 End of Wire '2' compared with chewed end of pink wire on 2M unit (3/1/06 LE, P3015699.jpg)