CLAIM FILE #C5N4424                              May 15, 2006
LAB ORDER #02-06-024



**Photo 56 Base of 2M A/C Core (RF/N10)**



**Photo 57 1J A/C unit (RK/N20)**

CLAIM FILE #C5N4424  May 15, 2006
LAB ORDER #02-06-024



**Photo 58 Inside of sleeve of 1J A/C unit (RK/N18)**



**Photo 59 Bottom left inside screw for exterior grille of 1J A/C unit (RK/N17)**

CLAIM FILE #C5N4424  
LAB ORDER #02-06-024

May 15, 2006



**Photo 60 Bottom right inside screw for exterior grille of 1J A/C unit (RK/N16)**

CLAIM FILE #C5N4424  May 15, 2006
LAB ORDER #02-06-024



**Photo 61 Top right inside of exterior grille of 1J A/C unit (RK/N15)**



**Photo 62 Top left inside of exterior grille of 1J A/C unit (RK/N14)**