CLAIM FILE #C5N4424                                     May 15, 2006
LAB ORDER #02-06-024



Photo 63 Exterior of 1J A/C unit (RL/N33)



Photo 64 Left exterior grille clip (RL/N32)

CLAIM FILE #C5N4424                                              May 15, 2006
LAB ORDER #02-06-024



**Photo 65 Right exterior grille clip (RL/N30)**

CLAIM FILE #C5N4424
LAB ORDER #02-06-024

May 15, 2006



**Photo 66 Overview of wire routing in rear compartment of 1J unit (3/1/06 LE, P3015722.jpg)**

CLAIM FILE #C5N4424                                          May 15, 2006
LAB ORDER #02-06-024



Photo 67 Compressor and fan motor wiring on left side of 1J unit (3/1/06 LE, P3015719.jpg)

CLAIM FILE #C5N4424                                      May 15, 2006
LAB ORDER #02-06-024



Photo 68 Compressor and fan motor wiring on left side of 1J unit (3/1/06 LE, P3015718.jpg)