CLAIM FILE #C5N4424　　　　　　　　　　　　　　　　　　May 15, 2006
LAB ORDER #02-06-024



Photo 69 Pink, tan and orange wires at compressor of 1J unit (3/1/06 LE, P3015714.jpg)



Photo 70 Pink, tan and orange compressor wires (3/1/06 LE, P3015715.jpg)

CLAIM FILE #C5N4424                                              May 15, 2006
LAB ORDER #02-06-024



Photo 71 Pink, tan and orange compressor wires (3/1/06 LE, P3015716.jpg)



Photo 72 Pink, tan and orange compressor wires (3/1/06 LE, P3015717.jpg)

CLAIM FILE #C5N4424　　　　　　　　　　　　　　　　　　　　May 15, 2006
LAB ORDER #02-06-024



**Photo 73 Exterior of Jappah apartment (Photoweb LRD2280001_24.jpg)**



**Photo 74 Exterior of Jappah A/C unit (Photoweb LRD2280001_14.jpg)**

CLAIM FILE #C5N4424                                                      May 15, 2006
LAB ORDER #02-06-024



**Photo 75 Interior of Jappah apartment (Photoweb LRD2280001_5.jpg)**



**Photo 76 Interior view of the Jappah A/C unit (Photoweb LRD2280001_18.jpg)**