CLAIM FILE #C5N4424  May 15, 2006
LAB ORDER #02-06-024



**Photo 77 Left side of Jappah A/C with nesting materials inside unit (11/11/02 JE, RA/N18)**

CLAIM FILE #C5N4424　　　　　　　　　　　　　　　　　　　　May 15, 2006
LAB ORDER #02-06-024



Photo 78 Overview of motor stator from Jappah A/C unit (11/11/02 JE, RB/N28)



Photo 79 Electrical activity on Jappah motor windings (11/11/02 JE, RB/N12)





