Appendix B

Testimony History for Scott A. Jones, P.E., C.F.E.I.

- 18 of 18 -

Scott Jones, P.E.
Testimony Experience

*Boldface for party represented*

| Date | Project No. | Venue (County) | Case | Attorney | Type |
|---|---|---|---|---|---|
| 1/16/2001 | 94509-80194 | Hamilton Co., OH | Liberty Mutual v **Bill Wilkes & Ted Jones** and Cincinnati Insurance Company | Dennis W. Van Houten, Esq. | Deposition |
| 11/8/2000 | 94506-00314 | Cuyahoga Co., OH | Allstate Insurance Company v. **General Electric** | Dave Chernosky, Esq. | Deposition |
| 10/4/2002 | 94506-20101 | Shelby Co., TN | **KLLM Transport Services** v. Freightliner, LLC and Empire Truck Sales | David Dunbar, Esq. | Deposition |
| 12/3/2002 | 94506-20061 | Fayette Co., KY | Ronald D. Perry v. **Jackson Enterprises** | William Tooms, Esq. | Trial |
| 5/29-30/03 | 94506-20109 | Ashland, KY | Texas Road House v. **A-1-A Electric** | Cathy Hughes, Esq. | Deposition |
| 6/30/03 | 94506-10090 | Floyd Co., IN | Cotton States v. **Jim Walter Homes** | David Cornelius, Esq. | Deposition |
| 7/1/2003 | 94506-10066 | Clark Co., IN | Murphy v. **GuideOne and Thomas** | Jeffery Oberlies, Esq. | Deposition |
| 10/29/03 | 94506-20099 | Rochester, NY | NAS Quick Signs, Inc./**Labrador Building Systems** | Daniel Coffey, Esq. | Arbitration |
| 10/31/03 | 94506-10222 | Coles Co., IL | Ohio Casualty v. **Deere & Co.** | Anthony Morrone, Esq. | Deposition |
| 11/3/03 | 94506-20068 | Madison Co., AL | Capital Investors Property Group, Inc. v. **Three Springs, Inc.** | David Allred, Esq. | Deposition |
| 11/24/03 | 94506-00311 | Cook Co., IL | Janco Composites, Inc. v. **Acra Electric Corporation** | Robert Gilmartin, Esq. | Deposition |
| 11/26/03 | 94506-30302 | Fayette Co., KY | Maggard v. **Johnson Controls, Inc.** | Patrick Moores, Esq. | Deposition |
| 4/27/04 | 94506-40060 | Cook Co., IL | State Farm v. **Voegtle's Auto Service, Inc.** | Michael P. Stanczak | Deposition |
| 7/29/04 | 94506-30160 | Fayette Co., KY | Louisville/Jefferson County Metro v. **Sterling Truck Corporation/Freightliner, LLC** | B. Frank Radmacher, III | Deposition |
| 8/25/04 | 94506-10222 | Coles Co., IL | Ohio Casualty v. **Deere & Co.** | Anthony Morrone, Esq. | Re-Deposition |
| 12/13/04 | 94506-00237 | Shelby Co., TN | Ivan & Elaine Rugless v. **Home Care Services, Inc.** | William Larsha, Esq. | Deposition |
| 1/28/05 | 94506-10225 | Fayette Co., KY | Helen Bayless (Deceased) v. **Hamilton-Beach/Proctor Silex** | Patrick Moores, Esq. | Deposition |
| 2/7/05 | 94506-20082 | Cook Co., IL | Indianapolis Wood Products, Inc. v. **Honeywell, Inc.** | Klint Bruno, Esq. | Deposition |
| 3/16/05 | 94506-20280 | St. Clair Co., IL | Mark Lohman v. **Arctic Cat, Inc.** | Larry Eaton, Esq. | Deposition |
| 3/18/05 | 94506-30331 | Baltimore, MD | Penn National Mutual Casualty v. **Maytag Corporation** | Dan Hogan, Esq. | Deposition |
| 4/13/05 | 94506-20199 | Fayette Co., KY | Demolition Disposal Services v. **Vermeer Manufacturing Co.** | William Clark, Esq. | Deposition |
| 5/12/05 | 94506-20082 | Floyd Co., IN | Indianapolis Wood Products, Inc. v. **Honeywell, Inc.** | Klint Bruno, Esq. | Daubert/Rule 702 |
| 5/27/05 | 94506-30085 | Moore County, NC | Catholic Health East v. **Cam-Ful Industries, Inc.** and Phoenix Fire Protection, Inc. | Michael T. Smith, Esq. | Deposition |

| Date | Claim No. | Venue | Case | Attorney | Type |
|---|---|---|---|---|---|
| 8/25/05 | 94506-10225 | Fayette Co., KY | Helen Bayless (Deceased) v. Hamilton-Beach/Proctor Silex | Patrick Moores, Esq. | Motion in Limine |
| 8/30/05 | 94506-10225 | Fayette Co., KY | Helen Bayless (Deceased) v. Hamilton-Beach/Proctor Silex | Patrick Moores, Esq. | Re-Deposition |
| 10/31/05 | 94506-30232 | Pike Co., KY | Kentucky School Boards Insurance Trust v. Elliot Contracting, Inc. and Watts regulator | Zanda Gillock, Esq. | Deposition |
| 12/2/05 | 94508-14478 | Cook Co., IL | Kappy's Restaurant v. Fox Valley Fire & Safety Co. and PROTECTCO | James Schultz, Esq. | Deposition |
| 1/9/06 | 94506-20032 | Fayette Co., KY | Kentucky Farm Bureau Mutual v. Ford Motor Company | Edward Brutscher, Esq. | Deposition |

