UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER: 05 10075 PBS

OCEAN TERRACE CONDOMINIUM )
TRUST, )
 )
    Plaintiff, )
 )
vs. )
 )
GENERAL ELECTRIC COMPANY )
 )
    Defendant. )
 )

## AFFIDAVIT OF LLOYD WAITES

I, Lloyd Waites, on oath and depose, state as follows:

1. I am over the age of 18 and have actual knowledge of the following facts.

2. In 1985, my wife and I purchased condominium unit 3A in the Ocean Terrace Condominium building in Gloucester, Massachusetts.

3. In 2000, we sold to Cathy Hull condominium unit 3A in the Ocean Terrace Condominium building in Gloucester, Massachusetts.

4. During the time we owned unit 3A, it was our primary residence.

5. During the time we owned unit 3A, the exterior grille to the unit's air conditioner never was removed or replaced.

6. During the time we owned unit 3A, the fasteners to the exterior grille never were removed or replaced.

7. During the time we owned unit 3A, there never was any service or maintenance performed on the air conditioner.



PLAINTIFF'S EXHIBIT 15

8. In 1999, the mansard roof to the building was replaced. At no time during the re-roofing project was my air conditioner removed from its sleeve. At no time during the re-roofing project was the exterior grille removed from the sleeve.

SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY THIS 9th DAY OF February, 2007.

_____
Lloyd Waites

SUBSCRIBED AND SWORN TO before me this 9th day of February, 2007.

_____
Notary Public

KATHERINE M. AHEARN
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES 08/31/2012

My commission expires: _____