8/1/2006  Haynes, Evan K.

1        IN THE UNITED STATES DISTRICT COURT
2         FOR THE DISTRICT OF MASSACHUSETTS
3            CIVIL ACTION NO. 0510075PB5
4
5    OCEAN TERRACE CONDOMINIUM TRUST,      )
6              Plaintiff,                  )
7         vs.                              )
8    GENERAL ELECTRIC COMPANY,             )
9              Defendant.                  )
10
11            The deposition of EVAN K. HAYNES, P.E.,
12   called for examination, taken pursuant to the
13   Federal Rules of Civil Procedure of the United
14   States District Courts pertaining to the taking
15   of depositions, taken before ANNETTE M. MONTALVO,
16   a Notary Public within and for the Commonwealth
17   of Massachusetts, and a Registered Merit Reporter
18   of said state, at 27 School Street, Boston,
19   Massachusetts, on the 1st day of August, A.D.
20   2006, at 9:00 a.m.
21
22
23
24



PLAINTIFF'S EXHIBIT 16

8/1/2006  Haynes, Evan K.

1   breaker that was to be used with the
2   air-conditioning unit?
3       A.   Yeah, it required a 15-amp breaker.
4       Q.   And was a 15-amp breaker used with the
5   air-conditioner unit?
6       A.   No, it was not.
7       Q.   Would you consider that to be improper
8   installation?
9       A.   Yes, that is against code.  It should
10  have had what was on the manufacturer's nameplate
11  for a 240-volt A/C dedicated circuit.
12      Q.   And is a 20-amp breaker less likely to
13  trip than a 15-amp breaker?
14      A.   It is going to take more current to
15  trip the 20-amp breaker than the 15-amp breaker.
16  Neither breaker is specifically designed to
17  detect an arcing fault necessarily.
18      Q.   How did you determine that?
19      A.   There are standard breakers, and it is
20  pretty well known -- well, it is not pretty well
21  known, but it is known in the industry, both in
22  the circuit breaker manufacturers and fire
23  investigation community that an arcing fault does
24  not necessarily trip a circuit breaker.

```
 1    what fuel was present in the air-conditioning
 2    unit before the time of the fire?
 3         A.   I would say it is not an assumption.
 4    Based on the exemplars, we know what was in there
 5    for plastics.  You know, for the fan shroud, we
 6    know that the fan was in there.  We know that we
 7    did find -- or I did find some debris in there
 8    consistent with nesting materials.
 9         Q.   Do you have any expertise in squirrels,
10    birds, rodents, or their nesting habits?
11         A.   Other than personal life experience?
12    No.  I mean, I have seen nests, seen birds' nests
13    and squirrels' nests.  We have an exemplar nest,
14    so to speak, in condo 2-M's air-conditioning
15    unit.
16         Q.   You have no way of knowing whether
17    there was a nest in 3-A that was the same as 2-M;
18    is that not fair to say?
19         A.   Sorry.  Can you repeat what you just
20    said?
21         Q.   Because you saw one thing in unit 2-M
22    by way of nesting materials, that doesn't mean
23    that the same thing existed in unit 3-A, does it?
24         A.   Well, we know that Cathy Hull and
```

8/1/2006  Haynes, Evan K.

```
 1    DeFelice talked about cleaning nesting materials
 2    out of that air-conditioner and having squirrels
 3    in there.  We do have -- we did find nesting
 4    material remains in there.  I think that's a
 5    reasonable conclusion to say that there was a
 6    nest in that air-conditioning unit at the time of
 7    the fire.
 8         Q.   Do you know what the nest was made of?
 9         A.   Normal botanical debris is the word in
10    my report.  It is leafs and twigs, that kind
11    of -- nesting materials, you know.
12         Q.   Did you find leaves?
13         A.   We found stems.
14         Q.   Stems of leaves?
15         A.   I believe they were of leaves.  We
16    found materials that were in the
17    air-conditioning.  Plant materials that were in
18    the air-conditioning unit that, you know, weren't
19    there when it was manufactured.
20         Q.   These were unburned?
21         A.   Yeah, they were embedded in some of the
22    plastic that was remaining in the base.
23         Q.   Okay.  Are you making an assumption as
24    to how much was there by way of botanical
```