**12/20/2005 Cooney, Stephen**

1                    UNITED STATES DISTRICT COURT

2                    DISTRICT OF MASSACHUSETTS

3                              C.A.NO.:   0510075 PBS

4          - - - - - - - - - - - - - - - - -

5          OCEAN TERRACE CONDOMINIUM,      :

6               Plaintiff                  :

7          vs.                             :

8          GENERAL ELECTRIC COMPANY,

9               Defendant                  :

10         - - - - - - - - - - - - - - - - -

11

12                         DEPOSTION OF FIREFIGHTER STEPHEN L.

13         COONEY, a witness called on behalf of the PLAINTIFF,

14         taken  pursuant to the applicable provisions of the

15         Massachusetts Rules of Civil Procedure, before Grace E.

16         Holden, a Registered Professional Reporter and Notary

17         Public in and for the Commonwealth of Massachusetts, at

18         the office of Curley & Curley, P.C., 27 School Street,

19         Boston, Massachusetts on Tuesday, December 20, 2005,

20         commencing at 10:45 a.m.

21

22                    MELVIN LIPMAN, COURT REPORTER

                             101 TREMONT STREET

23                              SUITE 700

                       BOSTON, MASSACHUSETTS 02108

24                         (617) 227-3986


PLAINTIFF'S EXHIBIT
17

**12/20/2005  Cooney, Stephen**

```
 1          got in there?

 2     A.   No.

 3     Q.   Any smoke?  Were you able to breathe?

 4     A.   I was able, yes, I was able to breathe.  I don't think,

 5          if there was smoke, there wasn't much.

 6     Q.   Okay.  You get onto the balcony.  You go straight to

 7          the balcony?

 8     A.   I believe so, yes.

 9     Q.   Tell me what happened next then.

10     A.   I think we may have went back inside and taken this air

11          conditioning unit out and put it back out on the patio.

12     Q.   Before you slid it out did you hit it with the fire

13          extinguisher while it was still in the sleeve?

14     A.   I don't remember.

15     Q.   But at some point you take it out.  Before you take it

16          out do you unplug it first?

17               MR. CURLEY:  Objection.

18     A.   Yes.

19     Q.   And then are you working with Mike, both of you lifting

20          this thing out, setting it down?

21     A.   Yes.

22     Q.   And then you sit it down where?

23     A.   Out on the balcony.

24     Q.   At that time you're setting it down did you observe
```