2/28/2006 Ziner, Ronda

```
 1                  UNITED STATES DISTRICT COURT
 2                    DISTRICT OF MASSACHUSETTS
 3                            Docket No. 0510075PBS
 4
             ***************************
 5   OCEAN TERRACE CONDOMINIUM TRUST,
                  Plaintiff
 6
     VS.
 7
     GENERAL ELECTRIC COMPANY,
 8                Defendant
             ***************************
 9
10
11
12
13
14                DEPOSITION OF RONDA ZINER,
15   taken pursuant to Massachusetts Rules of Civil
16   Procedure, before Barbara A. Hoey, a Notary Public in
17   and for the Commonwealth of Massachusetts, at the Law
18   Offices of Curley & Curley, 27 School Street, Boston,
19   Massachusetts on February 28, 2006 commencing at
20   9:00 a.m.
21
22
23              LIPMAN COURT REPORTING
                  101 Tremont Street
24                 Boston, MA 02108
                    617-227-3985
25
```



PLAINTIFF'S EXHIBIT 19

2/28/2006  Ziner, Ronda

```
1        A.   No.
2        Q.   Are you aware of anybody that has ever
3   inspected the exterior hardware on air conditioners
4   wall sleeves at the Ocean Terrace Condominiums
5   building?
6        A.   I don't think so.
7        Q.   Before the time of fire did you ever notice
8   any grill missing on a wall sleeve for an air
9   conditioner at the Ocean Terrace Condominiums building?
10       A.   Yes.
11       Q.   Where did you notice such a grill missing?
12       A.   Well, I actually found two memos of letters
13  we sent to two unit owners.  I think they're here if
14  you want me to find them.
15       Q.   Could you find those please?
16       A.   I actually think there is only one there.
17            (Memos marked as Exhibit 69 and Exhibit 70.)
18       Q.   Were Exhibits 69 and 70 found in the files
19  for year 2000, 2001?
20       A.   No.
21       Q.   Where were they found?
22       A.   On my computer.
23       Q.   Was there -- strike that.  Were there
24  periodic inspections that you and members of the board
25  conducted?
```

2/28/2006  Ziner, Ronda

1  A. Yes.
2  Q. How often did that occur?
3  A. There was no specific requirement as to
4  when.  It could be monthly, could be every week
5  depending on what may have been brought to our
6  attention or whether I needed to go out to the
7  property.
8  Q. Were there at least quarterly inspections?
9  A. Yes.
10 Q. When these inspections occurred there were
11 persons from the board present with you?
12 A. Sometimes.  Sometimes not.
13 Q. Both of those letters 69 and 70 refer to a
14 recent inspection of the property with the board.  Do
15 you know who on the board was present?
16 A. No.
17 Q. Was it more than one person?
18 A. I don't recall.
19 Q. Were there five trustees in 2000?
20 A. Yes.
21 Q. Were written notes made during these
22 inspections?
23 A. Yes.
24 Q. Do you still have the notes?
25 A. No.

2/28/2006  Ziner, Ronda

```
 1         Q.    Were there later inspections after November
 2   10 of 2000 and before the time of the fire?
 3         A.    Yes.
 4         Q.    They happened at least quarterly?
 5         A.    Yes.
 6         Q.    Those inspections that lead to the letters
 7   that are 69 and 70 were they conducted from the ground
 8   level?
 9         A.    Yes.
10         Q.    You and board members at least on this
11   occasion walked around the outside of the building?
12         A.    Correct.
13         Q.    What were you looking for?
14         A.    Anything common area related that may be an
15   issue.
16         Q.    Did you consider missing air conditioner
17   covers to be common area related?
18         A.    No.
19         Q.    So you were looking for at least some things
20   that were not common area related?
21         A.    Correct.
22         Q.    What sort of non-common area related things
23   were you looking for?
24         A.    For example, if anybody is in violation of
25   rules or regulations that have to do with the
```

47

2/28/2006  Ziner, Ronda

```
1    balconies, the parking areas.
2         Q.   So if somebody had a flashing neon sign on
3    their balcony you'd probably bring it to their
4    attention?
5         A.   Probably.
6         Q.   Even though it was their space?
7         A.   Correct.
8         Q.   Now, Exhibit 69 relates to a Thomas and
9    Carmela Brancaleone in Unit 3J?
10        A.   Correct.
11        Q.   You wrote this letter?
12        A.   Yes.
13        Q.   You actually sent it?
14        A.   To the best of my knowledge.
15        Q.   It's copied to an Andrew Bonina?
16        A.   Correct.
17        Q.   Do you know who Andrew Bonina is?
18        A.   He was their brother that lived in the unit.
19        Q.   Thomas and Carmela were the owners?
20        A.   Correct.
21        Q.   They did not live there?
22        A.   Correct.
23        Q.   When you referred to an air conditioner
24   that's missing a cover what do you mean by cover?
25        A.   The outside grill or cover that would be part
```

2/28/2006  Ziner, Ronda

1    of the air conditioner.
2        Q.   You weren't referring to any kind of piece of
3    plastic or that sort of thing that might go over the
4    outside grill? You were referring to the grill itself?
5        A.   Specifically I don't know how it was
6    written.  I'd have to see it.  It just says cover.
7    I'm not sure.
8        Q.   It's your memory that the cover was the
9    outside grill?
10       A.   Correct.
11       Q.   Why did you determine to bring this to the
12   attention of Thomas and Carmela Brancaleone and Mr.
13   Bonina?
14       A.   Because it was obvious from down below that
15   was missing as well as the unit was under-sized for the
16   sleeve.
17       Q.   Was that a problem with the unit being
18   under-sized for the sleeve?
19       A.   The board felt it was an esthetic issue.
20       Q.   Do you know who on the board felt this was an
21   esthetic issue?
22       A.   Specifically I don't remember who walked
23   around with me.  I do know at that time Valerie Fay
24   was one of the board members that was upset about this.
25       Q.   She was upset about a cover or covers missing

49