2/28/2006 Little, Timothy (part 1)

```
1                UNITED STATES DISTRICT COURT
2                 DISTRICT OF MASSACHUSETTS
3                           Docket No. 05-10075PBS
4
5        ***************************
         OCEAN TERRACE CONDOMINIUM TRUST,
6                   Plaintiff
7        VS.
8        GENERAL ELECTRIC COMPANY,
                    Defendant
9        ***************************
10
11
12
13              DEPOSITION OF TIMOTHY LITTLE,
14       taken pursuant to Massachusetts Rules of Civil
15       Procedure, before Barbara A. Hoey, a Notary Public in
16       and for the Commonwealth of Massachusetts, at the Law
17       Offices of Curley & Curley, 27 School Street, Boston,
18       Massachusetts on February 28, 2006.
19
20
21
22
23                  LIPMAN COURT REPORTING
                     101 Tremont Street
24                    Boston, MA 02108
                       617-227-3985
25
```



PLAINTIFF'S EXHIBIT 20

2/28/2006  Little, Timothy (part 1)

```
 1   wanted to flash by putting the flashing under the
 2   sleeve he'd have to take the sleeve out?
 3        A.   That's correct.
 4        Q.   If the contractor determined that if he was
 5   going to flash by putting flashing on top of the sleeve
 6   the air conditioner couldn't be there because he'd have
 7   to put flashing all the way toward the interior face of
 8   the sleeve?
 9        A.   That's correct.
10        Q.   Is that what you mean by required?
11        A.   Yes.
12        Q.   Now, were all the air conditioners suppose to
13   be reflashed?
14        A.   We wanted all the conditioners made
15   watertight, that's correct, all the air conditioner
16   openings made watertight.
17        Q.   So all of the third floor air conditioning
18   units should have been reflashed in 1999 or whenever
19   the work was done?
20        A.   They should have been made watertight, that's
21   correct.
22        Q.   Was there a means of making them watertight
23   that was contemplated other than flashing?
24        A.   My recollection is when we got into the work
25   and some air conditioners were removed we inspected
```

39

2/28/2006  Little, Timothy (part 1)

1   some of the existing --  I'm not sure if they were
2   original or not -- the existing pans and found them to
3   be in relatively good condition and watertight. At that
4   point we made a determination to allow the contractor
5   to leave the existing pans in place due to the fact
6   they seam to be performing the function we were looking
7   for in those options.
8       Q.   If flashings were installed above air
9   conditioner sleeves the exterior cover would have to be
10  removed, right?
11      A.   If flashing were installed inside the
12  sleeves?
13      Q.   Right.
14      A.   Yes.
15      Q.   In order to remove the sleeve you'd have to
16  remove the exterior cover if the flashing was to go
17  under the sleeve?
18      A.   I would say so, yes.
19      Q.   Do you recall covers being removed on the
20  third floor level?
21      A.   I do not.
22      Q.   Is it probable that was done?
23      A.   If there were covers on an opening where an
24  air conditioner was removed it would have to have been
25  removed if that's your question, yes.

2/28/2006  Little, Timothy (part 1)

1    Q.   Were the contractors working from the outside
2    of the building only?
3    A.   I don't recall if they were only working from
4    the outside.
5    Q.   Do you know if they had to have access to the
6    inside of the condo units?
7    A.   I don't recall. Let me clarify that for this
8    portion of the work I don't recall if they needed
9    access to the inside of the building. But as part of
10   this project we replaced some doors and windows, and
11   that did require access to the interiors.
12   Q.   Somewhere in this stack of documents is there
13   some indication of which doors and windows were
14   replaced?
15   A.   Yes, there is.
16   Q.   In Exhibit 84 in the project manual under
17   Section 3.02 removal of existing materials under B it
18   indicates that all existing metal flashing and other
19   associated materials shall be removed from the
20   mansard roof areas as required for completion of
21   work.  Did that include flashing around the air
22   conditioners?
23   A.   If there were metal flashing around the air
24   conditioner or any other location, many of which would
25   have been covered by the original shingles or shakes

2/28/2006  Little, Timothy (part 1)

1  those would have been required to be removed.
2      Q.   Under E it says the existing air conditioners
3  and mansard roof area shall be removed as required for
4  installation of new flashing materials.  Existing air
5  conditioners shall be reinstalled in properly flashed
6  openings.  That's what the contractor was suppose to
7  do?
8      A.   Correct.
9      Q.   One way or another there was suppose to be
10 new flashing material at the area of the air
11 conditioners?
12     A.   That's what we specified, yes.
13     Q.   In the project manual under Section 2.02
14 relatd materials, Paragraph C relates to metal
15 flashing.  You appear to specify wall flashing and
16 sill flashing.
17          ATTORNEY HARMEYER: What's the page number at
18 the bottom?
19     A.   Section 6100.
20     Q.   Was there any specification for the flashing
21 around the air conditioners?
22     A.   Nothing in this section. Section 7310 we
23 specified air conditioner flashing to be aluminium.
24     Q.   I guess I'll come to that.
25     A.   Just to clarify section 6100 pertains to

42

```
1        Q.   What was said about air conditioning units?
2        A.   At least we discussed this memo, and I went
3   over my recollections of how the air conditioners were
4   handled as part of the '99 project.
5        Q.   What did you say?
6        A.   My recollection is I met with Jeff Pike at
7   the site to go over the existing air conditioner
8   openings and pans and several air conditioners have
9   been removed on the Ocean Terrace rear corner of the
10  building.  That would be the corner right off the rear
11  driveway. We looked at some pans which had been exposed
12  and found they were in relatively good condition, and
13  we decided that it would be acceptable for SPS to leave
14  those pans in place, install their new flashing around
15  the existing pan due to the fact they were in good
16  watertight condition and any attempts to remove them
17  might cause damage to the pans.
18       Q.   By the pans you mean the sleeve?
19       A.   The sleeve, yes.
20       Q.   Were the air conditioner -- strike that.
21  Were the air conditioners themselves removed from the
22  sleeves that you looked at?
23       A.   I recall looking at pans so the air
24  conditioners would have had to have been removed, yes.
25       Q.   Had the outside covers been removed?
```

```
 1            conditioners on the third floor removed so that the
 2            mansard can be tied in.  How do you want to coordinate
 3            this?
 4                    What do you understand Ms. Ziner was
 5            referring to there?
 6     A.     I believe she was trying to determine who was going to
 7            take care of that, whether it would be her forces or
 8            leave it up to the owners.  I'm not sure.
 9     Q.     What did you understand the words "so that the mansard
10            could be tied in" to mean?
11     A.     I believe she was referring to the overall mansard
12            work.
13     Q.     I'm showing you Exhibit 84B.  You made a recommendation
14            for the replacement of air-conditioning wall sleeves
15            that are referred to in that as pans in the future?
16     A.     Yes.
17     Q.     Did you provide any time frame to Ms. Ziner as to when
18            the wall sleeves should be replaced?
19     A.     No.
20     Q.     Do you recall why you made that recommendation?
21     A.     I would say I was making that recommendation just as a
22            general note to include this any time air conditioners
23            were replaced in the building.
24     Q.     Now, was this the occasion when you looked at the air
```