UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05 10075 PBS

_____
OCEAN TERRACE CONDOMINIUM        )
TRUST,           Plaintiffs                      )
                                                           )
vs.                                                       )
                                                           )
GENERAL ELECTRIC COMPANY       )
        Defendant                                   )
_____

## MOTION TO RESCHEDULE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

   Plaintiff Ocean Terrace Condominium Trust hereby moves to reschedule the hearing on defendant General Electric Company's motion for summary judgment, currently set for March 21, 2007.  As grounds for this motion, the plaintiff states:

1)   Attorney Paul T. Falk will be attending the hearing on behalf of the plaintiff.

2)   Attorney Falk currently is scheduled on that date to be in trial in another matter, namely, Property Consultants Realty, LLC v. L.L.L.C. and Bafcor, Inc., case no. 01 CH 21563 in the Circuit Court of Cook County, Illinois.

3)   The trial in the Property Consultants Realty case was scheduled on November 27, 2006.  In the case at bar, the court set the hearing on General Electric's motion for summary judgment on January 11, 2007.

3)   The undersigned has confirmed with defendant's counsel that the defendant has no objection to this motion.

4)   The undersigned has consulted with all attorneys regarding available dates.  All attorneys are available the entire week of April 2, 2007.

5)   The amendment to the schedule requested is reasonable and in the interest of the just and orderly resolution of this action.

1

By Its Attorneys,

/s/ Ronald W. Harmeyer
Ronald W. Harmeyer, Esquire
Attorney for Plaintiffs
BBO # *pro hac vice*
FALK METZ, LLC
Chase Tower, Suite 1900
111 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 226-2139
rharmeyer@falkmetz.conm

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 12, 2007.

Dated: February 12, 2007        /s/ Ronald W. Harmeyer