**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NUMBER: 05 10075 PBS**

| | |
|---|---|
| OCEAN TERRACE CONDOMINIUM TRUST, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| GENERAL ELECTRIC COMPANY | ) ) |
| Defendant. | ) ) |

**CONSENTED TO MOTION TO CONTINUE HEARING ON DEFENDANT, GENERAL ELECTRIC'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Ocean Terrace Condominium Trust hereby moves to reschedule the hearing on defendant General Electric Company's Motion for Summary Judgment, currently set before Magistrate Marianne Bowler on March 16, 2007, to April 2, 2007 beginning at 2:30 p.m. As grounds for this consented to motion, the plaintiff states as follows:

1. General Electric's Motion for Summary Judgment is fully briefed.

2. On February 12, 2007, Plaintiff filed a motion to reschedule the hearing on the motion in front of Judge Saris which had originally been set for March 21, 2007. Plaintiff's Attorney is beginning a trial in another case in the Circuit Court of Cook County, Illinois in mid-March, 2007. This trial was scheduled on November 27, 2006.

3. Judge Saris referred the Motion to Magistrate Bowler and Magistrate Bowler set the hearing for March 16, 2007.

4. April 2, 2007 at 2:30 p.m. is clear with Magistrate Bowler as well as both counsel who will argue the Motion.

WHEREFORE, Plaintiff prays that the hearing previously set for March 16, 2007 at 2:00 p.m. be cancelled and reset to April 2, 2007 at 2:30 p.m. before Magistrate Bowler.

Dated: February 22, 2007

Respectfully submitted,

| **FALK METZ LLC** | **CURLEY & CURLEY PC** |
|---|---|
| /S/ Paul T. Falk | /S/ Robert A. Curley, Jr. |
| Paul T. Falk | Robert A. Curley, Jr. |
| 20 South Clark Street, Suite 1900 | 27 School Street |
| Chicago IL 60603 | Boston, MA 02108 |
| (312) 922-5800 | (617) 523-2990 |

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on _____, 2007.

Dated: February \_\_\_\_\_, 2007                    /s/ Paul T. Falk

3