UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER: 05 10075 PBS

| | |
|---|---|
| OCEAN TERRACE CONDOMINIUM TRUST, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| GENERAL ELECTRIC COMPANY | ) ) |
| Defendant. | ) ) |

## PLAINTIFF'S RULE 26(a)(3) DISCLOSURES

Plaintiff Ocean Terrace Condominium Trust hereby submits its Rule 26(a)(3) Disclosures

as required by Federal Rule of Civil Procedure, Rule 26(a)(3), and pursuant to the Court's

Pretrial Order dated September 7, 2007, as follows:

### Witnesses the Plaintiff Expects to be Present at Trial

**Kerry Kotar**
12 Ledgewood Road
Manchester, Massachusetts
Cell:  513-484-9570

**Ryan Kotar**
Unit 1D
2 Ocean Avenue
Magnolia, MA
Cell:  508-831-5350

**Catherine M. Hull**
Digitas, Inc.
Prudential Tower
18th Floor
800 Boylston Street
Boston, MA
(617) 867-1674

**Brian Richardson**
5 Ocean Drive
Magnolia, MA

**Frank and Joan Luchart**
19 Flume Road
Magnolia, MA
978-525-3885

**Steven Latassa**
9 Ocean Avenue
Magnolia, MA

**Lloyd Waites**
2 Moses Lane
Essex, MA
Tel:    978-768-0127

**Ronda Ziner**
E.P. Management Corp.
7 Tozer Road
Beverly, MA  01915
Work:      978-232-1126

**Mr. Harold D. Moore**, as an adverse witness
General Electric Company
4905 West Batalina Court
Louisville, KY

**Firefighter Steven L. Cooney**
Gloucester Fire Department
8 School Street
Gloucester, MA

**Firefighter Michael Chipperini**
Gloucester Fire Department
8 School Street
Gloucester, MA

**Patrol Officer Mark Foote**
Gloucester Police Dept
197 Main St # 1, Gloucester, MA 01930

**Deputy Chief Densch**
Gloucester Fire Department
8 School Street
Gloucester, MA

**Gordon Duquenoy**
Fire Investigator
30 Forest View Drive
Cumberland, RI 02864
Tele:     (401) 333-3951

**Evan K. Haynes  P.E. CFEI**
Forensics Engineering
HAYNES ENGINEERING
83 Lovers Lane
East Lyme, CT 06333
Tel:          (800) 739-0778
Office Tel :  (860) 739-0778

**W. Joseph Fallows III**
Fallows Associates Plastics Consultants
58 Woodland Drive
Florence, MA  01062
Office Tel:     413-584-1531

**Scott A. Jones, P.E. CFEI**
Senior Mechanical & Electrical Engineer
ENGINEERING INVESTIGATION, LLC
3925 Chapel Lane
New Albany, IN  47150
Tele:  (812) 944-9988 (Office/Cell) \

**Arthur G. Sarcione**
Building Valuations Consultant
SARCIONE & ASSOCIATES
100 Cummings Ctr., Suite 432 C
Beverly, MA 01915
Tele:     (978) 927-4431

**Peter T. Vadala, RA**
Mass. Certified Residential #3174
Vadala Real Estate Appraisals, Inc.
9D Dr. Osman Babson Road
Mill Pond Professional Building
Gloucester, MA 01930
978-281-1111

**Witnesses Plaintiffs May Call if Needed**

**Mark DiFelice**
31 Dexter Street
Peabody, MA 019608
978-532-3979

**Dennis Berbaum**
18 Sumac Street
Billerica, MA 01821
978-670-6084

**Judy Ann Andonian**
5 Heritage
Sedona, AZ 86351
928-284-1977

**Timothy Little**
Noblin & Associates
680 Central Avenue
Dover, NH 03820
603-740-9400

**Captain Ralph Hobbs**
5 Salt Marsh Lane
Gloucester, MA 01930 (or 31)

**Charles O'Reilly**
Travelers Property Casualty
4350 Haddonfield Road
Pennsauken, NJ 08109
856-488-2332 (main)
856-488-6013 (direct)

**Witnesses Expected to be Present by Means of a Deposition**

None

**Exhibits the Plaintiff Expects to Offer**

1.  Floor Plan – Two Bedroom Unit marked as Exhibit 1 during Ms. Hull's Deposition.

2.  Copy of Ms. Hull's photographs, 14 pages – 27 pages, marked as Exhibit 2 during Ms. Hull's Deposition.

3.  Photograph of rear grill on A/C unit marked as Exhibit 3 in Ms. Hull's Deposition.

4.  7 Photographs marked as Exhibit 5 through 11 during Mr. DiFelice's Deposition.

5.  Fire Department records marked as Exhibit 12 during Firefighter Chipperini's Deposition.

6.  Two photographs marked as Exhibits 14 and 15 during Firefighter Chipperini's Deposition.

7.  Fire Chief's notes marked as Exhibit 16 during Firefighter Cooney's Deposition (to refresh recollection only, if necessary).

8.  Floor plan, third floor of building (one page) marked as Exhibit 17 during Ralph Hobbs' Deposition.

9.  Enlarged view of Unit 3A (one page) marked as Exhibit 18 during Ralph Hobbs' Deposition.

10. List of fire apparatus and responding crews (one page) marked as Exhibit 19 during Ralph Hobbs' Deposition.

11. Photograph marked as Exhibit 27 during Barry McKay's Deposition.

12. Photograph marked as Exhibit 28 during Barry McKay's Deposition.

13. Photograph marked as Exhibit 29 during Barry McKay's Deposition.

14. Photograph - South End, Unit 3A top floor, right side marked as Exhibit 33 during Barry McKay's Deposition.

15.   Report of fire investigation by James M. Welch (four pages) marked as Exhibit 36 during Trooper Welch's Deposition (to refresh recollection only, if necessary).

16.   Handwritten notes regarding interview with Judy Andondian (two pages) marked as Exhibit 37 during Trooper Welch's Deposition.

17.   Handwritten notes regarding interview with Catherine Hull (seven pages) marked as Exhibit 38 during Trooper Welch's Deposition.

18.   Handwritten notes regarding interview with Mark DiFelice (four pages) marked as Exhibit 39 during Trooper Welch's Deposition.

19.   CD of news broadcast regarding fire marked as Exhibit 40 during Trooper Welch's Deposition.

20.   Handwritten notes regarding interview with Rhonda Ziner marked as Exhibit 45 during Trooper Welch's Deposition.

21.   Floor plans regarding 2 Ocean Terrace (three pages) marked as Exhibit 47 during Trooper Welch's Deposition.

22.   2001 NFPA 921 marked as Exhibit 48 during Trooper Welch's Deposition.

23.   25 Photographs marked as Exhibit 50 during Trooper Welch's Deposition.

24.   Photographs marked as Exhibits 51 through 61 during Trooper Welch's Deposition.

25.   UL 484 Standard for Safety of Room Air Conditioners and its predecessors, part of which was marked as Exhibit 62 in H.D. Moore Deposition, Part I.

26.   2 wiring diagrams marked as Exhibit 63 during H.D. Moore's Deposition, Part II.

27.   Photograph marked as Exhibit 64 during H.D. Moore's Deposition, Part II.

28.   Declaration Trust [Pages Bate Stamped OTC1426 - OTC1452] marked as Exhibit 64 during Kerry Kotar's Deposition.

29.   Master Deed [Pages Bate Stamped OTC1408 – OTC1425] marked as Exhibit 65 during Kerry Kotar's Deposition.

30.   Condominium Management Agreement [Pages Bate Stamped OTC1648 - OTC1659] marked as Exhibit 66 during Kerry Kotar's Deposition.

31.   Documents – Invoice Nos. 3595, 3649, 3652, 3664, 3684, 3767.  Comm. of Mass. Permit No. 00NA12, Handwritten Letter to John Collins with City of Gloucester heading, North

Shore Arborists Complete Tree Service invoice marked as Exhibit 68 during Ronda Ziner's Deposition.

32.    Letter from Ronda Ziner dated 11/10/2000 to Thomas & Carmela Brancaleone marked as Exhibit 69 during Ronda Ziner's Deposition.

33.    Letter from Ronda Ziner dated 11/10/2000 to Fitz O. Lufkin marked as Exhibit 70 during Ronda Ziner's Deposition.

34.    Photographs marked during Ronda Ziner's Deposition.

35.    Amendments marked as Exhibit 77 during Ronda Ziner's Deposition.

36.    25 Photographs (Disc) marked as Exhibit 82 during Timothy Little's Deposition.

37.    Plans marked as Exhibit 103 during Timothy Little's Deposition, Part II.

38.    Noblin & Associates Field Report marked as Exhibit 201 during Fred Schernecker's Deposition.

39.    Final Report, dated 5/15/06, marked as Exhibit 203 during Joseph Fallows' Deposition Vol. 1.

40.    All photographs referenced in Joseph Fallows' Deposition Vol. 1.

41.    Mr. Haynes' Report marked as Exhibit 206 during Evan Haynes' Deposition.

42.    3-Ring Binder marked as Exhibit 207 during Evan Haynes' Deposition.

43.    Sketch marked as Exhibit 207A during Evan Haynes' Deposition.

44.    Nortu Jappah Case File marked as Exhibit 208 during Evan Haynes' Deposition.

45.    Analytical lab file for the scanning electronic microscope work that was done marked as Exhibit 209 during Evan Haynes' Deposition.

46.    Analytical lab file for the FTIR work that was done on plastic samples marked as Exhibit 210 during Evan Haynes' Deposition.

47.    Envelope containing X-rays marked as Exhibit 211 during Evan Haynes' Deposition.

48.    Folder and its contents marked as Exhibit 212 during Evan Haynes' Deposition.

49.    Structural Fire (Federal) Report, origin determination, dated May 15, 2006 marked as Exhibit 222 during Gordon Duquenoy's Deposition.

50.  Handwritten notes regarding Gordon Duquenoy's review of the physical evidence marked as Exhibit 223 during Gordon Duquenoy's Deposition.

51.  PowerPoint presentation marked as Exhibit 224 during Gordon Duquenoy's Deposition.

52.  Certificates from various attended presentations marked as Exhibit 228 during Gordon Duquenoy's Deposition.

53.  Condo 3A "LR floor joists" marked as Exhibit 229 during Gordon Duquenoy's Deposition.

54.  Foote and Photo Web Photos marked as Exhibit 230 during Gordon Duquenoy's Deposition.

55.  Photo marked as Exhibit 230A during Gordon Duquenoy's Deposition.

56.  Photo showing the air conditioner on the left marked as Exhibit 230B during Gordon Duquenoy's Deposition.

57.  Notes regarding Firefighters Cooney, Chipperini, and Chief Hobbs depositions marked as Exhibit 231 during Gordon Duquenoy's Deposition.

58.  Smoke weeping photos marked as Exhibit 232 during Gordon Duquenoy's Deposition.

59.  Copy of two photos and weather records marked as Exhibit 233 during Gordon Duquenoy's Deposition.

60.  "Low Burn Pattern" photos marked as Exhibit 234 during Gordon Duquenoy's Deposition.

61.  "Foote/Fire Progression" photos from Office Foote's photos marked as Exhibit 235 during Gordon Duquenoy's Deposition.

62.  Photo marked as Exhibit 235A during Gordon Duquenoy's Deposition.

63.  Photo marked as Exhibit 235B during Gordon Duquenoy's Deposition.

64.  Timeline and photo of Office Foote and two seated firemen and one standing fireman marked as Exhibit 236 during Gordon Duquenoy's Deposition.

65.  Kirks Fire Investigation notes/ pages referenced to and marked as Exhibit 242 during Gordon Duquenoy's Deposition.

66.  Photo marked as Exhibit 243 during Gordon Duquenoy's Deposition.

67.  Photo marked as Exhibit 245 during Gordon Duquenoy's Deposition.

68.   Photo marked as Exhibit 246 during Gordon Duquenoy's Deposition.

69.   Photo marked as Exhibit 247 during Gordon Duquenoy's Deposition.

70.   Rule 26 Disclosures marked as Exhibit 307 during Scott Jones' Deposition.

71.   Cost Repair Estimate Spreadsheets marked as Exhibit 309 during Art Sarcione's
      Deposition.

72.   Marshall Evaluation Service Documents marked as Exhibit 312 during Art Sarcione's
      Deposition.

73.   08500 Windows Document marked as Exhibit 313 during Art Sarcione's Deposition.

74.   Photos marked as Exhibit 314 during Art Sarcione's Deposition.

75.   Art Sarcione's Rule 26 Expert Report.

76.   GE Plastics: Valox Design Guide marked as Exhibit 320 during Joseph Fallows'
      Deposition taken on 10/16/06.

77.   Design Articles marked as Exhibit 321 during Joseph Fallows' Deposition taken on
      10/16/06.

78.   Copies of Photos marked as Exhibit 324 during Joseph Fallows' Deposition taken on
      10/16/06.

79.   Weatherability Web Articles marked as Exhibit 325 during Joseph Fallows' Deposition
      taken on 10/16/06.

80.   Email from Janice Sims, May 11, 2006 Enc. ZUTEL/MINLON Design Guide marked as
      Exhibit 326 during Joseph Fallows' Deposition taken on 10/16/06.

81.   Scratchpad Typed Notes marked as Exhibit 327A during Joseph Fallows' Deposition
      taken on 10/16/06.

82.   Handwritten Notes and Copies of Other Docs marked as Exhibit 328 during Joseph
      Fallows' Deposition taken on 10/16/06.

83.   UL 746C Article marked as Exhibit 329 during Joseph Fallows' Deposition taken on
      10/16/06.

84.   Email from Doug Sekelik to Maureen Reitman, Tuesday, June 13, 2006 marked as
      Exhibit 551 during John Moalli's Deposition.

85.   Exponent Invoices marked as Exhibit 552 during John Moalli's Deposition.

86.   Email from Michelle Poliskie to Maureen Reitman, Thursday, June 8, 2006 marked as Exhibit 553 during John Moalli's Deposition.

87.   Handwritten Notes marked as Exhibit 554 during John Moalli's Deposition.

88.   Modern Plastics Encyclopedia Issue for 1955 marked as Exhibit 556 during John Moalli's Deposition.

89.   Du Pont Zytel Nylon Resin Article marked as Exhibit 557 during John Moalli's Deposition.

90.   Presenting the Services of a Specialist in Nylon Conversion Article marked as Exhibit 558 during John Moalli's Deposition.

91.   Modern Plastics Encyclopedia Issue for 1959 marked as Exhibit 559 during John Moalli's Deposition.

92.   Modern Plastics Encyclopedia Issue for 1962 marked as Exhibit 560 during John Moalli's Deposition.

93.   Modern Plastics Encyclopedia Issue for 1964 marked as Exhibit 561 during John Moalli's Deposition.

94.   Modern Plastics Encyclopedia 1969-1970 marked as Exhibit 562 during John Moalli's Deposition.

95.   Nylons (Polyamides) Article marked as Exhibit 563 during John Moalli's Deposition.

96.   Nylon Plastics Article marked as Exhibit 564 during John Moalli's Deposition.

97.   Polypropylene Article marked as Exhibit 564A during John Moalli's Deposition.

98.   Nylons (Polyamides) Article marked as Exhibit 564B during John Moalli's Deposition.

99.   Material Trade Name and Pertinent Descriptive Information Spreadsheet marked as Exhibit 564C during John Moalli's Deposition.

100.  Comparison of the UV-degradation Chemistry of Polypropylene, Polyethylene, Polyamide 6 and Polybutylene Terephthalate Article marked as Exhibit 564D during John Moalli's Deposition.

101.  Melamine-Formaldehyde Molding Compounds Spreadsheet marked as Exhibit 564E during John Moalli's Deposition.

102.  Plastics Technology: Top 50 Innovations Article marked as Exhibit 564F during John Moalli's Deposition.

103.  The Effect of UV Light and Weather on Plastics and Elastomers marked as Exhibit 564G during John Moalli's Deposition.

104.  Nylon property retention vs. weathering data from DuPont in Fallows' materials and referenced in Fallows' report.

105.  DuPont "Nylon" Design Guide (weather resistance data) in Fallows' materials and referenced in Fallows' report.

106.  Material Identification data produced by Travelers Engineering Laboratory in    Windsor CT in Fallows' materials and referenced in Fallows' report.

107.  Environmental Properties data for Bayer Corp. in Fallows' materials and referenced in Fallows' report.

108.  Opinion of Dr. George Kriek (Bayer Corp.) regarding the need for UV stabilizers in white and natural unfilled Nylon applications for full time outdoor use in Fallows' materials and referenced in Fallows' report.

109.  Grille retention clips from an exemplar air conditioner in the subject building in Fallows' materials and referenced in Fallows' report.

110.  Thermo-oxidative Degradation, Photo-oxidation, and weather resistance data from "The Nylons Handbook". ("Nylon Handbook" published by Hanser/Gardner Publications 1995) in Fallows' materials and referenced in Fallows' report.

111.  Microscopic inspection and microphotographs of grille retention clips in the possession of St. Paul Travelers Lab in Fallows' materials and referenced in Fallows' report.

112.  Exempler grille clips in Fallows' materials and referenced in Fallows' report.

113.  Friedrick "Through the wall unit" assembly instructions in Fallows' materials and referenced in Fallows' report.

114.  Frigidaire Owners Manual in Fallows' materials and referenced in Fallows' report in Fallows' materials and referenced in Fallows' report.

115.  UL 484 - Standard For Room Air Conditioners, Sixth Edition March 29, 1982 in Fallows' materials and referenced in Fallows' report.

116.  UL 746C - Polymeric Materials - Use in Electrical Equipment Evaluations

117.  UL Testing file SA2141 issued 8-8-75 and revised 10-9-87 in Fallows' materials and referenced in Fallows' report.

118.    Interview of Brad Haymond Fastex Div. of Illinois Tool Works in Fallows' materials and referenced in Fallows' report.

119.    GE responses to plaintiff's first set of interrogatories.

120.    GE response to plaintiff's first set of requests to produce documents and associated prints in Fallows' materials and referenced in Fallows' report.

121.    Certificates that Mr. Duquenoy received for fire origin and cause related work and produced at his deposition.

122.    Debris from base of A/C unit at severed wires (3A) as identified in Mr. Haynes' report.

123.    Core of A/C unit (3A) as identified in Mr. Haynes' report.

124.    Sample cellulose insulation form condo 3A as identified in Mr. Haynes' report.

125.    A/C metal sleeve & cover from 2F as identified in Mr. Haynes' report.

126.    Section of roof deck as identified in Mr. Haynes' report.

127.    A/C unit from condo 2M as identified in Mr. Haynes' report.

128.    A/C metal sleeve from condo 3A as identified in Mr. Haynes' report.

129.    Exemplar A/C unit from condo 1J as identified in Mr. Haynes' report.

130.    Condo 3A panel box (circuit breaker panel) as identified in Mr. Haynes' report.

131.    Condo 3A branch circuit for living room receptacles, light and smoke detector as identified in Mr. Haynes' report.

132.    Branch circuit wiring found at sliding door – condo 3A as identified in Mr. Haynes' report.

133.    Branch circuit wiring found on living room floor – condo 3A as identified in Mr. Haynes' report.

134.    Branch circuit wiring found on living room floor – condo 3A as identified in Mr. Haynes' report.

135.    Branch circuit & receptacle found in living room of condo 3A as identified in Mr. Haynes' report.

136.  Remains of partition & receptacle south of sliding door – condo 3A as identified in Mr. Haynes' report.

137.  A/C receptacle & wiring and wood structural members – condo 3A as identified in Mr. Haynes' report.

138.  South portion of sliding door jamb and frame – condo 3A as identified in Mr. Haynes' report.

139.  North portion of sliding door jamb and frame – condo 3A as identified in Mr. Haynes' report.

140.  Structural framing at A/C unit – condo 3A as identified in Mr. Haynes' report.

141.  Handwritten Notes marked as Exhibit 554A during Maureen Reitman's Deposition.

142.  Handwritten Notes marked as Exhibit 554B during Maureen Reitman's Deposition.

143.  Copy of Photographs marked as Exhibit 556A during Maureen Reitman's Deposition.

144.  Marks on drawing 864C709 marked as Exhibit 567 during Maureen Reitman's Deposition.

145.  Arthur Sarcione Rule 26 Report and supporting documents.

146.  Scott Jones Rule 26 Report and supporting documents.

147.  Evan Haynes 3-Ring Binder produced during his deposition.

148.  Documents marked GE028-GE237.

All of the following photographs will not be introduced into evidence. However, we have listed the following photographs because some of them will be introduced into evidence and others will form the basis of demonstrative evidence.

### Photographs

| AUTHOR | # OF PHOTOS | DESCRIPTION |
|---|---|---|
|  |  |  |
| Evan Haynes | No. 1-36 | Roll A |
| Evan Haynes | No. 1-36 | Roll B |
| Evan Haynes | No. 32-36 | Roll C |
| Evan Haynes | No. 1-24 | Roll D |
| Evan Haynes | No. 1-36 | Roll E |
| Evan Haynes | No. 1-36 | Roll F |
| Evan Haynes | No. 1-37 | Roll G |

| | | |
|---|---|---|
| Evan Haynes | No. 1-36 | Roll H |
| Evan Haynes | No. 1-36 | Roll I |
| Evan Haynes | No. 1-36 | Roll J |
| Evan Haynes | No. 1-36 | Roll K |
| Evan Haynes | No. 29-36 | Roll L |
| Evan Haynes | No. 1-36 | Roll M |
| Evan Haynes | No. 19-36 | Roll N |
| Evan Haynes | No. 1-35 | Roll O |
| Evan Haynes | No. 1-36 | Roll P |
| Gordon Duquenoy | No. 1-22 | C5N4424001 |
| Gordon Duquenoy | No. 1-170 | C5N4424011 |
| Crime Scene Services | No. 1-63 | |
| Jappah | No. 1-86 | |
| Cathy Hull | No. 1-19 | CD 0594 |
| Cathy Hull | No. 1-7 | CD 0595 |
| Joe Fallows | 8 photos | Part A (inside) |
| Joe Fallows | 8 photos | Part A (outside) |
| Joe Fallows | 4 photos | Part B (inside) |
| Joe Fallows | 9 photos | Part B (outside) |
| Joe Fallows | 4 photos | Part C (inside) |
| Joe Fallows | 5 photos | Part C (outside) |
| Sarcione & Assoc. | No. 1-38 | |
| CA Pretzer | No. 1, 1A-24A | Roll 1 |
| CA Pretzer | No. 0A-23A | Roll 2 |
| CA Pretzer | No. 0A-24A | Roll 3 |
| CA Pretzer | No. 0A-21A | Roll 4 |
| Scott Jones | No. 1-1 thru 1-24 | |
| Scott Jones | No. 2-1 thru 2-24 | |
| Scott Jones | No. 3-1 thru 3-24 | |
| Scott Jones | No. 4-1 thru 4-24 | |
| Scott Jones | No. 5-1 thru 5-24 | |
| Scott Jones | No. 6-1 thru | |

## Miscellanous Photos

| |
|---|
| Jappah Photos – DISC |
| Gordon Duquenoy Photos – DISC |
| Joe Fallows Photos (3/28/03 Plastic Clip photos from microscope) – DISC |
| Evan Haynes Photos (as of 3/9/06) – DISC |
| Evan Haynes Photos (Rolls A through P) – DISC |
| Donald Hoffman Photos (Defendant's Expert) |
| Timothy Little's Photos |

Plaintiff intends to use demonstrative evidence during the trial which will not be moved into evidence. Plaintiff also intends to introduce a damages exhibit, if necessary. All of the backup to that exhibit has been identified in these disclosures.

### Exhibits the Plaintiff May Offer if the Need Arises

1.    Damage documentation from the claim file if necessary.

2.    Property insurance policy if necessary.

3.    Damage documentation from EP Management if necessary.

Respectfully submitted
By its Attorneys,

**FALK METZ LLC**

Dated: October 19, 2007

Paul T. Falk
20 South Clark Street, Suite 1900
Chicago IL 60603
(312) 922-5800

Steven B. Stein, Esq.
Law Offices of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston, MA  02110

15

## *CERTIFICATE OF SERVICE*

I, Paul T. Falk, hereby certify that I served a true copy of the foregoing pleading by mailing a copy postage prepaid to the following counsel of record:

Robert A. Curley, Esq.
CURLEY & CURLEY P.C.
27 School Street
Boston, MA 02108
BBO #109180


Steven B. Stein, Esq.
Law Offices of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston, MA  02110


Dated: October 19, 2007

Paul T. Falk

16