UNITED STATES DISTRICT COURT
DISTRICT OF MASSSACHUSETT

CIVIL ACTION NUMBER: 05 10075 PBS

OCEAN TERRACE CONDOMINIUM )
TRUST, )
)
)
    Plaintiff )
)
vs. )
)
GENERAL ELECTRIC COMPANY, )
)
    Defendant )

DEFENDANT GENERAL ELECTRIC COMPANY'S
FED.R.CIV.P. RULE 26(a)(3) DISCLOSURES

**Witnesses the Defendant General Electric Company (GE) Expects to Be Present at Trial**

1. Catherine M. Hull
   Ocean Terrace Condominiums, Unit 3A
   Gloucester, MA
   (617) 867-1674

2. Mark DiFelice
   31 Dexter Street
   Peabody, MA
   (978) 532-3979

3. Timothy Little
   21 Pondview Drive
   Dover, NH
   (603) 740-9400

4. Harold D. Moore
   4905 West Batalina Court
   Louisville, KY

5. Rhonda Ziner
   201 South Bradford Street
   North Andover, MA

6.  Fire Chief Barry S. McKay
    Gloucester Fire Department
    8 School Street
    Gloucester, MA
    (978) 281-9780

7.  State Fire Marshall James M. Welch
    Massachusetts State Police
    State Road
    Box 1025
    Stow, MA  01775
    (978) 567-3324

8.  Steven L. Cooney
    Gloucester Fire Department
    8 School Street
    Gloucester, MA

9.  Michael Chipperini
    Gloucester Fire Department
    8 School Street
    Gloucester, MA

10. William Sanborn
    35 Brierwood Street
    Gloucester, MA

11. Kerry Kotar
    12 Ledgewood Road
    Manchester, MA

12. Fire Captain Ralph Hobbs
    5 Salt Marsh Lane
    Gloucester, MA

13. Charles Mahoney
    24 Lookout Street
    Gloucester, MA

14. Donald J. Hoffman
    Safety Engineering Laboratories, Inc.
    27803 College Park Drive
    Warren, MI  48088-4879

15.  John E. Moalli, Sc. D.
     Exponent
     149 Commonwealth Avenue
     Menlo Park, CA   94025

16.  Maureen T..F. Reitman, Sc.D.
     Exponent
     4901 Telsa Drive, Suite L
     Bowie, MD   20715

**Witnesses GE May Call If Needed**

None expected at this time.

**Witnesses Expected to be Present by Means of a Deposition**

1.  Robert Crabb
    8805 Brook Willow Drive
    Louisville, KY

2.  Fred Schernecker
    SPS, Inc.
    107 Morse Street
    Watertown, MA   02172

**Exhibits GE Expects to Offer**

1.  Floor plan (Hull Exhibit 1)

2.  Photographs (Hull Exhibit 2)

3.  Sketch (DiFelice Exhibit 4)

4.  Photograph (DiFelice Exhibit 5)

5.  Photograph (DiFelice Exhibit 6)

6.  Photograph (DiFelice Exhibit 7)

7.  Photograph (DiFelice Exhibit 8)

8.  Photograph (DiFelice Exhibit 9)

9.  Photograph (DiFelice Exhibit 10)

10. Relevant portions of Fire Department records (Chipperini Exhibit 12)

11. Photograph (Chipperini Exhibit 14)

12. Photograph (Chipperini Exhibit 15)

13. Relevant portions of Fire Chief's notes (Cooney Exhibit 16)

14. Floor plan and notes (Hobbs Exhibit 18)

15. City Council Order (McKay Exhibit 22)

16. Photograph (McKay Exhibit 24)

17. Diagram of electrical panel (McKay Exhibit 25)

18. Photograph (McKay Exhibit 26)

19. James Welch Curriculum Vitae (Welch Exhibit 35)

20. Fire Marshall's Report (Exclusive of Witness Statements) (Welch Exhibit 36)

21. Photograph (Welch Exhibit 41)

22. Photograph (Welch Exhibit 42)

23. Photograph (Welch Exhibit 42 A)

24. NFPA 921 (Welch Exhibit 48)

25. Welch Photographs (Welch Exhibit 50)

26. Photograph (Welch Exhibit 53)

27. Photograph (Welch Exhibit 54)

28. Photograph (Welch Exhibit 55)

29. Photograph (Welch Exhibit 56)

30. Photograph (Welch Exhibit 57)

31. Photograph (Welch Exhibit 58)

32. Photograph (Welch Exhibit 60)

33. Photograph (Welch Exhibit 61)

34. Ocean Terrace Condominium Trust (Kotar Exhibit 64)

35. Master Deed (Kotar Exhibit 65)

36. Condominium Management Agreement (Kotar Exhibit 66)

37. Invoices (Ziner Exhibit 68)

38. Letter (Ziner Exhibit 69)

39. Letter (Ziner Exhibit 70)

40. Notice (Ziner Exhibit 76)

41. Photographs (Little Exhibit 82)

42. Report (Little Exhibit 83)

43. Exterior Building Renovations (Little Exhibit 84)

44. Contract (Little Exhibit 84 A)

45. Field Report # 13, 14, 15, 16 (Little Exhibit 84 B)

46. Field Report #2 (Little Exhibit 84)

47. Field Report #9 (Little Exhibit 84)

48. Building Permit & Application (Mahoney Exhibit 152)

49. BOCA Basic Building Code Excerpts (Mahoney 154)

50. Sketch (Sanborn Exhibit 55)

51. FAX (Schernecker Exhibit 200)

52. 10/06/99 Memo (Schernecker Exhibit 202)

53. Original Wiring Diagram from Air Conditioner in issue and wall case in issue.

54. Air Conditioner unit in issue, and surrounding materials

55. UL File (on the Model Air Conditioner in issue)

56. Electrical panel and associated wiring from condominium Unit 3A.

57. Physical Evidence from Unit 3A including framing and electrical receptacles

58. Exemplar replacement grill

59. U. L. Standard 484 Sixth Edition

60. Rear grill ordering information

61. Drawings produced by GE relating to rear grill assemblies and wall sleeves

62. Bill of Materials for Air Conditioner

63. Structure Assembly Drawing for Air Conditioner

64. Current screw grommet drawing

65. Label drawings

66. Clip drawings

67. Chassis ASM Final drawing

68. Installation Instructions

69. Binder of Fire Scene Photos taken by Donald Hoffman

70. Photographs of the Air Conditioner and wall sleeve in issue taken by Donald Hoffman

71. Photographs of the Air Conditioner in issue and wall sleeve in issue taken by Maureen Reitman

72. Calculations of Fire size by Donald Hoffman

73. Materials Analysis Report (Hoffman file)

74. Exponent test reports of materials identification

75. Modern Plastics Encyclopedia (Moalli Exhibit 556)

76. Modern Plastics Encyclopedia (Moalli Exhibit 559)

77. Modern Plastics Encyclopedia (Moalli Exhibit 560)

78. Modern Plastics Encyclopedia (Moalli Exhibit 561)

79. Modern Plastics Encyclopedia (Moalli Exhibit 562)

80. Nylons (Moalli Exhibit 563)

81. John E. Moalli, Sc. D. Curriculum Vitae (Moalli Exhibit 565)

82. Nylons (Moalli Exhibit 564 B)

83. Exemplar Air Conditioner

84. Exemplar grommets currently used.

85. Curriculum Vitae of Donald Hoffman

86. Curriculum Vitae of Maureen Reitman, Sc.D.

**Exhibits which GE may Offer if the Need Arises**

1. Weather Records

2. Polymers, Aromatic (Hoffman file)

3. Characterization of the Ignition Behavior of Polymers (Hoffman file)

4. Conditions for Series Arcing phenomena in PVC wiring (Hoffman file)

5. Exemplar Air Conditioner and wall sleeve

6. Inspection notes (Hoffman file)

7. Product literature for Frederick Air Conditioner (Hoffman file)

8. Product Literature for Sanyo Air Conditioner (Hoffman file)

9. Circuit breaker testing (Hoffman file)

10. Product literature for Frigidaire Air Conditioners (Hoffman file)

11. Expert Report of Donald Hoffman

12. Expert Report of Exponent (Moalli Exhibit 566)

13. Zytel (Moalli Exhibit 557)

14. Nylon Plastics (Moalli Exhibit 564)

15. Polypropylene (Moalli Exhibit 564 A)

16. Materials date (Moalli Exhibit 564 C)

17. Polymer degeneration and stability (Moalli Exhibt 564 D)

18. Nylons (Moalli Exhibit 564 E)

19. Plastics technology (Moalli Exhibit 564 F)

20. The effect of UV light and weather (Moalli Exhibit 564 G)

21. Refrigeration and Air Conditioning, Billy C. Langley, Prentice Hall 1986

22. Documents identified in the course of discovery and not specifically listed above

Respectfully Submitted,

Robert A. Curley/BBO 109180
Curley and Curley & Curley, P.C.
Attorneys for General Electric Company
27 School Street
Boston, MA 02108
(617) 523- 2990