UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ocean Terrace Condominium Trust,
                        Plaintiff,                    CIVIL ACTION
                                                                 NO. 05-10075-PBS

    v.

General Electric Company,
                        Defendant

**JOINT MOTION TO EXTEND PRETRIAL DEADLINES**

      Now come the parties who jointly move to extend the deadlines for objections to pretrial disclosures, joint pretrial memorandum, proposed jury instructions, proposed voir dire questions, motions in limine, witness/exhibit lists, any designations of deposition testimony, as well as oppositions to motions in limine, and any objections to witnesses or exhibits, and counter designations of deposition testimony as set forth in the Pretrial Order.

      The parties have agreed to a 5 day extension of the 11/2/07 deadline for the objections to pretrial disclosures, joint pretrial memorandum, proposed jury instructions, proposed voir dire questions, motions in limine, witness/exhibit lists, any designations of deposition testimony, making the new due date 11/7/07.

      Also, the parties have agreed to a 3 day extension of the 11/13/07 deadline to 11/16/07 for oppositions to motions in limine, and any objections to witnesses or exhibits, and counter designations of deposition testimony.

      Such an extension will not prejudice either party, and will provide both parties with additional needed time to prepare the listed documents.  No other pretrial deadlines will be affected by this extension nor will the timing of the pretrial conference or trial be delayed.

WHEREFORE, the parties pray that their joint motion be allowed, and that the court grant the parties leave to extend pretrial deadlines for an additional 5 days for those items due on 11/2/07 and an additional 3 days for those items due on 11/13/07, or as the court deems appropriate.

    Respectfully submitted
Plaintiff, Ocean Terrace Condominium Trust
By its attorneys,

/S/ Paul T. Falk
_____
Paul T. Falk
90 South Clark Street, Suite 1900
Chicago, IL  60603
(312) 922-5800


/S/ Steven B. Stein
_____
Steven B. Stein
100 Summer Street, Suite 201
Boston, MA 02110
(617) 772-2800
BBO # 478290


Defendant, General Electric Company
By its attorney,

/S/ Robert A. Curley
_____
Robert A. Curley, Esq.
CURLEY & CURLEY P.C.
27 School Street
Boston, MA 02108
BBO # 109180

Date:  November 1, 2007