UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05 10075 PBS

OCEAN TERRACE CONDOMINIUM
TRUST,                    Plaintiffs

vs.

GENERAL ELECTRIC COMPANY
                          Defendant

## DEFENDANT GENERAL ELECTRIC COMPANY'S PROPOSED VOIR DIRE QUESTIONS

1. Have you or any relative or friend ever been a resident of the Ocean Terrace Condominiums in Gloucester, MA?

2. Have you or any family member ever been employed by a Fire Department or the State Fire Marshall's office?

3. Have you or any family member ever been employed by the Traveler's Insurance Company?

4. Have you or any family member ever been injured in a fire or suffered any loss of property in a fire?

5. Have you or any family member ever been employed by the General Electric Company?

6. Have you or any family member ever been a party to a civil lawsuit involving a claim for personal injury or property damage?

7. Have you or any family member ever been a member of any organization involved in the prevention or investigation of fires?

8. Have you or any family member ever owned a through-the-wall air condition?

9. Have you or any family member ever owned a GE brand air conditioner?

10. Have you or any family member ever had problems with animals, including squirrels or birds, entering a residence or any appliance attached to a residence?

        Respectfully submitted,

        GENERAL ELECTRIC COMPANY,
        By its attorneys,

        **CURLEY & CURLEY, P.C.**

        Robert A. Curley, Jr., Esq.
        BBO# 109180
        27 School Street, 6th Floor
        Boston, MA 02108
        (617) 523-2990

Dated: 11/7/07

**CERTIFICATE OF SERVICE**

I, Robert A. Curley, Jr., Esq., hereby certify that I served a true copy of the foregoing pleading by mailing a copy postage prepaid to the following counsel of record:

Paul T. Falk, Esq.
Falk Johnson LLC
20 South Clark Street
Suite 1990
Chicago, IL   60603

Steven B. Stein, Esq.
Law Offices of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston, MA   02110

Ronald W. Harmeyer, Esq.
Falk Johnson, LLC
Bank One Plaza
111 East Wisconsin Avenue
Suite 1370
Milwaukee, WI   53202

_____
Robert A. Curley, Jr.

Dated:   11/7/07

Case 1:05-cv-10075-PBS   Document 104-2   Filed 11/07/2007   Page 3 of 3