UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05 10075 PBS

OCEAN TERRACE CONDOMINIUM TRUST,

vs.

GENERAL ELECTRIC COMPANY

### DEFENDANT GENERAL ELECTRIC COMPANY'S DESIGNATION OF DEPOSITION TESTIMONY OF SPS, INC. BY ITS DESIGNATED WITNESS FRED SCHERNECHER

Defendant General Electric Company designates the following portions of the deposition of SPS, Inc. by its designated witness Fred Schernecher to be read at trial.

| Page | Lines |
|---|---|
| 4 | 2-11 |
| 6 | 12-15 |
| 7 | 9-18 |
| 9 | 5-24 |
| 10 | 1-2, 8-24 |
| 14 | 16-24 |

| | |
|---|---|
| 15 | 1-24 |
| 16 | 1, 8-24 |
| 17 | 1-24 |
| 18 | 1-3, 11-24 |
| 19 | 1-18 |
| 20 | 6-24 |
| 22 | 22-24 |
| 23 | 1-24 |
| 24 | 1-24 |
| 25 | 1-24 |
| 26 | 1, 7-24 |
| 27 | 1-2, 18-24 |
| 28 | 1-24 |
| 29 | 1 |
| 31 | 9-24 |
| 33 | 7-24 |
| 34 | 1-20 |
| 35 | 23-24 |
| 36 | 1-24 |
| 37 | 1-24 |
| 38 | 1-17 |
| 43 | 6-18, 24 |
| 44 | 1-24 |

| 45 | 1-5, 10-24 |
|---|---|
| 46 | 1-7, 13-24 |
| 47 | 1-20 |
| 50 | 17-24 |

Respectfully submitted,

**CURLEY & CURLEY, P.C.**

Robert A. Curley, Jr., Esq.
BBO# 109180
27 School Street, 6th Floor
Boston, MA  02108
(617) 523-2990

Dated:  11/7/07

**CERTIFICATE OF SERVICE**

I, Robert A. Curley, Jr., Esq., hereby certify that I served a true copy of the foregoing pleading by mailing a copy postage prepaid to the following counsel of record:

Paul T. Falk, Esq.
Falk Johnson LLC
20 South Clark Street
Suite 1990
Chicago, IL   60603

Steven B. Stein, Esq.
Law Offices of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston, MA   02110

Ronald W. Harmeyer, Esq.
Falk Johnson, LLC
Bank One Plaza
111 East Wisconsin Avenue
Suite 1370
Milwaukee, WI   53202

Dated: 11/7/07

Robert A. Curley, Jr., Esq.