UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05 10075 PBS

| | |
|---|---|
| OCEAN TERRACE CONDOMINIUM TRUST, | Plaintiffs |
| vs. | |
| GENERAL ELECTRIC COMPANY | Defendant |

## DEFENDANT GENERAL ELECTRIC COMPANY'S MOTION IN LIMINE REGARDING SPOLIATION OF EVIDENCE

Now comes the Defendant General Electric Company and moves this court in limine to enter an order precluding Plaintiff from offering expert testimony on the cause and origin of the fire in issue and to dismiss this case due to Plaintiff's spoliation of significant evidence, namely, the boards supposedly involved in the initial ignition of the fire or in the alternative to impose such other sanction as the court deems just and proper. The grounds for this Motion are more fully set forth in the Memorandum of Law filed herewith.

Respectfully submitted,

GENERAL ELECTRIC COMPANY,
By its attorneys,

**CURLEY & CURLEY, P.C.**

_____
Robert A. Curley, Jr., Esq.
BBO# 109180
27 School Street, 6th Floor
Boston, MA 02108
(617) 523-2990

Dated: 11/7/07

## CERTIFICATE OF SERVICE

I, Robert A. Curley, Jr., Esq., hereby certify that I served a true copy of the foregoing pleading by mailing a copy postage prepaid to the following counsel of record:

Paul T. Falk, Esq.
Falk Johnson LLC
20 South Clark Street
Suite 1990
Chicago, IL   60603

Steven B. Stein, Esq.
Law Offices of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston, MA   02110

Ronald W. Harmeyer, Esq.
Falk Johnson, LLC
Bank One Plaza
111 East Wisconsin Avenue
Suite 1370
Milwaukee, WI   53202

_____
Robert A. Curley, Jr.

Dated:   11/7/07