UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05 10075 PBS

OCEAN TERRACE CONDOMINIUM
TRUST,                      Plaintiffs

vs.

GENERAL ELECTRIC COMPANY
                            Defendant

## DEFENDANT GENERAL ELECTRIC COMPANY'S MOTION IN LIMINE REGARDING RECORDS AND TESTIMONY CONCERNING THE NORTU JAPPAH FIRE

Now comes the Defendant General Electric Company and moves this court in

limine to enter an order excluding any records or testimony concerning the Nortu

Jappah fire and prohibiting Plaintiff's counsel or witnesses from making any

reference to the Norton Jappah fire at any time during trial for the reasons set forth in

the Memorandum of Law filed herewith.

Respectfully submitted,

GENERAL ELECTRIC COMPANY,
By its attorneys,

**CURLEY & CURLEY, P.C.**

Robert A. Curley, Jr., Esq.
BBO# 109180
27 School Street, 6th Floor
Boston, MA  02108
(617) 523-2990

Dated:    11/7/07

2

## CERTIFICATE OF SERVICE

I, Robert A. Curley, Jr., Esq., hereby certify that I served a true copy of the foregoing pleading by mailing a copy postage prepaid to the following counsel of record:

Paul T. Falk, Esq.
Falk Johnson LLC
20 South Clark Street
Suite 1990
Chicago, IL   60603

Steven B. Stein, Esq.
Law Offices of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston, MA    02110

Ronald W. Harmeyer, Esq.
Falk Johnson, LLC
Bank One Plaza
111 East Wisconsin Avenue
Suite 1370
Milwaukee, WI    53202

Robert A. Curley, Jr.

Dated:

3