UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05 10075 PBS

OCEAN TERRACE CONDOMINIUM
TRUST,                    Plaintiffs

vs.

GENERAL ELECTRIC COMPANY
                          Defendant

## DEFENDANT GENERAL ELECTRIC COMPANY'S MOTION IN LIMINE REGARDING TESTIMONY OF JOSEPH FALLOWS

Now comes the Defendant General Electric Company and moves this court in limine to make the following rulings concerning the testimony of Joseph W. Fallows:

1. Joseph Fallows is not qualified to offer any opinion testimony concerning fastener selection by an air conditioner manufacturer in the period of time before 1970.

2. Joseph Fallows has never provided a disclosure which complies with Fed. R. Civ. P. Rule 26(a)(2) and should be precluded from offering any testimony.

3. Joseph Fallows should be precluded from offering any testimony concerning the speculated failure of missing components which he has never seen.

4. Joseph Fallows should be precluded from offering any testimony of supposed comparisons between the post-fire condition of fasteners from air conditioner wall sleeves in other units and fasteners be speculates were present at one time in the wall sleeve in issue because no viable comparison is possible.

5. Joseph Fallows should be precluded from offering any opinion on the useful life which a wall sleeve for an air conditioner should have because he has no qualifications or basis for any such opinion.

6. Joseph Fallows should be precluded from testifying about designer awareness of rodent damage relative to air conditioner design at any time.

                          Respectfully submitted,

                          GENERAL ELECTRIC COMPANY,
                          By its attorneys,

                          **CURLEY & CURLEY, P.C.**

                          Robert A. Curley, Jr., Esq.
                          BBO# 109180
                          27 School Street, 6th Floor
                          Boston, MA 02108
                          (617) 523-2990

Dated: 11/7/07

## CERTIFICATE OF SERVICE

I, Robert A. Curley, Jr., Esq., hereby certify that I served a true copy of the foregoing pleading by mailing a copy postage prepaid to the following counsel of record:

Paul T. Falk, Esq.
Falk Johnson LLC
20 South Clark Street
Suite 1990
Chicago, IL  60603

Steven B. Stein, Esq.
Law Offices of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston, MA  02110

Ronald W. Harmeyer, Esq.
Falk Johnson, LLC
Bank One Plaza
111 East Wisconsin Avenue
Suite 1370
Milwaukee, WI  53202

_____
Robert A. Curley, Jr.

Dated: 11/7/07