UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05 10075 PBS

OCEAN TERRACE CONDOMINIUM
TRUST,                    Plaintiffs

vs.

GENERAL ELECTRIC COMPANY
                          Defendant

**STIPULATION OF DISMISSAL**

Now come all parties and stipulate pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii) that the above-captioned action be dismissed with prejudice and without costs.

By its attorneys,

**CURLEY & CURLEY, P.C.**

_____
Robert A. Curley, Jr., Esq.
BBO# 109180
27 School Street, 6th Floor
Boston, MA 02108
(617) 523-2990

_____
Paul T. Falk, Esq.
Falk Johnson LLC
20 South Clark Street
Suite 1990
Chicago, IL 60603

Dated: